**Robbins Geller**
**Rudman & Dowd** LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, DC |



Michael G. Capeci
Mcapeci@rgrdlaw.com

May 7, 2020

<u>VIA EMAIL</u>

Audra J. Soloway, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
asoloway@paulweiss.com

Re:    *Gordon v. Vanda Pharmaceuticals Inc., et al.*, No. 19-cv-01108-FB-LB (E.D.N.Y.)

Dear Ms. Soloway:

On behalf of Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Plaintiff") in the above-captioned action, we write pursuant to Rule 2.D of Judge Block's Individual Motion Practices and Rules and the Court's March 9, 2020 scheduling order to hereby serve you with the following documents:

- Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint; and
- Declaration of Michael G. Capeci in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint and Exhibits A-J annexed thereto.

Sincerely,

*/s/ Michael G. Capeci*

MICHAEL G. CAPECI

Enclosures

cc:    **Via Email**
Daniel J. Kramer, Esq.
Brad D. Feldman, Esq.
David A. Rosenfeld, Esq.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2020 ★

BROOKLYN OFFICE

58 South Service Road    Suite 200    Melville, NY 11747    Tel 631 367 7100    Fax 631 367 1173    rgrdlaw.com

**Robbins Geller  
Rudman & Dowd** LLP

Audra J. Soloway, Esq.  
May 7, 2020  
Page 2

<u>**Via UPS**</u> **(without enclosures)**  
The Honorable Frederic Block  
United States District Judge  
United States District Court for the  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

The Honorable Lois Bloom  
United States Magistrate Judge  
United States District Court for the  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201