**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VANDA PHARMACEUTICALS INC., MIHAEL H. POLYMEROPOULOS, JAMES P. KELLY, GIAN PIERO REVERBERI, and THOMAS E. GIBBS, <br><br><br> Defendants. | Case No. 1:19-cv-01108-FB-LB |

**DECLARATION OF BRAD D. FELDMAN**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**
<u>**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**</u>

BRAD D. FELDMAN declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am associated with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, and represent defendants Vanda Pharmaceuticals Inc. ("Vanda"), Mihael H. Polymeropoulos, James P. Kelly, Gian Piero Reverberi, and Thomas E. Gibbs (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Complaint").

<u>**Demonstratives**</u>

2.      Attached hereto as Exhibit 1 are charts setting forth, by category, the statements that the Complaint alleges were "materially false and misleading" (the "Challenged Statements").

3.      Attached hereto as Exhibit 2 are charts setting forth which Defendant(s) made each of the Challenged Statements.

**Excerpts from Vanda Annual Reports**

4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the Annual Report of Vanda on Form 10-K for the fiscal year ended December 31, 2015, filed with the U.S. Securities and Exchange Commission (the "SEC") on February 12, 2016.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the Annual Report of Vanda on Form 10-K for the fiscal year ended December 31, 2016, filed with the SEC on February 17, 2017.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the Annual Report of Vanda on Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 15, 2018.

**Excerpt from Vanda Quarterly Report**

7.      Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the Quarterly Report of Vanda on Form 10-Q for the quarterly period ended September 30, 2015, filed with the SEC on November 4, 2015.

**Vanda Current Reports**

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Current Report of Vanda on Form 8-K, filed with the SEC on December 3, 2018.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Current Report of Vanda on Form 8-K, filed with the SEC on January 21, 2020.

10.      Attached hereto as Exhibit 9 is a true and correct copy of the Current Report of Vanda on Form 8-K, filed with the SEC on February 20, 2020.

**Statements of Beneficial Ownership of Vanda Securities**

11.      Attached hereto as Exhibit 10 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for James P. Kelly, filed with the SEC on March 11, 2015.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Initial Statement of Beneficial Ownership of Securities on Form 3 for Thomas E. Gibbs, filed with the SEC on April 20, 2015.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for Thomas E. Gibbs, filed with the SEC on April 21, 2015.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for Gian Piero Reverberi, filed with the SEC on September 9, 2015.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for Mihael H. Polymeropoulos, filed with the SEC on September 10, 2015.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for James P. Kelly, filed with the SEC on January 4, 2019.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for Gian Piero Reverberi, filed with the SEC on January 4, 2019.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the Statement of Changes in Beneficial Ownership on Form 4 for Mihael H. Polymeropoulos, filed with the SEC on January 4, 2019.

**Transcripts of Vanda Earnings Call and Conference Presentations**

19.     Attached hereto as Exhibit 18 is a true and correct copy of the transcript of Vanda's Third Quarter 2017 Earnings Call, held on November 7, 2017.

20.     Attached hereto as Exhibit 19 is a true and correct copy of the transcript of Vanda's Company Conference Presentation at the Jeffries Healthcare Conference held on June 9, 2016.

3

21.     Attached hereto as Exhibit 20 is a true and correct copy of the transcript of Vanda's Company Conference Presentation at the Morgan Stanley Healthcare Conference held on September 12, 2018.

**Other Materials**

22.     Attached hereto as Exhibit 21 is a true and correct copy of the docket report in the action styled *U.S. ex rel. Gardner* v. *Vanda Pharmaceuticals Inc.*, Case No. 17-cv-00464-APM, in the United States District Court for the District of Columbia (the "Qui Tam Action"), as of March 23, 2020.

23.     Attached hereto as Exhibit 22 is a true and correct copy of the Notice of Election to Decline Intervention, filed on January 29, 2019—and unsealed on February 4, 2019—in the Qui Tam Action (ECF No. 16).

24.     Attached hereto as Exhibit 23 is a true and correct copy of the Supplemental Notice, filed on February 14, 2019 in the Qui Tam Action (ECF No. 18).

25.     Attached hereto as Exhibit 24 is a true and correct copy of the complaint, filed on March 10, 2017—and unsealed on February 4, 2019—in the Qui Tam Action (ECF No. 1).

26.     Attached hereto as Exhibit 25 is a true and correct copy of the United States of America's Response to the Court's May 17, 2019 Minute Order, maintaining its decision not to intervene, filed on May 28, 2019—and unsealed on June 7, 2019—in the Qui Tam Action (ECF No. 30).

27.     Attached hereto as Exhibit 26 is a true and correct copy of an article, entitled "Vanda: In the Land of The Blind, The One-Eyed Man is King," that was published by Aurelius Value on or about February 11, 2019, available at http://www.mavalue.org/research/vanda-in-the-land-of-the-blind-the-one-eyed-man-is-king/, accessed on February 17, 2020.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the First Amended Complaint, filed on May 29, 2019, in the action styled *Vanda Pharmaceuticals Inc.* v. *FDA*, Civ. No. 1:19-cv-00301-JDB, in the United States District Court for the District of Columbia (the "FDA Action") (ECF No. 18).

29.     Attached hereto as Exhibit 28 is a true and correct copy of the Defendants' Combined Memorandum in Support of Their Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, filed on Oct. 8, 2019, in the FDA Action (ECF No. 40).


I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 23, 2020.


/s/ Brad D. Feldman
Brad D. Feldman

5