# Exhibit 2

**MAKERS OF CHALLENGED STATEMENTS**

| SEC FILING | AMENDED COMPLAINT | SIGNED OR CERTIFIED | DID NOT SIGN OR CERTIFY |
|---|---|---|---|
| VANDA ANNUAL REPORT DISCLOSURES | | | |
| FY 2015 Form 10-K (Feb. 12, 2016) | ¶¶ 243, 245, 320, 322 | Polymeropoulos Kelly | Reverberi Gibbs |
| FY 2016 Form 10-K (Feb. 17, 2017) | ¶¶ 274, 276, 338, 340 | Polymeropoulos Kelly | Reverberi Gibbs |
| FY 2017 Form 10-K (Feb. 15, 2018) | ¶¶ 298, 300, 362, 364, 392 | Polymeropoulos Kelly | Reverberi Gibbs |

| SEC FILING | AMENDED COMPLAINT | SIGNED OR CERTIFIED | DID NOT SIGN OR CERTIFY |
|---|---|---|---|
| VANDA QUARTERLY REPORT DISCLOSURES | | | |
| Q3 2015 Form 10-Q (Nov. 4, 2015) | ¶¶ 236, 318 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q1 2016 Form 10-Q (May 5, 2016) | ¶¶ 249, 251, 324, 326 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q2 2016 Form 10-Q (July 28, 2016) | ¶¶ 261, 263, 328, 330 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q3 2016 Form 10-Q (Nov. 3, 2016) | ¶¶ 268, 270, 332, 334 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q1 2017 Form 10-Q (May 3, 2017) | ¶¶ 282, 284, 344, 346 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q2 2017 Form 10-Q (Aug. 3, 2017) | ¶¶ 288, 290, 350, 352 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q3 2017 Form 10-Q (Nov. 8, 2017) | ¶¶ 294, 296, 356, 358 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q1 2018 Form 10-Q (May 2, 2018) | ¶¶ 304, 306, 368, 370 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q2 2018 Form 10-Q (Aug. 2, 2018) | ¶¶ 310, 312, 374, 376, 390, 393 | Polymeropoulos Kelly | Reverberi Gibbs |
| Q3 2018 Form 10-Q (Nov. 7, 2018) | ¶¶ 314, 316, 382, 384, 399, 401 | Polymeropoulos Kelly | Reverberi Gibbs |

---

[1] These charts exclude persons who are not parties to this action.

| SEC FILING | AMENDED COMPLAINT | SIGNED OR CERTIFIED | DID NOT SIGN OR CERTIFY |
|---|---|---|---|
| VANDA CURRENT REPORT DISCLOSURES | | | |
| Form 8-K (Aug. 1, 2018) | ¶ 386 | Kelly | Polymeropoulos Kelly Reverberi Gibbs |
| Form 8-K (Nov. 7, 2018) | ¶ 395 | None | Polymeropoulos Kelly Reverberi Gibbs |
| Form 8-K (Dec. 3, 2018) | ¶ 403 | None | Polymeropoulos Kelly Reverberi Gibbs |

| STATEMENT | AMENDED COMPLAINT | SIGNED OR SPEAKER | DID NOT SIGN OR SPEAK |
|---|---|---|---|
| VANDA EARNINGS CALL DISCLOSURES | | | |
| Q3 2015 Earnings Call Transcript (Nov. 3, 2015) | ¶ 233 | Gibbs | Polymeropoulos Kelly Reverberi |
| Q4 2015 Earnings Call Transcript (Feb. 10, 2016) | ¶ 241 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q1 2016 Earnings Call Transcript (May 4, 2016) | ¶ 247 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q2 2016 Earnings Call Transcript (July 27, 2016) | ¶ 259 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q3 2016 Earnings Call Transcript (Nov. 2, 2016) | ¶ 265 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q4 2016 Earnings Call Transcript (Feb. 15, 2017) | ¶¶ 272, 336 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q1 2017 Earnings Call Transcript (May 2, 2017) | ¶¶ 280, 342 | Reverberi | Polymeropoulos Kelly Gibbs |
| Q2 2017 Earnings Call Transcript (Aug. 2, 2017) | ¶¶ 286, 348 | Polymeropoulos | Kelly Reverberi Gibbs |

2

| STATEMENT | AMENDED COMPLAINT | SIGNED OR SPEAKER | DID NOT SIGN OR SPEAK |
|---|---|---|---|
| VANDA EARNINGS CALL DISCLOSURES | | | |
| Q3 2017 Earnings Call Transcript (Nov. 7, 2017) | ¶ 354 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q4 2017 Earnings Call Transcript (Feb. 14, 2018) | ¶ 360 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q1 2018 Earnings Call Transcript (May 2, 2018) | ¶¶ 302, 366 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q2 2018 Earnings Call Transcript (Aug. 1, 2018) | ¶¶ 308, 388 | Polymeropoulos | Kelly Reverberi Gibbs |
| Q3 2018 Earnings Call Transcript (Nov. 7, 2018) | ¶¶ 380, 397 | Polymeropoulos | Kelly Reverberi Gibbs |
| Special Earnings Call Transcript (Dec. 3, 2018) | ¶ 405 | Polymeropoulos | Kelly Reverberi Gibbs |

| STATEMENT | AMENDED COMPLAINT | SIGNED OR SPEAKER | DID NOT SIGN OR SPEAK |
|---|---|---|---|
| VANDA PRESENTATION DISCLOSURES | | | |
| Presentation at Jefferies Autumn Global Healthcare Conference (Nov. 19, 2015) | ¶ 238 | Polymeropoulos | Kelly Reverberi Gibbs |
| Presentation at Jefferies Healthcare Conference (June 9, 2016) | ¶ 253 | Kelly[2] | Polymeropoulos Reverberi Gibbs |
| Presentation at JMP Securities Life Sciences Conference (June 21, 2016) | ¶ 256 | Polymeropoulos | Kelly Reverberi Gibbs |

---

[2]   Plaintiff alleges that Dr. Polymeropoulos made the Challenged Statements at the June 9, 2016 Jeffries Healthcare Conference (¶ 253); however, these Challenged Statements in fact were made by Mr. Kelly. (*See* Ex. 19, Tr. of Vanda Pharmaceuticals Inc. at Jefferies Healthcare Conference – Final, Fair Disclosure Wire (June 9, 2016). Where, as here, allegations in the complaint are contradicted by documents of which the court may take judicial notice, the documents control and the Court need not accept as true the allegation in the complaint. *Russell* v. *Am. Eagle Airlines, Inc.*, No. 07 CV 4119(NG)(RER), 2008 WL 2600856, at *2 (E.D.N.Y. July 1, 2008).

3

| STATEMENT | AMENDED COMPLAINT | SIGNED OR SPEAKER | DID NOT SIGN OR SPEAK |
|---|---|---|---|
| VANDA PRESENTATION DISCLOSURES | | | |
| Presentation at Oppenheimer Healthcare Conference (Mar. 21, 2017) | ¶ 278 | Polymeropoulos | Kelly<br>Reverberi<br>Gibbs |
| Presentation at Morgan Stanley Healthcare Conference (Sept. 13, 2017) | ¶ 292 | Kelly | Polymeropoulos<br>Reverberi<br>Gibbs |
| Presentation at Deutsche Bank Healthcare Conference (May 9, 2018) | ¶ 372 | Kelly | Polymeropoulos<br>Reverberi<br>Gibbs |
| Presentation at Morgan Stanley Healthcare Conference (Sept. 12, 2018) | ¶ 378 | Kelly | Polymeropoulos<br>Reverberi<br>Gibbs |