# Exhibit 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): December 3, 2018**

# VANDA PHARMACEUTICALS INC.

**(Exact name of Registrant as specified in its charter)**

**Delaware**
**(State or other jurisdiction of incorporation)**

| | |
|---|---|
| **001-34186** | **03-0491827** |
| **(Commission File No.)** | **(IRS Employer Identification No.)** |

**2200 Pennsylvania Avenue NW**
**Suite 300E**
**Washington, DC 20037**
**(Address of principal executive offices and zip code)**

**Registrant's telephone number, including area code: (202) 734-3400**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Exhibit 99.1**

**Vanda Announces Positive Phase II Study Results for Tradipitant in Patients with Gastroparesis**

Management to host conference call on Monday, December 3 at 8:30 AM ET

Washington, December 3, 2018 /PRNewswire/ — Vanda Pharmaceuticals Inc. (Vanda) (Nasdaq:VNDA) today announced that tradipitant met the primary endpoint in VLY686-2301, a Phase II clinical study in patients with idiopathic and diabetic gastroparesis. The study also showed that tradipitant was well tolerated with comparable rates of adverse events between the tradipitant and placebo groups.

"The results of the VLY686-2301 study pave the way for further development of tradipitant as potentially the first new drug for gastroparesis in almost 40 years. The highly clinically meaningful and significant improvements observed in the primary endpoint of nausea, the significant increase in nausea free days, and the reported overall symptom improvement, suggest a potential breakthrough discovery in the treatment of the millions of people estimated to have gastroparesis" said Mihael H. Polymeropoulos MD, Vanda's President and Chief Executive Officer.

VLY-686-2301 was a Phase II clinical trial that studied the effects of tradipitant (85 mg twice a day) versus placebo in 141 patients in an Intent To Treat (ITT) population with gastroparesis over a period of 4 weeks. Several symptom severity scales were used to assess gastroparesis symptoms, including the Gastroparesis Symptom Index (GCSI), Patients Assessment of Upper Gastrointestinal Disorders–Symptoms (PAGI-SYM), and Patient Global Impression of Change (PGI-C) as well as a Clinician Global Impression of Severity (CGI-S).

Tradipitant met the primary endpoint of the study of change in nausea score as measured by patient daily diaries (change of -1.2 for tradipitant versus -0.7 for placebo, $p=0.0099$) and also met the related endpoint of improvement in the number of nausea free days (an addition of 28.8% of days for tradipitant versus 15.0% for placebo, $p=0.0160$). Tradipitant also showed significant improvement in most of the secondary endpoints studied, including the several key scales reflecting overall gastroparesis symptoms; GCSI ($p=0.0223$); PAGI-SYM ($p=0.0497$); CGI-S ($p=0.0207$); PGI-C ($p=0.0429$). See Table 1.

In a subgroup analysis of patients that experienced both nausea and vomiting at baseline ($n=101$), tradipitant showed highly significant effects on the primary endpoint of change in nausea score (change of -1.4 for tradipitant versus -0.4 for placebo, $p=0.00002$) as well as the number of nausea free days (an addition of 32.3% for tradipitant versus 7.6% for placebo, $p=0.0003$).

Importantly, improvements were also seen in most of the core gastroparesis symptoms including nausea, vomiting, bloating, and fullness after meals consistent with an overall improvement and no associated worsening of any of the core symptoms. Most effects were apparent by the second week of treatment although improvements continued through the fourth and last week of treatment in the tradipitant group. Adverse events were similar in the tradipitant and placebo arms which confirms prior studies' findings that tradipitant is well tolerated.

Vanda believes that if these robust efficacy results with a well-tolerated chronic treatment safety profile are further confirmed in future studies, tradipitant has the potential to become a first line pharmacological option in the treatment of patients with gastroparesis. The detailed results of this study are expected to be presented in upcoming meetings and peer reviewed publications.

In addition, Vanda expects to meet with regulatory authorities in the near future to further define and confirm the path towards registration of tradipitant in the treatment of patients with gastroparesis.

