# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): January 21, 2020 (January 15, 2020)**

# VANDA PHARMACEUTICALS INC.
**(Exact name of Registrant as specified in its charter)**

**Delaware**
**(State or other jurisdiction of incorporation)**

| **001-34186** | **03-0491827** |
|---|---|
| **(Commission File No.)** | **(IRS Employer Identification No.)** |

**2200 Pennsylvania Avenue NW**
**Suite 300E**
**Washington, DC 20037**
**(Address of principal executive offices and zip code)**

**Registrant's telephone number, including area code: (202) 734-3400**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | VNDA | The Nasdaq Global Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02.**    **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

**(b)** *Resignation of Executive Officer*

On January 15, 2020, Gian Piero Reverberi notified Vanda Pharmaceuticals Inc. (the "Company") of his resignation as the Company's Senior Vice President, Chief Commercial Officer, effective March 16, 2020. Mr. Reverberi's resignation was not the result of any disagreement with the Company regarding its operations, policies or practices. Mr. Reverberi resigned to pursue an opportunity with a European-based company.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: January 21, 2020                              VANDA PHARMACEUTICALS INC.

                                                     By:     /s/ Timothy Williams
                                                     Name:   Timothy Williams
                                                     Title:  Senior Vice President, General Counsel
                                                             and Secretary