# Exhibit 14

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| | |
|---|---|
| 1. Name and Address of Reporting Person* <br> Polymeropoulos Mihael Hristos <br><br> (Last)    (First)    (Middle) <br> 2200 PENNSYLVANIA AVENUE <br> SUITE 300E <br> (Street) <br> WASHINGTON    DC    20037 <br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Vanda Pharmaceuticals Inc. [ VNDA ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 09/09/2015 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) |

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| | | | |
|---|---|---|---|
| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |
| | President and CEO | | |

6. Individual or Joint/Group Filing (Check Applicable Line)

X    Form filed by One Reporting Person

    Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/09/2015 | | M | | 42,747 | A | $4.73 | 800,894 | D | |
| Common Stock | 09/09/2015 | | S | | 29,577[1] | D | $12.5092[2] | 771,317 | D | |
| Common Stock | 09/10/2015 | | M | | 147,626 | A | $4.73 | 918,943 | D | |
| Common Stock | 09/10/2015 | | S | | 102,162[1] | D | $12.7298[3] | 816,781 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $4.73 | 09/09/2015 | | M | | | 42,747 | [4] | 12/19/2015 | Common Stock | 42,747 | $0.00 | 147,626 | D | |
| Employee Stock Option (Right to Buy) | $4.73 | 09/10/2015 | | M | | | 147,626 | [4] | 12/19/2015 | Common Stock | 147,626 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Represents shares of common stock sold to cover the payment of the option exercise price and to satisfy tax obligations relating to exercise of the option, which is scheduled to expire on December 19, 2015.

2. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.50 to $12.55, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer or the staff of the Securities Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in footnotes (2) and (3) to this Form 4.

3. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.50 to $12.87, inclusive.

4. Became exercisable with respect to 25% of the shares on December 29, 2006 and with respect to an additional 2.08333% of the aggregate shares each month thereafter.

**Remarks:**

/s/ Mihael Hristos Polymeropoulos                09/10/2015

** Signature of Reporting Person                    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**