# Exhibit 19

## *Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final*

FD (Fair Disclosure) Wire

June 9, 2016 Thursday

Copyright 2016 CQ-Roll Call, Inc.
All Rights Reserved


Copyright 2016 CCBN, Inc.

**Length:** 3075 words

## Body

Conference Call Participants

* James Kelly

*Vanda* Pharmaceuticals, Inc. - SVP, CFO

Presentation

UNIDENTIFIED PARTICIPANT: Good morning, everyone. Thanks for coming to the 2016 *Jefferies* Healthcare Conference. It is with my great pleasure to introduce *Vanda* Pharmaceuticals under the coverage of Chris Howerton.

JAMES KELLY, SVP, CFO, *VANDA* PHARMACEUTICALS, INC.: Good morning, and I want to thank *Jefferies* for having us again this year, to Chris and Michael as well for having us and inviting us.

So before I get into all the details of the *Vanda* corporate presentation, I'm just reminding folks that I will be making forward-looking statements and, of course, would encourage everybody to review our SEC filings.

Some background on our long-term strategy, *Vanda* is focused on developing specialty pharmaceuticals for high unmet medical needs to improve the lives of patients, and we have got two products on the market right now, HETLIOZ and Fanapt, and a well-diversified pipeline also of high-growth therapeutic treatments.

To give you a little background on *Vanda*, it was founded back in 2003. The business model we have is predicated on licensing programs in from big pharma, many of which have been through proof of concept. They understand the dose, the safety profile. And when you learn a little bit about our marketing products, what you're going to see is that they were licensed back in 2004. In the case of iloperidone, or Fanapt, that came from Novartis, and tasimelteon or HETLIOZ, which is the branded name, that came from Bristol-Myers Squibb. You will hear me talking later about Tradipitant. That was licensed in from Eli Lilly back in 2012.

Now in the case of both HETLIOZ and Tradipitant, we developed and, in the case of HETLIOZ, marketed that product ourselves. Initially, Fanapt was licensed back to Novartis, but back in the very end of 2014 we reacquired those rights to Fanapt in the US.

And this gives you a snapshot of our current commercial footprint, so in the case of HETLIOZ, we have been marketing HETLIOZ in the US for Non-24, and in July of last year received market authorization for HETLIOZ for Non-24 in the EU. For Fanapt, we have US approval since -- and been marketing since early 2010. We have partners outside the US, in both Mexico and Israel.

Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final

To give you a snapshot of our development activities, first with HETLIOZ. This year, we expect to initiate studies in pediatric Non-24, a Phase III; Smith-Magenis Syndrome in a placebo-controlled Phase III; and a proof-of-concept study in jet lag.

Turning to Fanapt, we have an ongoing regulatory review in the EU for schizophrenia, and we're conducting a strategic assessment on a long-acting injectable formulation of Fanapt and also we are looking at bipolar indication. At this time, just strategic assessments.

Ongoing study is occurring with Tradipitant for pruritus. That is occurring in the setting of atopic dermatitis.

So let's spend some more time looking at our circadian rhythms business. We have Non-24 on the market in the US since April 2014. As I mentioned, we have approval in Europe and our intent to launch later this year, actually in Q3. For Non-24, we have a Phase III study planned in the second half of this year to help expand the patient population to the below 18 group.

I want to go into a little more detail on both growing HETLIOZ via Smith-Magenis Syndrome and jet lag in a few moments, but first want to give you a little more background on Non-24, if by chance this is a disorder that is new to you.

This is a rare, serious circadian rhythm disorder that is the result of a misalignment of your normal circadian cycle with the day-night cycle, so you fall out of sync with the 24-hour day. The clinical manifestations of this are disrupted nighttime sleep, excessive daytime sleepiness, and poor social and occupational functioning. This occurs in approximately 70% of the totally blind individuals, and to put a number on that in the US, we estimate it to be about 80,000 individuals.

Because of the initial poor awareness among even individuals who suffered from the disorder, we have taken a very novel approach to marketing HETLIOZ for Non-24 in the US, and at its core is creating awareness among individuals who have Non-24 via a direct-to-consumer Non-24 awareness campaign. Once individuals become better aware of the disorder, we work with them through our case management program to better help them share information initially with themselves and then with their clinician to help them along their journey to appropriate diagnosis and eventual treatment.

To give you a sense of the results so far, we are very proud of the robust growth that we have seen sequentially over the first eight quarters on the market. Our guidance for this year is for $73 million to $78 million net sales.

As I mentioned, we also intend to launch for Non-24 in Europe in the third quarter of this year. We estimate there is approximately 130,000 individuals with Non-24 in Europe. This is across the entire EU28. The prevalence is very similar to the US and we believe it remains fairly consistent across the major markets.

