# Exhibit 20

**S&P Global**
Market Intelligence

# Vanda Pharmaceuticals Inc.
# NasdaqGM:VNDA
# Company Conference Presentation
## Wednesday, September 12, 2018 9:50 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

Case 1:19-cv-01108-LB     Document 48-22     Filed 06/09/20     Page 3 of 10 PageID #: 782

# Table of Contents

Call Participants ............................................................................ 3

Presentation ............................................................................ 4

Question and Answer ............................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

**ANALYSTS**

**Dennis Crandall**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Dennis Crandall**

All right. Thank you, everybody, for joining us on this afternoon. My name is Dennis Crandall. I'm an executive director in the health care investment banking team. And it's my pleasure today to be here, joined by Vanda, Jim Kelly, the CFO. I think with that, we'll just dive in.

I think there's an opportunity here that some of you may not have heard the story before. And so I think it'd be worthwhile to at least get a quick introduction on Vanda and what you guys have been up to this year because it's been a tremendous year, and you've had a lot of activity.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*
Yes, no doubt. And thank you, Dennis. I want to thank Morgan Stanley and for all of you for joining us today for the fire chat -- fireside chat. So I'm Jim Kelly, I'm the CFO of Vanda. Vanda was founded about 15 years ago by our CEO, Mihaeles Polymeropoulos. And you're going to hear us talk today about a couple of commercial assets, HETLIOZ and Fanapt, that are approaching $200 million in top line. Well, those are the 2 programs that Mihael's founded the company with many years ago. HETLIOZ, or tasimelteon is a circadian regulator that was licensed in from Bristol-Myers Squibb and then later developed by Fanapt for the rare indication Non-24. And I'll talk about that and much happening in our life cycle management plans. Fanapt, or iloperidone is a antipsychotic and atypical antipsychotic that Mihaeles and company licensed in from Novartis many, many years ago. And that -- as it went back to Novartis, they commercialized Fanapt for about 5 years and then returned it to Vanda a few years back, and we've had some great success expanding the intellectual property exclusivity, and we can give some updates on life cycle management there as well and much more.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Dennis Crandall**

Great, great. I think with that, maybe let's start then on the 2 commercial products, on HETLIOZ and Fanapt. If you can just give us an update on what transpired over the past 6 months this year.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Yes. Well, why don't we start with HETLIOZ. HETLIOZ, as I mentioned, is a circadian regulator that we market for Non-24. And Non-24 is a exceptionally rare disorder that relates to the ability of an individual to remain synchronized with a 24-hour day. And when we developed HETLIOZ for Non-24, our focus was on totally blind individuals, these individuals who lost that light perception, along with it, lost what is considered to be the standard mechanism to reset your body clock every day. And that's through the perception of light that resets the suprachiasmatic nucleus, which, in turn, governs hormone secretions, melatonin and cortisol. And this is the tip of the key aspects of circadian regulation. Well, what HETLIOZ does in the blind is, it takes an individual who has a body clock longer than 24 hours and resets it to 24 and does so with daily dosing. And we've been incredibly successful in, first, getting HETLIOZ approved in the U.S. and then marketing HETLIOZ through what I describe as a nonconventional approach of television ads to outreach to the totally blind. And as it turns out, they call us, and they tell us they want to learn more, and they'd love to introduce HETLIOZ to their doctors. And that's where we help bring them the therapy. Our guidance this year is to do between $108 million and $118 million in top line revenue. And I'd say that this core blind business has been a great methodical growth story. But something changed last year in the fourth quarter. And what changed was a new initiative where we began targeting sighted individuals with psychiatric comorbidities who had Non-24. And what start us down this path was the work we were doing with Fanapt or atypical antipsychotic, where we're calling on 10,000 psychiatrists. We decided after expanding our Fanapt field force last year to introduce HETLIOZ to that group, and the response has been incredible. We saw a more than doubling of our scripts, and we shared with investors, both in the first quarter, second quarter, that we had all-time highs of both scripts and new patient starts, and it's being driven, the majority of it, by this sighted strategy. And so fairly unusual to have a product 5 years in that is continuing its core methodical growth and then add on top of it a new diversified approach to grow in the business. So we're pretty excited about how that's played out.

**Dennis Crandall**

Great. Great. I think that's a great place to start. And one of the things that I think is really appealing as well is that in addition to these commercial products, you guys are also spending R&D and have some very promising development work going on.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

That's right.

**Dennis Crandall**

Would you mind giving us an update on some of the milestones that you had this year, particularly on HETLIOZ?

