# Exhibit 21

**Query**     **Reports**     **Utilities**     **Help**     **Log Out**

JURY,TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00464-APM

| | |
|---|---|
| GARDNER v. VANDA PHARMACEUTICALS INC. | Date Filed: 03/10/2017 |
| Assigned to: Judge Amit P. Mehta | Jury Demand: Plaintiff |
| Cause: 31:3729 False Claims Act | Nature of Suit: 376 Qui Tam (31 U.S.C. § 3729(a)) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**RICHARD GARDNER**
*UNITED STATES OF AMERICA ex rel*

represented by **Bradford W. Muller**
STONE & MAGNANINI LLP
100 Connell Drive
Suite 2200
Berkeley Heights, NJ 07922
(973) 218-1111
Email: bmuller@stonemagnalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Nelson**
THE WEISER LAW FIRM, P.C.
22 Cassat Avenue
Berwyn, PA 19312
(610) 225-2677
Fax: 610-802-8062
Email: cln@weiserlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Magnanini**
STONE & MAGNANINI LLP
100 Connell Drive
Suite 2200
Berkeley Heights, NJ 07922
(973) 218-1111
Fax: (973) 218-1106
Email: rmagnanini@stonemagnalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross M. Wolfe**
THE WEISER LAW FIRM, P.C.
22 Cassat Avenue
Berwyn, PA 19312

(610) 225-2677
Email: rmw@weiserlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**VANDA PHARMACEUTICALS INC.**                    represented by      **David S. Rosenbloom**
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Suite 4000
Chicago, IL 60606-0029
(312) 984-7759
Email: drosenbloom@mwe.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul Whitfield Hughes , III**
MCDERMOTT WILL & EMERY LLP
500 North Capitol St, NW
Washington, DC 20005
(202) 756-8981
Email: PHughes@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew A. Lyons-Berg**
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8979
Fax: (202) 591-2774
Email: alyonsberg@mwe.com
*ATTORNEY TO BE NOTICED*

**Jennifer Butler Routh**
MCDERMOTT WILL & EMERY LLP
Litigation
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8165
Email: jrouth@mwe.com
*ATTORNEY TO BE NOTICED*

**John C. Richter**
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 626-5617

Email: jrichter@kslaw.com
*TERMINATED: 08/09/2019*

V.

**Interested Party**

**UNITED STATES OF AMERICA**  represented by  **John Cuong Truong**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2524
Fax: (202) 252-2599
Email: john.truong@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Short**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2529
Email: jennifer.short@usdoj.gov
*TERMINATED: 11/14/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2017 | 1 | COMPLAINT against VANDA PHARMACEUTICALS INC. ( Filing fee $ 400, receipt number 4616083525) with Jury Demand filed by RICHARD GARDNER. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1) (zjf). (Entered: 03/15/2017) |
| 01/29/2019 | 16 | NOTICE OF ELECTION TO DECLINE INTERVENTION by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(zjf) (Entered: 01/30/2019) |
| 01/31/2019 | 17 | ORDER. The complaint shall be unsealed so that it may be served upon the Defendant by the Relator. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the Defendant, except for this Order and the 16 Notice of Election to Decline Intervention. All other matters occurring in this action after the date of this Order shall be filed publicly and are not subject to the sealing provisions of the False Claims Act. See attached order for full details. Signed by Judge Amit P. Mehta on 1/31/2019. (zjd) (Entered: 01/31/2019) |
| 02/04/2019 |  | ***Case Unsealed pursuant to 17 Order filed on 01/31/2019 (jf) (Entered: 02/04/2019) |
| 02/14/2019 | 18 | NOTICE *of Suppplemental Notice of Declination* by UNITED STATES OF AMERICA (Truong, John) (Entered: 02/14/2019) |
| 02/19/2019 |  | MINUTE ORDER amending 17 Order from January 31, 2019. The order shall include the State of Washington as an additional state that joins in the declination to intervene in this case. Signed by Judge Amit P. Mehta on 02/19/2019. (lcapm3) (Entered: 02/19/2019) |
| 05/06/2019 | 19 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by RICHARD GARDNER (This document is SEALED and only available to authorized |

