# Exhibit 22

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br>*ex rel.* RICHARD GARDNER,<br><br>Plaintiffs,<br><br>v.<br><br>VANDA PHARMACEUTICALS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:17-cv-00464 (APM)<br><br>**FILED UNDER SEAL AND *EX PARTE*** |

## NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. In addition, the undersigned government counsel has been advised that the following States also decline to intervene in this action: California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and the District of Columbia (collectively the "Plaintiff States").

Although the United States declines to intervene, pursuant to § 3730(b)(1), the Relator, Richard Gardner, may maintain the action in the name of the United States. 31 U.S.C. § 3730(b)(1). However, the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval. *Id.*

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States, and that orders issued by the Court be sent to the Government's counsel of record.  The United States reserves its right to order any deposition transcripts, to intervene in this action upon a showing of good cause at a later date, and to seek the dismissal of the Relator's action or claim under 31 U.S.C. § 3730(e)(4).  The United States also requests that it be served with all notices of appeal.

Likewise, the Plaintiff States, through their authorized representative, have asked that they be served or otherwise noticed of all pleadings filed in this action, all orders issued by the Court, and all notices of appeal. The Plaintiff States further reserve their rights under applicable state law to order deposition transcripts, to intervene in this action at a later date, and to seek the dismissal of the Relator's action or claims.

Finally, the United States requests that the Relator's Complaint, this Notice, and the attached proposed Order should be unsealed.  The United States further requests that all other submissions on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, by law, those submissions are provided to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

January 29, 2019                                    Respectfully submitted,

                                                   JOSEPH H. HUNT
                                                   Assistant Attorney General

                                                   JESSIE K. LIU, D.C. BAR # 472845
                                                   United States Attorney for the District of Columbia

                                                   DANIEL F. VAN HORN, D.C. BAR # 924092
                                                   Civil Chief, District of Columbia

2

/s/

JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC  20530
Tel: (202) 252-2524
Fax: (202) 252-2599
John.Truong@usdoj.gov


MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
GORDON E. SHEMIN
Attorneys, United States Department of Justice
Civil Division
Ben Franklin Station
PO Box 261
Washington, DC 20044
Tel:  (202) 305-4880
Fax: (202) 514-7361

Counsel for the United States of America

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2019, a true and correct copy of

the above and foregoing Notice of Election to Decline Intervention and proposed Order were

mailed by first-class mail to:

> Robert A. Magnanini
> STONE MAGNANINI
> 100 Connell Drive, Suite 2200
> Berkeley Heights, NJ  07922

> and

> Christopher L. Nelson
> James M. Ficaro
> Ross M. Wolfe
> THE WEISER LAW FIRM, P.C.
> 22 Casatt Avenue
> Berwyn, PA  19312

> Counsel for the Relator

/s/ John C. Truong
John C. Truong
Assistant United States Attorney

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* RICHARD GARDNER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00464 (APM) |
| VANDA PHARMACEUTICALS, | ) ) ) | **FILED UNDER SEAL AND *EX PARTE*** |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Notice of Election to Decline Intervention, 31 U.S.C. § 3730(b)(4), in which the United States, along with the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and the District of Columbia (collectively the "Plaintiff States"), have elected to decline intervention in this action,

It is HEREBY ORDERED as follows:

1. The Complaint shall be unsealed so that it may be served upon the Defendant by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the Defendant, except for this Order and the Notice of Election to Decline Intervention, which the Relator shall serve upon the Defendant only after service of the Complaint;

3. All other matters occurring in this action after the date of this Order shall be filed publicly and are not subject to the sealing provisions of the False Claims Act;

5

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5. The parties shall serve or otherwise provide notice of all pleadings and motions filed in this action, including supporting memoranda, upon each of the Plaintiff States. The Plaintiff States may order any deposition transcripts and may intervene in this action at a later date pursuant to applicable state law;

6. The parties shall serve all notices of appeal upon the United States and Plaintiff States;

7. All orders of this Court shall be sent to the United States and Plaintiff States;

8. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2019.


_____
United States District Judge

6

**To the Clerk: Please send copies of the foregoing Order to**:

**Via Electronic Mail or U.S. Attorney's Office Drop Box in Clerk's Office**
John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W., Room E 4415
Washington, D.C.  20530
John.Truong@usdoj.gov

**Via Electronic or Regular Mail**
Gordon E. Shemin
Trial Attorney
Fraud Section, Civil Division
Ben Franklin Station, P.O. Box 261
Washington, DC 20044
Gordon.E.Shemin@usdoj.gov

Robert A. Magnanini
STONE MAGNANINI
100 Connell Drive, Suite 2200
Berkeley Heights, NJ  07922

and

Christopher L. Nelson
James M. Ficaro
Ross M. Wolfe
THE WEISER LAW FIRM, P.C.
22 Casatt Avenue
Berwyn, PA  19312

7