# Exhibit 23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,    )
*ex rel.* RICHARD GARDNER,            )
                                      )
            Plaintiffs,               )
                                      )
    v.                                )        Civil Action No. 1:17-cv-00464 (APM)
                                      )
VANDA PHARMACEUTICALS,                )
                                      )
            Defendant.                )
_____)

## SUPPLEMENTAL NOTICE

The United States of America respectfully submits the following correction regarding its

Notice of Declination filed in this case on January 29, 2019 (Docket Entry 16).  Due to a drafting

error, the Notice and proposed order filed by the United States inadvertently omitted the State of

Washington from the list of States that were declining to intervene in this action.  The Court

adopted the government's proposed order and issued it on January 31, 2019.  *See* Docket Entry

17.

Upon discovering the inadvertent omission, undersigned government counsel conferred

with Carrie Bashaw, senior counsel for the Washington Medicaid Fraud Control Unit, and Lora

Martin, counsel for the Medicaid Fraud Control Bureau of the State of California, and both have

confirmed that the State of Washington joins with the other States in declining to intervene in

this case.

Accordingly, to the extent necessary, the United States respectfully requests that the

Court amend its January 31, 2019 Order to include the State of Washington as an additional state

that joins in the declination to intervene in this case.

*[Signature block on the next page]*

February 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief, District of Columbia


_____/s/_____
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC  20530
Tel: (202) 252-2524
Fax: (202) 252-2599
John.Truong@usdoj.gov


MICHAEL D. GRANSTON
JAMIE A. YAVELBERG
GORDON E. SHEMIN
Attorneys, United States Department of Justice
Civil Division
Ben Franklin Station
PO Box 261
Washington, DC 20044
Tel:  (202) 305-4880
Fax: (202) 514-7361

Counsel for the United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2019, a true and correct copy of

the above and foregoing Notice were mailed by first-class mail to:

> Robert A. Magnanini
> STONE MAGNANINI
> 100 Connell Drive, Suite 2200
> Berkeley Heights, NJ  07922
>
> and
>
> Christopher L. Nelson
> James M. Ficaro
> Ross M. Wolfe
> THE WEISER LAW FIRM, P.C.
> 22 Casatt Avenue
> Berwyn, PA  19312
>
> Counsel for the Relator

*/s/ John C. Truong*
John C. Truong
Assistant United States Attorney
