# Exhibit 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* GARDNER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00464 (APM) |
| VANDA PHARMACEUTICALS, | ) ) ) | UNDER SEAL AND EX PARTE |
| Defendant. | ) ) | |
| _____ | ) | |

## UNITED STATES OF AMERICA' RESPONSE TO THE COURT'S MAY 17, 2019 MINUTE ORDER

The United States of America, through its undersigned counsel, respectfully responds to the Court's May 17, 2019 Minute Order. The United States has reviewed Relator's sealed Amended Complaint (ECF No. 20) and maintains its decision not to intervene in this *qui tam* action.

The United States incorporates by reference its Notice of Election to Decline Intervention (ECF No. 16), including all of the rights and obligations set forth in that Notice. The United States requests that the Relator's Amended Complaint and this Notice should be unsealed. The United States further requests that all other prior submissions on file in this action remain under seal. *See* ECF No. 16 (explaining the need for other submissions to remain under seal).

[*Signature block on the next page*]

May 28, 2019                                    Respectfully submitted,

                                               JOSEPH H. HUNT
                                               Assistant Attorney General

                                               JESSIE K. LIU, D.C. BAR # 472845
                                               United States Attorney for the District of Columbia

                                               DANIEL F. VAN HORN, D.C. BAR # 924092
                                               Civil Chief, District of Columbia


                                               _____/s/_____
                                               JOHN C. TRUONG, D.C. Bar # 465901
                                               Assistant United States Attorney
                                               555 Fourth Street, NW
                                               Washington, DC  20530
                                               Tel: (202) 252-2524
                                               Fax: (202) 252-2599

                                               MICHAEL D. GRANSTON
                                               JAMIE A. YAVELBERG
                                               GORDON E. SHEMIN
                                               Attorneys, United States Department of Justice
                                               Civil Division
                                               Ben Franklin Station
                                               PO Box 261
                                               Washington, DC 20044
                                               Tel:  (202) 305-4880
                                               Fax: (202) 514-7361