UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

VANDA PHARMACEUTICALS, INC.,
MIHAEL H. POLYMEROPOULOS, JAMES
P. KELLY, GIAN PIERO REVERBERI, and
THOMAS E. GIBBS,

                    Defendants.

———————————————————————— x

:  Civil Action No. 1:19-cv-01108-FB-LB

:  <u>CLASS ACTION</u>

:  Hon. Frederic Block

:  DECLARATION OF MICHAEL G. CAPECI
IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS THE AMENDED
COMPLAINT

I, Michael G. Capeci, declare under penalty of perjury as follows:

1.      I am a member of the firm of Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Plaintiff") in the above-captioned action, and am admitted to practice before this Court.

2.      I respectfully submit this Declaration in support of Plaintiff's opposition to Defendants' motion to dismiss the Amended Complaint.

3.      Attached hereto as Exhibit A is a true and correct copy of the docket in *Vanda Pharmaceuticals, Inc. v. Food & Drug Administration, et al.*, No. 19-CV-00301 (JDB) (D.D.C.) (the "FDA Litigation") as of May 7, 2020.

4.      Attached hereto as Exhibit B is a true and correct copy of a memorandum from the U.S. Department of Justice ("DOJ") entitled "False Claims Act Cases: Government Intervention in Qui Tam (Whistleblower) Suits," which was accessed from https://www.justice.gov/sites/default/files/usao-edpa/legacy/2012/06/13/InternetWhistleblower%20update.pdf (last visited May 7, 2020).

5.      Attached hereto as Exhibit C is a true and correct copy of a memorandum from the DOJ entitled "Factors for Evaluating Dismissal Pursuant to 31 U.S.C. 3730(c)(2)(A)," dated January 10, 2018, and authored by Michael D. Granston, Director of the DOJ's Commercial Litigation Branch, Fraud Section.

6.      Attached hereto as Exhibit D is a true and correct copy of the opening and closing stock prices for Vanda Pharmaceuticals, Inc., for the time period of January 31, 2019 through February 12, 2019, as reflected on *Yahoo! Finance* (last visited May 7, 2020).

7.      Attached hereto as Exhibit E is a true and correct copy of the webpage associated with    https://doctor.webmd.com/doctor/david-hilton-e03e2dcf-a4a9-40c3-8bf8-4a90d9923af1-overview, the uniform resource locator ("URL") that is cited in footnote six in the Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Complaint for Violations of the Federal Securities Laws, dated March 23, 2020 ("Defendants' Brief"), that purports to reflect the medical practice of Dr. David Hilton (last visited May 7, 2020).

8.      Attached hereto as Exhibit F is a true and correct copy of the webpage associated with        https://www.franciscanhealth.org/find-a-doctor/physician/teresita-briones-ramilo-1144216060, the URL that is cited in footnote six in Defendants' Brief that purports to reflect the medical practice of Dr. Teresita C. Briones-Ramilo (last visited May 7, 2020).

9.      Attached hereto as Exhibit G is a true and correct copy of the webpage associated with  https://hendrickstherapy.com/rick-robertson, the URL that is cited in footnote six in Defendants' Brief that purports to reflect the medical practice of Dr. Rick Robertson (last visited May 7, 2020).

10.     Attached hereto as Exhibit H is a true and correct copy of the webpage associated with https://www.linkedin.com/in/paras-harshawat-5a978332, the URL that is cited in footnote six

-3-

in Defendants' Brief that purports to reflect the medical practice of Dr. Paras Harshawat (last visited May 7, 2020).

11.     Attached hereto as Exhibit I is a true and correct copy of the webpage associated with https://www.gshvin.org/find-a-provider/e/emma-r-engel-pcns/, the URL that is cited in footnote six in Defendants' Brief that purports to reflect the medical practice of Dr. Emma Engel (last visited May 7, 2020).

12.     Attached hereto as Exhibit J is a true and correct copy of the webpage associated with https://fad.ecommunity.com/provider/Syed+J.A.+Khan/185936, the URL that is cited in footnote six in Defendants' Brief that purports to reflect the medical practice of Dr. Syed J.A. Kahn (last visited May 7, 2020).

DATED: May 7, 2020                                    */s/ Michael G. Capeci*
                                              MICHAEL G. CAPECI

<u>CERTIFICATE OF SERVICE</u>

I, Michael G. Capeci, hereby certify that on May 7, 2020, I authorized a true and correct copy of the foregoing document to be served on defense counsel via electronic mail.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI