# EXHIBIT A

VANDA PHARMACEUTICALS, INC. v. FOOD AND DRUG..., 1:19CV00301 (2019)

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 05/07/2020**

**Current Date:** 5/7/2020
**Source:** U.S. District Court, District of Columbia (Washington DC)

| | |
|---|---|
| **Court:** | U.S. District Court, District of Columbia (Washington DC) |
| **Case Title:** | VANDA PHARMACEUTICALS, INC. v. FOOD AND DRUG ADMINISTRATION et al |
| **Case:** | 1:19-CV-00301 |
| **Judge:** | Judge John D. Bates |
| **Date Filed:** | 02/05/2019 |
| **Date Closed/Terminated:** | 01/31/2020 |
| **Case Status:** | CLOSED, STAYED, TYPE-C |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 1:19CV00301 |
| **Jury Demand:** | None |
| **Nature of Suit:** | Other Statutes: Other Statutory Actions (890) |
| **Jurisdiction:** | U.S. Government Defendant |
| **Cause:** | 05 USC 0706 Judicial Review of Agency Actions |

## PARTICIPANT INFORMATION

### VANDA PHARMACEUTICALS, INC.

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Andrew A. Lyons-Berg |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol Street NW |
| | Washington, DC 20001 |
| **Attorney Phone:** | 202-756-8979 |
| **Attorney Fax:** | 202-591-2774 |
| **Email Address:** | alyonsberg@mwe.com |
| **Attorney:** | Michael Branch Kimberly |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol St, NW |
| | Washington, DC 20005 |
| **Attorney Phone:** | 202-756-8901 |
| **Email Address:** | mkimberly@mwe.com |
| **Attorney:** | Paul Whitfield Hughes, III |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol St, NW |
| | Washington, DC 20005 |
| **Attorney Phone:** | 202-756-8981 |
| **Email Address:** | PHughes@mwe.com |
| **Attorney:** | Douglas Harry Hallward-Driemeier |
| **Attorney Terminated:** | TERMINATED: 07/09/2019 |
| **Firm Name:** | ROPES & GRAY LLP |

| | |
|---|---|
| **Attorney Address:** | 2099 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| **Attorney Phone:** | 202-508-4776 |
| **Attorney Fax:** | 202-508-4650 |
| **Email Address:** | douglas.hallward-driemeier@ropesgray.com |

## DECEMBER GUZMAN

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Andrew A. Lyons-Berg |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol Street NW |
| | Washington, DC 20001 |
| **Attorney Phone:** | 202-756-8979 |
| **Attorney Fax:** | 202-591-2774 |
| **Email Address:** | alyonsberg@mwe.com |
| **Attorney:** | Paul Whitfield Hughes, III |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol St, NW |
| | Washington, DC 20005 |
| **Attorney Phone:** | 202-756-8981 |
| **Email Address:** | PHughes@mwe.com |

## CATHY HARTWIG

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Andrew A. Lyons-Berg |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol Street NW |
| | Washington, DC 20001 |
| **Attorney Phone:** | 202-756-8979 |
| **Attorney Fax:** | 202-591-2774 |
| **Email Address:** | alyonsberg@mwe.com |
| **Attorney:** | Paul Whitfield Hughes, III |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol St, NW |
| | Washington, DC 20005 |
| **Attorney Phone:** | 202-756-8981 |
| **Email Address:** | PHughes@mwe.com |

## LOUISA JENNESS

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Andrew A. Lyons-Berg |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol Street NW |

Case 1:19-cv-01108-LB   Document 48-33   Filed 06/09/20   Page 4 of 17 PageID #: 1162

| | |
|---|---|
| | Washington, DC 20001 |
| **Attorney Phone:** | 202-756-8979 |
| **Attorney Fax:** | 202-591-2774 |
| **Email Address:** | alyonsberg@mwe.com |
| **Attorney:** | Paul Whitfield Hughes, III |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | MCDERMOTT WILL & EMERY LLP |
| **Attorney Address:** | 500 North Capitol St, NW |
| | Washington, DC 20005 |
| **Attorney Phone:** | 202-756-8981 |
| **Email Address:** | PHughes@mwe.com |

