# EXHIBIT D

## Vanda Pharmaceuticals Inc. (VNDA)
NasdaqGM - NasdaqGM Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend  2W ↓  10W ↑  9M ↑

**12.02** +0.08 (+0.67%)    **12.02** +0.01 (0.08%)
At close: 4:00PM EDT    After hours: 4:21PM EDT

Quote Lookup

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Jan 30, 2019 - Feb 12, 2019 ⌄    Show: Historical Prices ⌄

Frequency: Daily ⌄    Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Feb 12, 2019 | 18.04 | 18.65 | 17.76 | 18.41 | 18.41 | 1,498,300 |
| Feb 11, 2019 | 19.05 | 19.26 | 17.05 | 18.00 | 18.00 | 4,500,200 |
| Feb 08, 2019 | 18.80 | 19.04 | 18.22 | 18.95 | 18.95 | 1,631,600 |
| Feb 07, 2019 | 19.85 | 19.85 | 18.63 | 18.99 | 18.99 | 1,978,200 |
| Feb 06, 2019 | 21.40 | 21.98 | 19.80 | 20.06 | 20.06 | 3,061,200 |
| Feb 05, 2019 | 25.23 | 25.72 | 24.80 | 25.06 | 25.06 | 818,400 |
| Feb 04, 2019 | 25.99 | 26.28 | 25.26 | 25.30 | 25.30 | 792,600 |
| Feb 01, 2019 | 26.99 | 27.09 | 25.61 | 26.20 | 26.20 | 970,300 |
| Jan 31, 2019 | 28.15 | 28.47 | 26.69 | 27.13 | 27.13 | 986,200 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.



**Yikes...California Mortgage Rates Hit 2.5% FIXED**
LendGo · Ad



**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ACOR**<br>Acorda Therapeutics, Inc. | 1.0500 | +0.0150 | +1.45% |
| **SPPI**<br>Spectrum Pharmaceuticals, Inc. | 2.9100 | +0.0200 | +0.69% |
| **MNTA**<br>Momenta Pharmaceuticals, Inc. | 32.20 | +0.14 | +0.44% |
| **PGNX**<br>Progenics Pharmaceuticals Inc. | 4.1350 | +0.0150 | +0.36% |
| **AMAG**<br>AMAG Pharmaceuticals, Inc. | 8.65 | +0.60 | +7.45% |

▷ X

**24 Dividend Payments A Year**

Get the ticker symbols to 6 stocks that yield 24 structured dividend payments a year.

Advertise With Us

Data Disclaimer  Help  Suggestions

Do not sell my info

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

© 2020 Verizon Media. All rights reserved.