# EXHIBIT E

Case 1:19-cv-01108-LJB Document 48-37 Filed 06/09/20 Page 2 of 9 PageID #: 1193

Coronavirus (COVID-19): **Get the Latest News on the Outbreak** 〉

Search 🔍



Is this you?

# Dr. David Kent Hilton, MD   Claim your profile

Child & Adolescent Psychiatry     Neurologist

16
Leave a review

**Harsha Outpatient Services LLC**
4733 S 7th St, Terre Haute, IN, 47802
2 other locations

📞   **(812) 234-4899**

| OVERVIEW | EXPERIENCE | RATINGS AND REVIEWSREVIEWS | INSURANCES | OFFICE INFORMATIONOFFICE INFO |
|---|---|---|---|---|

OVERVIEW ⌄

ADVERTISEMENT

## OVERVIEW

Dr. Hilton graduated from the Indiana University School of Medicine in 1987. Dr. Hilton works in Terre Haute, IN and 2 other locations and specializes in Child & Adolescent Psychiatry, Neurologist and Psychiatry. Dr. Hilton is affiliated with Terre Haute Regional Hospital.

## CONDITIONS TREATED

Anxiety Phobic Disorders

By using this site, you agree with our use of cookies.   More Information   Privacy Policy   ✕

Case 1:19-cv-01108-LJB Document 48-37 Filed 06/09/20 Page 3 of 9 PageID #: 1194

Depressive Disorders

## PROCEDURES PERFORMED

Psychiatric Diagnosis or Evaluation

Psychiatric Therapeutic Procedures

## SPECIALTIES

Child & Adolescent Psychiatry

Neurologist

Psychiatry

## EDUCATION AND TRAINING

**MEDICAL SCHOOL**
Indiana University School Of Medicine
Graduated 1987

## RATINGS AND REVIEWS

**OVERALL RATING**

**PHYSICIAN RATING**

Explains conditions and treatments

By using this site, you agree with our use of cookies.　　More Information　　Privacy Policy　

Case 1:19-cv-01108-JPH-Document 48-37 Filed 06/09/20 Page 4 of 9 PageID #: 1195

Provides follow-up as needed

## Leave a review

How was your visit with
Dr. Hilton?

(Select a rating)

Showing ratings for:
**4733 S 7th St, Terre Haute, IN, 47802**
Choose another location ∨

**Harsha Outpatient Services LLC**
4733 S 7th St
Terre Haute, IN, 47802

Average office wait time
**Less than 21 minutes**

Office cleaniness

Courteous staff

Scheduling flexibility

**OFFICE LOCATION RATING**




Leaflet | Provided by Internet Brands

By using this site, you agree with our use of cookies.

More Information    Privacy Policy   

Case 1:19-cv-01108-LJB Document 48-37 Filed 06/09/20 Page 5 of 9 PageID #: 1196

Please verify insurance information directly with your doctor's office as it may change frequently.

Humana Choice POS

Sagamore Plus

CIGNA Open Access Plus

Anthem IN Pathway X Bronze Direct CACA HIX

Encore Health Network

IU Health EMPLOYER PLAN

Anthem Blue Access PPO

Health Alliance PPO

CareSource Just4Me IN

Ambetter from MHS HIX

View all >

## LOCATIONS

### Harsha Outpatient Services LLC

4733 S 7th St
Terre Haute, IN, 47802

Tel: (812) 234-4899

| | |
|---|---|
| Mon | 8:00 am - 5:00 pm |
| Tue | 8:00 am - 5:00 pm |
| Wed | 8:00 am - 5:00 pm |
| Thu | 8:00 am - 5:00 pm |
| Fri | 8:00 am - 5:00 pm |
| Sat | Closed |
| Sun | Closed |

### Lifelinks

750 Broadway Ave E

By using this site, you agree with our use of cookies.

More Information    Privacy Policy



Tel: (217) 234-6405

[www.lifelinksinc.org](www.lifelinksinc.org)

| Mon | 9:00 am - 5:00 pm |
|-----|-------------------|
| Tue | 11:00 am - 7:00 pm |
| Wed | 9:00 am - 5:00 pm |
| Thu | 11:00 am - 7:00 pm |
| Fri | 9:00 am - 4:00 pm |
| Sat | Closed |
| Sun | Closed |

70 W Honey Creek Pkwy
Terre Haute, IN, 47802

**HOSPITAL AFFILIATIONS**

Terre Haute Regional Hospital

**OTHER PROVIDERS AT THIS PRACTICE**

HL

**Dr. Howard D Levine, MD**
Psychology

1

JC

**Ms. Jennifer M Cox**
Psychiatry

By using this site, you agree with our use of cookies. | More Information | Privacy Policy

Case 1:19-cv-01108-LJB   Document 48-37   Filed 06/09/20   Page 7 of 9 PageID #: 1198

**View More Providers** ❯

33 Years Experience

Accepting New Patients

Accepts Medicare

Accepts Medicaid

View Office Hours ⌄

**Languages Spoken**

Spanish

English

Doctor Finder   ❯   Child & Adolescent Psychiatry   ❯   IN   ❯   Terre Haute   ❯   Dr. David Kent Hilton, MD

### DOCTORS BY LOCATION

Atlanta

Austin

Baltimore

Birmingham

Boston

Buffalo

Charlotte

View all locations ❯

By using this site, you agree with our use of cookies.    **More Information**    Privacy Policy

WebMD

FIND US ON:

Facebook
Twitter
Pinterest

Do Not Sell My Personal Information

Privacy Policy

Cookie Policy
Editorial Policy
Advertising Policy
Correction Policy
Terms of Use

## About

Contact Us
About WebMD
Careers
Newsletter
WebMD Health Services
Site Map
Accessibility

Medscape

Medscape Reference
MedicineNet
eMedicineHealth
RxList
OnHealth
WebMDRx
First Aid
WebMD Magazine
WebMD Health Record
Dictionary
Physician Directory

WebMD Mobile

WebMD App
Pregnancy
Baby
Allergy
Medscape

## For Advertisers

Advertise with Us
Advertising Policy





AdChoices

© 2005 - 2020 WebMD LLC. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment.
See additional information.

By using this site, you agree with our use of cookies.

More Information    Privacy Policy

Case 1:19-cv-01108-JPH-DML Document 48-37 Filed 06/09/20 Page 9 of 9 PageID #: 1200