# EXHIBIT F

Case 1:19-cv-01108-LB    Document 48-38    Filed 06/09/20    Page 2 of 3    PageID #: 1202


**Franciscan** HEALTH

<

# Teresita C. Briones-Ramilo, MD

Franciscan Physician Network Psychiatric Specialists are dedicated to providing quality care to children, teens, and adults. Our mission is to offer individualized assessment, diagnosis and treatment for patients five years of age and older. Our physicians are board certified. We understand that the circumstances that often lead to seeking psychiatric help may be sensitive in nature. One of our primary goals is to provide a thorough evaluation, educational materials and answers to many of your questions. We hope to make your experience at our clinic a positive one.

📞 **CALL (317) 781-4588**

↗ **WEBSITE**

🖨 **PRINT**

**PRIMARY SPECIALTY**

Psychiatry

**SECONDARY SPECIALTIES**

Child and Adolescent Psychiatry

**PROVIDER TYPE**

Franciscan Physician Network

**BOARD CERTIFICATION**

- American Board of Psychiatry and Neurology, Psychiatry

**AVAILABILITY**

Accepting new patients

**LANGUAGES**

English

**GENDER**

Female

The tau symbol represents physicians who are employees of the Franciscan Physician Network, a division of Franciscan Health Inc. All other physicians are independent members of the Medical Staff who choose to practice at a Franciscan Health hospital.

Case 1:19-cv-01108-LB    Document 48-88    Filed 06/09/20    Page 3 of 3 PageID #: 1203

**FRANCISCAN PHYSICIAN NETWORK PSYCHIATRIC SPECIALISTS INDIANAPOLIS**



**Contact:**
5230 East Stop 11 Road
Suite 300
Indianapolis, IN 46237-6401
(317) 781-4588

**Office Hours:**
Monday 8:00 am - 5:00 pm
Tuesday 8:00 am - 5:00 pm
Wednesday 8:00 am - 5:00 pm
Thursday 8:00 am - 5:00 pm
Friday 8:00 am - 5:00 pm

**DIRECTIONS**

## Get news, tips & health information sent directly to your inbox.

Email Address

SUBSCRIBE

## Questions? Contact us online or our hospitals by phone.

© 2020 Franciscan Health, Inc. All Rights Reserved

**Notice Informing Individuals About Nondiscrimination and Accessibility Requirements**
Franciscan Health Facilities and Franciscan Alliance d/b/a Franciscan Physician Network comply with applicable Federal civil rights laws and do not discriminate on the basis of race, color, national origin, age, disability, or sex. Read the full notice: Franciscan Health Facilities | Franciscan Physician Network

**Limited English Proficiency of Language Assistance Services**
ATTENTION: If you speak English, assistance services, free of charge, are available to you. Call (877) 285-6920; TTY: (877) 893-8199. For assistance in the following languages: العربية | မြန်မာ | 中文 | Nederlands | Français | Deutsche | ελληνικά | ગુજરાતી | हिंदी | Italiano | 日本語 | 한국어 | ਪੰਜਾਬੀ | Pennsylvania Nederlands | Polskie | русский | Español | Pilipino | اردو | Tiếng Việt