# EXHIBIT G

Case 1:19-cv-01108-LB     Document 48-39     Filed 06/09/20     Page 2 of 3 PageID #: 1205



# *Rick Robertson, MD*

Dr. Robertson's philosophy is that while most psychiatric disorders have genetic biological factors, it is important to treat the whole patient including psychosocial and spiritual factors. He enjoys patient education and answering questions regarding care. He believes that with so much progress in psychiatry, no one should be expected to tolerate medication side effects.

Dr. Robertson is a native of Columbus, Indiana. After graduating from Indiana University in 1974 he partnered with his father to manage a Chevrolet dealership. He sold the family business in 1980 and became a professional wine consultant in south Florida where he worked prior to attending Indiana University School of Medicine. He completed his fellowship in Child and Adolescent Psychiatry in 1992 and passed both the Adult and Child Board examinations in 1993. He has been in clinical practice since 1992 and he sees patients of all ages. Dr. Robertson is a certified Suboxone prescriber. He is also a consultant for several major pharmaceutical companies.

Dr. Robertson lives with his wife, daughter and son in Plainfield, Indiana. Hobbies include cooking, wine collecting, motorcycling, bicycling, hunting/shooting, tennis and skiing.

PRACTICE

LOCATIONS

- DANVILLE

*<< Back to Providers List* (/providers)

Case 1:19-cv-01108-LB     Document 48-39    Filed 06/09/20    Page 3 of 3 PageID #: 1206



# It's time to live your life.

### CONTACT US (/CONTACT-US)

CALL US (TEL:+13177188436)  TEXT US (MOBILE) (SMS:+13177188436)

PRIVACY (/PRIVACY)