# EXHIBIT H

 Search      Try Premium Free for 1 Month

**Fordham Online** - MS in Management Online at the Gabelli School: Co



Connect  🔒 **Message**  N

Harsha Behavioral Ho

## Paras Harshawat · 3rd

Owner, Harsha Behavioral Center

Terre Haute, Indiana · 64 connections · **Contact info**

## Get the LinkedIn app and see more profiles like Paras' anytime, anywhere

| michaelcapeci@gmail.com | Send me a link |
|---|---|

Paras Harshawat
Owner, Harsha Beh.

**Or send me an SMS instead**

## Experience

**Owner**
Harsha Behavioral Hospital
Aug 2008 – Present · 11 yrs 9 mos
Terre Haute, Indiana

## Interests

IRHA Indiana Rural Health Associat...

 Messaging

Linked in   Q Search   🏠   👥   💼   🗨️   🔔   Try Premium Free for 1 Month

**TED Conferences**
16,936,698 followers

**The Washington Post**
1,232,165 followers

See all





🔍 Search

🏠 👥 💼 🗨 🔔

Try Premium Free for 1 Month

Ad Choices

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2020

Messaging