# EXHIBIT I

Emma R. Engel PCNS , Good Samaritan

COVID-19 (Coronavirus) Information

 Good Samaritan

MYCHART    JOIN OUR TEAM    LOCATIONS        Schedule Now        520 S. Seventh Street, Vincennes, IN 47591        **812-882-5220**

HEALTH SERVICES        FIND A PROVIDER        FOR OUR PATIENTS & VISITORS        FOR YOUR HEALTH        ABOUT US

🏠  Find a Provider  >  E  >  Emma R. Engel PCNS

# Emma R. Engel, PCNS

Phone Number:  **812-885-2720**

**SPECIALTIES:**

Nurse Practitioner

**BOARD CERTIFICATIONS:**

American Nurses Credentialing Center

 Good Samaritan

**ADDRESS:**

Samaritan Center
1901 Willow Street
Vincennes, IN 47591

**GET DIRECTIONS  >**

LEARN ABOUT OUR PATIENT EXPERIENCE RATINGS                >

WHY SOME PROVIDERS DO NOT HAVE STAR RATINGS?            >



**Good Samaritan**

**ADDRESS:**

Samaritan Center
1901 Willow Street
Vincennes, IN 47591

**GET DIRECTIONS  >**



COVID-19 (Coronavirus) Information

MYCHART    JOIN OUR TEAM    LOCATIONS

Schedule Now

520 S. Seventh Street, Vincennes, IN 47591

**812-882-5220**

HEALTH SERVICES    FIND A PROVIDER    FOR OUR PATIENTS & VISITORS    FOR YOUR HEALTH    ABOUT US

**812-882-5220**





2020 © Good Samaritan    Site Map    Privacy Policy