# EXHIBIT J

 The page you are trying to reach is unavailable. Please try another search.