## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

VANDA PHARMACEUTICALS INC., MIHAEL H. POLYMEROPOULOS, JAMES P. KELLY, GIAN PIERO REVERBERI, and THOMAS E. GIBBS,

        Defendants.

Case No. 1:19-cv-01108-FB-LB

## DECLARATION OF BRAD D. FELDMAN IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

BRAD D. FELDMAN declares the following, pursuant to 28 U.S.C. § 1746:

1.     I am associated with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, and represent defendants Vanda Pharmaceuticals Inc. ("Vanda"), Mihael H. Polymeropoulos, James P. Kelly, Gian Piero Reverberi, and Thomas E. Gibbs (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws.

**Vanda Current Report**

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Current Report of Vanda on Form 8-K, filed with the U.S. Securities and Exchange Commission on December 21, 2015.

**Transcript of Vanda Earnings Call**

3.  Attached hereto as Exhibit 2 is a true and correct copy of the transcript of Vanda's Special Earnings Call, held on December 3, 2018, which is referenced at ¶¶ 219, 405.[1]

**Other Materials**

4.  Attached hereto as Exhibit 3 is a true and correct copy of the Statement of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, filed on July 10, 2019, in the action styled *Vanda Pharmaceuticals, Inc.* v. *FDA*, Civ. No. 1:19-cv-00301-JDB (D.D.C.) (the "FDA Action"), ECF No. 23-1, which is referenced at ¶ 199.

5.  Attached hereto as Exhibit 4 is a true and correct copy of an article regarding "Non 24 Sleep Wake Disorder" entitled "Symptoms & Diagnosis" that was published by the National Sleep Foundation, available at https://www.printfriendly.com/p/g/JiRvBS, and accessed on June 2, 2020, which is referenced at ¶¶ 146–47.

6.  Attached hereto as Exhibit 5 is a true and correct copy of an article entitled "Endo Type: Who Really Has Non-24" that was published by MedPage Today on or about March 28, 2014, available at https://www.medpagetoday.com/endocrinology/generalendocrinology/44984, and accessed on June 2, 2020, which is referenced at ¶ 148.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Complaint to Set Aside Agency Action and for Declaratory Relief, filed on February 5, 2019, in the FDA Action, ECF No. 1, which is referenced at ¶ 223.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the February 4, 2019 intraday trading data for Vanda shares on NASDAQ, as published by Bloomberg Finance.

---

[1]  "¶" refers to a paragraph from the Amended Complaint for Violations of the Federal Securities Laws, filed in this action on July 23, 2019 (ECF No. 29).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 9, 2020.

Brad D. Feldman