# Exhibit 2

**S&P Global**
Market Intelligence

# Vanda Pharmaceuticals Inc.

# NasdaqGM:VNDA

# Special Call

## Monday, December 03, 2018 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:19-cv-01108-LB     Document 48-46     Filed 06/09/20     Page 3 of 14 PageID #: 1253

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................................. | 3 |
| Presentation | ................................................................................. | 4 |
| Question and Answer | ................................................................................. | 7 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**James Patrick Kelly**
*Executive VP, CFO, Treasurer &
Secretary*

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

## ANALYSTS

**Christopher Lawrence
Howerton**
*Jefferies LLC, Research Division*

**Derek Christian Archila**
*Stifel, Nicolaus & Company,
Incorporated, Research Division*

**Esther P. Rajavelu**
*Oppenheimer & Co. Inc., Research
Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research
Division*

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

**Pete George Stavropoulos**
*Cantor Fitzgerald & Co., Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

VANDA PHARMACEUTICALS INC. SPECIAL CALL | DEC 03, 2018

# Presentation

**Operator**

Welcome to the Vanda Pharmaceuticals Inc. Conference Call. My name is Jackie, and I will be your operator for today's call. [Operator Instructions] Please note that this conference is being recorded. I would now like to turn the call over to Jim Kelly, Vanda's Executive Vice President and Chief Financial Officer, Mr. Kelly, you may begin.

**James Patrick Kelly**
*Executive VP, CFO, Treasurer & Secretary*

All right, thank you, Jackie. Good morning, and thank you for joining us to discuss the tradipitant Phase II study results for the treatment of gastroparesis. Press release was issued this morning and is available on our website, www.vandapharma.com.

In addition, we are providing live and archive versions of this conference call on our website.

Joining me on today's call is Dr. Mihaeles Polymeropoulos, our President and CEO. Gunther Birznieks, Senior Vice President, Member of the R&D Committee and Leader of the Tradipitant Program.

Following my introductory remarks, Mihaeles will provide you with an overview of the findings along with Gunther from the tradipitant gastroparesis study. Afterwards, we'll open the lines for your questions. Before we proceed, I'd like to remind everyone that various statements that we make on this call will be forward-looking statements within the meanings of federal securities laws. Our forward-looking statements are based upon current expectations that involve risks, changes in circumstances, assumptions and uncertainties. These risks are described in the Risk Factors and Management's Discussion and Analysis of Financial Conditions and Results of Operation sections of our annual report on Form 10-K for the fiscal year ended December 31, 2017, and quarterly report on Form 10-Q for the quarter ended September 30, 2018, which are available on the SEC's EDGAR system and on our website. We encourage all investors to read these reports and our other SEC filings. The information we provide on this call is provided only as of today, and we undertake no obligation to update or revise publicly any forward-looking statements, we may make on this call on account of new information, future events or otherwise, except as required by law. With that said, I'd now like to turn the call over to our CEO, Dr. Mihaeles Polymeropoulos.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Thank you, Jim. Good morning, and thank you very much for joining us. This morning, we are pleased to announce positive results from a 4-week randomized Phase II clinical study of tradipitant as a monotherapy in the treatment of gastroparesis.

Tradipitant met the primary endpoint of the study obtained in nausea score as measured by patient daily diaries, attained a 1.2 units for tradipitant versus 0.7 for placebo with a p value 0.0099 and also clinically meaningful outcome.

Tradipitant also met the related endpoint of improvement in the number of nausea-free days, with an additional 28.8% of days for tradipitant versus 15% for placebo, again a significant result at p value 0.0160. The results of the 2301 study pave the way for further development of tradipitant as potentially the first new drug for gastroparesis in almost 40 years.

The highly clinically meaningful and significant improvements observed in the primary endpoint of nausea, the significant increase in nausea-free days, and the clinician reported overall symptom improvement, suggest a potential breakthrough discovery in the treatment of the millions of people estimated to have gastroparesis.

Before going into more detail on the study results, I would like to provide an overview of the significant unmet medical need for gastroparesis patients.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Gastroparesis is a serious chronic medical condition, characterized by delayed gastric emptying and associated with the symptoms of nausea, vomiting, bloating, fullness after meals, abdominal pain, along with significant impairment of social and occupational functioning.

The estimated prevalence of gastroparesis in the U.S. is over 5 million people, many of whom remain undiagnosed.

Gastroparesis affects mostly women, and it can be of various etiologies including diabetes mellitus and idiopathic causes.

