# Exhibit 5

# MEDPAGE TODAY ®

## Endo Type: Who Really Has Non-24?

by Kristina Fiore, Staff Writer, MedPage Today
March 28, 2014

This article is a collaboration between MedPage Today and:

The ad is stirring. There's no background music, no catchy jingle. Just a deep baritone voice: "You can't see me because of radio, and I can't see you because I'm totally blind."

It's a national radio campaign for tasimelteon (Hetlioz), a melatonin receptor agonist that in November won FDA approval for Non-24-hour sleep-wake disorder – conveniently shortened to "Non-24."

The blind man -- whose name is Lynn, according to drugmaker Vanda Pharmaceuticals' website on the condition – describes not sleeping through the night, fighting to stay awake during the day, and struggling to "just keep up."

Those symptoms may sound familiar to people with insomnia or jet lag – conditions in which Vanda initially studied tasimelteon. Despite positive phase III studies, the company decided to pursue an indication in circadian rhythm disorders in totally blind patients instead.

The move also came with orphan drug status.

In an email to *MedPage Today*, a spokesperson for Vanda said the switch was made because during those studies "it became clear that tasimelteon was a circadian rhythm regulator and was best suited to treat circadian rhythm disorders."

But the potential for off-label use is huge, according to several experts in the field contacted by *MedPage Today*.

"Drugs are frequently used widely beyond their initial indication," said David Rapoport, MD, medical director of the Sleep Disorders Center at NYU Langone Medical Center, who was not involved in the development of tasimelteon. "This drug is probably appropriate to jet

lag and other conditions where the basic mechanism is the same."

Another melatonin receptor agonist, ramelteon (Rozerem), developed by Takeda, is approved for insomnia. Like tasimelteon, it targets the brain's MT1 and MT2 receptors.

The Vanda spokesperson said the ads are "part of an unbranded disease education effort to raise awareness for Non-24-hour sleep-wake disorder among blind individuals" and that the company is "following the regulations set forth for unbranded and branded marketing efforts."

In addition to its Non-24 website, it also runs learnmorenon24.com, as well as a YouTube page with two videos of blind patient testimonials.

And the Circadian Sleep Disorders Network won nonprofit status in April 2012, about a year before Vanda submitted its NDA for tasimelteon to the FDA.

Several members of the medical advisory board were involved in tasimelteon studies or are consultants to Vanda.

There's no doubt that the condition is troublesome for blind patients, who've lost the receptors in their eye that would signal to their circadian pathways to keep their internal clocks in check.

It was first described in the October 1977 issue of *Science* by Miles et al, who reported that a 28-year-old blind man ran on a 24.9-hour internal clock. The normal body clock runs on about a 24.25-hour schedule, with the extra "drift" built in to help adjust to changes in sleep patterns such as crossing time zones.

Stretching that clock so significantly can put you in a different time zone within a week, said Elizabeth Klerman, MD, PhD, of Brigham and Women's Hospital in Boston, who was involved in trials of tasimelteon in jet lag.

"This week you're in Boston, next week Chicago, the next Denver, then California," Klerman told *MedPage Today*.

Researchers estimate that about half of all blind patients have the condition. But it's far less clear how many sighted patients have Non-24.

Robert Sack, MD, of Oregon Health and Sciences University, a respected expert on the condition, told *MedPage Today* that there have been fewer than 100 cases of sighted people with Non-24 sleep-wake disorder reported in the scientific literature.

There is, however, a diagnosis code in both ICD-9 and ICD-10 for "circadian rhythm sleep disorder, free-running type," and the DSM-5 lists it as a circadian rhythm sleep-wake disorder, "non-24-hour sleep-wake type."

Indeed, experts in the sleep medicine field have known the condition as "free-running" or "non-entrained" circadian rhythm disorder, and now "many of us know it by all three of those names," said Bradley Vaughn, MD, a sleep medicine expert at the UNC School of Medicine.

With the national radio ads, blind patients -- and possibly sighted people with insomnia, jet lag, and other sleep problems -- may only know it as Non-24.

*Endo Type is a blog by Kristina Fiore for readers with an interest in endocrinology.*

**Recommended For You**

**Autopsies Turn Up Strange Feature of COVID-19 Lungs**

**Huge Study Throws Cold Water on Antimalarials for COVID-19**

**COVID-19 Update: WHO Halts HCQ Trial; Face Shields Next? Beware the Cannibal Rats**

**Remdesivir Data From NIAID Trial Published**



**REVOLUTION AND REVELATION**

## What We Learned About HCQ and Remdesivir This Week

**Study Casts Doubt on N95 Masks for the Public**

Subscribe for Free

About    Help Center    Site Map    Terms of Use

Privacy Policy    Do Not Sell My Info    Advertise with us    AdChoices    Accessibility Statement

The material on this site is for informational purposes only, and is not a substitute for medical advice, diagnosis or treatment provided by a qualified health care provider.

© 2020 MedPage Today, LLC. All rights reserved. Medpage Today is among the federally registered trademarks of MedPage Today, LLC and may not be used by third parties without explicit permission.