# Exhibit 7



17

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | | Intraday Bar Chart |

Period 1 Range 1 02/04/2019 - 02/04/2019 09:30 - 16:00 < > ☐ Overnight Lst Trd/Lst P

1D 3D 1M 6M YTD 1Y 5Y Max 1 Min ▼ ▼ Chart « 🏛 Chart Content ⚙

VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 15:59 | 25.305 | 25.32 | 25.26 | 25.30 | 76057 |
| 02/04 15:58 | 25.31 | 25.32 | 25.29 | 25.30 | 22330 |
| 02/04 15:57 | 25.345 | 25.345 | 25.30 | 25.32 | 23855 |
| 02/04 15:56 | 25.425 | 25.425 | 25.34 | 25.34 | 26630 |
| 02/04 15:55 | 25.37 | 25.45 | 25.37 | 25.43 | 7808 |
| 02/04 15:54 | 25.35 | 25.37 | 25.35 | 25.37 | 5127 |
| 02/04 15:53 | 25.355 | 25.355 | 25.35 | 25.35 | 200 |
| 02/04 15:52 | 25.39 | 25.39 | 25.32 | 25.35 | 8666 |
| 02/04 15:51 | 25.39 | 25.40 | 25.39 | 25.39 | 6600 |
| 02/04 15:50 | 25.40 | 25.40 | 25.39 | 25.39 | 4504 |
| 02/04 15:49 | 25.40 | 25.41 | 25.39 | 25.41 | 800 |
| 02/04 15:48 | 25.41 | 25.41 | 25.38 | 25.40 | 2337 |
| 02/04 15:47 | 25.52 | 25.53 | 25.43 | 25.43 | 8611 |
| 02/04 15:46 | 25.52 | 25.525 | 25.52 | 25.525 | 1000 |
| 02/04 15:45 | 25.535 | 25.535 | 25.52 | 25.525 | 3500 |
| 02/04 15:44 | 25.54 | 25.54 | 25.53 | 25.5315 | 900 |
| 02/04 15:43 | 25.53 | 25.54 | 25.53 | 25.54 | 300 |
| 02/04 15:42 | 25.535 | 25.535 | 25.535 | 25.535 | 100 |
| 02/04 15:41 | 25.54 | 25.54 | 25.53 | 25.53 | 500 |
| 02/04 15:40 | 25.55 | 25.555 | 25.53 | 25.535 | 4232 |
| 02/04 15:39 | 25.55 | 25.56 | 25.55 | 25.555 | 300 |
| 02/04 15:38 | 25.555 | 25.56 | 25.555 | 25.56 | 500 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:17

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | | Intraday Bar Chart |
|---|---|---|---|---|---|---|

Period | 1 | Range | 1 | 02/04/2019 - 02/04/2019 | 09:30 - 16:00 | < > | □ Overnight | Lst Trd/Lst P |

1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▼ | | ▼ | Chart | « | 🏦 Chart Content | ⚙

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 15:38 | 25.555 | 25.56 | 25.555 | 25.56 | 500 |
| 02/04 15:37 | 25.54 | 25.555 | 25.54 | 25.555 | 500 |
| 02/04 15:36 | 25.55 | 25.55 | 25.54 | 25.545 | 2207 |
| 02/04 15:34 | 25.545 | 25.555 | 25.545 | 25.555 | 900 |
| 02/04 15:33 | 25.5435 | 25.5435 | 25.5435 | 25.5435 | 100 |
| 02/04 15:32 | 25.54 | 25.54 | 25.54 | 25.54 | 100 |
| 02/04 15:31 | 25.555 | 25.555 | 25.55 | 25.555 | 800 |
| 02/04 15:30 | 25.56 | 25.56 | 25.56 | 25.56 | 800 |
| 02/04 15:28 | 25.54 | 25.57 | 25.54 | 25.57 | 527 |
| 02/04 15:27 | 25.52 | 25.5332 | 25.52 | 25.5332 | 607 |
| 02/04 15:26 | 25.525 | 25.525 | 25.525 | 25.525 | 100 |
| 02/04 15:25 | 25.52 | 25.52 | 25.52 | 25.52 | 800 |
| 02/04 15:24 | 25.52 | 25.52 | 25.51 | 25.52 | 500 |
| 02/04 15:23 | 25.51 | 25.52 | 25.51 | 25.52 | 200 |
| 02/04 15:22 | 25.524 | 25.53 | 25.51 | 25.51 | 900 |
| 02/04 15:21 | 25.53 | 25.53 | 25.51 | 25.53 | 1536 |
| 02/04 15:20 | 25.63 | 25.63 | 25.57 | 25.57 | 3500 |
| 02/04 15:19 | 25.6364 | 25.64 | 25.62 | 25.62 | 1400 |
| 02/04 15:18 | 25.64 | 25.64 | 25.64 | 25.64 | 100 |
| 02/04 15:17 | 25.6296 | 25.6296 | 25.62 | 25.62 | 400 |
| 02/04 15:16 | 25.615 | 25.62 | 25.615 | 25.62 | 300 |
| 02/04 15:15 | 25.61 | 25.61 | 25.61 | 25.61 | 100 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:35

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| | VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |

Period [1] Range [1] 02/04/2019 - 02/04/2019 09:30 - 16:00 < > ☐ Overnight Lst Trd/Lst P ▾

