**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

VANDA PHARMACEUTICALS INC., *et al.*,

        Defendants.

Case No. 1:19-cv-01108-FB-LB

---

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, upon the annexed declaration of Brad D. Feldman, and subject to the approval of the Court, Brad D. Feldman hereby withdraws as counsel for defendants Vanda Pharmaceuticals Inc. and Mihael H. Polymeropoulos (together, "Defendants"). Daniel J. Kramer and Audra J. Soloway of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants in this action.

Dated: June 4, 2021
      New York, New York

                         PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                         By: _____
                              Brad D. Feldman
                              1285 Avenue of the Americas
                              New York, New York 10019-6064
                              Telephone: (212) 373-3000
                              Email: bfeldman@paulweiss.com

SO ORDERED:

/S/Magistrate Judge Lois Bloom
_____
United States Magistrate Judge

Dated: June 7, 2021
      Brooklyn, New York