**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>VANDA PHARMACEUTICALS INC., *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-01108-FB-LB |

<u>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**</u>

    PLEASE TAKE NOTICE THAT, upon the annexed declaration of Christopher L. Filburn, and subject to the approval of the Court, Christopher L. Filburn hereby withdraws as counsel for defendants Vanda Pharmaceuticals Inc. and Mihael H. Polymeropoulos (together, "Defendants").  Daniel J. Kramer and Audra J. Soloway of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants in this action.

Dated:  June 4, 2021
    New York, New York

              PAUL, WEISS, RIFKIND, WHARTON &
                GARRISON LLP

            By: */s/ Christopher L. Filburn*
               Christopher L. Filburn
               1285 Avenue of the Americas
               New York, New York 10019-6064
               Telephone:  (212) 373-3000
               Email:  cfilburn@paulweiss.com

SO ORDERED:
/S/Magistrate Judge Lois Bloom
_____
 United States Magistrate Judge    Dated:  June 7, 2021
                Brooklyn, New York