# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on    :    Civil Action No. 1:19-cv-01108-FB-LB
Behalf of All Others Similarly Situated,    :

      :    CLASS ACTION

      Plaintiff,    :

      :    Hon. Frederic Block

   vs.    :

      :    NOTICE OF DEPOSITION

VANDA PHARMACEUTICALS, INC., and    :
MIHAEL H. POLYMEROPOULOS,    :

      : 

      Defendants.    :

      :

———————————————————————— x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30(b)(6) and 45, Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Lead Plaintiff"), by its undersigned attorneys, will take the deposition of Vanda Pharmaceuticals, Inc. ("Vanda") through one or more of Vanda's officers, directors, agents, or other representatives who shall be designated to testify on Vanda's behalf regarding all information known or reasonably available to Vanda with respect to the topics set forth in Schedule A.  The deposition will commence on December 1, 2021, utilizing remote videoconferencing technology, or at such other time and place determined by counsel, and will continue day to day as necessary.  The deposition will be recorded by stenographic and videographic means before a notary public or other officer qualified to administer oaths pursuant to Federal Rule of Civil Procedure 28(a).  Lead Plaintiff requests that Vanda provide written notice at least three (3) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on Vanda's behalf, and the particular topic(s) set forth in Schedule A attached hereto as to which each witness will testify.

DATED: November 1, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD
MICHAEL G. CAPECI
AVITAL O. MALINA


                              /s/ Michael G. Capeci
                          MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com
amalina@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

## SCHEDULE A

### (Vanda Pharmaceuticals, Inc.)

**I.   DEFINITIONS**

1.   "Action" refers to the class action *Gordon v. Vanda Pharmaceuticals, Inc., et al.*, No. 1:19-cv-01108-FB-LB (E.D.N.Y.).

2.   "Clinical Trial Hold" means an order issued by the FDA to delay or suspend, in whole or in part, a clinical drug trial.

3.   "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), whether written or recorded in any manner, and is included within the scope of the term Documents (defined below).

4.   "Complaint" means the Amended Complaint for Violations of the Federal Securities Laws, filed in this Action on July 23, 2019 (ECF No. 29).

5.   "Concerning" and "regarding" mean relating to, referring to, describing, evidencing or constituting.

6.   "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A), and includes, without limitation, drafts or non-identical copies and Communications (defined above).

7.   "Fanapt" means a drug manufactured by Vanda (defined below) that is FDA approved to treat adults with schizophrenia.  All references to Fanapt are intended to include the term iloperidone.

8.   "FDA" means the United States Food and Drug Administration and any person, employee, agent or representative acting on its behalf.

9.     "FDA Litigation" means the action captioned *Vanda Pharmaceuticals, Inc. v. Food and Drug Administration, et al.*, No. 1:19-cv-00301 (JDB) (D.D.C.).

10.    "Gastroparesis" means a chronic gastrointestinal medical condition characterized by delayed gastric emptying and associated with nausea, vomiting and bloating.

11.    "Hetlioz" means a drug manufactured by Vanda that is FDA approved to treat Non-24-hour sleep wake disorder.  All references to Hetlioz are intended to include the terms tasimelteon and VEC-162.

12.    "Identify" with respect to persons, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.  Once a person has been identified in accordance with this paragraph, only the name of the person need be listed in response to subsequent discovery requesting the identification of that person.  "Identify" when referring to a document, means give, to the extent known, the: (i) type of document; (ii) general subject matter; (iii) date of document; and (iv) author(s) addressee(s) and recipient(s).

13.    "Meeting" or "meetings" means the contemporaneous presence, telephonic or electronic connection among natural persons, whether or not such presence was by chance or pre-arranged, and whether or not the meetings were formal or informal, or occurred in connection with some other activity.

14.    "Non-Rodent Toxicity Study" means a chronic toxicity study of a set duration involving non-rodent subjects.

15.    "Qui Tam Litigation" means the action captioned *U.S. ex rel. Gardner v. Vanda Pharmaceuticals*, No. 1:17-cv-00464 (APM) (D.D.C.).

