# Exhibit 2

Case 1:19-cv-01108-LB    Document 78-2    Filed 12/20/21    Page 1 of 2 PageID #: 2179

Fanapt/Hetlioz Custodians

1. Kathryn Arnold, Head of Compliance
2. Paolo Baroldi, Chief Medical Officer
3. Brandy Barrington, Neuroscience Specialty Rep.
4. Kenneth Bate, Board Member
5. Adrienne Belken, Executive Assistant
6. Gunther Birznieks, SVP, Business Development
7. Kelly Bisson, National Sales Director
8. Rebekah Blankenship, Senior Finance Manager
9. Jeffery Bourgeois, District Sales Manager (South)
10. Daniele Capasso, Compliance Officer
11. Phaedra Chrousos, Board Member
12. Michael Cola, Board Member
13. Gabrielle Dauster, Marketing
14. Richard Dugan, Board Member
15. Meredith Edwards, Executive Assistant
16. Darold Elmore, Regional Sales Director (Central Missouri)
17. Mike Fish, Regional Sales Director (East New Jersey)
18. Isabella Gallo, Marketing
19. Steven Galson, Board Member
20. Amanda Gancayco, HR Generalist
21. Richard Gardner, Regional Business Leader
22. Tom Gibbs, SVP, Chief Commercial Officer
23. Kendra Grichuhin, Regulatory Affairs and Quality Assurance Associate
24. Tom Griffin, Vice President, Sales (New Jersey)
25. Scott Grontkowski, Neuroscience Specialty Rep.
26. Rick Gulino, SVP, General Counsel and Secretary
27. Roya Hakimzadeh, Marketing
28. Jennifer Hamilton, Associate Director, Clinical Research
29. Lacy Hamilton, Marketing
30. Chris Hanson, Regional Sales Director (South Florida)
31. Robert Haynes, Senior Director, Marketing
32. Jennifer Hedden, Regional Sales Director (East New Jersey)
33. Kate Holland, VP, Commercial
34. James Holloway, National Sales Director
35. Scott Howell, Chief People Officer
36. Erica Jacobson, Assistant Controller
37. David James, National Director of Sales, Neuroscience
38. Allison Kaelberer, District Sales Manager (Central)
39. Jim Kelly, EVP and Chief Financial Officer
40. Chris Knapp, Manager, Investor Relations & Corporate Finance
41. Vuk Koprivica, Executive Director, Business Development
42. David Mahshigian, Senior Director, Marketing
43. Russell Marshall, Regional Sales Director (West Texas)
44. Mallery Mayo, Director, Medical Science Liasons (Georgia)
45. Dewey McLin, Director, Medical Affairs
46. Dallas Medenwald, Neuroscience Specialty Rep.
47. Joseph Medicis, Director, Medical Strategy, Medical Science Liasons
48. Aneesha Mehra, Director of Commercial Finance
49. Vincent Milano, Board Member
50. Stephen Mitchell, Board Member
51. Kevin Moran, VP, Controller Finance
52. Melissa Olivadoti, Medical Science Liaison
53. Tiffany Ouellette, Assistant Counsel
54. Bindhu Pamarthi, Assistant Counsel
55. Nicholas Peacemaker, Marketing
56. Howard Pien, Board Member
57. Christos Polymeropoulos, Medical Director
58. Katerina Polymeropoulos, Marketing
59. Mihael Polymeropoulos, Chief Executive Officer
60. Vasilios Polymeropoulos, Director of Medical Analytics
61. James Pomponio, Head of Patient Services
62. Paul Ramirez, Fanapt BU Head
63. Charles Rathmann, Regional Business Leader, Regional Sales Director
64. Gian Piero Reverberi, SVP, Chief Commercial Officer (DC/Geneva)
65. Mudasir Rizvi, Associate Director, Finance & HR Ops
66. Kim Santana, HR Manager
67. Christine Sario, National Sales Director, Hetlioz (California)
68. Chrissie Shea, Director of Human Resources
69. Seth Smith, Senior Director, Medical Affairs
70. Gary Stolper, Associate Director, Financial Planning & Analysis
71. Huan Tran, Director of Financial Planning and Analysis
72. Lauren van Draanen, Corporate Strategy Assistant
73. Jan Ver Eecke, Informatics
74. Dan Walker, Commercial Finance Manager
75. Chris Walsh, Marketing
76. Anne Sempowski Ward, Board Member
77. H. Thomas Watkins, Lead Independent Director
78. Laura Wenograd, Marketing Operations Manager
79. Joakim Wijkstrom, SVP, Chief Marketing Officer
80. Timothy Williams, SVP, General Counsel and Secretary
81. Additional sales representatives and account managers to be determined as fact discovery proceeds