# Exhibit 3

Tradipitant Custodians

1. Paolo Baroldi, Chief Medical Officer
2. Kenneth Bate, Board Member
3. Adrienne Belken, Executive Assistant
4. Gunther Birznieks, SVP, Business Development
5. Jesse Carlin, Clinical Research Associate
6. Constance Chen, Clinical Data Manager
7. Yoonjin Cho, Senior Manager, Biostatistics
8. Phaedra Chrousos, Board Member
9. Michael Cola, Board Member
10. Xian Cui, Clinical Data Manager
11. Sara Dale, Clinical Research Associate
12. Richard Dugan, Board Member
13. Meredith Edwards, Executive Assistant
14. Qing Feng, Clinical Data Manager
15. Mark Forsberg, Senior Statistical Analyst
16. Aiguo Fu, Senior Manager, Statistical Analyst
17. Gangjian Fu, Associate Director, Clinical Data Management
18. Valerie Galbraith, Associate Clinical Project Manager
19. Steven Galson, Board Member
20. Rick Gulino, SVP, General Counsel and Secretary
21. Andrew Heitman, Clinical Project Manager
22. Shamsul Atm Hoque, Director, Regulatory Affairs & Clinical Development
23. Joseph Hull, Associate Director, Clinical Development Scientist
24. Jim Kelly, EVP and Chief Financial Officer
25. Vuk Koprivica, Executive Director, Business Development
26. Chris Knapp, Manager, Investor Relations & Corporate Finance
27. Jessica Lam, Global Regulatory Affairs Lead
28. Si Grace Li, Manager, Statistical Programing
29. Louis Licamele, VP, Informatics
30. Adelaide Mensah, Clinical Project Associate
31. Vincent Milano, Board Member
32. Stephen Mitchell, Board Member
33. Azmi Nasser, Senior Director, Clinical Development, Project Lead
34. Tiffany Ouellette, Assistant Counsel
35. Bindhu Pamarthi, Assistant Counsel
36. Christina Perry, Associate Director, Clinical Development Scientist
37. Howard Pien, Board Member
38. Christos Polymeropoulos, Medical Director
39. Mihael Polymeropoulos, Chief Executive Officer
40. Vasilios Polymeropoulos, Director of Medical Analytics
41. James Pomponio, Head of Patient Services
42. Konstantina Psachoulia, Research & Development Scientist
43. Suzanne Quebbeman, Clinical Data Manager
44. Preston Redd, Senior Manager, Commercial Data Analytics
45. Basabi Roy, Medical Affairs Associate
46. Erica Schreffler, Clinical Development Scientist
47. Satya Shanmugham, Associate Clinical Project Manager
48. Rosa Torres, Senior Director, Clinical Affairs
49. Magee Towson, Clinical Trial Associate
50. Lauren van Draanen, Corporate Strategy Assistant
51. Rachelle Victor, Clinical Research Associate
52. Jingyuan Wang , Director, Biostatistics
53. Pan Wang, Senior Biostatistician
54. Zibo Wang, Manager, Statistical Analytics
55. Anne Sempowski Ward, Board Member
56. H. Thomas Watkins, Lead Independent Director
57. Sarah Welsh, Clinical
58. Timothy Williams, SVP, General Counsel and Secretary
59. Derek Xiao, Senior Head of Biometrics
60. Yunlong Xie, Senior Biostatistician