# Exhibit 4

| | |
|---|---|
| **From:** | Michael Capeci |
| **To:** | Miller, Emily M; Soloway, Audra J; Ward, Justin D |
| **Cc:** | David Rosenfeld; Avital Malina; Brent Mitchell |
| **Subject:** | RE: Gordon v. Vanda |
| **Date:** | Monday, November 1, 2021 7:59:22 PM |
| **Attachments:** | 2021.11.01 VANDA Plaintiffs 30b6 Notice of Deposition of Vanda FINAL.pdf |

Emily,

Thank you for providing Defendants' response to Plaintiff's custodian list counter-proposal.  While Plaintiff continues to believe that all of the individuals proposed on October 1 should be custodians, we are willing to agree to the custodian lists in your email from Friday October 29 subject to Plaintiff taking a Fed. R. Civ. P. 30(b)(6) deposition of Vanda to obtain a full understanding of those persons who may have information relevant to Plaintiff's claims.  We reserve all rights to revisit the custodian lists based on what we may learn during the 30(b)(6) deposition.  Notwithstanding the 30(b)(6) deposition, we also continue to reserve all rights to revisit the custodian lists as discovery proceeds.

Attached for service on Vanda is a Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6).

Regards,
Michael

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Friday, October 29, 2021 7:59 PM
**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

EXTERNAL SENDER
Michael,

Please find Defendants' response to Plaintiff's custodian list counter-proposal from October 19 below.  I have indicated in red Defendants' additions from our October 15 proposal.  Please note that we are still running down some details concerning the roles held by Laura Wenograd and Adelaide Mensah, and we will respond as those individuals once we complete our investigation.  We believe that this list substantially narrows the open issues, and we are happy to meet and confer next week to discuss this proposal.

**Fanapt/Hetlioz Custodians:**

1. Kate Arnold, Head of Compliance
2. Brandy Barrington, Neuroscience Specialty Rep.
3. Kelly Bisson, National Sales Director
4. Jeff Bourgeois, District Sales Manager (South)
5. Daniele Capasso, Compliance Officer

6. Darold Elmore, Regional Sales Director
7. Mike Fish, Regional Sales Director
8. Richard Gardner, Regional Business Leader
9. Tom Gibbs, SVP, Chief Commercial Officer
10. Tom Griffin, Vice President, Sales (New Jersey)
11. Scott Grontkowski, Neuroscience Specialty Rep.
12. Chris Hanson, Regional Sales Director
13. Robert Haynes, Senior Director, Marketing
14. Jennifer Hedden, Regional Sales Director
15. Kate Holland, VP, Commercial
16. James Holloway, National Sales Director
17. David James, National Director of Sales, Neuroscience
18. Allison Kaelberer, District Sales Manager
19. Jim Kelly, EVP and Chief Financial Officer
20. Chris Knapp, Manager, Investor Relations & Corporate Finance
21. David Mahshigian, Senior Director, Marketing
22. Russell Marshall, Regional Sales Director (West Texas)
23. Dewey McLin, Director, Medical Affairs
24. Dallas Medenwald, Neuroscience Specialty Rep
25. Kevin Moran, VP, Controller Finance
26. Mihales Polymeropoulos, Chief Executive Officer
27. Paul Ramirez, Fanapt BU Head
28. Charles Rathmann, RBL
29. Gian Piero Reverberi, SVP, Chief Commercial Officer
30. Christine Sario, National Sales Director, Hetlioz (California)
31. Kim Santana, HR Manager
32. Chrissie Shea, Director of HR

**Tradipitant Custodians:**

1. Gunther Birznieks, SVP, Business Development
2. Mihales Polymeropoulos, Chief Executive Officer
3. Paolo Baroldi, Chief Medical Officer
4. Jesse Carlin, Clinical Research Associate
5. Andrew Heitman, Clinical Project Manager
6. Shamsul Atm Hoque, Director, Regulatory Affairs & Clinical Development
7. Jim Kelly, EVP and Chief Financial Officer
8. Chris Knapp, Manager, Investor Relations & Corporate Finance
9. Azmi Nasser, Senior Director, Clinical Development, Project Lead
10. Christina Perry, Associate Director, Clinical Development Scientist
11. Christos Polymeropoulos, Pharmacovigilance & Medical Director

