UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

KENNETH GORDON, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

vs.

VANDA PHARMACEUTICALS, INC., and
MIHAEL H. POLYMEROPOULOS,

                        Defendants.

———————————————————— x

:  Civil Action No. 1:19-cv-01108-FB-LB

:  CLASS ACTION

:  Hon. Frederic Block

:  DECLARATION OF
:  MICHAEL G. CAPECI IN SUPPORT
:  OF LEAD PLAINTIFF'S MOTION
:  FOR CLASS CERTIFICATION

I, MICHAEL G. CAPECI, declare as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel to Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Lead Plaintiff" or "Teamsters") in the above-captioned action, and am admitted to practice before this Court.

2.      I respectfully submit this declaration in support of Lead Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (g), for an Order: (i) certifying this case as a class action; (ii) certifying Lead Plaintiff as Class Representative; and (iii) appointing Robbins Geller as Class Counsel.  I also submit this declaration for the purpose of placing before the Court exhibits referenced in the accompanying memorandum of law.

3.      This action was initiated by an individual investor in Vanda Pharmaceuticals Inc. ("Vanda") common stock that was not represented by Robbins Geller.  *See* ECF No. 1.  The claims in this action are brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against Vanda and its Chief Executive Officer, Dr. Mihael Polymeropolous ("Polymeropolous").

4.      On May 24, 2019, the Court appointed Teamsters as lead plaintiff and approved of its selection of Robbins Geller as Lead Counsel.  *See* ECF No. 26.  Lead Plaintiff filed the Amended

Complaint for Violations of the Federal Securities Laws (the "Complaint") on July 23, 2019. *See* ECF No. 29. On March 23, 2020, Defendants filed their motion to dismiss, which was fully briefed by June 9, 2020. *See* ECF No. 48.

5. On March 10, 2021, the Court denied, in substantial part, Defendants' motion to dismiss, sustaining all of the alleged misstatements and omissions made by defendants Vanda and Polymeropolous regarding Fanapt, Hetlioz and Tradipitant, but dismissed three individual defendants. *See* ECF No. 55.

6. On April 23, 2021, Defendants filed their Answer. *See* ECF No. 60. The parties exchanged initial disclosures and filed their joint Rule 26(f) report on May 12, 2021. On May 14, 2021, the parties exchanged requests for production and Lead Plaintiff served interrogatories on Defendants. Thereafter, on June 14, 2021, the parties exchanged their responses and objections to the written discovery requests.

7. Since then, Lead Plaintiff has continued to prosecute this case, conducting merits discovery and class certification simultaneously. In the course of discovery thus far, Lead Plaintiff has produced over 7,500 pages in response to Defendants' requests for production, and provided Defendants with redaction and privilege logs; assembled a team of lawyers to prosecute this action; consulted with an expert in the pharmaceutical industry; pursued third-party discovery, including from the U.S. Food and Drug Administration; and successfully opposed Defendants' attempt to coordinate discovery in this action with discovery in the qui tam action captioned *U.S. ex rel. Gardner v. Vanda Pharms., Inc.*, No. 1:17-cv-00464 (APM) (D.D.C.).

8. Further, Lead Plaintiff engaged the services of Bjorn I. Steinholt ("Steinholt"), a financial economics expert, to opine on the efficiency of the market for Vanda's common stock during the November 4, 2015 to February 11, 2019 class period ("Class Period"). On July 30, 2021,

Lead Plaintiff served the Expert Report of Bjorn I. Steinholt, CFA (the "Steinholt Report") on counsel for Defendants.

9.    Concurrently with Lead Plaintiff's motion for class certification filed herewith, Steinholt is submitting a reply expert report confirming that his opinions on market efficiency and his proposed damages model remain unchanged, notwithstanding the September 17, 2021 report and October 22, 2021 testimony provided by Defendants' rebuttal expert, Dr. René M. Stulz.

10.    Currently, Defendants are scheduled to depose: (i) Steinholt on November 5, 2021; (ii) a representative of Lead Plaintiff's money manager, Rothschild & Co., on November 11, 2021 and; (iii) a representative of Teamsters on November 17, 2021.

11.    In connection with its application for appointment as lead plaintiff, Teamsters demonstrated that it had sustained losses of over $88,000 as a result of the alleged fraud based on its Vanda common stock purchase during the Class Period.  *See* ECF No. 9-3 (Loss Analysis). Teamsters set forth the date of its January 22, 2019 purchase of 7,789 shares of Vanda common stock in its April 3, 2019 Certification.  *See* ECF No. 9-2.

12.    Since Teamster's appointment as lead plaintiff, it had demonstrated its willingness and ability to serve as an adequate class representative.  Among other things, Teamsters has: (i) supervised and monitored the progress of the litigation; (ii) participated in discussions with Robbins Geller concerning case developments; (iii) reviewed relevant Court filings; and (iv) searched for, collected, and produced documents responsive to Defendants' discovery requests. Teamsters understands its duty to the Proposed Class, has made itself available for a deposition and will be available for future hearings and trial, and is committed to vigorously prosecuting this action to maximize recovery for all Proposed Class members.

13.      Teamsters has supervised and guided Robbins Geller's diligent prosecution of this action.  Robbins Geller will continue to commit the resources necessary to prosecute the claims in this case to a successful conclusion.  Indeed, Robbins Geller has been instrumental in achieving significant recoveries for investors and others in securities and other class actions and complex litigations for years, having achieved record-setting results, and is considered among the premier law firms prosecuting securities fraud class actions in the United States.

14.      The following is a chart of the exhibits referenced in the accompanying memorandum of law, true and correct copies of which are attached hereto:

| Ex. | Description |
|---|---|
| A | Expert Report of Bjorn I. Steinholt, CFA, dated July 30, 2021 |
| B | Memorandum Opinion and Order, *U.S. ex rel. Gardner v. Vanda Pharms., Inc.*, No. 17cv00464 (APM) (D.D.C.) (ECF No. 62), dated March 25, 2021 |
| C | Teamsters' April 3, 2019 Certification (ECF No. 9-2) and Loss Analysis (ECF No. 9-3) |
| D | Firm Résumé of Lead Counsel Robbins Geller Rudman & Dowd LLP |

I declare under the penalties of perjury that the foregoing is true and accurate.  Dated this 29th day of October 2021 in Melville, New York.

/s/ Michael G. Capeci
MICHAEL G. CAPECI

CERTIFICATE OF SERVICE

I, Michael G. Capeci, hereby certify that on October 29, 2021, I authorized a true and correct copy of the foregoing document to be served on counsel for Defendants via electronic mail.


_/s/ Michael G. Capeci_
MICHAEL G. CAPECI