UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on  : Civil Action No. 1:19-cv-01108-FB-LB
Behalf of All Others Similarly Situated,  :
                                         : CLASS ACTION
                          Plaintiff,     :
                                         : Hon. Frederic Block
        vs.                              :
                                         :
VANDA PHARMACEUTICALS, INC., and         :
MIHAEL H. POLYMEROPOULOS,                :
                                         :
                          Defendants.    :
                                         :
———————————————————————— x

**[PROPOSED] ORDER GRANTING**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Having considered Lead Plaintiff Teamsters Local Union No. 727 Pension Fund's Motion for

Class Certification, and having considered the Memorandum of Law and Declaration of Michael G.

Capeci in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.      This action is hereby certified as a class action pursuant to Federal Rule of Civil

Procedure 23(a) and (b)(3). The class is defined as:

> All purchasers of the common stock of Vanda Pharmaceuticals, Inc. between
> November 4, 2015 and February 11, 2019, inclusive, who were damaged thereby.
> Excluded from the Class are Defendants,[1] the officers and directors of the Company
> at all relevant times, members of their immediate families and their legal
> representatives, heirs, successors or assigns, and any entity in which Defendants have
> or had a controlling interest.

2.      Lead Plaintiff Teamsters Local Union No. 727 Pension Fund is hereby certified as

Class Representative; and

3.      Lead Counsel Robbins Geller Rudman & Dowd LLP is hereby appointed as Class

Counsel pursuant to Fed. R. Civ. P. 23(g).

———————————————

[1]     Defendants are Vanda Pharmaceuticals, Inc. and Mihael H. Polymeropoulos.

**O R D E R**

IT IS SO ORDERED.

DATED: _____          _____
                                                THE HONORABLE FREDERIC BLOCK
                                                UNITED STATES DISTRICT JUDGE