**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VANDA PHARMACEUTICALS INC. and MIHAEL H. POLYMEROPOULOS, <br><br><br> Defendants. | Case No. 1:19-cv-01108-FB-LB |

**DECLARATION OF AUDRA J. SOLOWAY**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO**
**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

AUDRA J. SOLOWAY declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, and represent defendants Vanda Pharmaceuticals Inc. ("Vanda") and Mihael H. Polymeropoulos (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

**Expert Reports**

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Rebuttal Report of Rene M. Stulz, Ph.D., Everett D. Reese Chair of Banking and Monetary Economics, The Ohio State University, Fisher College of Business, dated September 17, 2021.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Expert Reply Report of Bjorn I. Steinholt, CFA, dated October 29, 2021.

**Deposition Transcripts**

4.      Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the October 22, 2021 deposition of René M. Stulz, Ph.D.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the transcript of the November 5, 2021 deposition of Bjorn Steinholt.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the November 11, 2021 deposition of Michael Kehoe.

**Demonstratives**

7.      Attached hereto as Exhibit 6 are charts setting forth, by category, the statements that the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 29) alleges were "materially false and misleading" (the "Challenged Statements").

**Analyst Reports**

8.      Attached hereto as Exhibit 7 is a true and correct copy of an Oppenheimer report about Vanda, dated October 3, 2018, entitled "Survey Implies Healthy Hetlioz Use in Sighted Psychiatric Patients" and bearing bates numbers STEINHOLT 0000860–72.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an Oppenheimer report about Vanda, dated October 29, 2017, entitled "Raising PT to $26 on Bullish View of Sighted Non-24 Opportunity for Hetlioz[,]" bearing bates numbers STEINHOLT 0001156–70, and marked as Exhibit D0008 in the November 11, 2021 Deposition of Michael Kehoe.

10.      Attached hereto as Exhibit 9 is a true and correct copy of a JMP Securities report about Vanda, dated February 15, 2018, entitled "Financial and Guidance In Line with Preannouncement as Pipeline Progress Continues" and bearing bates numbers STEINHOLT 0001079–84.

11.     Attached hereto as Exhibit 10 is a true and correct copy of a Jefferies report about Vanda, dated August 2, 2018, entitled "Q2: Hetlioz Does Not Disappoint; Fanapt Steady; Two Ph. II Read-outs Late 2018" and bearing bates numbers STEINHOLT 0000928–37.

**Other Materials**

12.     Attached hereto as Exhibit 11 is a true and correct copy of Vanda's Formal Dispute Resolution Request to the FDA, excerpted from the Redacted Administrative Record Appendix Volume 1 (ECF No. 66-1), filed on June 18, 2021 in the action styled *Vanda Pharmaceuticals Inc.* v. *Food and Drug Administration.*, Case No. 19-cv-00301-JDB, in the United States District Court for the District of Columbia.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an April 25, 2019, email from Vivianne Bai, employee of Rothschild & Co., to Bill Coli and Bobby Laino, employees of Teamsters Local 727 Pension Fund, attaching a quarterly portfolio report dated March 2019 for Teamsters Local 727 Pension Fund from Rothschild & Co., marked as Exhibit D0011 in the November 11, 2021 Deposition of Michael Kehoe.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the docket report in the action styled *U.S. ex rel. Gardner* v. *Vanda Pharmaceuticals Inc.*, Case No. 17-cv-00464-APM, in the United States District Court for the District of Columbia (the "Qui Tam Action"), as of November 30, 2021.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the Current Report of Vanda on Form 8-K, filed with the U.S. Securities and Exchange Commission ("SEC") on February 5, 2019.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Bjorn I. Steinholt, CFA, in the action styled *McGuire* v. *Dendreon Corporation*, Case No. C07-

800 MJP, in the United States District Court for the Western District of Washington, marked as Exhibit D0007 in the November 5, 2021 deposition of Bjorn Steinholt.

17.    Attached hereto as Exhibit 16 is a true and correct copy of a February 11, 2019, email from Richard Vasquez to Douglas Levine and Michael Kehoe, employees of Rothschild & Co., marked as Exhibit D0009 in the November 11, 2021 Deposition of Michael Kehoe.

18.    Attached hereto as Exhibit 17 is a true and correct copy of an article, entitled "Vanda: In the Land of The Blind, The One-Eyed Man is King," that was published by Aurelius Value on or about February 11, 2019, available at http://www.mavalue.org/research/vanda-in-the-land-of-the-blind-the-one-eyed-man-is-king/, accessed on February 7, 2020, marked as Exhibit D0009 in the November 5, 2021 deposition of Bjorn Steinholt.

19.    Attached hereto as Exhibit 18 is a true and correct copy of the Verdict Form in the action styled *In re Vivendi Universal, S.A. Securities Litigation*, Case No. 02 Civ. 5571 (RJH) (HBP), in the United States District Court for the Southern District of New York.

20.    Attached hereto as Exhibit 19 is a true and correct copy of the Annual Report of Vanda on Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 15, 2018.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 1, 2021.

/s/ Audra J. Soloway
Audra J. Soloway