**Table 1. Study VLY-686-2301 Results Summary\***

**ITT Population (n=141)**

|  | Tradipitant n=73 | Placebo n=68 | p-value |
|---|---|---|---|
| **Primary End Point** | | | |
| DD-Nausea | -1.25 | -0.73 | 0.0099 |
| **Secondary End Points** | | | |
| DD-% Nausea Free Days | 28.8 | 15.0 | 0.0160 |
| GCSI | -0.93 | -0.58 | 0.0223 |
| PAGI-SYM | -0.93 | -0.65 | 0.0497 |
| CGI-S | -1.13 | -0.74 | 0.0207 |
| PGI-C | 2.66 | 3.06 | 0.0429 |

**Vomiting Population (n=101)**

|  | Tradipitant n=58 | Placebo n=43 | p-value |
|---|---|---|---|
| Primary End Point: | | | |
| DD-Nausea | -1.43 | -0.42 | <0.0001 |
| Secondary End Points: | | | |
| DD-% Nausea Free Days | 32.3 | 7.6 | 0.0003 |
| GCSI | -1.10 | -0.60 | 0.0078 |
| PAGI-SYM | -1.06 | -0.69 | 0.0294 |
| CGI-S | -1.24 | -0.79 | 0.0229 |
| PGI-C | 2.52 | 3.24 | 0.0018 |

\*  For DD-Nausea, DD-% Nausea Free Days, GCSI, PAGI-SYM and CGI-S, the values shown are changes from baseline.

**About Tradipitant**

Tradipitant is an NK-1R antagonist licensed by Vanda from Eli Lilly and Company in April 2012. Tradipitant is currently in clinical development for gastroparesis as well as in Phase III for atopic dermatitis. The patent describing tradipitant as a new chemical entity is expected to expire in the United States in June 2029 based on an anticipated Hatch-Waxman patent term extension.

**About Vanda**

Vanda is a global biopharmaceutical company focused on the development and commercialization of innovative therapies to address high unmet medical needs and improve the lives of patients. For more on Vanda Pharmaceuticals Inc., please visit www.vandapharma.com.

Abbreviations

DD-Nausea: Daily Diary Nausea score (0-5)
DD-% Nausea Free Days: Daily Diary Nausea Free Days percent (0-100)
ITT: Intent To Treat
GCSI: Gastroparesis Cardinal Symptom Index
PAGI-SYM: Patient Assessment of Gastrointestinal Disorders – Symptoms
CGI-S: Clinician Global Impression of Severity
PGI-C: Patient Global Impression of Change

References
1. Almeida TA, Rojo J, Nieto PM, Pinto FM, Hernandez M, et al. Tachykinins and tachykinin receptors: structure and activity relationships. Current Medicinal Chemistry. 2004;11:2045-2081.
2. Rey E., Choung RS, Schleck CD, Zinsmeister AR, Talley NJ, Locke GR 3rd. Prevalence of hidden gastroparesis in the community: the gastroparesis "iceberg." *J Neurogastroenterol Motil.* Vol. 18 No. 1 (2012).
3. Camilleri, M., Chedid, V., Ford, A.C., Haruma, K., Horowitz, M., Jones, K.L., Low, P.A., Park, S., Parkman, H.P. and Stanghellini V. Gastroparesis. *Nature Reviews Disease Primers.* 4:14 (2018).

**FORWARD LOOKING STATEMENTS**

Various statements in this release are "forward-looking statements" under the securities laws. Forward-looking statements are based upon current expectations that involve risks, changes in circumstances, assumptions and uncertainties. Important factors that could cause actual results to differ materially from those reflected in Vanda's forward-looking statements include, among others: the ability of NK-1R inhibition to provide significant benefit in the treatment of gastroparesis and chronic pruritus in patients with atopic dermatitis; the results of Vanda's clinical development activities for tradipitant; delays in the completion of Vanda's clinical development of tradipitant; a failure of tradipitant to be demonstrably safe and effective; tradipitant's potential to become a first line pharmacological option in the treatment of patients with gastroparesis; and other factors that are described in the "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" sections of Vanda's annual report on Form 10-K for the fiscal year ended December 31, 2017 and quarterly report on Form 10-Q for the quarter ended September 30, 2018, which are on file with the Securities and Exchange Commission (SEC) and available on the SEC's website at