There is presently no approved circadian regulator in the EU, so we were the first. And when you look towards our priorities, of course number one is launching the product in Europe. We will continue to work on the pricing negotiations in the EU5 towards launching in those other markets as well, and then we are looking to partner in the EU6 through 28, and so we will continue to work on those partnering efforts, in addition to the pricing negotiations in those markets.

Beyond growing HETLIOZ via geographic expansion, we are also looking at new indications, and one that is of particular note is a Phase III program we are running in Smith-Magenis Syndrome. Now this is a rare disorder, 15,000 to 20,000 absolute individuals in the US with the disorder. It is the result of a chromosomal deletion, and it results in major physical, developmental, and behavioral issues in these patients.

One of the hallmark symptoms is a -- what appears to be an inverted circadian rhythm, and what we're seeing is melatonin secreted during the day as opposed to the nighttime, and the result is severe sleep problems in what are already developmentally handicapped individuals. And so, it creates incredible problems for both the individual and the caregiver. There are no approved treatments for this disorder at this time.

Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final

So what are we doing? We have already begun a program where we characterize the disorder, and so this was an observational study done and completed in 2015. What this did is it confirmed the abnormal circadian rhythm and specifically the secretion of melatonin, which was mistimed. And when you looked at the result, and we did this via actigraphy, what we saw was that significant sleep disruptions, highly fragmented sleep. So you saw bouts throughout the evening of inability to maintain sleep and therefore short sleep intervals, highly restless and fragmented sleep.

So what do we want to do? What we are doing is we are initiating an open-label innovational study first, so that started in the fourth quarter of last year, where patients are receiving in an open-label fashion HETLIOZ, and we're using it to better understand the treatment effect that we will use to finalize our placebo-controlled Phase III, which we will initiate in the back half of this year.

And our intent is to share the data from the open-label portion and the observational portion with the FDA as a part of that migration towards the open-label study. Now it is our expectation that it will be a single study required for filing.

We already have orphan designation in the US for Smith-Magenis. We're in the process of filing in Europe.

So turning to jet lag, now at this point this is a proof-of-concept study that we are intending to run in jet lag. For those of you who are not familiar with the market, I think most everyone is familiar with the issue.

To give you a sense of the US market, about 50% of travelers who travel outside the US fly greater than four time zones and about 80% of them are complaining of disrupted sleep. To give you a sense of how many people we are talking about, I think the biggest chunk of the market would be flying direct to Europe, which is about 26 million travelers a year.

And what you see are folks who have significant problems with total sleep time, daytime sleepiness, and significant issues, including GI disturbances.

What we have seen with HETLIOZ is we have had great results to date, and these were published in The Lancet back in 2009. We had positive Phase II and Phase III data. In each case, these were done in a sleep lab where we simulated a five-hour phase change.

What we are doing now is moving from the lab to the real setting. And so, we initiated an observational study in 2015 where we actually put people on planes. So rather than a sleep center, we want to see what happens when we put people on planes from either the West Coast of the US or the East Coast and fly eight or five hours, respectively, to London.

And we are using sleep centers in London to measure their impact in disruption. And what we are looking for is people who have at least a 60% or less sleep efficiency to see how poorly they are disrupted to know that they're going to be good candidates for the actual proof-of-concept study.

And so, that's the plan. We're going to first put people on flights, let's make sure that they are the ones who are fully disrupted, and then of those folks, we're going to enroll them in our proof-of-concept study, which will be initiated in the back half of this year.

So with that, I will turn to psychiatry and Fanapt. Many of you may be familiar with schizophrenia. This is quite a large market in the US, about 1% of the population worldwide. About 3 million people suffer with this disorder in the US.

One of the defining marketing angles with Fanapt is that this is a drug with on-par efficacy, but has an excellent side effect profile when it comes to EPS symptoms, waking, metabolic, but very specifically akathisia. And this is a side effect that actually occurs from some other antipsychotics up to 25% of the time. It is that inner restlessness.

Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final

And for those individuals who develop this restlessness when taking other antipsychotics, we are recommending Fanapt as a second-line treatment. As many people know, there are quite a few antipsychotics on the market and it is incredibly important to best position your drug. This is a promotionally sensitive class.

And so, with that said, we initiated our promotion in April of last year initially with a pilot of about 12 reps to understand the messaging, the promotional sensitivity. We expanded that field force from 12 to 50 at the end of last year, and you can see the results that we have had since bringing Fanapt back in house.

Our goal is to stabilize the business while we work through some of the litigation on the patent front, and we can talk a little bit about that later. Guidance this year, $70 million to $75 million.