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Yes, of course. You're going to hear that we've got development activities ongoing for both our commercial products, HETLIOZ and Fanapt, and then we're pulling through a really important late-stage product, tradipitant, which I love to spend a whole lot more time on. So we'll start with the HETLIOZ, of course and Fanapt piece. With HETLIOZ, a couple of things. One is we read out interesting studies, 2 of them this year, on Jet Lag Disorder. And so Jet Lag is a classic circadian disruption that's caused by travel.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**VANDA PHARMACEUTICALS INC. COMPANY CONFERENCE PRESENTATION | SEP 12, 2018**

Of course, many of you might be familiar with the volume of travel that's occurring. You got over 100 million people every year traveling 5 or more timezones eastward. That's key because eastward tends to be where this is most problematic, and 80% or more have significant sleep disruption. And there's no good treatment options. In fact, nothing's been approved to treat Jet Lag. Well, we read out 2 studies this year, and these studies will complement our full clinical package that we intend to file an sNDA with FDA later this year. Now the data that read out this year was, first, a Phase III study, over 300 patients of an 8-hour circadian challenge. In that study, which we call JET 8, we showed that individuals who took HETLIOZ versus placebo had 85 minutes more sleep. And so that is incredibly significant. You got 90 minutes more sleep. In addition to that, we also -- we're able to show that alertness in our studies, was a significant factor of improvement for our patients. We used something called the Karolinska Sleepiness Scale. And we're able to show that in addition to improving sleep, you are able to improve alertness, both of which are critical. If you're taking a Jet Lag treatment, you want to sleep better, and you want to get the job done, mostly people are traveling for work and when you're experiencing this. So we're incredibly happy with the profile of the results. Highlighting the other study we did was an intercontinental study or transatlantic study where people flew from either Los Angeles or D.C. to London. So we did both 5 hours and 8 hours and again, showed fantastic results. We had them fly twice, so they were their own control. And on night 3, they were sleeping 111 hours or -- excuse me, 111 minutes, almost 2 hours more. So again, some incredibly significant results. Really looking forward to getting the package in to FDA and beginning on that path to marketing. So that's Part 1, but I know there's more.

**Dennis Crandall**

Transitioning from HETLIOZ to tradipitant, that's in the pipeline as well. I know you, earlier this year, had initiated a Phase III study, and that's a very exciting area that is new for you. Can you elaborate a little bit more on that?

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Absolutely. The tradipitant is a NK1 receptor antagonist that we licensed in from Eli Lilly back in 2012. Lilly had been looking at tradipitant for alcohol cravings. In fact, we had an NIH1 study that had nice results in cravings and alcohol dependency, but Lilly just chose their own decision so decided to shelve the asset. And when we saw it, we asked, "Hey, we'd love to license this and develop it, perhaps an indication you hadn't thought of, including gastroparesis and itch in the context of atopic dermatitis." And so we've had some nice results over the past year in the itch read out this time last year, actually, in September, where we saw improvements, not only in itch in patients who had significant atopic dermatitis, but also, we saw improvements in skin lesions, which was an unexpected finding. What I should highlight in the treatment paradigm of where tradipitant could fit in, we're not attempting to be a drug that can get you clear or mostly clear. I mean, that's what you're doing with corticosteroids. That's what you're doing with immunomodulation. What we're seeking to do when we're treating patients with atopic dermatitis is be there to help them to protect the skin barrier, which they often do with emollients, and we're going to help them by helping them not to scratch because when you break that skin barrier, that's when you get fluorine problems coming in under the skin, leading to the autoimmune cascade. So our goal is to make sure that while you are taking perhaps emollients, perhaps somewhere along the continuum of your other treatments, whether it's topical or oral corticosteroids, you also consider putting onboard a anti-itch treatment like tradipitant. And for this reason, it's our thought that if you've got a market opportunity of up to 6 million patients with atopic dermatitis, you have the potential to have tradipitant onboard across the spectrum in its current commitment therapy. Now the studies we're running initially are monotherapy, and as I mentioned, we saw significant improvements in itch, and we also saw improvements in lesions, which we think is linked to breaking that itch scratch cycle.

**Dennis Crandall**

Excellent. And then you also are expecting additional results later this year on tradipitant.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, that's right. The thing about the NK1 and blocking of NK1s is what you're seeking to do here is -- you're blocking the site from what's called substance P, which is part of a neuro-inflammatory response. And anyone who's familiar with drugs like Merck's EMEND, that's used for chemotherapy-induced nausea and vomiting, that works by blocking NK1 centrally. Well, there's also NK1 sites in the skin and in the gut. And that's what led us down the path of developing our NK1 antagonist for indications that were potentially beyond related to Central CNS NK1 occupancy. So with these NK1 sites in the gut, what we're seeking to learn is, one, are we able to help with nausea? That's the #1 goal of treatment, both a reduction in nausea and an improvement or reduction -- or improvement in nausea, 3 days. So we both want to show that these patients, of course, are happy to see some reduction in nausea, but we want to see more and more days when they're fully productive. And that's what people should look for as we read out the study later this year. It's a Phase II study, one-to-one randomization with tradipitant and 85 BID. And you're going to find that the dosing that we're using for the gastroparesis, same as the atopic dermatitis.