| | | |
|---|---|---|
| | | persons.) (Attachments: # 1 Exhibit Amended Complaint)(Nelson, Christopher) (Entered: 05/06/2019) |
| 05/08/2019 | | MINUTE ORDER granting 19 Relator's Motion to Seal. Relator's Complaint shall be kept under seal until further order of the Court. Signed by Judge Amit P. Mehta on 05/08/2019. (lcapm3) (Entered: 05/08/2019) |
| 05/08/2019 | 20 | UnSealed AMENDED COMPLAINT against VANDA PHARMACEUTICALS INC. with Jury Demand filed by RICHARD GARDNER. (zjf) Modified on 6/7/2019 pursuant to Minute Order filed on 05/31/2019 (jf). (Entered: 05/13/2019) |
| 05/15/2019 | 21 | ORDER TO SHOW CAUSE why this matter should not be dismissed for failure to serve if Plaintiff does not serve on or before May 28, 2019. See attached Order for additional details. Signed by Judge Amit P. Mehta on 05/15/2019. (lcapm3) (Entered: 05/15/2019) |
| 05/15/2019 | 22 | REQUEST FOR SUMMONS TO ISSUE re 1 Complaint filed by RICHARD GARDNER. Related document: 1 Complaint filed by RICHARD GARDNER.(Nelson, Christopher) (Entered: 05/15/2019) |
| 05/15/2019 | | Set/Reset Deadlines: Plaintiff's response to the Court's Order to Show Cause due by 5/28/2019. (hmc) (Entered: 05/15/2019) |
| 05/16/2019 | 23 | SUMMONS (1) Issued Electronically as to VANDA PHARMACEUTICALS INC. (jf) (Entered: 05/16/2019) |
| 05/16/2019 | 24 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VANDA PHARMACEUTICALS INC. served on 5/16/2019, answer due 6/6/2019 (Nelson, Christopher) (Entered: 05/16/2019) |
| 05/16/2019 | 25 | RESPONSE TO ORDER OF THE COURT re 21 Order *Response to Order to Show Cause* filed by RICHARD GARDNER. (Nelson, Christopher) (Entered: 05/16/2019) |
| 05/17/2019 | | MINUTE ORDER. In view of 25 Plaintiff's Response to the Court, 21 the Order to Show Cause is hereby vacated. The Amended Complaint is now the operative complaint in this matter. The United States shall advise the court no later than May 28, 2019, how it intends to proceed with respect to the Amended Complaint. Signed by Judge Amit P. Mehta on 05/17/2019. (lcapm3) (Entered: 05/17/2019) |
| 05/17/2019 | 26 | NOTICE of Appearance by John C. Richter on behalf of VANDA PHARMACEUTICALS INC. (Richter, John) (Entered: 05/17/2019) |
| 05/17/2019 | 27 | WITHDRAWN PURSUANT TO 29 ORDER FILED 5/23/2019.....MOTION to Dismiss *and Memorandum of Law* by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Text of Proposed Order)(Richter, John) Modified on 5/24/2019 (zjd). (Entered: 05/17/2019) |
| 05/21/2019 | 28 | MOTION to Withdraw 27 MOTION to Dismiss *and Memorandum of Law* by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Text of Proposed Order)(Richter, John) (Entered: 05/21/2019) |
| 05/23/2019 | 29 | ORDER granting 28 Motion to Withdraw. See attached Order for additional details. Signed by Judge Amit P. Mehta on 05/23/2019. (lcapm3) (Entered: 05/23/2019) |
| 05/24/2019 | | Set/Reset Hearings: Telephone Conference set for 5/31/2019 at 1:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 05/24/2019) |
| 05/28/2019 | 30 | UNSEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.)(Truong, John) Modified on 6/7/2019 pursuant to Minute Order 05/31/2019 (jf). (Entered: 05/28/2019) |
| | | |