## HUMANE SOCIETY OF THE UNITED STATES

| | |
|---|---|
| **Type:** | Movant |
| **Attorney:** | Anna Elizabeth Frostic |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | HUMANE SOCIETY OF THE UNITED STATES |
| **Attorney Address:** | Animal Protection Litigation |
| | 1255 23rd Street, NW |
| | Suite 450 |
| | Washington, DC 20037 |
| **Attorney Phone:** | 202-676-2333 |
| **Attorney Fax:** | 202-778-6126 |
| **Email Address:** | afrostic@humanesociety.org |

## FOOD AND DRUG ADMINISTRATION

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | James William Harlow |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | Consumer Protection Branch |
| | PO Box 386 |
| | Washington, DC 20044-0386 |
| **Attorney Phone:** | 202-514-6786 |
| **Attorney Fax:** | 202-514-8742 |
| **Email Address:** | james.w.harlow@usdoj.gov |
| **Attorney:** | David Michael Morrell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | 950 Pennsylvania Ave. NW |
| | Suite 3131 |
| | Washington, DC 20530 |
| **Attorney Phone:** | 202-514-2331 |
| **Email Address:** | david.m.morrell@usdoj.gov |

## SCOTT GOTTLIEB

| | |
|---|---|
| **Party Description:** | M.D., Commissioner of Food and Drugs, Food and Drug Administration |
| **Type:** | Defendant |

| | |
|---|---|
| **Party Terminated:** | TERMINATED: 05/29/2019 |
| **Attorney:** | James William Harlow |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | Consumer Protection Branch |
| | PO Box 386 |
| | Washington, DC 20044-0386 |
| **Attorney Phone:** | 202-514-6786 |
| **Attorney Fax:** | 202-514-8742 |
| **Email Address:** | james.w.harlow@usdoj.gov |

## ALEX M. AZAR, II

| | |
|---|---|
| **Party Description:** | Secretary of Health and Human Services |
| **Type:** | Defendant |
| **Attorney:** | James William Harlow |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | Consumer Protection Branch |
| | PO Box 386 |
| | Washington, DC 20044-0386 |
| **Attorney Phone:** | 202-514-6786 |
| **Attorney Fax:** | 202-514-8742 |
| **Email Address:** | james.w.harlow@usdoj.gov |
| **Attorney:** | David Michael Morrell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | 950 Pennsylvania Ave. NW |
| | Suite 3131 |
| | Washington, DC 20530 |
| **Attorney Phone:** | 202-514-2331 |
| **Email Address:** | david.m.morrell@usdoj.gov |

## NORMAN E. SHARPLESS

| | |
|---|---|
| **Party Description:** | In his official capacity as Acting Commissioner of Food and Drugs Administration |
| **Type:** | Defendant |
| **Attorney:** | James William Harlow |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | Consumer Protection Branch |
| | PO Box 386 |
| | Washington, DC 20044-0386 |
| **Attorney Phone:** | 202-514-6786 |
| **Attorney Fax:** | 202-514-8742 |
| **Email Address:** | james.w.harlow@usdoj.gov |
| **Attorney:** | David Michael Morrell |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | U.S. DEPARTMENT OF JUSTICE |
| **Attorney Address:** | 950 Pennsylvania Ave. NW |
| | Suite 3131 |
| | Washington, DC 20530 |
| **Attorney Phone:** | 202-514-2331 |

**Email Address:**                    david.m.morrell@usdoj.gov

### CALENDAR INFORMATION
**View Calendar Information**

### DOCKET PROCEEDINGS (64)

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 50 | 01/31/2020 | MEMORANDUM OPINION. Signed by Judge John D. Bates on 1/31/2020. (lcjdb1) (Entered: 01/31/2020) | View | Add to request |
| 49 | 01/31/2020 | ORDER granting 32 defendants' cross-motion for summary judgment; denying 23 plaintiffs' motion for summary judgment; denying 25 plaintiffs' motion to complete and supplement the administrative record; and denying 27 The Humane Society of the United States's motion for leave to file amicus brief. See text of Order for details. Signed by Judge John D. Bates on 1/31/2020. (lcjdb1) (Entered: 01/31/2020) | View | Add to request |
| | 12/13/2019 | Minute Entry: Motion Hearing held on 12/13/2019 before Judge John D. Bates re: 23 MOTION for Summary Judgment filed by LOUISA JENNESS, DECEMBER GUZMAN, VANDA PHARMACEUTICALS, INC., CATHY HARTWIG and 32 Cross MOTION for Summary Judgment filed by FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS, ALEX M. AZAR, II; motions heard and taken under advisement. (Court Reporter Lisa Griffith) (tb) (Entered: 12/13/2019) | Send Runner to Court | |
| 48 | 12/11/2019 | NOTICE of Appearance by David Michael Morrell on behalf of All Defendants (Morrell, David) (Entered: 12/11/2019) | View | Add to request |
| | 12/10/2019 | NOTICE OF ERROR re 47 Notice (Other); emailed to james.w.harlow@usdoj.gov, cc'd 6 associated attorneys -- The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please refile document, 3. Counsel can not file on behalf of other counsel. (ztd, ) (Entered: 12/10/2019) | Send Runner to Court | |