The only U.S. Food and Drug Administration approved treatment for gastroparesis is metoclopramide, approved in 1979, which due to its potential of severe side effects, carries a black box warning and has limitations of use of no more than 3 months.

Patients are faced with limited therapeutic options and clinical guidelines recommend in addition to metoclopramide, the off-label use of different drugs including erythromycin, domperidone, which is not approved in the U.S., botulinum toxin injections, gastric simulators and a variety of surgical procedures in an effort to relieve, even temporarily, some of the symptoms of the disease.

Gastroparesis treatment represents a significant unmet medical need as underscored by the testimonies of interested parties and advocacy organizations included the International Foundation for Gastrointestinal Disorders and Gastroparesis Patient Association for Cures and Treatments.

The precise underlying mechanisms leading to gastroparesis are currently poorly understood and are believed to be diverse in nature.

The consensus suggests that gastroparesis arises from a dysregulation of the neuromuscular control of gastric movements that result in the timely emptying of stomach contents. The 2 key stimulatory neurotransmitters of the digestive system are acetylcholine and the neuropeptide substance P.

Substance P acts by binding the neurokinin-1 receptor at the gastric neuromuscular junction, and it is believed that there is a functional interplay between acetylcholine and NK-1 receptor systems.

Moreover, gastroparesis symptoms are also associated with aberrant physiology of the vagus nerve, which constitutes the major connection between the stomach and the central nervous system. We believe that blockade of the neurokinin-1 receptors may have a dual and potentially therapeutic effect in gastroparesis by affecting gastric motility through a local action as well as affecting nausea and vomiting via a direct effect in the brain regions responsible for nausea and vomiting.

Now, I would provide you with some background of the tradipitant study. The 2301 study was a Phase II clinical trial that studied the effects of tradipitant, 85 milligrams twice a day versus placebo in 141 patients with gastroparesis over a period of 4 weeks.

Patients were randomized to receive either tradipitant and/or placebo and they were of both idiopathic and diabetic etiologies. Several symptom-severity scales were used to assess gastroparesis symptoms, including: The Gastroparesis System Index, GSI; Patient Assessment of Upper GI Disorders-Symptoms, PAGI-SYM; and Patient Global Impression Scale, PGI-C; as well as the Clinician Global Impression of Severity Scale, CGI-S.

As noted, tradipitant met the primary endpoint of the study of changing nausea score as measured by patient daily diaries, a change of 1.2 units versus 0.7 for placebo and a significant p value of 0.009.

Tradipitant also met the related endpoint of improvement in the number of nausea-free days, again, a significant result at p value 0.016.

Tradipitant also showed significant improvement in most of the secondary endpoints, including the following several key scales reflecting overall gastroparesis symptoms.

GCSI, p value 0.02; PAGI-SYM, p value of 0.04; CGI-S, p value of 0.02; and PGI-C, p value of 0.04.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

In addition to the positive efficacy results, the study showed that tradipitant was well tolerated with comparable rates of adverse events between the tradipitant and placebo groups, which confirms prior study's findings that tradipitant is well tolerated.

In a subgroup analysis of patients that experience both nausea, but also vomiting at baseline, that's about 70% of the patients or 101 patients. Tradipitant showed highly significant effects on the primary endpoint of changing nausea score, a change of 1.4 units versus 0.4 of placebo, a highly significant p value of 2x to the minus 5.

As well as the number of nausea-free days, in addition -- an addition of 32.3% days from baseline for tradipitant versus 7.6% of placebo, again, highly significant value of p 0.0003.

Importantly, improvements were also seen in most of the core gastroparesis symptoms including nausea, vomiting, bloating and fullness after meals consistent with an overall improvement and nonassociated worsening of any of the core symptoms.

Most effects were apparent by the second week of treatment, although improvements continued through the fourth and last week of treatment in the tradipitant group.
Finally, we believe that if these robust efficacy results with a well-tolerated chronic treatment safety profile are further confirmed in future studies, tradipitant has the potential to become a first-line pharmacological option in the treatment of patients with gastroparesis and the first such agent in 40 years. The detailed results of the study are expected to be presented in our cabin meetings and peer-reviewed publications. We will also be meeting with regulatory authorities in the near future to further define and confirm the path towards registration of tradipitant in the treatment of patients with gastroparesis. I'll be happy to answer any questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

VANDA PHARMACEUTICALS INC. SPECIAL CALL | DEC 03, 2018

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Joel Beatty with Citi.