1D  3D  1M  6M  YTD  1Y  5Y  Max  | 1 Min ▼ |  ▾ | Chart | « | Chart Content | ☼

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 15:15 | 25.61 | 25.61 | 25.61 | 25.61 | 100 |
| 02/04 15:14 | 25.60 | 25.615 | 25.60 | 25.615 | 207 |
| 02/04 15:13 | 25.595 | 25.595 | 25.595 | 25.595 | 400 |
| 02/04 15:12 | 25.60 | 25.60 | 25.60 | 25.60 | 100 |
| 02/04 15:11 | 25.61 | 25.61 | 25.60 | 25.60 | 1100 |
| 02/04 15:10 | 25.58 | 25.61 | 25.58 | 25.61 | 400 |
| 02/04 15:09 | 25.53 | 25.60 | 25.53 | 25.60 | 2000 |
| 02/04 15:08 | 25.53 | 25.53 | 25.53 | 25.53 | 100 |
| 02/04 15:06 | 25.52 | 25.52 | 25.52 | 25.52 | 100 |
| 02/04 15:05 | 25.52 | 25.52 | 25.51 | 25.51 | 1501 |
| 02/04 15:04 | 25.5286 | 25.5286 | 25.52 | 25.52 | 1176 |
| 02/04 15:03 | 25.53 | 25.53 | 25.53 | 25.53 | 200 |
| 02/04 15:02 | 25.5191 | 25.5191 | 25.5191 | 25.5191 | 145 |
| 02/04 15:01 | 25.53 | 25.53 | 25.52 | 25.52 | 500 |
| 02/04 15:00 | 25.525 | 25.53 | 25.52 | 25.52 | 500 |
| 02/04 14:59 | 25.52 | 25.54 | 25.52 | 25.525 | 1708 |
| 02/04 14:58 | 25.52 | 25.53 | 25.52 | 25.53 | 700 |
| 02/04 14:57 | 25.5263 | 25.54 | 25.5263 | 25.53 | 1603 |
| 02/04 14:56 | 25.53 | 25.53 | 25.52 | 25.53 | 1000 |
| 02/04 14:55 | 25.53 | 25.53 | 25.53 | 25.53 | 400 |
| 02/04 14:54 | 25.535 | 25.54 | 25.535 | 25.54 | 1530 |
| 02/04 14:53 | 25.52 | 25.525 | 25.52 | 25.525 | 1600 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:36

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | | | | Intraday Bar Chart |

Period | 1 | Range | 1 | 02/04/2019 📅 - 02/04/2019 📅 | 09:30 - 16:00 | ‹ › | ☐ Overnight | Lst Trd/Lst P; | ▼

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▼ | ~ | ⊡ | ▼ | Chart | | ‹‹ | 🔛 Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 14:53 | 25.52 | 25.525 | 25.52 | 25.525 | 1600 |
| 02/04 14:52 | 25.50 | 25.53 | 25.50 | 25.53 | 500 |
| 02/04 14:51 | 25.49 | 25.505 | 25.48 | 25.505 | 600 |
| 02/04 14:50 | 25.45 | 25.48 | 25.45 | 25.48 | 1290 |
| 02/04 14:49 | 25.46 | 25.46 | 25.46 | 25.46 | 100 |
| 02/04 14:48 | 25.4551 | 25.47 | 25.4551 | 25.47 | 260 |
| 02/04 14:47 | 25.45 | 25.45 | 25.45 | 25.45 | 300 |
| 02/04 14:46 | 25.44 | 25.45 | 25.43 | 25.45 | 500 |
| 02/04 14:44 | 25.46 | 25.46 | 25.45 | 25.45 | 200 |
| 02/04 14:43 | 25.4599 | 25.46 | 25.4599 | 25.46 | 6000 |
| 02/04 14:42 | 25.44 | 25.44 | 25.44 | 25.44 | 100 |
| 02/04 14:41 | 25.47 | 25.47 | 25.47 | 25.47 | 100 |
| 02/04 14:40 | 25.45 | 25.455 | 25.45 | 25.455 | 700 |
| 02/04 14:38 | 25.47 | 25.47 | 25.46 | 25.47 | 1000 |
| 02/04 14:37 | 25.48 | 25.48 | 25.48 | 25.48 | 500 |
| 02/04 14:36 | 25.47 | 25.48 | 25.46 | 25.47 | 4558 |
| 02/04 14:35 | 25.45 | 25.47 | 25.45 | 25.47 | 1400 |
| 02/04 14:34 | 25.45 | 25.46 | 25.45 | 25.46 | 300 |
| 02/04 14:33 | 25.45 | 25.48 | 25.45 | 25.48 | 200 |
| 02/04 14:32 | 25.44 | 25.44 | 25.44 | 25.44 | 300 |
| 02/04 14:31 | 25.48 | 25.48 | 25.44 | 25.44 | 338 |
| 02/04 14:30 | 25.47 | 25.47 | 25.47 | 25.47 | 100 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:36