- 2 -

16.     "Study 2301" means the "multicenter, randomized, double-blind placebo-controlled study of Tradipitant for subjects diagnosed with gastroparesis," which was initiated on or about November 22, 2016.  All references to Study 2301 are intended to include the term VLY686-2301.

17.     "Study 2302" means a proposed expansion of Study 2301 to add a 52-week open-label extension period.  All references to Study 2302 are intended to include the term VLY686-2302.

18.     "Tradipitant" means a drug that Vanda is developing for the treatment of various diseases and conditions, including, but not limited to, Gastroparesis.  All references to Tradipitant are intended to include the term VLY-686.

19.     "Vanda" mean Vanda Pharmaceuticals, Inc., and each of its subsidiaries, divisions, subdivisions, affiliates, predecessors, successors, joint ventures, present and former officers, directors, employees, representatives, agents, consultants, and all other persons acting or purporting to act on Vanda's behalf.

## II.    INSTRUCTIONS

1.     With respect to each topic listed below, the witness must have knowledge about the following: any policies, practices, and documents associated with the topic; and any employees, personnel, or agents responsible for the policies, practices, and documents associated with the topic, including the individual's name, title, role, responsibilities, duration of employment or service, any persons who report to the individual, and any persons to whom the individual reports.

2.     The witness is to bring to the deposition any documents necessary to allow him or her to testify as to any subject matter set forth in this Notice of Deposition.

**III.    RELEVANT TIME PERIOD**

All requests herein refer to the period from January 1, 2015 to the date of the deposition ("Relevant Time Period"), unless otherwise specifically indicated, and include all documents and information that relate to such period even though learned, prepared, or published outside of the Relevant Time Period.

**IV.    DEPOSITION TOPICS**

In accordance with Fed. R. Civ. P. 30(b)(6) and the foregoing definitions and instructions, Vanda is advised of its duty to designate one or more of its officers, directors, employees, managing agents, or other persons most qualified to testify on its behalf with respect to the following:

1.    Vanda's document retention, maintenance, preservation and destruction policies.

2.    All steps taken and efforts made by Defendants, on their behalf or at their request, to search for, identify, preserve, restore, collect, review and produce all documents, data compilations (including electronically stored data), and tangible objects that are in the custody and control of Vanda potentially relating to this Action, the allegations in the Complaint, or that are potentially responsive to Lead Plaintiff's First Request for Production of Documents to all Defendants, dated May 14, 2021, and Lead Plaintiff's First Set of Interrogatories to all Defendants, dated May 14, 2021.

3.    The identity and/or description of all persons involved in the marketing or promotion of Fanapt.

4.    The identity and/or description of all regularly scheduled meetings, discussions, conference calls, presentations, trainings, or reviews regarding the marketing or promotion of Fanapt.

- 4 -

5.      The identity and/or description of all persons involved in the marketing or promotion of Hetlioz.

6.      The identity and/or description of all regularly scheduled meetings, discussions, conference calls, presentations, trainings, or reviews regarding the marketing or promotion of Hetlioz.

7.      For the time period of September 1, 2016 to the present, the identity and/or description of all persons involved in Vanda's efforts to obtain FDA approval for Tradipitant to treat Gastroparesis, Study 2301, Study 2302, any Non-Rodent Toxicity Study for Tradipitant, and/or any Clinical Trial Hold for Tradipitant.

8.      For the time period of September 1, 2016 to the present, the identity and/or description of all regularly scheduled meetings, discussions, conference calls, presentations, trainings, or reviews regarding Vanda's efforts to obtain FDA approval for Tradipitant to treat Gastroparesis, Study 2301, Study 2302, any Non-Rodent Toxicity Study for Tradipitant, and/or any Clinical Trial Hold for Tradipitant.

9.      For the time period of September 1, 2016 to the present, the identity and/or description of all persons involved in Vanda's decision to initiate the FDA Litigation.

10.      Defendants' document productions and/or document collection efforts in response to any lawsuit involving, or investigation or inquiry by, any regulatory or government agency, federal or state law enforcement agency, or legislative body or representative, pertaining to Fanapt, Hetlioz and/or Tradipitant, including, but not limited to, the FDA Litigation and the Qui Tam Litigation.