12. Rosa Torres, Senior Director, Clinical Affairs

13. Sarah Welsh, Clinical

14. Derek Xiao, Senior Head of Biometrics

Best,
Emily

**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)
emiller@paulweiss.com | www.paulweiss.com

---

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Thursday, October 28, 2021 12:56 PM
**To:** Miller, Emily M <emiller@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

Thank you for your feedback on our anticipated motion to exclude Professor Stulz's rebuttal report and opinions. We will file a pre-motion conference letter tomorrow and proceed pursuant to Judge Block's Individual Practice 2.A.

Regards,
Michael

---

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Wednesday, October 27, 2021 3:52 PM
**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

EXTERNAL SENDER
Michael,

We are preparing a response to your October 19 custodian list counter-proposal, and expect to get back to you by Friday, October 29. In our response we expect to be able to narrow the open issues on custodians (with all parties reserving rights regarding search terms per our prior discussions).

With respect to your anticipated motion to exclude Professor Stulz's rebuttal report and related opinions, we are fine with your proposed briefing schedule but would like to be heard on the substance of your anticipated motion. If, as you stated, you plan to submit a letter to the court describing your motion and seeking a pre-motion conference, you can send us your draft letter and

we will provide an insert setting forth Defendants' position.  Alternatively, if you file a pre-motion conference letter, we will respond within seven days, as provided in Judge Block's Individual Practice 2.A.

Best,
Emily

**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)
emiller@paulweiss.com | www.paulweiss.com

---

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Monday, October 25, 2021 3:40 PM
**To:** Miller, Emily M <emiller@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

Please let us know when we can expect Defendants' response to Plaintiff's custodian lists counter-proposal from last Tuesday (October 19).  If we do not hear from you by the close of business on Wednesday (October 27), we will construe your silence as a rejection of the counter-proposal.

Separately, in light of Professor Stulz's testimony from last Friday (October 22), Plaintiff intends to file a motion to exclude his rebuttal report dated September 17, 2021 and related opinions.  We think it makes sense for the exclusion motion to track the deadlines associated with our class certification motion – *i.e.*, opening exclusion motion on October 29, Defendants' opposition on December 1, and Plaintiff's reply on December 29.  To that end, we propose filing a joint letter with Judge Block similar to the one we did for the class certification briefing schedule that requests an excusal from his Individual Practice 2.A to permit this schedule.  Otherwise, on Friday (October 29) we intend to file a pre-motion conference letter.  Please let us know Defendants' view on the schedule for this motion.

Finally, attached for service is Plaintiff's privilege log.  Also attached for production is a non-privileged document that was an attachment to the privileged communication that appears in #34 on the log.  It has been given the Bates designation Plaintiff_Privilege-0000001-98.

Regards,
Michael

---

**From:** Michael Capeci
**Sent:** Tuesday, October 19, 2021 5:19 PM
**To:** 'Miller, Emily M' <emiller@paulweiss.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward,

Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent
Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

Further to our meet and confer conversation yesterday (October 18), below please find
Plaintiff's counter-proposal on the custodian lists. I have indicated Plaintiff's proposed
additions to the custodian lists in red.

This is Plaintiff's final offer on the custodians. If we are unable to reach agreement, we intend
to seek from the Court the full lists of custodians we provided on October 1. Those full lists
were compiled after hours of careful review of the administrative record from the FDA
litigation and the dozens of organizational charts defendants have produced, and include a
fraction of the approximately 400 individuals who worked at Vanda during the relevant period.
Our view continues to be that those lists are eminently reasonable and adequately address
Defendants' burden and expense concerns. Nonetheless, in light of the concerns Defendants
raised during our meet and confer yesterday, we have worked hard to provide Defendants with a
fair counter-proposal in the hope we can avoid Court intervention on this issue. Please let us
know by Friday (October 22) whether Defendants will agree.