To give you an update on the regulatory front, last month we received approval from the FDA for an sNDA submitted for maintenance treatment of schizophrenia in adults. We were thrilled to get that approval. That's one of two pieces of information we are looking from FDA on this topic. The first one, of course, was adding this to our label, getting that approved. The second part would be the potential to get three years of exclusivity tied to this information.

We are expecting feedback from FDA on this shortly. They have got a separate body. It is called the CDER Exclusivity Board. This is what they do. And so, we are expecting that feedback shortly.

In the EU, we filed our MAA in December, working through that, and we expect to have an opinion back from CHMP by the end of the year.

I will turn now to dermatology and specific to Tradipitant, which is an NK1 receptor antagonist. We are conducting a proof-of-concept study in pruritus occurring in atopic dermatitis. We estimate about 1 million individuals worldwide will suffer from this disorder by 2017.

What we are talking about creating here is a treatment paradigm for the itch that you give these patients while in parallel they are receiving treatment for the underlying atopic dermatitis. And you may be familiar with this is a fairly unsatisfied disease state. Patients are currently receiving corticosteroids, antihistamine, UV treatment, and of course there is a number of new treatments coming along the horizon.

But in any case, what we see is that patients tend to have a chronic waxing and waning of their symptoms. The pruritus is an incredibly difficult symptom that occurs in parallel, and our goal is to be a part of an additive treatment to address the itch.

We have got an NCE patent that runs out through 2024 that we would expect with the development program would take the exclusivity out through 2029.

Speaking of patent portfolios, just taking a snapshot of the US exclusivity and patents listed in the FDA Orange Book for both HETLIOZ and Fanapt. And a little bit of a laundry list and I just have it here as your reference. I think the key ones are for HETLIOZ you have got -- and assuming Hatch-Waxman -- in the US, 2022. The orphan designation, by the way, took us out through 2021 for Non-24.

And then, we have got two method-of-treatment patents that runs through 2033. Fanapt, our core NCE patent, runs through November of this year, but since the time that we had Fanapt come back to us, we have listed a number of patents in FDA's Orange Book, and these are subject to some ongoing lawsuits with generics that we are currently sorting through. A little background on where you can get some more information on prescribing for our commercial products.

First-quarter results, topline we did $33 million. What you will notice from our P&L profile and our cash burn profile is that really emerging last year we were slightly cash flow positive, if you just look at the change in cash and marketable securities. We have given guidance here to a very moderate burn.

At the end of the first quarter, we had about $138 million in cash. What you are seeing is a Company that is well capitalized, that's operating right around breakeven, and driving their topline.

Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final

And I will give you some more specifics around guidance for 2016. We expect to have across both of our products globally net sales of between $143 million and $153 million. It is broken down by HETLIOZ, $73 million to $78 million; Fanapt, $70 million to $75 million.

Non-GAAP operating expense, now this excludes cost of goods sold and non-cash items like our intangible asset amortization and stock-based comp, we expect to have non-GAAP operating expense of $125 million to $135 million. Compare that to last year, it was about $105 million. The step up in spend is a function of two things primarily, both in the commercial space. One is our launch in Europe and the other part is that rollout of the Fanapt field force I mentioned earlier.

In terms of specifics behind the non-GAAP items, we give a little detail here, and as I said before, we expect to have a moderate cash burn this year, expect to end of the year with $123 million to $143 million. Some more detail on our non-GAAP financial information.

So let me recap with some of the milestones to look forward to this year. A couple of them have already occurred. You see them with the checkmarks. Back in February and actually early March, we had our bench trial. This is our trial with the generic manufacturer Roxane with respect to the NCE and the 610 patent on Fanapt. So that has occurred and we are awaiting the outcome of that trial. We expect to hear something probably later this year, late summer or early fall.

We also had good news on the Fanapt PDUFA filing, the sNDA for long-term maintenance. That occurred last month. We received approval. And we initiated in the second quarter Tradipitant's proof-of-concept study in pruritus.

So other milestones, which are forward-looking, I will start first with HETLIOZ. We expect to launch in Germany in the third quarter. Very much looking forward to that launch. In terms of clinical activity, pediatric Non-24 and SMS, the placebo-controlled portions of these studies in the second half of 2016 are expected to be initiated, as is a placebo-controlled Phase II study for jetlag.

And then, finally, turning to pipeline, we expect to file an IND for Trichostatin A in the second half of this year. A reminder to folks, Trichostatin A is an HDAC inhibitor that we are seeking to develop for oncology indications.

So that's all I had for today. We're going to have a breakout. We're going to take your Q&A downstairs. Thank you for taking the time to hear the presentation.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

Vanda Pharmaceuticals Inc at Jefferies Healthcare Conference - Final

**Load-Date:** July 15, 2016

---

**End of Document**