**Dennis Crandall**

Okay. Great. And then just sticking with clinical results later this year, I realize I had not mentioned also the additional indication for HETLIOZ, that you're expecting clinical study results as well in SMS later this year.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

That's right. Yes, that's right. So if I were to take a step back and look at HETLIOZ and how we're building it out, and then I'll explain how this fits in. Smith-Magenis by year end, it's another rare indication, impacts -- Smith-Magenis Syndrome impacts about 28,000 in the U.S. So the HETLIOZ plan is the following. We've got the core indication of Non-24, and you've watched us build it out in the totally blind and now working more and more in sighted Non-24 in patients with psychiatric comorbidities. We will move into pediatric Non-24 next as we seek to get approval for our liquid formulation and then also on the rare business Smith-Magenis Syndrome, which I'll walk through in a little more detail in a moment. Now if that's your rare orphan side of the house, we're also developing, you heard, for Jet Lag Disorder, which will be our first foray into mass market opportunities. And the reason why you can have both a -- I call it, a high-price rare orphan, an appropriate price in that context, yet still have it available in a mass market opportunity is because the dosing for Jet Lags is just 3 days worth. So all you need are 3 pills. And that's what allows you to reconcile across those 2 market opportunities. Now back to Smith-Magenis Syndrome. Smith-Magenis Syndrome is a developmental disorder that results from a chromosomal deletion. And so absent the genetic diagnosis, you might see the physical features and believe this is someone who was mentally retarded. However, they've got chromosomal disorder that leads to many different types of problems, which include an inversion of their circadian rhythm from melatonin. And what that means is their sleep-wake cycle is off. Instead of secreting melatonin in the evening, which initiates the sleep cycle, it happens during the day. And for individuals like this, you have normal life expectancies and require care from their families. They don't sleep well at night. In fact, they want to be up, and they want to sleep during the day. And that creates all types of difficulties in creating a normal sleep cycle and worsening of aberrant behavior during the day. Now we're running the study right now, but we've done an open-label portion, of which I can share a little information, where what we saw in the open-label portion of 12 patients reported last year was parent-reported improvements in sleep quality and importantly, using the aberrant behavior scale, improvements in aberrant behavior during the day with a eye towards irritability, compliance with parent's direction. So we're pretty excited about those results. The pivotal study that we're running right now, it's a randomized study, will be up to 30 patients, probably around 25, where it is a 4-week study, 1 week washout and crossover, and then another 4 weeks where you cross over into what is either the active or placebo. So effectively, the patient has access to take both placebo and active and [indiscernible] control. We'll finish that by year-end, really looking forward to these results, took us many years to enroll these patients, and then we'll have a dialogue with FDA next year about how to pull it through.

**Dennis Crandall**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That'll be great. Why don't we pause and see if there's any questions from the audience. If not, I'll keep going. Maybe -- why don't we transition because I know you also have some interesting plans on geographic expansion and life cycle management around the 2 commercial products.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Exactly.

**Dennis Crandall**

Can you elaborate a little bit more on what your thoughts are around those?

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

Of course. So about 2 years ago, we launched HETLIOZ for Non-24 in Germany. And we went through that 1 year where you had to negotiate your pricing, and we're incredibly happy with how that played out last year. So with the pricing behind us and the centralized approval in Europe, we had to figure out the next step of the puzzle, which is, can you effectively market in a European country with the same patient acquisition cost profile that you can in the U.S.? We've been incredibly effective with our direct-to-consumer advertising, for example. Well, those pilots of radio and TV advertising are happening this year. And we did a little bit of radio early across the summer, and the TV will roll out shortly. And it's going to be the outcome of these that we're going to discover our scalable European model. With that in hand, our plans will be to go next to France and then Italy and then with an eye towards Spain and the U.K. For markets outside of those 5, we'd likely look for a distribution partner. So that's our -- those are our core plans right now for HETLIOZ in Europe. Of course, we'll look also to file for Smith-Magenis there as well. And then when it comes to tradipitant, that would be the next product we'd be really excited to market there. Now one thing I'll highlight is that what is common as you look across all these different markets I'm mentioning, orphan market, schizophrenia and psychiatry, gastroenterology, dermatology, these are all markets that you can address with 100% or so field force. For example, our Fanapt psychiatry field force is 115, direct call. So as a company, what Vanda is doing is we're going after these high unmet medical needs and especially markets with footprints that we can market ourselves. And then if the opportunity presents itself for a primary care call point, we'll contemplate whether or not we want to partner in some way at that time. But watch us be focused on, for example, in the case of tradipitant, let's get both gastroparesis and itch and atopic dermatitis across the clinical and regulatory line and then contemplate whether or not you want to do some additional partnering.

**Dennis Crandall**

Great, great. Well, it sounds like it's going to be an interesting year with 2 clinical readouts and a busy back half of the year. And we're happy to see your progression, and we appreciate you guys taking the time to spend time here.

**James Patrick Kelly**
*Executive VP, CFO & Treasurer*

All right, Dennis, thanks a lot. I appreciate all the questions and again, for having us here today, very productive day. Thank you all for joining us.

**Dennis Crandall**
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.