| | | |
|---|---|---|
| 05/29/2019 | | MINUTE ORDER. The United States by May 30, 2019, shall show cause why its under seal, ex parte filing of May 28, 2019, ECF No. 30, cannot be placed on the public docket. Signed by Judge Amit P. Mehta on 05/29/2019. (lcapm3) (Entered: 05/29/2019) |
| 05/29/2019 | | Set/Reset Deadlines: Government's Response to Show Cause due by 5/30/2019. (zjd) (Entered: 05/29/2019) |
| 05/30/2019 | 31 | RESPONSE TO ORDER OF THE COURT re Order *to Show Cause* filed by UNITED STATES OF AMERICA. (Truong, John) (Entered: 05/30/2019) |
| 05/31/2019 | | MINUTE ORDER. In light of the United States' response to the Order to Show Cause, the clerk of the court shall unseal the notice docketed at ECF No. 30. The clerk of court likewise shall unseal the Second Amended Complaint docketed at ECF No. 20. The Second Amended Complaint is now the operative pleading in this matter. The time for Defendant to file a motion or responsive pleading shall run from the date on which the Second Amended Complaint is unsealed. The telephonic conference scheduled for today is hereby vacated. Signed by Judge Amit P. Mehta on 05/31/2019. (lcapm3) (Entered: 05/31/2019) |
| 06/07/2019 | 32 | WAIVER OF SERVICE by RICHARD GARDNER. VANDA PHARMACEUTICALS INC. waiver sent on 5/31/2019, answer due 7/30/2019. (Nelson, Christopher) Modified on 6/7/2019 to correct sent/answer due date(jf). (Entered: 06/07/2019) |
| 06/21/2019 | 33 | Joint MOTION for Scheduling Order by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Text of Proposed Order)(Richter, John) (Entered: 06/21/2019) |
| 06/21/2019 | 34 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VANDA PHARMACEUTICALS INC. (Richter, John) (Entered: 06/21/2019) |
| 06/21/2019 | | MINUTE ORDER. Having considered 33 the parties' Joint Motion for Scheduling Order, the court sets the following schedule for further proceedings in this matter: Defendant shall file its Responsive Pleading on or before August 13, 2019; Relator shall file Opposition to Motion to Dismiss, if any, on or before September 24, 2019; and Defendant shall file Reply, if any, on or before October 8, 2019. Signed by Judge Amit P. Mehta on 06/21/2019. (lcapm3) (Entered: 06/21/2019) |
| 06/21/2019 | | Set/Reset Deadlines: Answer or Responsive Pleading due by 8/13/2019. Relator's Opposition due by 9/24/2019. Defendant's Reply due by 10/8/2019. (zjd) (Entered: 06/25/2019) |
| 08/01/2019 | 35 | NOTICE of Appearance by Paul Whitfield Hughes, III on behalf of VANDA PHARMACEUTICALS INC. (Hughes, Paul) (Entered: 08/01/2019) |
| 08/01/2019 | 36 | NOTICE of Appearance by Andrew A. Lyons-Berg on behalf of VANDA PHARMACEUTICALS INC. (Lyons-Berg, Andrew) (Entered: 08/01/2019) |
| 08/01/2019 | 37 | NOTICE of Appearance by Jennifer Butler Routh on behalf of VANDA PHARMACEUTICALS INC. (Routh, Jennifer) (Entered: 08/01/2019) |
| 08/02/2019 | 38 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- David S. Rosenbloom, :Firm- McDermott Will & Emery LLP, :Address- drosenbloom@mwe.com. Phone No. - (312) 372-2000. Fax No. - (312) 984-7700 Filing fee $ 100, receipt number 0090-6296868. Fee Status: Fee Paid. by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Hughes, Paul) (Entered: 08/02/2019) |
| 08/02/2019 | | MINUTE ORDER granting 38 Motion for Leave to Appear Pro Hac Vice. Attorney David S. Rosenbloom is hereby admitted pro hac vice to appear in this matter on behalf of Defendant. Signed by Judge Amit P. Mehta on 08/02/2019. (lcapm3) (Entered: 08/02/2019) |