**WESTLAW**   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

VANDA PHARMACEUTICALS, INC. v. FOOD AND DRUG..., 1:19CV00301 (2019)

| | | | | |
|---|---|---|---|---|
| 47 | 12/09/2019 | ENTERED IN ERROR. . . . .NOTICE of Appearance of David M. Morrell for all Defendants by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS (Harlow, James) Modified on 12/10/2019 (ztd). (Entered: 12/09/2019) | View | Add to request |
| | 11/04/2019 | MINUTE ORDER: It is hereby ORDERED that a motions hearing on 23 plaintiffs' motion for summary judgment and 32 defendants' cross motion for summary judgment is scheduled for December 13, 2019, at 9:30 a.m. Signed by Judge John D. Bates on 11/4/2019. (lcjdb1) (Entered: 11/04/2019) | Send Runner to Court | |
| | 11/04/2019 | Set/Reset Hearings: Motion Hearing set for 12/13/2019 at 09:30 AM in Courtroom 30A before Judge John D. Bates. (tb) (Entered: 11/04/2019) | Send Runner to Court | |
| 46 | 10/16/2019 | SEALED DOCUMENT filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (See Docket Entry 42 to view documents). (ztth) (Entered: 10/23/2019) | Send Runner to Court | |
| | 10/16/2019 | MINUTE ORDER: Upon consideration of 42 plaintiffs sealed motion for leave to file document under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the Clerk of Court shall enter this document on the docket under seal. SO ORDERED - by Judge John D. Bates on 10/16/19. (tb) (Entered: 10/16/2019) | Send Runner to Court | |
| 43 | 10/09/2019 | ADMINISTRATIVE RECORD Appendix by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC.. (Attachments: # 1 Appendix Table of Contents, # 2 Appendix Part 1 of 2, # 3 Appendix Part 2 of 2)(Hughes, Paul) (Entered: 10/09/2019) | View | Add to request |
| 42 | 10/09/2019 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | SEAL filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix Table of Contents, # 2 Appendix Part 1 of 4, # 3 Appendix Part 2 of 4, # 4 Appendix Part 3 of 4, # 5 Appendix Part 4 of 4, # 6 Text of Proposed Order)(Hughes, Paul) (Entered: 10/09/2019) | | |
| 45 | 10/08/2019 | SEALED DOCUMENT filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. re 32 Cross MOTION for Summary Judgment filed by FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS, ALEX M. AZAR, II. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration, # 2 Exhibit)(ztd) (Entered: 10/11/2019) | View | Add to request |
| 44 | 10/08/2019 | SEALED DOCUMENT filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. re 32 Cross MOTION for Summary Judgment filed by FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS, ALEX M. AZAR, II, 31 Response to motion filed by FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS, ALEX M. AZAR, II. (This document is SEALED and only available to authorized persons.) (ztd) (Entered: 10/11/2019) | View | Add to request |
| 41 | 10/08/2019 | REPLY to opposition to motion re 32 Cross MOTION for Summary Judgment PUBLIC VERSION filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 10/08/2019) | View | Add to request |
| 40 | 10/08/2019 | MEMORANDUM re 32 Cross MOTION for Summary Judgment filed by FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS, ALEX M. AZAR, II by ALEX M. | View | Add to request |

| | | |
|---|---|---|
| | | AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 10/08/2019) |
| 39 | 10/08/2019 | RESPONSE re 23 MOTION for Summary Judgment PUBLIC VERSION filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 10/08/2019) [View] [Add to request] |
| | 10/08/2019 | MINUTE ORDER: Upon consideration of 37 defendants sealed motion for leave to file document under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the Clerk of Court shall enter this document on the docket under seal; and it is further ORDERED that defendants shall file a redacted public version of the document after plaintiff completes its review for confidential commercial information. SO ORDERED - by Judge John D. Bates on 10/07/19. (tb) (Entered: 10/08/2019) [Send Runner to Court] |
| | 10/07/2019 | MINUTE ORDER: Upon consideration of 33 defendants sealed motion for leave to file document under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that the Clerk of Court shall enter this document on the docket under seal; and it is further ORDERED that defendants shall file a redacted public version of the document after plaintiff completes its review for confidential commercial information. SO ORDERED - by Judge John D. Bates on 10/07/19. (tb) (Entered: 10/08/2019) [Send Runner to Court] |
| 38 | 09/11/2019 | ADMINISTRATIVE RECORD - Certified Index (Corrected) by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 09/11/2019) [View] [Add to request] |

VANDA PHARMACEUTICALS, INC. v. FOOD AND DRUG..., 1:19CV00301 (2019)

| | | | | |
|---|---|---|---|---|
| 37 | 09/10/2019 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Defendants' Reply Memorandum in Support of Their Cross-Motion for Summary Judgment, # 3 Declaration of James W. Harlow, # 4 Exhibit 2 to Harlow Decl.)(Harlow, James) (Entered: 09/10/2019) | View | Add to request |
| 36 | 08/21/2019 | Memorandum in opposition to re 32 Cross MOTION for Summary Judgment filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC.. (Hughes, Paul) (Entered: 08/21/2019) | View | Add to request |
| 35 | 08/21/2019 | REPLY to opposition to motion re 23 MOTION for Summary Judgment filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC.. (Hughes, Paul) (Entered: 08/21/2019) | View | Add to request |
| 34 | 08/21/2019 | REPLY to opposition to motion re 25 MOTION Completion and Supplementation of Administrative Record filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC.. (Hughes, Paul) (Entered: 08/21/2019) | View | Add to request |
| 33 | 08/06/2019 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order) (Harlow, James) (Entered: 08/06/2019) | View | Add to request |
| 32 | 08/06/2019 | Cross MOTION for Summary Judgment by ALEX M. | View | Add to request |

|  |  | AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS (Attachments: # 1 Memorandum in Support (filed separately under seal), # 2 Text of Proposed Order, # 3 Declaration of James W. Harlow, # 4 Exhibit 1 to Harlow Decl. (June 3, 2019 FDA Letters))(Harlow, James) (Entered: 08/06/2019) |  |  |
| 31 | 08/06/2019 | RESPONSE re 23 MOTION for Summary Judgment filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 08/06/2019) | View | Add to request |
| 30 | 08/06/2019 | RESPONSE re 25 MOTION Completion and Supplementation of Administrative Record filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Attachments: # 1 Declaration of James W. Harlow, # 2 Exhibit 1 to Harlow Decl. (June 3, 2019 FDA Letters))(Harlow, James) (Entered: 08/06/2019) | View | Add to request |
| 29 | 08/02/2019 | NOTICE of Appearance by Andrew A. Lyons-Berg on behalf of All Plaintiffs (Lyons-Berg, Andrew) (Entered: 08/02/2019) | View | Add to request |
| 28 | 07/31/2019 | RESPONSE re 27 MOTION for Leave to File Amicus Curiae Brief filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 07/31/2019) | View | Add to request |
| 27 | 07/17/2019 | MOTION for Leave to File Amicus Curiae Brief by THE HUMANE SOCIETY OF THE UNITED STATES (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Text of Proposed Order, # 3 Exhibit Corporate Disclosure Certificate)(Frostic, Anna) (Entered: 07/17/2019) | View | Add to request |
| 26 | 07/11/2019 | SEALED DOCUMENT filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC.. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 07/17/2019) | View | Add to request |

| | 07/11/2019 | MINUTE ORDER: Upon consideration of 24 plaintiff's sealed motion for leave to file document under seal, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the Clerk of Court shall enter this document on the docket under seal. SO ORDERED. Signed by Judge John D. Bates on 7/11/19. (lcjdb1) (Entered: 07/11/2019) | Send Runner to Court |
| 25 | 07/10/2019 | MOTION Completion and Supplementation of Administrative Record by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Text of Proposed Order)(Hughes, Paul) (Entered: 07/10/2019) | View   Add to request |

| 24 | 07/10/2019 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Hughes, Paul) (Entered: 07/10/2019) | View | Add to request |
| 23 | 07/10/2019 | MOTION for Summary Judgment by DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS, VANDA PHARMACEUTICALS, INC. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Hughes, Paul) (Entered: 07/10/2019) | View | Add to request |
| 22 | 07/09/2019 | NOTICE OF WITHDRAWAL OF APPEARANCE as to VANDA PHARMACEUTICALS, INC.. Attorney Douglas Harry Hallward-Driemeier terminated. (Hallward-Driemeier, Douglas) (Entered: 07/09/2019) | View | Add to request |
| 21 | 06/28/2019 | ADMINISTRATIVE RECORD - Certified Index by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (Harlow, James) (Entered: 06/28/2019) | View | Add to request |
| | 06/24/2019 | Set/Reset Deadlines: Redacted public version of the certified index due by 6/28/2019. (tb) (Entered: 06/24/2019) | Send Runner to Court | |
| 20 | 06/21/2019 | SEALED DOCUMENT (Certified Index) filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 06/25/2019) | View | Add to request |
| | 06/21/2019 | MINUTE ORDER: Upon consideration of 19 defendants' sealed motion for leave to file document under seal, and the entire record herein, it is hereby ORDERED that the motion is granted; it is further ORDERED that the Clerk of Court shall enter this document on the docket under seal; and it is further ORDERED that defendants shall file a redacted public version of the certified index by not later than June 28, 2019. SO ORDERED. Signed by Judge | Send Runner to Court | |

| | | | | |
|---|---|---|---|---|
| | | John D. Bates on 6/21/19. (lcjdb1) (Entered: 06/21/2019) | | |
| 19 | 06/20/2019 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Certified Index of Administrative Record)(Harlow, James) (Entered: 06/20/2019) | View | Add to request |
| 18 | 05/29/2019 | AMENDED COMPLAINT FIRST against ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, NORMAN E. SHARPLESS filed by VANDA PHARMACEUTICALS, INC., DECEMBER GUZMAN, CATHY HARTWIG, LOUISA JENNESS.(Hughes, Paul) (Entered: 05/29/2019) | View | Add to request |
| | 05/07/2019 | Set/Reset Deadlines: Plaintiff shall file an amended complaint by 5/29/2019; FDA shall produce the Administrative Record to Plaintiff by 6/7/2019; FDA shall file a certified list of the contents of the Administrative Record by 6/20/2019; Plaintiff's Motion for Summary Judgment and, if necessary, any Motion for Consideration of extra-record evidence are due by 7/10/2019; FDA shall file a combined opposition to Plaintiff's Motion or Summary Judgment, Cross-Motion for Summary Judgment and opposition to any motion for consideration of extra-record evidence by 8/6/2019; Plaintiff shall file a combined reply in support of its motion for summary judgment, opposition to FDA's motion for summary judgment and reply in support of any motion for consideration of extra-record evidence by 8/21/2019; FDA shall file its reply in support of its cross-motion for summary judgment by 9/10/2019. (jth) (Entered: 05/07/2019) | Send Runner to Court | |
| 16 | 05/06/2019 | ORDER granting 15 the parties' joint motion for a briefing schedule and setting a schedule to govern future proceedings. See text of Order for details. Signed by Judge John D. | View | Add to request |

|    |            | Bates on 5/6/19. (lcjdb1) (Entered: 05/06/2019) | | |
|----|------------|-------------------------------------------------|---|---|
| 15 | 05/03/2019 | Joint MOTION for Briefing Schedule by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, SCOTT GOTTLIEB (Attachments: # 1 Text of Proposed Order)(Harlow, James) (Entered: 05/03/2019) | View | Add to request |
|    | 05/01/2019 | Set/Reset Deadlines: Joint Proposed Briefing Order due by 5/3/2019. (tb) (Entered: 05/01/2019) | Send Runner to Court | |
|    | 04/30/2019 | MINUTE ORDER: Upon consideration of 14 the parties' joint motion for extension of time to file a proposed scheduling order, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that the parties shall file their joint proposed scheduling order by not later than May 3, 2019. SO ORDERED. Signed by Judge John D. Bates on 4/30/19. (lcjdb1) (Entered: 04/30/2019) | Send Runner to Court | |
| 14 | 04/29/2019 | Joint MOTION for Extension of Time to Propose Scheduling Order by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, SCOTT GOTTLIEB (Attachments: # 1 Text of Proposed Order)(Harlow, James) (Entered: 04/29/2019) | View | Add to request |
| 13 | 04/09/2019 | NOTICE of Appearance by Michael Branch Kimberly on behalf of VANDA PHARMACEUTICALS, INC. (Kimberly, Michael) (Entered: 04/09/2019) | View | Add to request |
| 12 | 04/09/2019 | NOTICE of Appearance by Paul Whitfield Hughes, III on behalf of VANDA PHARMACEUTICALS, INC. (Hughes, Paul) (Entered: 04/09/2019) | View | Add to request |
|    | 03/15/2019 | Set/Reset Deadlines: Joint Status Report due by 4/29/2019. (tb) (Entered: 03/15/2019) | Send Runner to Court | |
| 11 | 03/14/2019 | MEMORANDUM OPINION AND ORDER granting 6 motion to remand to Food and Drug Administration; granting 6 motion to stay; and denying 9 motion for leave to file surreply. See text of Order for details. Signed by Judge John D. Bates on 3/14/19. (lcjdb1) Modified on 3/15/2019 (tb). (Entered: 03/14/2019) | View | Add to request |
| 10 | 03/07/2019 | RESPONSE re 9 MOTION for Leave to File Surreply and for Oral Argument filed by ALEX M. AZAR, II, FOOD AND DRUG | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | ADMINISTRATION, SCOTT GOTTLIEB. (Harlow, James) (Entered: 03/07/2019) | | |
| 9 | 03/04/2019 | MOTION for Leave to File Surreply and for Oral Argument by VANDA PHARMACEUTICALS, INC. (Hallward-Driemeier, Douglas) (Entered: 03/04/2019) | View | Add to request |
| 8 | 03/01/2019 | REPLY to opposition to motion re 6 MOTION to Remand to Food and Drug Administration and to Stay the Case MOTION to Stay filed by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, SCOTT GOTTLIEB. (Harlow, James) (Entered: 03/01/2019) | View | Add to request |
| 7 | 02/22/2019 | Memorandum in opposition to re 6 MOTION to Remand to Food and Drug Administration and to Stay the Case MOTION to Stay filed by VANDA PHARMACEUTICALS, INC.. (Hallward-Driemeier, Douglas) (Entered: 02/22/2019) | View | Add to request |
| 6 | 02/14/2019 | MOTION to Remand to Food and Drug Administration and to Stay the Case by ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, SCOTT GOTTLIEB (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Harlow, James). Added MOTION to Stay on 2/15/2019 (ztd). (Entered: 02/14/2019) | View | Add to request |
| 5 | 02/14/2019 | NOTICE of Appearance by James William Harlow on behalf of All Defendants (Harlow, James) (Entered: 02/14/2019) | View | Add to request |
| 4 | 02/08/2019 | Case randomly reassigned to Judge John D. Bates. Judge Emmet G. Sullivan is no longer assigned to the case. (ztnr) (Entered: 02/08/2019) | View | Add to request |
| 3 | 02/06/2019 | SUMMONS (3) Issued Electronically as to ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, and SCOTT GOTTLIEB. (Attachments: # 1 Notice and Consent)(zef, ) (Main Document 3 replaced on 2/6/2019) (zef, ). (Entered: 02/06/2019) | View | Add to request |
| | 02/06/2019 | Case Assigned to Judge Emmet G. Sullivan. (zef, ) (Entered: 02/06/2019) | Send Runner to Court | |
| 2 | 02/05/2019 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VANDA PHARMACEUTICALS, | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | INC. (Hallward-Driemeier, Douglas) (Entered: 02/05/2019) | | |
| 1 | 02/05/2019 | COMPLAINT to Set Aside Agency Action and for Declaratory Relief against ALEX M. AZAR, II, FOOD AND DRUG ADMINISTRATION, SCOTT GOTTLIEB, M.D. ( Filing fee $ 400 receipt number 0090-5929771) filed by VANDA PHARMACEUTICALS, INC.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons addressed to the Food and Drug Administration, # 3 Summons addressed to Scott Gottlieb, M.D., # 4 Summons addressed to Alex M. Azar II) (Hallward-Driemeier, Douglas) (Entered: 02/05/2019) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**                                      © 2020 Thomson Reuters. No claim to original U.S. Government Works.