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

Congratulations on the data the first one is on the 5 endpoints and FDA guidance. You've talked about this a little bit. But could you discuss if they're all trending in the right direction or how, if any are in the wrong direction approximately, how noticeable do they seem to be in line or deviating a little bit?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Thank you very much. And that refers to the concept that, well, nausea is the most common core symptom. Other core symptoms are quite often present in gastroparesis patients including nausea, including bloating, including fullness after meals and abdominal pain.

Well, the answer is that all are trending the right way. Meaning that all are improving from baseline. And to give you an example, we talked about the vomiting subgroup. The vomiting subgroup that means patients not only had nausea, which was a requirement for randomization of the study, but also had at least 1 episode of vomiting during the 4-week screening period. Among these patients, not only you see a significant improvement in nausea, you also see a significant improvement in vomiting as well.

Of course, we will be working through these data and publish them in appropriate scientific forums, but the important take away here is while the primary endpoint was nausea, all the other core symptom -- core symptoms do improve.

**Joel Lawrence Beatty**
*Citigroup Inc, Research Division*

Great. And then, second question, could you compare these results with the results from the amend study that showed some directionally encouraging findings, I think may have help support your -- the investigation of your drug and the study, although that study was not significant in reaching this primary endpoint.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Sure. The most important is to say that studies are different. And a key difference between the 2 studies is that while all the patients in our study were required to have an aberrant gastric emptying test before inclusion in the study, this was not necessarily the case in the APRON study. And this would mean that while all the patients who had gastroparesis in our study, not all patients had confirmed gastroparesis in the APRON study.

Without addressing individual symptoms, I would say, yes, of course, the APRON study was not successful in the primary endpoint, however, the totality of the evidence of the APRON study and the totality of the evidence of our study 2301, certainly, confirms that neurokinin-1 receptor antagonist will have a place in the treatment of patients with gastroparesis.

**Operator**

Our next question comes from Chris Howerton with Jefferies.

**Christopher Lawrence Howerton**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Congratulations everyone. Really great to hear these news. So just a couple, I guess, follow-up questions. First and foremost, I guess the one result that really stuck out to me was the nausea-free days. I think that's probably going to be a very significant outcome in terms of quality of life for the patients. How is it that -- does that meet your expectations in terms of the therapeutic effect size, and how might you position that in trials moving forward.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Yes, absolutely. And you are very correct. What does matter for patients, is in this chronic nonremitting condition, is to get a respite of additional days without nausea. So this, most probably, you are correct, it would be the driver of the patient's adherence. And also patient's improvement in quality of life. Again, we will be publishing these results and bringing forward to peer-review forums. However, I can give you a hint that while we are talking about aberrant nausea, of course, drugs and clinical studies aren't going to work for everybody, but impressively, for a number of patients, we see an almost total reduction of nausea with close to 100% nausea-free days. So of course, all these cuts of the data are going to need to be further examined, but we think that will be a very significant driver to perhaps position tradipitant as a first-line therapy.

**Christopher Lawrence Howerton**
*Jefferies LLC, Research Division*

Okay. And then, when you think about the 2 different populations that you've broken apart in press release and also your prepared comments, do you view these different patient populations as different in terms of recruiting criteria and what the potential label differentiation might be, were -- was the purpose more to illustrate a larger effect size in more severe patients?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

So you're referring to the subpopulation of those with vomit in addition to nausea, correct?

**Christopher Lawrence Howerton**
*Jefferies LLC, Research Division*

Yes, correct.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Okay. The reason we presented that subgroup is, first and foremost, nausea is the second most common -- vomiting is the second most common symptom after nausea in patients with gastroparesis. And it leads to very significant impairment of social and occupational functioning. Some of these patients have multiple vomiting episodes during a single day. So it was important to see how these patients fare. And certainly, you can think of them as more severe patients, but I would not underestimate how bad nausea can be.

So the other reason was to demonstrate that when one of the symptoms is present at baseline then if you look at that, tradipitant was able to improve that symptom as well. I will not yet address the other core symptoms. But as we hinted in our press release, under similar analysis, other core symptoms also significantly improve.

Of course, the population there is going to be more restricted because the frequency of baseline is going to be smaller. But we can tell you now that symptoms like bloating, significantly improved under certain analysis, are very similar to that of nausea and vomiting.

**Christopher Lawrence Howerton**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

VANDA PHARMACEUTICALS INC. SPECIAL CALL | DEC 03, 2018

Great. Okay, and I realize that I already asked 2 questions, but maybe just a really quick one. Obviously, you said you're going to present the full results later, what type of venue would we expect for something like that?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

It is too early to talk about the venue, but likely gastroenterology conferences, the DDG -- DDW just closed their early abstracts. But I'm sure they would likely hear from us in late breaking. But we will look at other conferences as well.

**Operator**

Our next question comes from Derek Archila with Stifel.

**Derek Christian Archila**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Congrats on the data. Mihaeles, maybe first on just the baseline kind of nausea and vomiting. I don't know, you could just share, kind of, towards qualitatively or give us a sense of where that was in the study. And then I have a follow up after that.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Derek, I'm sorry. You were breaking up at the beginning of the question, would you mind repeating?

**Derek Christian Archila**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Oh, sorry. Just talking about the baseline data on the nausea and the vomiting, and then again, you kind of did, I guess, like, baseline nausea and baseline, like, nausea days kind of in that run in period, just wanted to get a sense of that.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Okay. We have not tabulated yet to present baseline, but I can give you a general sense. In terms of nausea, all our patients had moderate or worse nausea. And that is in a 0 to 5 scale, with 3 being moderate and 5 being very severe.

In terms of vomiting, vomiting was not required as a selection criteria. But as I alluded to, 70% of the patients had at least 1 vomiting episode.

**Derek Christian Archila**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Got it. And then just on the kind of the diabetic versus the idiopathic, are you guys going to present any data at one of these medical meetings or in one of the publications, looking at kind of that subgroup and whether, again tradipitant had a better effect, or again, whether or not be on nausea or vomiting in either of those subgroups.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Certainly, we have the data. Just to give you a flavor, we had 40% of our patients who had diabetic gastroparesis and about 60% had idiopathic gastroparesis. And while subgroup analysis when you start cutting the data, are subject to biases, we see the same direction of improvement in both the diabetic and the idiopathic subpopulations.

**Derek Christian Archila**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then just last one, obviously, I believe the, kind of, draft items when the FDA talks about pivotal studies or just studies, in general, being 12 weeks long. So I just want to get a sense of tradipitant's effect kind of early on, and do you see kind of the efficacy build over time or does it -- is it pretty fast and rapid onset? Or is that something that again we'll kind of get more data on in some of these publications.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Yes. So on the FDA, of course, for any chronic condition, the FDA suggests 3 months of treatment and that certainly can be a consideration. To answer your question on the timing of effect of tradipitant, what we see is that it builds over time. So while placebo-treated patients improved a little bit and then that improvement plateaus, what we see with tradipitant is a continuous improvement through the fourth week of treatment, which actually suggested to us right now that this is not all. If we were to extend additional weeks, we would likely see addition evident -- effectiveness.

**Operator**

Our next question comes from Jason Butler with JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Congrats on the results. Maybe just looking forward to commercialization. I know still a ways away, but could you just talk about what the number of gastroenterologists you would need to target to effectively commercialize the drug would be? What kind of size of expansion of your current commercial infrastructure that would need or whether that's something you would look to need yourself or potentially look for a partner for?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Thank you very much. Of course, this is a little bit in the future, but not very far in the future. We do not have a full launch plan. However, addressing gastroparesis through 2 key specialties of gastroenterologists and endocrinologists because of diabetes is something that can be addressed on the sales side with a relatively specialty size salesforce. And of course, there is a very significant consumer interest. And therefore, direct-to-consumer approaches will be likely very fruitful. But what I want to point out is actually the prevalence of this disorder and the burden. A paper published by the Mayo Clinic a couple of years ago, and it is actually referenced in our press release of Rey et al, talks about the iceberg of prevalence of gastroparesis. So only a small portion, the tip of the iceberg is fully diagnosed through both clinical symptoms and delayed gastric emptying test. The majority of the patients that are estimated to be about 1.8% of the year's population or in excess of 5 million, remain undiagnosed, which actually suggest there is a tremendous opportunity for awareness, for improving and delivering correct diagnosis and finally treatment.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Great. Helpful. And then just a second question. When you speak to physicians, and if you have spoken to any patients, what are the core goals that they're looking to get out of the new treatment are? Is it the, you mentioned nausea-free days, is gastric emptying? What resonates with patients or physicians when they're looking to -- discussing potential for new therapies?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Definitely. The #1 is symptom relief. And nausea is high up there, since the majority of the patients have it. And the improvement in nausea and vomiting quickly improves quality of life. Just to give you anecdotals, patients with this disorder stop having a normal life. They stop interacting with family, with friends, are continuously embarrassed, they cannot do the regular things that all of us do, go out, go to restaurant, go to the gym, and the quality of life is horrific. So the belief and actually, the efforts of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GI doctors today with these patients is to improve symptoms. So in that context, giving somebody a additional nausea-free day is tremendous. Just to put in the context, what we see in tradipitant. While we have not tabulated and discussed the baselines, the -- in our total population, patients had about or fewer than about 10% of their days nausea free. So 90% of the days, they have nausea. So if you take that 10% or about 10% seen in the baseline, and then add another 28% on top of that, you end up with 40% over the entire population nausea-free days. So you're going from 90% of the population having days with nausea to actually 60% or less. And as I alluded earlier, for some patients, actually it means that most of their days are now nausea free.

**Operator**

Our next question comes from Charles Duncan with Cantor Fitzgerald.

**Pete George Stavropoulos**
*Cantor Fitzgerald & Co., Research Division*

This is Pete Stavropoulos on for Charles. Congratulations on positive results for the study. For the Phase III study, would you separate out patients with diabetic gastroparesis and idiopathic gastroparesis and sort of use the 2 studies to validate and support for each other for filings?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Pete, certainly, we want to continue to evaluate the effectiveness of the drug in the broad population of gastroparetic patients. However, I would say while we have some very good ideas of potential designs and population of patients, we need to spend a little more time understanding these study results, but also sit down with key opinion leaders, investigators, and certainly, the Food and Drug Administration to find out the fastest to market. And the reason for that is we recognize that what tradipitant has shown in this Phase II study, can be an extremely useful therapeutic tool for patients.

**Pete George Stavropoulos**
*Cantor Fitzgerald & Co., Research Division*

Okay. And based on our recent diligence with our leaders in the space, we know that there are number of updated versions of GCSI out there as it's been evolving. Can you clarify which version you use in terms of when the patients were asked about their symptoms, was it on the 2-week recall daily basis?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

The GCSI was on a 2-week recall and the analysis is based on the standard criteria. But again, I would leave it for a scientific publication or a poster to represent and clarify. However, the -- again, the GCSI is the -- according to the latest GCSI, a 2-week recall and the standard analysis.

**Operator**

Our next question comes from Esther Rajavelu with Oppenheimer.

**Esther P. Rajavelu**
*Oppenheimer & Co. Inc., Research Division*

Just following up on the subgroup analysis. Can you share any initial reactions on why the subgroup showed higher staff significance than the broader group?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Well, of course, it's too early to tell that. But the hint is in the data we put out that likely in the population that has both nausea and vomiting, is less likely to have a placebo response. Even in this very severe disorder, there is a placebo response. Some patients on placebo will improve right away and have fantastic recovery. Of course, we don't understand how placebo works. But it seems that it is not necessarily

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

interpretation of different severity of the disorder at baseline but rather in the vomiting group less likely for placebo to respond as the adults in the broader group.

**Esther P. Rajavelu**
*Oppenheimer & Co. Inc., Research Division*

Got it. And as -- do you -- are you able to share any information on the proportion of patients who are diabetic versus idiopathic in this subgroup?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Not in the subgroup. We said overall it was 40% diabetic and 60% idiopathic. The subgroup had a presentation of both diabetic and idiopathic, but I cannot give you right now that breakdown.

**Esther P. Rajavelu**
*Oppenheimer & Co. Inc., Research Division*

Okay, got it. And then my last question. Are you -- do you anticipate having to do a long-term safety study on -- in the gastroparesis population given the chronic nature of the condition and the treatment?

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Absolutely, I would be very appropriate to do so. And in fact, we have a 12-month protocol, which we'll be implementing shortly.

**Operator**

We will now turn the call back over to Vanda's management team for closing remarks.

**Mihael H. Polymeropoulos**
*Founder, President, CEO & Director*

Well, thank you very much for joining on this call today. We have to say we're extremely proud of our team to have accomplished these results, and we are very excited to continue our work on gastroparesis. Thank you.

**Operator**
Thank you, ladies and gentlemen. This concludes today's conference. Thank you for your participation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

VANDA PHARMACEUTICALS INC. SPECIAL CALL DEC 03, 2018

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.