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |
|---|---|---|---|---|

Period | 1 | Range | 1 | 02/04/2019 - 02/04/2019 | 09:30 - 16:00 | < | > | ☐ Overnight | Lst Trd/Lst P: | ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ~ | ⊞ | ▾ | Chart | « | 🏦 Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 14:30 | 25.47 | 25.47 | 25.47 | 25.47 | 100 |
| 02/04 14:29 | 25.46 | 25.47 | 25.46 | 25.47 | 200 |
| 02/04 14:28 | 25.44 | 25.46 | 25.42 | 25.46 | 800 |
| 02/04 14:26 | 25.43 | 25.45 | 25.43 | 25.45 | 300 |
| 02/04 14:25 | 25.46 | 25.46 | 25.42 | 25.42 | 500 |
| 02/04 14:23 | 25.48 | 25.48 | 25.48 | 25.48 | 100 |
| 02/04 14:22 | 25.46 | 25.46 | 25.46 | 25.46 | 406 |
| 02/04 14:21 | 25.47 | 25.48 | 25.44 | 25.44 | 700 |
| 02/04 14:18 | 25.48 | 25.48 | 25.46 | 25.47 | 700 |
| 02/04 14:17 | 25.50 | 25.50 | 25.48 | 25.48 | 600 |
| 02/04 14:16 | 25.51 | 25.51 | 25.51 | 25.51 | 500 |
| 02/04 14:15 | 25.50 | 25.50 | 25.50 | 25.50 | 400 |
| 02/04 14:14 | 25.50 | 25.50 | 25.50 | 25.50 | 200 |
| 02/04 14:13 | 25.50 | 25.52 | 25.50 | 25.52 | 913 |
| 02/04 14:12 | 25.49 | 25.49 | 25.49 | 25.49 | 300 |
| 02/04 14:11 | 25.51 | 25.51 | 25.51 | 25.51 | 100 |
| 02/04 14:10 | 25.50 | 25.51 | 25.48 | 25.51 | 800 |
| 02/04 14:07 | 25.47 | 25.49 | 25.47 | 25.49 | 5361 |
| 02/04 14:05 | 25.47 | 25.47 | 25.46 | 25.47 | 900 |
| 02/04 14:04 | 25.47 | 25.47 | 25.47 | 25.47 | 200 |
| 02/04 14:01 | 25.46 | 25.46 | 25.46 | 25.46 | 200 |
| 02/04 14:00 | 25.45 | 25.455 | 25.45 | 25.455 | 200 |
| 02/04 13:59 | 25.44 | 25.45 | 25.44 | 25.45 | 500 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:37

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |
|---|---|---|---|---|

Period  1  Range  1  02/04/2019 ▣ - 02/04/2019 ▣  09:30 - 16:00 < >  ☐ Overnight  Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ⌁ | ⋯ | ▾ | Chart | « | ⛰ Chart Content | ☼ |

VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 14:00 | 25.45 | 25.455 | 25.45 | 25.455 | 200 |
| 02/04 13:59 | 25.44 | 25.45 | 25.44 | 25.45 | 500 |
| 02/04 13:58 | 25.43 | 25.44 | 25.43 | 25.44 | 200 |
| 02/04 13:57 | 25.43 | 25.43 | 25.43 | 25.43 | 600 |
| 02/04 13:54 | 25.45 | 25.45 | 25.40 | 25.43 | 3200 |
| 02/04 13:53 | 25.45 | 25.46 | 25.45 | 25.46 | 1300 |
| 02/04 13:52 | 25.48 | 25.4898 | 25.46 | 25.48 | 1705 |
| 02/04 13:51 | 25.50 | 25.50 | 25.50 | 25.50 | 100 |
| 02/04 13:50 | 25.5212 | 25.5212 | 25.52 | 25.52 | 508 |
| 02/04 13:48 | 25.5156 | 25.525 | 25.5156 | 25.52 | 494 |
| 02/04 13:45 | 25.53 | 25.53 | 25.52 | 25.52 | 1600 |
| 02/04 13:44 | 25.54 | 25.54 | 25.535 | 25.535 | 300 |
| 02/04 13:43 | 25.54 | 25.54 | 25.53 | 25.53 | 754 |
| 02/04 13:42 | 25.51 | 25.51 | 25.51 | 25.51 | 100 |
| 02/04 13:41 | 25.51 | 25.53 | 25.51 | 25.53 | 200 |
| 02/04 13:40 | 25.50 | 25.51 | 25.50 | 25.51 | 734 |
| 02/04 13:39 | 25.52 | 25.52 | 25.52 | 25.52 | 199 |
| 02/04 13:38 | 25.50 | 25.51 | 25.50 | 25.51 | 200 |
| 02/04 13:37 | 25.50 | 25.50 | 25.50 | 25.50 | 100 |
| 02/04 13:36 | 25.49 | 25.49 | 25.49 | 25.49 | 500 |
| 02/04 13:34 | 25.50 | 25.50 | 25.49 | 25.49 | 300 |
| 02/04 13:33 | 25.52 | 25.52 | 25.52 | 25.52 | 1168 |
| 02/04 13:32 | 25.53 | 25.53 | 25.53 | 25.53 | 100 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:38

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |
|---|---|---|---|---|

Period  1  Range  1  02/04/2019 - 02/04/2019  09:30 - 16:00  < >  ☐ Overnight  Lst Trd/Lst P

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ∼ | ⊞ | ▾ | Chart | « | ⛰ Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 13:32 | 25.53 | 25.53 | 25.53 | 25.53 | 100 |
| 02/04 13:31 | 25.54 | 25.54 | 25.53 | 25.53 | 1400 |
| 02/04 13:29 | 25.52 | 25.53 | 25.52 | 25.525 | 300 |
| 02/04 13:28 | 25.54 | 25.54 | 25.54 | 25.54 | 200 |
| 02/04 13:27 | 25.53 | 25.53 | 25.53 | 25.53 | 300 |
| 02/04 13:26 | 25.5121 | 25.5202 | 25.5121 | 25.5202 | 1400 |
| 02/04 13:25 | 25.51 | 25.51 | 25.50 | 25.50 | 200 |
| 02/04 13:23 | 25.52 | 25.53 | 25.52 | 25.53 | 500 |
| 02/04 13:22 | 25.50 | 25.53 | 25.50 | 25.53 | 300 |
| 02/04 13:21 | 25.51 | 25.51 | 25.51 | 25.51 | 100 |
| 02/04 13:19 | 25.48 | 25.495 | 25.48 | 25.495 | 500 |
| 02/04 13:17 | 25.46 | 25.48 | 25.46 | 25.48 | 600 |
| 02/04 13:16 | 25.48 | 25.49 | 25.45 | 25.45 | 700 |
| 02/04 13:15 | 25.50 | 25.50 | 25.43 | 25.48 | 4325 |
| 02/04 13:14 | 25.51 | 25.51 | 25.51 | 25.51 | 200 |
| 02/04 13:13 | 25.48 | 25.50 | 25.47 | 25.50 | 1800 |
| 02/04 13:12 | 25.4902 | 25.50 | 25.48 | 25.48 | 900 |
| 02/04 13:11 | 25.49 | 25.49 | 25.49 | 25.49 | 100 |
| 02/04 13:10 | 25.48 | 25.49 | 25.48 | 25.49 | 600 |
| 02/04 13:09 | 25.48 | 25.49 | 25.48 | 25.49 | 400 |
| 02/04 13:07 | 25.44 | 25.47 | 25.44 | 25.47 | 400 |
| 02/04 13:06 | 25.45 | 25.46 | 25.44 | 25.44 | 600 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:38

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | | Intraday Bar Chart |
|---|---|---|---|---|---|---|

Period  1  Range  1  02/04/2019 ⊟ - 02/04/2019 ⊟  09:30 - 16:00  < >  ☐ Overnight  Lst Trd/Lst P  ▽

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ~ | ⊥ | ▾ | Chart | | ≪ | ᵈⁿ Chart Content | | ☼ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | VNDA US Equity | | | | |
|---|---|---|---|---|---|
| Date | Open | High | Low | Close | Volume |
| 02/04 13:06 | 25.45 | 25.46 | 25.44 | 25.44 | 600 |
| 02/04 13:05 | 25.45 | 25.45 | 25.45 | 25.45 | 200 |
| 02/04 13:04 | 25.43 | 25.45 | 25.43 | 25.45 | 1000 |
| 02/04 13:03 | 25.4262 | 25.46 | 25.4262 | 25.45 | 2760 |
| 02/04 13:02 | 25.44 | 25.44 | 25.42 | 25.42 | 600 |
| 02/04 13:01 | 25.39 | 25.41 | 25.39 | 25.41 | 600 |
| 02/04 13:00 | 25.37 | 25.38 | 25.37 | 25.38 | 1200 |
| 02/04 12:59 | 25.33 | 25.33 | 25.33 | 25.33 | 100 |
| 02/04 12:57 | 25.37 | 25.37 | 25.36 | 25.36 | 215 |
| 02/04 12:56 | 25.36 | 25.36 | 25.33 | 25.36 | 300 |
| 02/04 12:54 | 25.3675 | 25.38 | 25.36 | 25.38 | 1000 |
| 02/04 12:52 | 25.37 | 25.37 | 25.37 | 25.37 | 100 |
| 02/04 12:51 | 25.34 | 25.36 | 25.33 | 25.36 | 1800 |
| 02/04 12:50 | 25.35 | 25.36 | 25.335 | 25.34 | 7300 |
| 02/04 12:49 | 25.33 | 25.33 | 25.33 | 25.33 | 100 |
| 02/04 12:48 | 25.33 | 25.34 | 25.33 | 25.33 | 700 |
| 02/04 12:47 | 25.35 | 25.35 | 25.35 | 25.35 | 200 |
| 02/04 12:45 | 25.36 | 25.36 | 25.35 | 25.35 | 300 |
| 02/04 12:44 | 25.32 | 25.35 | 25.32 | 25.32 | 900 |
| 02/04 12:43 | 25.435 | 25.435 | 25.35 | 25.35 | 12932 |
| 02/04 12:42 | 25.45 | 25.45 | 25.435 | 25.435 | 1400 |
| 02/04 12:41 | 25.40 | 25.42 | 25.40 | 25.42 | 1134 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:39

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |

Period [ 1] Range [ 1] 02/04/2019 - 02/04/2019 09:30 - 16:00 < > ☐ Overnight Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ~ | ▾ | Chart | « | Chart Content | ☼ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 12:41 | 25.40 | 25.42 | 25.40 | 25.42 | 1134 |
| 02/04 12:40 | 25.40 | 25.40 | 25.39 | 25.39 | 200 |
| 02/04 12:39 | 25.36 | 25.39 | 25.36 | 25.39 | 1792 |
| 02/04 12:38 | 25.34 | 25.35 | 25.34 | 25.35 | 2700 |
| 02/04 12:36 | 25.36 | 25.36 | 25.33 | 25.33 | 3200 |
| 02/04 12:35 | 25.355 | 25.355 | 25.35 | 25.35 | 2546 |
| 02/04 12:34 | 25.35 | 25.36 | 25.35 | 25.358 | 2500 |
| 02/04 12:33 | 25.31 | 25.35 | 25.31 | 25.35 | 200 |
| 02/04 12:32 | 25.32 | 25.34 | 25.32 | 25.34 | 2500 |
| 02/04 12:31 | 25.30 | 25.33 | 25.30 | 25.33 | 2400 |
| 02/04 12:30 | 25.29 | 25.29 | 25.29 | 25.29 | 1100 |
| 02/04 12:28 | 25.28 | 25.31 | 25.28 | 25.31 | 1500 |
| 02/04 12:27 | 25.30 | 25.32 | 25.28 | 25.29 | 13000 |
| 02/04 12:26 | 25.31 | 25.34 | 25.29 | 25.33 | 3036 |
| 02/04 12:25 | 25.31 | 25.31 | 25.31 | 25.31 | 300 |
| 02/04 12:24 | 25.32 | 25.33 | 25.31 | 25.33 | 799 |
| 02/04 12:23 | 25.3329 | 25.35 | 25.33 | 25.33 | 2723 |
| 02/04 12:22 | 25.3229 | 25.36 | 25.3229 | 25.36 | 2698 |
| 02/04 12:21 | 25.33 | 25.35 | 25.31 | 25.34 | 1700 |
| 02/04 12:20 | 25.32 | 25.32 | 25.32 | 25.32 | 100 |
| 02/04 12:19 | 25.33 | 25.35 | 25.33 | 25.33 | 400 |
| 02/04 12:18 | 25.36 | 25.36 | 25.34 | 25.34 | 500 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:39

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |

Period 1 Range 1 02/04/2019 📅 - 02/04/2019 📅 09:30 - 16:00 < > ☐ Overnight Lst Trd/Lst P ▾

1D 3D 1M 6M YTD 1Y 5Y Max 1 Min ▼ 〜 〜 ▾ Chart « 🏛 Chart Content ⚙

| | | VNDA US Equity | | | | |
| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 12:18 | 25.36 | 25.36 | 25.34 | 25.34 | 500 |
| 02/04 12:17 | 25.37 | 25.37 | 25.35 | 25.35 | 400 |
| 02/04 12:16 | 25.32 | 25.36 | 25.32 | 25.35 | 2602 |
| 02/04 12:15 | 25.29 | 25.29 | 25.27 | 25.27 | 500 |
| 02/04 12:14 | 25.30 | 25.30 | 25.30 | 25.30 | 100 |
| 02/04 12:13 | 25.30 | 25.30 | 25.28 | 25.29 | 1000 |
| 02/04 12:12 | 25.33 | 25.33 | 25.33 | 25.33 | 100 |
| 02/04 12:11 | 25.31 | 25.36 | 25.31 | 25.33 | 1000 |
| 02/04 12:10 | 25.31 | 25.36 | 25.31 | 25.3522 | 1365 |
| 02/04 12:09 | 25.35 | 25.35 | 25.31 | 25.31 | 1200 |
| 02/04 12:08 | 25.39 | 25.39 | 25.36 | 25.37 | 1200 |
| 02/04 12:07 | 25.4028 | 25.41 | 25.39 | 25.41 | 1481 |
| 02/04 12:06 | 25.42 | 25.42 | 25.42 | 25.42 | 200 |
| 02/04 12:05 | 25.51 | 25.51 | 25.42 | 25.42 | 2100 |
| 02/04 12:04 | 25.49 | 25.51 | 25.49 | 25.51 | 1000 |
| 02/04 12:03 | 25.49 | 25.50 | 25.49 | 25.50 | 690 |
| 02/04 12:02 | 25.50 | 25.50 | 25.49 | 25.49 | 555 |
| 02/04 12:00 | 25.525 | 25.535 | 25.525 | 25.53 | 1000 |
| 02/04 11:59 | 25.5159 | 25.54 | 25.5159 | 25.52 | 300 |
| 02/04 11:58 | 25.53 | 25.57 | 25.52 | 25.52 | 400 |
| 02/04 11:57 | 25.52 | 25.585 | 25.52 | 25.57 | 1100 |
| 02/04 11:56 | 25.46 | 25.53 | 25.46 | 25.53 | 1887 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:40

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | Intraday Bar Chart |

Period | 1 | Range | 1 | 02/04/2019 - 02/04/2019 | 09:30 - 16:00 | < > | ☐ Overnight | Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▼ | ～ | ▾ | Chart | « | 🏠 Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 11:56 | 25.46 | 25.53 | 25.46 | 25.53 | 1887 |
| 02/04 11:55 | 25.4472 | 25.4472 | 25.42 | 25.42 | 300 |
| 02/04 11:54 | 25.4471 | 25.46 | 25.4471 | 25.46 | 300 |
| 02/04 11:53 | 25.46 | 25.46 | 25.4497 | 25.4497 | 400 |
| 02/04 11:52 | 25.425 | 25.45 | 25.425 | 25.45 | 600 |
| 02/04 11:51 | 25.515 | 25.515 | 25.42 | 25.42 | 2123 |
| 02/04 11:50 | 25.48 | 25.53 | 25.48 | 25.515 | 900 |
| 02/04 11:49 | 25.42 | 25.47 | 25.39 | 25.47 | 1100 |
| 02/04 11:48 | 25.39 | 25.42 | 25.39 | 25.42 | 636 |
| 02/04 11:47 | 25.37 | 25.39 | 25.36 | 25.39 | 1345 |
| 02/04 11:46 | 25.43 | 25.43 | 25.375 | 25.375 | 1177 |
| 02/04 11:45 | 25.38 | 25.44 | 25.30 | 25.40 | 7000 |
| 02/04 11:44 | 25.50 | 25.50 | 25.35 | 25.40 | 12750 |
| 02/04 11:43 | 25.47 | 25.50 | 25.47 | 25.50 | 800 |
| 02/04 11:42 | 25.52 | 25.52 | 25.49 | 25.49 | 400 |
| 02/04 11:41 | 25.51 | 25.52 | 25.47 | 25.52 | 1900 |
| 02/04 11:40 | 25.5165 | 25.52 | 25.48 | 25.51 | 1350 |
| 02/04 11:39 | 25.4608 | 25.53 | 25.4608 | 25.5131 | 1747 |
| 02/04 11:38 | 25.54 | 25.55 | 25.48 | 25.49 | 1200 |
| 02/04 11:37 | 25.55 | 25.55 | 25.52 | 25.52 | 800 |
| 02/04 11:36 | 25.65 | 25.65 | 25.50 | 25.5144 | 5650 |
| 02/04 11:34 | 25.68 | 25.68 | 25.65 | 25.65 | 1500 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:41

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | | Intraday Bar Chart |

Period | 1 | Range | 1 | 02/04/2019 - 02/04/2019 | 09:30 - 16:00 | < | > | ☐ Overnight | Lst Trd/Lst P |

1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | | | ▾ | Chart | | « | 🖾 Chart Content | ☼

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 11:34 | 25.68 | 25.68 | 25.65 | 25.65 | 1500 |
| 02/04 11:33 | 25.69 | 25.71 | 25.68 | 25.71 | 1300 |
| 02/04 11:32 | 25.66 | 25.68 | 25.66 | 25.68 | 200 |
| 02/04 11:30 | 25.65 | 25.655 | 25.65 | 25.655 | 500 |
| 02/04 11:29 | 25.65 | 25.65 | 25.65 | 25.65 | 188 |
| 02/04 11:28 | 25.695 | 25.695 | 25.65 | 25.67 | 1900 |
| 02/04 11:27 | 25.7011 | 25.705 | 25.68 | 25.68 | 2100 |
| 02/04 11:26 | 25.72 | 25.72 | 25.6901 | 25.715 | 2240 |
| 02/04 11:25 | 25.71 | 25.72 | 25.71 | 25.72 | 400 |
| 02/04 11:24 | 25.7035 | 25.73 | 25.70 | 25.71 | 1400 |
| 02/04 11:23 | 25.75 | 25.75 | 25.7232 | 25.7232 | 342 |
| 02/04 11:22 | 25.76 | 25.76 | 25.70 | 25.73 | 1400 |
| 02/04 11:21 | 25.76 | 25.76 | 25.76 | 25.76 | 100 |
| 02/04 11:20 | 25.7236 | 25.7236 | 25.7236 | 25.7236 | 800 |
| 02/04 11:19 | 25.72 | 25.76 | 25.72 | 25.72 | 1000 |
| 02/04 11:18 | 25.76 | 25.76 | 25.76 | 25.76 | 100 |
| 02/04 11:17 | 25.7683 | 25.7683 | 25.7683 | 25.7683 | 500 |
| 02/04 11:16 | 25.77 | 25.77 | 25.75 | 25.75 | 200 |
| 02/04 11:15 | 25.80 | 25.80 | 25.80 | 25.80 | 100 |
| 02/04 11:14 | 25.77 | 25.77 | 25.77 | 25.77 | 488 |
| 02/04 11:13 | 25.74 | 25.77 | 25.74 | 25.77 | 200 |
| 02/04 11:12 | 25.78 | 25.81 | 25.75 | 25.75 | 3200 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:41

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |

Period 1 Range 1 02/04/2019 - 02/04/2019 09:30 - 16:00 ‹ › ☐ Overnight Lst Trd/Lst P

1D 3D 1M 6M YTD 1Y 5Y Max 1 Min ▼ ▾ Chart « Chart Content ⚙

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 11:12 | 25.78 | 25.81 | 25.75 | 25.75 | 3200 |
| 02/04 11:11 | 25.7063 | 25.79 | 25.69 | 25.76 | 3448 |
| 02/04 11:10 | 25.81 | 25.83 | 25.68 | 25.68 | 5787 |
| 02/04 11:09 | 25.75 | 25.82 | 25.74 | 25.81 | 7700 |
| 02/04 11:08 | 25.77 | 25.78 | 25.71 | 25.75 | 12000 |
| 02/04 11:05 | 25.81 | 25.81 | 25.81 | 25.81 | 100 |
| 02/04 11:04 | 25.84 | 25.84 | 25.80 | 25.82 | 2600 |
| 02/04 11:03 | 25.825 | 25.84 | 25.825 | 25.84 | 400 |
| 02/04 11:02 | 25.89 | 25.89 | 25.81 | 25.8101 | 3050 |
| 02/04 11:01 | 25.88 | 25.90 | 25.87 | 25.90 | 800 |
| 02/04 11:00 | 25.86 | 25.86 | 25.86 | 25.86 | 300 |
| 02/04 10:59 | 25.81 | 25.86 | 25.81 | 25.81 | 400 |
| 02/04 10:58 | 25.86 | 25.86 | 25.81 | 25.82 | 400 |
| 02/04 10:57 | 25.9129 | 25.9129 | 25.87 | 25.87 | 1886 |
| 02/04 10:56 | 25.95 | 25.95 | 25.91 | 25.91 | 2250 |
| 02/04 10:55 | 25.90 | 25.925 | 25.90 | 25.925 | 700 |
| 02/04 10:52 | 25.92 | 25.92 | 25.87 | 25.89 | 2300 |
| 02/04 10:51 | 25.925 | 25.93 | 25.925 | 25.93 | 300 |
| 02/04 10:50 | 25.9323 | 25.9323 | 25.91 | 25.91 | 300 |
| 02/04 10:49 | 25.94 | 25.94 | 25.92 | 25.92 | 700 |
| 02/04 10:48 | 25.95 | 25.95 | 25.94 | 25.94 | 300 |
| 02/04 10:47 | 25.98 | 25.98 | 25.96 | 25.96 | 200 |

SN 277933 EDT GMT-4:00 G549-5547-1 02-Jun-2020 15:49:42

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |
|---|---|---|---|---|

Period  1  Range  1  02/04/2019 🗓 - 02/04/2019 🗓  09:30 - 16:00  < >  ☐ Overnight  Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▼ | ⌁ | ▾ | Chart | « | 🏦 Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 10:47 | 25.98 | 25.98 | 25.96 | 25.96 | 200 |
| 02/04 10:46 | 25.91 | 25.97 | 25.91 | 25.97 | 600 |
| 02/04 10:44 | 25.874 | 25.91 | 25.874 | 25.91 | 500 |
| 02/04 10:43 | 25.84 | 25.86 | 25.84 | 25.8401 | 872 |
| 02/04 10:42 | 25.83 | 25.86 | 25.83 | 25.86 | 300 |
| 02/04 10:41 | 25.80 | 25.83 | 25.78 | 25.82 | 1400 |
| 02/04 10:40 | 25.79 | 25.80 | 25.75 | 25.75 | 900 |
| 02/04 10:39 | 25.79 | 25.80 | 25.74 | 25.765 | 5800 |
| 02/04 10:38 | 25.76 | 25.82 | 25.71 | 25.79 | 8900 |
| 02/04 10:37 | 25.78 | 25.79 | 25.75 | 25.79 | 500 |
| 02/04 10:36 | 25.81 | 25.81 | 25.70 | 25.77 | 10516 |
| 02/04 10:35 | 25.80 | 25.90 | 25.75 | 25.79 | 10625 |
| 02/04 10:34 | 25.86 | 25.87 | 25.86 | 25.86 | 400 |
| 02/04 10:33 | 25.83 | 25.87 | 25.83 | 25.86 | 600 |
| 02/04 10:32 | 25.87 | 25.96 | 25.80 | 25.80 | 1471 |
| 02/04 10:31 | 25.91 | 25.91 | 25.85 | 25.85 | 400 |
| 02/04 10:30 | 25.945 | 25.945 | 25.945 | 25.945 | 100 |
| 02/04 10:29 | 25.93 | 25.945 | 25.93 | 25.945 | 300 |
| 02/04 10:28 | 25.99 | 25.99 | 25.93 | 25.965 | 400 |
| 02/04 10:27 | 25.98 | 25.98 | 25.98 | 25.98 | 100 |
| 02/04 10:26 | 25.92 | 25.98 | 25.92 | 25.96 | 1000 |
| 02/04 10:25 | 25.94 | 25.94 | 25.94 | 25.94 | 100 |
| 02/04 10:24 | 25.91 | 25.99 | 25.91 | 25.96 | 400 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:42

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | Intraday Bar Chart |
|---|---|---|---|---|---|

Period | 1 | Range | 1 | 02/04/2019 - 02/04/2019 | 09:30 - 16:00 | < > | ☐ Overnight | Lst Trd/Lst P

1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ~ | | ▾ | Chart | | « | Chart Content | ☼

VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 10:25 | 25.94 | 25.94 | 25.94 | 25.94 | 100 |
| 02/04 10:24 | 25.91 | 25.99 | 25.91 | 25.96 | 400 |
| 02/04 10:23 | 26.01 | 26.01 | 25.8774 | 25.94 | 3552 |
| 02/04 10:22 | 26.05 | 26.05 | 26.05 | 26.05 | 100 |
| 02/04 10:21 | 26.02 | 26.02 | 26.0147 | 26.0147 | 350 |
| 02/04 10:20 | 26.035 | 26.0415 | 26.035 | 26.0357 | 600 |
| 02/04 10:18 | 26.09 | 26.09 | 26.066 | 26.066 | 430 |
| 02/04 10:17 | 26.09 | 26.12 | 26.09 | 26.12 | 200 |
| 02/04 10:16 | 26.12 | 26.12 | 26.12 | 26.12 | 100 |
| 02/04 10:15 | 26.16 | 26.2009 | 26.16 | 26.2009 | 761 |
| 02/04 10:14 | 26.09 | 26.20 | 26.09 | 26.195 | 1900 |
| 02/04 10:13 | 26.01 | 26.10 | 26.01 | 26.10 | 1500 |
| 02/04 10:12 | 25.98 | 26.02 | 25.98 | 26.01 | 2100 |
| 02/04 10:11 | 25.91 | 25.99 | 25.91 | 25.96 | 900 |
| 02/04 10:10 | 25.96 | 25.97 | 25.77 | 25.90 | 8000 |
| 02/04 10:09 | 25.99 | 25.99 | 25.85 | 25.85 | 3600 |
| 02/04 10:08 | 25.985 | 26.00 | 25.93 | 25.98 | 3853 |
| 02/04 10:07 | 25.98 | 26.00 | 25.98 | 25.985 | 1700 |
| 02/04 10:06 | 25.94 | 26.01 | 25.94 | 26.00 | 2900 |
| 02/04 10:05 | 25.93 | 25.94 | 25.75 | 25.94 | 7200 |
| 02/04 10:04 | 25.97 | 25.99 | 25.87 | 25.935 | 7534 |
| 02/04 10:03 | 25.965 | 25.98 | 25.92 | 25.97 | 2400 |
| 02/04 10:02 | 25.96 | 25.96 | 25.955 | 25.955 | 600 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:43

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | Intraday Bar Chart |
|---|---|---|---|---|

Period  1  Range  1  02/04/2019 - 02/04/2019  09:30 - 16:00  < >  ☐ Overnight  Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▾ | ~ | | ▾ | Chart | | « | ⛁ Chart Content | ⚙ |

### VNDA US Equity

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 10:03 | 25.965 | 25.98 | 25.92 | 25.97 | 2400 |
| 02/04 10:02 | 25.96 | 25.96 | 25.955 | 25.955 | 600 |
| 02/04 10:01 | 25.965 | 25.965 | 25.92 | 25.965 | 500 |
| 02/04 10:00 | 25.96 | 25.965 | 25.93 | 25.965 | 400 |
| 02/04 09:59 | 26.01 | 26.01 | 25.95 | 25.95 | 300 |
| 02/04 09:58 | 26.01 | 26.01 | 26.01 | 26.01 | 100 |
| 02/04 09:57 | 26.01 | 26.01 | 25.94 | 25.94 | 550 |
| 02/04 09:56 | 26.01 | 26.01 | 26.01 | 26.01 | 200 |
| 02/04 09:54 | 25.95 | 26.02 | 25.94 | 25.95 | 3400 |
| 02/04 09:53 | 25.965 | 25.965 | 25.965 | 25.965 | 100 |
| 02/04 09:52 | 25.89 | 25.965 | 25.88 | 25.965 | 2300 |
| 02/04 09:51 | 25.9017 | 25.9017 | 25.9017 | 25.9017 | 100 |
| 02/04 09:49 | 25.858 | 25.975 | 25.75 | 25.94 | 14882 |
| 02/04 09:48 | 25.84 | 25.89 | 25.84 | 25.89 | 4100 |
| 02/04 09:47 | 25.8207 | 25.8339 | 25.8207 | 25.8339 | 1300 |
| 02/04 09:46 | 25.83 | 25.83 | 25.83 | 25.83 | 100 |
| 02/04 09:45 | 25.90 | 25.90 | 25.72 | 25.83 | 10536 |
| 02/04 09:44 | 25.89 | 25.89 | 25.71 | 25.87 | 14670 |
| 02/04 09:43 | 25.96 | 25.96 | 25.86 | 25.90 | 2523 |
| 02/04 09:41 | 25.86 | 26.12 | 25.86 | 26.12 | 300 |
| 02/04 09:39 | 25.99 | 25.995 | 25.83 | 25.9491 | 1496 |
| 02/04 09:38 | 26.065 | 26.065 | 25.82 | 25.98 | 8618 |
| 02/04 09:37 | 26.19 | 26.19 | 26.11 | 26.19 | 500 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:44

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2020 Bloomberg Finance L.P.

Page
Screen Printed

| VNDA US Equity | 95) Compare | 96) Actions ▾ | 97) Edit ▾ | | Intraday Bar Chart |
|---|---|---|---|---|---|

Period [ 1 ] Range [ 1 ] 02/04/2019 ▭ - 02/04/2019 ▭ 09:30 - 16:00 < > ☐ Overnight Lst Trd/Lst P ▾

| 1D | 3D | 1M | 6M | YTD | 1Y | 5Y | Max | 1 Min ▼ | | | ▼ | Chart | | | ≪ | 🏛 Chart Content | | ⚙ |

**VNDA US Equity**

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| 02/04 09:54 | 25.95 | 26.02 | 25.94 | 25.95 | 3400 |
| 02/04 09:53 | 25.965 | 25.965 | 25.965 | 25.965 | 100 |
| 02/04 09:52 | 25.89 | 25.965 | 25.88 | 25.965 | 2300 |
| 02/04 09:51 | 25.9017 | 25.9017 | 25.9017 | 25.9017 | 100 |
| 02/04 09:49 | 25.858 | 25.975 | 25.75 | 25.94 | 14882 |
| 02/04 09:48 | 25.84 | 25.89 | 25.84 | 25.89 | 4100 |
| 02/04 09:47 | 25.8207 | 25.8339 | 25.8207 | 25.8339 | 1300 |
| 02/04 09:46 | 25.83 | 25.83 | 25.83 | 25.83 | 100 |
| 02/04 09:45 | 25.90 | 25.90 | 25.72 | 25.83 | 10536 |
| 02/04 09:44 | 25.89 | 25.89 | 25.71 | 25.87 | 14670 |
| 02/04 09:43 | 25.96 | 25.96 | 25.86 | 25.90 | 2523 |
| 02/04 09:41 | 25.86 | 26.12 | 25.86 | 26.12 | 300 |
| 02/04 09:39 | 25.99 | 25.995 | 25.83 | 25.9491 | 1496 |
| 02/04 09:38 | 26.065 | 26.065 | 25.82 | 25.98 | 8618 |
| 02/04 09:37 | 26.19 | 26.19 | 26.11 | 26.19 | 500 |
| 02/04 09:36 | 26.19 | 26.19 | 25.94 | 26.18 | 4100 |
| 02/04 09:35 | 26.115 | 26.115 | 26.11 | 26.11 | 400 |
| 02/04 09:34 | 26.11 | 26.25 | 26.11 | 26.25 | 400 |
| 02/04 09:33 | 26.275 | 26.275 | 26.105 | 26.105 | 200 |
| 02/04 09:32 | 26.125 | 26.125 | 26.125 | 26.125 | 100 |
| 02/04 09:31 | 26.13 | 26.18 | 26.105 | 26.105 | 1400 |
| 02/04 09:30 | 25.99 | 26.20 | 25.91 | 26.12 | 18384 |

SN 277933 EDT  GMT-4:00 G549-5547-1 02-Jun-2020 15:49:44

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2020 Bloomberg Finance L.P.