**Fanapt/Hetlioz Custodians:**

1. Kate Arnold, Head of Compliance
2. Jeff Bourgeois, District Sales Manager (South)
3. Richard Gardner, Regional Business Leader
4. Kate Holland, VP, Commercial
5. David James, National Director of Sales, Neuroscience
6. Jim Kelly, EVP and Chief Financial Officer
7. Mihales Polymeropoulos, Chief Executive Officer
8. Paul Ramirez, Fanapt BU Head
9. Gian Piero Reverberi, SVP, Chief Commercial Officer
10. Brandy Barrington, Neuroscience Specialty Rep.
11. Kelly Bisson, National Sales Director
12. Daniele Capasso, Compliance Officer
13. Tom Gibbs, SVP, Chief Commercial Officer
14. Tom Griffin, Vice President, Sales (New Jersey)
15. Scott Grontkowski, Neuroscience Specialty Rep.
16. Robert Haynes, Senior Director, Marketing
17. James Holloway, National Sales Director
18. Chris Knapp, Manager, Investor Relations & Corporate Finance
19. David Mahshigian, Senior Director, Marketing
20. Russell Marshall, Regional Sales Director (West Texas)
21. Dallas Medenwald, Neuroscience Specialty Rep
22. Christine Sario, National Sales Director, Hetlioz (California)
23. Adrienne Belken (Executive Assistant to CEO)
24. Gabrielle Dauster (Marketing)

25. Darold Elmore (Regional Sales Director)
26. Mike Fish (Regional Sales Director)
27. Isabella Gallo (Marketing)
28. Roya Hakimzadeh (Marketing)
29. Lacy Hamilton (Marketing)
30. Chris Hanson (Regional Sales Director)
31. Jennifer Hedden (Regional Sales Director)
32. Allison Kaelberer (District Sales Manager)
33. Dewey McLin (Director, Medical Affairs)
34. Kevin Moran (VP, Controller Finance)
35. Nicholas Peacemaker (Marketing)
36. Katerina Polymeropoulos (Marketing)
37. Charles Rathmann (RBL)
38. Kim Santana (HR Manager)
39. Chrissie Shea (Director of HR)
40. Lauren van Draanen (Corporate Strategy Assistant)
41. Chris Walsh (Marketing)
42. Laura Wenograd (Marketing Operations Manager)

**Tradipitant Custodians:**

1. Gunther Birznieks, SVP, Business Development
2. Mihales Polymeropoulos, Chief Executive Officer
3. Paolo Baroldi, Chief Medical Officer
4. Jesse Carlin, Clinical Research Associate
5. Andrew Heitman, Clinical Project Manager
6. Jim Kelly, EVP and Chief Financial Officer
7. Chris Knapp, Manager, Investor Relations & Corporate Finance
8. Azmi Nasser, Senior Director, Clinical Development, Project Lead
9. Christina Perry, Associate Director, Clinical Development Scientist
10. Christos Polymeropoulos, Pharmacovigilance & Medical Director
11. Adrienne Belken (Executive Assistant to CEO)
12. Shamsul Atm Hoque (Director, Regulatory Affairs & Clinical Development)
13. Joseph Hull (Associate Director, Clinical Development Scientist)
14. Vuk Koprivica (Executive Director, Business Development)
15. Adelaide Mensah (Clinical Project Associate)
16. Satya Shanmugham (Associate Clinical Project Manager)
17. Rosa Torres (Senior Director, Clinical Affairs)
18. Lauren van Draanen (Corporate Strategy Assistant)
19. Sarah Welsh (Clinical)
20. Derek Xiao (Senior Head of Biometrics)

Regards,
Michael

From: Miller, Emily M <emiller@paulweiss.com>
Sent: Friday, October 15, 2021 3:50 PM

**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Michael,
Pursuant to our October 7, 2021 meet and confer discussion, please see Defendants' custodian counterproposal below.  Please let us know your availability to discuss next week.

**Fanapt/Hetlioz Custodians**

I.    Previously agreed
   1.  Kate Arnold, Head of Compliance
   2.  Jeff Bourgeois, District Sales Manager (South)
   3.  Richard Gardner, Regional Business Leader
   4.  Kate Holland, VP, Commercial
   5.  David James, National Director of Sales, Neuroscience
   6.  Jim Kelly, EVP and Chief Financial Officer
   7.  Mihales Polymeropoulos, Chief Executive Officer
   8.  Paul Ramirez, Fanapt BU Head
   9.  Gian Piero Reverberi, SVP, Chief Commercial Officer

II.    Additional offer
   1.  Brandy Barrington, Neuroscience Specialty Rep.
   2.  Kelly Bisson, National Sales Director
   3.  Daniele Capasso, Compliance Officer
   4.  Tom Gibbs, SVP, Chief Commercial Officer
   5.  Tom Griffin, Vice President, Sales (New Jersey)
   6.  Scott Grontkowski, Neuroscience Specialty Rep.
   7.  Robert Haynes, Senior Director, Marketing
   8.  James Holloway, National Sales Director
   9.  Chris Knapp, Manager, Investor Relations & Corporate Finance
   10.  David Mahshigian, Senior Director, Marketing
   11.  Russell Marshall, Regional Sales Director (West Texas)
   12.  Dallas Medenwald, Neuroscience Specialty Rep
   13.  Christine Sario, National Sales Director, Hetlioz (California)

**Tradipitant Custodians**

I.    Previously agreed
   1.  Gunther Birznieks, SVP, Business Development
   2.  Mihales Polymeropoulos, Chief Executive Officer

II.    Additional offer

1. Paolo Baroldi, Chief Medical Officer
2. Jesse Carlin, Clinical Research Associate
3. Andrew Heitman, Clinical Project Manager
4. Jim Kelly, EVP and Chief Financial Officer
5. Chris Knapp, Manager, Investor Relations & Corporate Finance
6. Azmi Nasser, Senior Director, Clinical Development, Project Lead
7. Christina Perry, Associate Director, Clinical Development Scientist
8. Christos Polymeropoulos, Pharmacovigilance & Medical Director


Best,
Emily


**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)
emiller@paulweiss.com | www.paulweiss.com

---

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Thursday, October 14, 2021 12:23 PM
**To:** Miller, Emily M <emiller@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

Please let us know when we can expect Defendants' response on the custodians. Our understanding at our October 7 meet and confer was that we were going to receive it yesterday (October 13).

Regards,
Michael

---

**From:** Michael Capeci
**Sent:** Tuesday, October 5, 2021 10:18 PM
**To:** 'Miller, Emily M' <emiller@paulweiss.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

We strongly disagree with the position in your email but agree that further discussion is better saved for our call on Thursday.  Thank you for confirming that Defendants have collected data from ten custodians.  Although your email does not respond to my second question, we think it will facilitate a more productive discussion if Defendants can estimate the amount of time it will take to collect data from the balance of our proposed custodians.

Regards,
Michael

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Tuesday, October 5, 2021 6:18 PM
**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Michael,

We have collected data from our proposed custodians, who we believe are the individuals most likely to have information relevant to this litigation.  While we recognize that, if the parties reach agreement to search additional custodians, we will need to collect additional data, the number and scope of custodians you have proposed (more than 110 custodians) vastly exceeds the bounds of reasonableness and needless to say collecting from all of your proposed custodians before imposing reasonable limits would be unduly burdensome.  We can discuss appropriate approaches on our call on Thursday.  I will circulate a dial-in shortly.

Best,
Emily

**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)
emiller@paulweiss.com | www.paulweiss.com

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Tuesday, October 5, 2021 9:38 AM
**To:** Miller, Emily M <emiller@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

We are available to meet and confer on 10/7 at 2:30 p.m.  If you could please provide a dial-in that would be appreciated.

We are surprised to hear that you have not collected data from many of our proposed custodians. Section II.B of the ESI Protocol requires Defendants to "identify all persons whose files are likely to contain documents and electronically stored information ("ESI") relating to the subject matter of this litigation."  We sourced the proposed custodians from the organizational charts and FDA litigation administrative record that Defendants produced months ago, and many of the proposed custodians are listed in our initial disclosures from May.  These individuals are undoubtedly persons likely to have information relevant to this litigation.  In advance of the meet and confer, please confirm how many of our proposed custodians have had their data collected and how long Defendants estimate it will take to collect the balance of the data.

Regards,
Michael

---

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Monday, October 4, 2021 7:52 PM
**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Michael,
Are you available to meet and confer regarding your proposed custodians this Thursday, October 7 from 2:30-3:30pm?

Additionally, due to the large number of custodians you have proposed, providing hit counts in accordance with Section II.D of the ESI Protocol is simply unworkable, as we have not collected data from many of your proposed custodians.  We will endeavor to provide hit counts for your proposed search terms against the data that we have collected.

Best,
Emily

**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)
emiller@paulweiss.com | www.paulweiss.com

---

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Friday, October 1, 2021 11:14 PM

**To:** Miller, Emily M <emiller@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>; Brent Mitchell <BMitchell@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Emily,

Pursuant to Sections II.B-D of the ESI Protocol, attached please find our lists of additional search terms and custodians.  We've organized our search terms list using Plaintiff's document requests as a guide because we think that helps make our positions more clear.  When you send us the hit lists next week for both parties' search terms and custodians, please let us know your availability during the week of October 11 to meet and confer regarding any disputed terms or custodians.

We reserve all rights to request additional search terms and custodians as fact discovery proceeds.

We intend to produce documents responsive to Defendants' first set of requests for production early next week.

Finally, I'd like to introduce you all to a new associate joining our team, Brent Mitchell.  Please copy Brent on all case emails going forward.

Have a nice weekend.

Regards,
Michael

---

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Friday, September 17, 2021 5:54 PM
**To:** Avital Malina <AMalina@rgrdlaw.com>; Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Avital,

To follow up on our August 19, 2021 meet-and-confer discussion, we write to provide our proposed search terms and custodians in response to Plaintiff's first set of document requests.  The proposed search terms will be used to search custodian emails.  We have broken out our proposals into two groups: searches for documents relating to (a) marketing allegations concerning Fanapt and Hetlioz; and (b) allegations concerning the tradipitant/dog study issue.

### (a)  Fanapt/Hetlioz
These proposed custodians represent our initial proposal for individuals with various  responsibilities for sales and marketing of Fanapt and Hetlioz.  We are still considering which of Vanda's sales representatives (beyond Gardner and Bourgeois) it would make sense to include.

Time Period:

January 1, 2015 - February 25, 2019

Custodians:

- Kate Arnold (Head of Compliance, January 2017-present)

- Jeff Bourgeois (Regional Business Leader, November 2015-June 2018)

- Richard Gardner (Regional Business Leader, November 2015-August 2016)

- Kate Holland (Senior Director, Marketing, May 2012-December 2013; Vice President, Commercial, December 2013-January 2016)

- David James (Regional Sales Director, 2014-August 2015; National Sales Director, August 2015-July 2016)

- Jim Kelly (CFO, December 2010-March 2020)

- Mihales Polymeropoulos (CEO, May 2003-present)

- Paul Ramirez (Consultant, February 2014-present)

- Gian Piero Reverberi (Senior Vice President, Head of Europe, September-December 2015; Senior Vice President and CCO, December 2015-March 2020)

| Search Terms |
| --- |
| (promot* OR market* OR sale OR sell) w/10 (Fanapt OR Hetlioz) AND (label or "off-label") |
| "sales aide" OR "sales aid" |
| "call guidance" w/3 (Fanapt OR Hetlioz) |
| (growth OR target OR targets) w/5 sales) w/10 (Fanapt OR Hetlioz) |
| (("incentive compensation" or "IC" or "incentive comp") w/3 (plan* or program*)) w/10 (rep* OR "RBL" OR "regional business leader" OR "account manager") |
| "total dirt" |
| (increase OR expand OR launch) w/25 ("Fanapt 12" OR "Fanapt 50" OR "12-person pilot" OR "50-person team" OR "from 12 to 50" OR "12 sales reps" OR "additional 38" OR "to about 120") |
| FDA w/25 (market* OR promot*) w/50 ("off-label" OR label OR misbrand*) |
| (compliance w/10 (market* OR promot*)) w/50 ("off-label" OR label OR misbrand*) |
| "target list" w/25 (update* OR add* OR remove*) |
| "10 to win" AND (pediatr* OR child) |
| (("FD&C" or "food drug and cosmetic") w/25 (Fanapt or hetlioz)) w/50 (compliance OR comply) |
|  |

| |
|---|
| (("QT" w/3 prolongation) w/25 Fanapt) w/25 (downplay OR concern OR issue) |
| Fanapt AND ("black box" w/50 (downplay* OR concern* OR issue* OR worry* OR worries OR problem*)) |
| (akathisia w/25 Fanapt) w/50 ("off-label" OR label OR compliance OR comply) |
| ("once-daily" OR (on*e w/5 day)) w/25 Fanapt |
| (daily w/5 twice w/5 indication) w/10 Fanapt |
| ((pediatr* OR child) w/25 Fanapt) w/50 ("off-label" OR label OR compliance OR comply) |
| (bipolar w/25 Fanapt) w/50 ("off-label" OR label OR compliance OR comply) |
| ("first line" w/25 Fanapt) w/50 ("off-label" OR label OR compliance OR comply) |
| (("second-line" OR "second line") w/5 (indication OR treatment)) w/10 Fanapt |
| ("shift work" w/25 Hetlioz) w/50 ("off-label" OR label OR compliance OR comply) |
| ("jet lag" w/25 Hetlioz) w/50 ("off-label" OR label OR compliance OR comply) |
| (insomnia w/25 Hetlioz) w/50 ("off-label" OR label OR compliance OR comply) |
| sighted w/25 Hetlioz |
| Pass w/3 along |
| "HPI" AND ((sell OR promot* OR market* OR sale) w/50 ("off-label" OR label OR compliance OR comply)) |
| (Hetlioz w/10 psychiatrist) AND ((sell OR promot* OR market* OR sale) w/50 ("off-label" OR label OR compliance OR comply)) |
| Aurelius |
| "qui tam" |
| "non-24" w/10 diagnos! |
| "non-24" w/10 (number OR frequency OR incidence OR prevalence) w/10 sighted |
| "largely depends on our ability to successfully commercialize HETLIOZ ® and Fanapt" |
| "Failure to comply with government regulations regarding the sale and marketing of our products could harm our business." |
| "There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2015." |
| "There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2016." |
| "There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2017." |
| differentiation w/5 "sales force" |
| effective! w/5 "50-person sales force" |
| Fanapt w/5 schizophrenia w/5 switch! w/5 "another medication" |
| Fanapt w/10 "pediatric applications" |
| (team or reps) w/10 return* w/5 Fanapt w/5 growth |
| Fanapt w/10 "additional option" w/10 (adult w/5 schizophrenia) |
| |

| |
|---|
| Hetlioz w/5 (team or reps) w/5 driv! w/5 growth |

(b)  **Tradipitant**

Additionally, Defendants propose to use the following search terms and custodians in response to Plaintiff's Requests concerning Tradipitant:

<u>Time Period:</u>
September 1, 2016 – February 19, 2019

<u>Custodians:</u>
- Gunther Birznieks (Head of Operations, Singapore 2003-2004; Clinical Program Head, Hetlioz 2004-2010; Senior Vice President, Business Development 2010-present)

- Mihales Polymeropoulos (CEO, 2003-present)

| Search Terms: |
|---|
| (clinical w/3 hold) w/50 tradipitant |
| ((toxicology OR toxicity) w/10 study) w/50 tradipitant |
| (dog w/10 study) w/50 tradipitant |
| beagle w/50 tradipitant |
| ((nonrodent OR "non-rodent") w/10 study) w/50 tradipitant |
| "Study 2301" AND ((dog OR "non-rodent" OR nonrodent OR beagle OR toxicology OR toxicity) w/10 study) |
| "Study 2302" AND ((dog OR "non-rodent" OR nonrodent OR beagle OR toxicology OR toxicity) w/10 study) |
| "A tradipitant clinical study for the treatment of gastroparesis is ongoing. Results are expected by the end of 2018." |
| "If we fail to comply with the applicable requirements at any time during the product development process, approval process, or after approval, we may become subject to administrative or judicial sanctions." |
| "These sanctions could include the FDA's refusal to approve pending applications, withdrawals of approvals, clinical holds, warning letters, product recalls, product seizures, total or partial suspension of our operations, injunctions, fines, civil penalties or criminal prosecution." |
| "Enrollment in the clinical study of tradipitant in gastroparesis is complete. Results are expected by the end of 2018." |
| tradipitant w/25 (("phase II" or "phase 2") w/5 results /5 gastroparesis |
| Tradipitant w/5 "12-month protocol" |
| "FDA.gov" AND tradipitant |

Best,
Emily
**Emily M Miller** | Associate

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)

emiller@paulweiss.com | www.paulweiss.com

---

**From:** Avital Malina <AMalina@rgrdlaw.com>
**Sent:** Friday, September 17, 2021 9:42 AM
**To:** Miller, Emily M <emiller@paulweiss.com>; Michael Capeci <MCapeci@rgrdlaw.com>; Soloway, Audra J <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Counsel:

We write to follow up on Defendants' initial proposal of search terms and custodians.  During our August 19, 2021 meet and confer, you stated that you would provide your proposal within a week.  Please let us know when we can expect to receive it.

Regards,
Avital

---

**From:** Miller, Emily M <emiller@paulweiss.com>
**Sent:** Monday, September 13, 2021 6:08 PM
**To:** Michael Capeci <MCapeci@rgrdlaw.com>; Audra J. Soloway <asoloway@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>
**Subject:** RE: Gordon v. Vanda

Michael,

Thank you for this information.  We will plan to depose Mr. Steinholt on November 5, and Mr. Laino on November 17.  We believe that the November 17 date will provide us with adequate time to review plaintiff's document production in advance of Mr. Laino's deposition, but please let us know when we can expect to receive plaintiff's production.

Our current thinking is that we will conduct both depositions remotely, but we will let you know if our preferred format changes.

Best,
Emily

**Emily M Miller** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

(212) 373-3698 (Direct Phone) | 212 492 0698 (Direct Fax)

emiller@paulweiss.com | www.paulweiss.com

---

**From:** Michael Capeci <MCapeci@rgrdlaw.com>
**Sent:** Tuesday, September 7, 2021 9:12 AM
**To:** Soloway, Audra J <asoloway@paulweiss.com>; Miller, Emily M <emiller@paulweiss.com>; Ward, Justin D <jward@paulweiss.com>
**Cc:** David Rosenfeld <drosenfeld@rgrdlaw.com>; Avital Malina <AMalina@rgrdlaw.com>
**Subject:** Gordon v. Vanda

Counsel,

We write in response to an inquiry made by defendants during the parties' August 19 meet and confer regarding deposition availability for a representative of our client and for plaintiff's class certification expert in connection with plaintiff's forthcoming class certification motion.  Bobby Laino of Local 727 is available to be deposed on November 2, 3, 4, 5, 9, 10, 16, 17, and 23.  Mr. Laino prefers a remote deposition, but is willing to be deposed in person in Chicago.  Bjorn Steinholt is available to be deposed on November 2, 3, 4, and 5.  Mr. Steinholt also prefers a remote deposition, but is willing to be deposed in person in San Diego.  Please let us know promptly what dates and which format (remote or in-person) work for defendants.  Both Mr. Laino and Mr. Steinholt expect that their availability will lessen for November 2021 in the coming weeks.

When you serve your class certification expert rebuttal report on September 17, please let us know what dates defendants' class certification expert is available to be deposed between September 27 and October 22 and between December 6 and December 22.  We would appreciate dates during both time frames because the content of the rebuttal report will dictate whether plaintiff will seek to depose defendants' class certification rebuttal expert before or after Mr. Steinholt is deposed.

Regards,
Michael

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**