| | | |
|---|---|---|
| 08/09/2019 | 39 | NOTICE OF WITHDRAWAL OF APPEARANCE as to VANDA PHARMACEUTICALS INC.. Attorney John C. Richter terminated. (Richter, John) (Entered: 08/09/2019) |
| 08/13/2019 | 40 | MOTION to Dismiss by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Text of Proposed Order)(Hughes, Paul) (Entered: 08/13/2019) |
| 09/18/2019 | 41 | MOTION for Extension of Time to File Response/Reply as to 40 MOTION to Dismiss by VANDA PHARMACEUTICALS INC. (Attachments: # 1 Text of Proposed Order) (Hughes, Paul) (Entered: 09/18/2019) |
| 09/18/2019 | | MINUTE ORDER granting 41 Joint Motion to Extend Briefing Schedule. Relator shall file any Oppositions to Defendant's Motion to Dismiss on or before October 25, 2019. Defendant shall file any Reply on or before November 22, 2019. Signed by Judge Amit P. Mehta on 09/18/2019. (lcapm3) (Entered: 09/18/2019) |
| 09/18/2019 | | Set/Reset Deadlines: Oppositions due by 10/25/2019. Reply due by 11/22/2019. (zjd) (Entered: 09/20/2019) |
| 10/25/2019 | 42 | Memorandum in opposition to re 40 MOTION to Dismiss filed by RICHARD GARDNER. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Nelson, Christopher) (Entered: 10/25/2019) |
| 11/22/2019 | 43 | REPLY to opposition to motion re 40 MOTION to Dismiss filed by VANDA PHARMACEUTICALS INC.. (Hughes, Paul) (Entered: 11/22/2019) |
| 02/10/2020 | | MINUTE ORDER. The parties shall appear for a hearing on 40 Defendant's Motion to Dismiss on March 9, 2020, at 11:00 AM in Courtroom 10. Signed by Judge Amit P. Mehta on 02/10/2020. (lcapm3) (Entered: 02/10/2020) |
| 02/10/2020 | | Set/Reset Hearings: Motion Hearing set for 3/9/2020 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/11/2020) |
| 02/19/2020 | 44 | Joint MOTION to Continue *to reschedule hearing date* by VANDA PHARMACEUTICALS INC. (Hughes, Paul) (Entered: 02/19/2020) |
| 02/20/2020 | | MINUTE ORDER granting 44 Motion to Continue Hearing Date. The hearing currently set for March 9, 2020, is hereby vacated and reset for March 20, 2020, at 2:00 PM. Signed by Judge Amit P. Mehta on 02/20/2020. (lcapm3) (Entered: 02/20/2020) |
| 02/20/2020 | | Set/Reset Hearings: Motion Hearing set for 3/20/2020 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) (Entered: 02/20/2020) |
| 03/16/2020 | 45 | ORDER. Please see Standing Order No. 20-9, signed by Chief Judge Howell, In Re: Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic. See the attached Order for further details. (lcapm3) (Entered: 03/16/2020) |
| 03/17/2020 | | MINUTE ORDER. Consistent with Standing Order No. 20-9, the motions hearing set for March 20, 2020, is hereby vacated. The court will notify the parties as to a new hearing date, if one is deemed necessary. Signed by Judge Amit P. Mehta on 03/17/2020. (lcapm3) (Entered: 03/17/2020) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

District of Columbia live database

| 03/23/2020 12:58:36 | | | |
|---|---|---|---|
| **PACER Login:** | pw0001MAO | **Client Code:** | 020840-00014-07711 |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-00464-APM |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |