# Exhibit 6

**Challenged Statements**

| STATEMENTS REGARDING THE SUCCESSFUL COMMERCIALIZATION OF FANAPT® AND HETLIOZ® | | |
|---|---|---|
| Source | Statement[1] | Complaint |
| Q3 2015 Form 10-Q (Nov. 4, 2015) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 236, 318 |
| FY 2015 Form 10-K (Feb. 12, 2016) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt®. . . .** | ¶¶ 243, 320 |
| Q1 2016 Form 10-Q (May 5, 2016) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 249, 324 |
| Q2 2016 Form 10-Q (July 28, 2016) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 261, 328 |
| Q3 2016 Form 10-Q (Nov. 3, 2016) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 268, 332 |
| FY 2016 Form 10-K (Feb. 17, 2017) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 274, 338 |
| Q1 2017 Form 10-Q (May 3, 2017) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 282, 344 |
| Q2 2017 Form 10-Q (Aug. 3, 2017) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 288, 350 |
| Q3 2017 Form 10-Q (Nov. 8, 2017) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 294, 356 |
| FY 2017 Form 10-K (Feb. 15, 2018) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 298, 362 |
| Q1 2018 Form 10-Q (May 2, 2018) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 304, 368 |
| Q2 2018 Form 10-Q (Aug. 2, 2018) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 310, 374 |
| Q3 2018 Form 10-Q (Nov. 7, 2018) | **Our ability to generate meaningful product sales and achieve profitability largely depends on our ability to successfully commercialize HETLIOZ® and Fanapt® . . . .** | ¶¶ 314, 382 |

[1] All statements are taken from the Complaint, in which the bolding appears.

## STATEMENTS REGARDING THE FANAPT® SALES TEAM EXPANSION

| Source | Statement | Complaint |
|---|---|---|
| Q3 2015 Earnings Call Transcript (Nov. 3, 2015) | And when we drilled down at the individual territory level we were able to measure the promotional response based upon reach and frequency and based upon the early data it provided a strong signal confirming the promotional sensitivity of Fanapt. Based upon those data, **we have decided to expand the Fanapt 12 to Fanapt 50 where we're going to be populating 50 of the most productive territories creating a competitive share of voice which we think we will be able to replicate the results that we saw within the Fanapt 12 and stabilize the Fanapt business exiting 2015.** | ¶ 233 |
| Presentation at Jefferies Autumn Global Healthcare Conference (Nov. 19, 2015) | We have not put commercial effort behind [Fanapt] yet. Some effort began as a pilot of 12 account managers in August. **And now with encouraging results in the pilot, we are moving to building a 50-person sales force in the US.** | ¶ 238 |
| Q4 2015 Earnings Call Transcript (Feb. 10, 2016) | **In late Q4, we completed the launch of a 50-person Fanapt-dedicated sales force, which is promoting Fanapt primarily to psychiatrists across the U.S.** Our goal is to stabilize the unit demand for Fanapt with this effort. | ¶ 241 |
| Q1 2016 Earnings Call Transcript (May 4, 2016) | In the 50 territories in which we began promoting Fanapt through our sales force, we observed a significantly lower rate of demand decline as compared to non-promoted territories. As a reminder, **we increased our field force from a 12-person pilot to a 50-person team in December of 2015.** | ¶ 247 |
| Presentation at Jefferies Healthcare Conference (June 9, 2016) | And so, with that said, we initiated our promotion in April of last year initially with a pilot of about 12 reps to understand the messaging, the promotional sensitivity. **We expanded that field force from 12 to 50 at the end of last year**, and you can see the results that we have had since bringing Fanapt back in house. | ¶ 253 |
| Presentation at JMP Securities Life Sciences Conference (June 21, 2016) | **We put 12 sales reps in the field last August, supplemented by another 38 in December.** So now the full 50 have been on board for the first and now second quarter. So, what we see is what you described, Jason: the beginnings of stabilizing that decline. Still, we see some overall decline around the country. We did an analysis in the first quarter, where the territory supported by 50 reps are significantly outperforming white space. So, we know they are doing something good. We certainly wanted to be supported and do more, stabilize the decline and eventually return to growth. | ¶ 256 |
| Q2 2016 Earnings Call Transcript (July 27, 2016) | And just to address, now, specifically your question, **we're very excited about the early signs of effectiveness of our 50-people sales force**, in that, in the territories of the 50, we see based on IMS and Symphony Health a decline of less than 1% in the promoted territories. And that compares with a continuous decline in the white space. And just to give you an order of magnitude, our 50 territories attempt to address about 70% of the prescribing universe. So, the white space is 30%. And with that, **the lesson learned is that promotion does work, and it is received well. Our sales force is doing a great job. We'll continue to try to improve our message and the effectiveness of the sales force.** | ¶ 259 |
| Q4 2016 Earnings Call Transcript (Feb. 15, 2017) | So as we had previously communicated, **the plan for this quarter is to expand the sales force from around 50 sales reps last year to about 120, increasing, therefore, both reach and ability of call frequency**. And we believe that the new sales force will be trained and ready to detail physicians by the end of this quarter. | ¶ 272 |

| STATEMENTS REGARDING THE FANAPT® SALES TEAM EXPANSION | | |
|---|---|---|
| Source | Statement | Complaint |
| Q1 2017 Earnings Call Transcript (May 2, 2017) | During the first quarter of 2017, we successfully completed the expansion of the Fanapt U.S. field sales team, and **the full team is now in the field promoting the benefits of Fanapt for adult schizophrenia patients with a significant increase in frequency to our target physicians audience.**. | ¶ 280 |
| Q2 2017 Earnings Call Transcript (Aug. 2, 2017) | After successfully completing the expansion of our Fanapt field sales team in the first quarter of 2017, **the full team has started promoting the benefits of Fanapt for adult schizophrenia patients with an expanded reach and frequency.** | ¶ 286 |
| Presentation at Morgan Stanley Healthcare Conference (Sept. 13, 2017) | But as we have put more effort behind the product, including what we just did right now, we are now initially seeing the slowing of the decline in what appears to be the degree of stabilization, what we're looking for is growth. **And it's our expectation that the reps we have put on board are going to have the ability to return Fanapt back to growth.** | ¶ 292 |

3

| STATEMENTS REGARDING THE USES AND MARKETING OF FANAPT® | | |
|---|---|---|
| Source | Statement | Complaint |
| Presentation at Jefferies Autumn Global Healthcare Conference (Nov. 19, 2015) | Some of the side effects are -- include metabolic weight, movement disorders, **but there is one that Fanapt/iloperidone can differentiate itself, and that is akathisia.** Akathisia is a state of inner restlessness often leading to suicidal thoughts and many times completed suicide. And that is not a symptom of schizophrenia. It is a side effect of the drugs to treat schizophrenia. Unfortunately, many of these new drugs that are offered quite a bit to patients have a mechanism of action that develops the side effect of akathisia. **Fanapt does not have it. And on the US label, you can read that the akathisia rates for Fanapt are equal to placebo. So we believe there is a place for Fanapt in the schizophrenia market and the opportunity can be significant.** | ¶ 238 |
| Presentation at Jefferies Healthcare Conference (June 9, 2016) | And for those individuals who develop this restlessness [akathisia] when taking other antipsychotics, **we are recommending Fanapt as a second-line treatment.** As many people know, there are quite a few antipsychotics on the market and it is incredibly important to best position your drug. This is a promotionally sensitive class | ¶ 253 |
| Presentation at JMP Securities Life Sciences Conference (June 21, 2016) | **We are working on differentiation with our sales force.** We know from the US label that the rate of akathisia, a very significant side effect by some antipsychotics, is similar to placebo. **And physicians now very quickly are becoming aware of that as well.** | ¶ 256 |
| Q3 2016 Earnings Call Transcript (Nov. 2, 2016) | Just before I answer this question, just to remind everybody that Fanapt is approved for the indication of schizophrenia in adults in the US. I refer everybody for a full discussion of efficacy and safety to www.fanapt.com. \* \* \* So we believe **that Fanapt, in patients with schizophrenia, will be a drug that will be used once patients switch from another medication,** primarily because of tolerability; and specifically, that specific schizophrenia patient that needs to switch and has experienced drug-induced akathisia on another drug may be actually a very well-suited patient for Fanapt. \* \* \* **We, of course, are always interested in pediatric applications.** We know that two other agents in the antipsychotic space have been developed for certain symptoms of irritability in children with autism, and that is an indication part of the long-term planning for a pediatric indication. | ¶ 265 |
| Presentation at Oppenheimer Healthcare Conference (Mar. 21, 2017) | **Fanapt is considered in the US a second line treatment for schizophrenia.** | ¶ 278 |
| Q1 2018 Earnings Call Transcript (May 2, 2018) | **Our sales team continues making progress in introducing Fanapt as an additional option in treating adult patients with schizophrenia.** | ¶ 302 |

4

| STATEMENTS REGARDING THE USES AND MARKETING OF  HETLIOZ® | | |
| --- | --- | --- |
| Source | Statement | Complaint |
| Q4 2016 Earnings Call Transcript (Feb. 15, 2017) | On HETLIOZ, our US commercial business is in its third year and continues to add new patients. **Our HETLIOZ team is focused on driving growth by creating awareness about non-24 and assisting patients to learn more about treatment options.** | ¶ 336 |
| Q1 2017 Earnings Call Transcript (May 2, 2017) | **The fundamentals of our HETLIOZ business remains strong**, as we consistently add new patients on therapy and are seeing early signs of improved persistency associated with the recent change to our specialty pharmacy network. | ¶ 342 |
| Q2 2017 Earnings Call Transcript (Aug. 2, 2017) | **[I]n July, the Fanapt US field force team began promoting HETLIOZ to psychiatrists.** We're confident that this will represent a great opportunity to both expand the number of Non-24 patients who can benefit from HETLIOZ and reinforce the partnership with the psychiatrists by bringing solutions to patients with Non-24. | ¶ 348 |
| Q3 2017 Earnings Call Transcript (Nov. 7, 2017) | **So we did have experience before with sighted patients with Non-24 that have spontaneously come into the program.** And what we've seen in the past is that payers block more scripts that come out of sighted Non-24 patients than blind. Of course, we do not agree with that attitude; but nonetheless, it is a fact. | ¶ 354 |
| Q4 2017 Earnings Call Transcript (Feb. 14, 2018) | We fully launched HPI with a full sales force promoting to psychiatrists beginning of October of 2017. So in this 3 months, over the last quarter, we saw a significant increase of the total scripts per month, which have more than doubled as compared to the monthly scripts seen before with the program which was based primarily on the Patient Directed Physician program, the PDP. **Just to clarify, Jason, in the past, some of the scripts were coming from sighted people as well. The difference is that in the HPI initiative, most of the patients are sighted.** | ¶ 360 |
| Q1 2018 Earnings Call Transcript (May 2, 2018) | **The HETLIOZ to Psychiatry Initiative, which was launched late last year, continues to drive an acceleration in new patient demand.** In the first quarter of 2018, we achieved a new all-time high number of new HETLIOZ intakes, these are the prescriptions and patient starts, as well as a new all-time high number of patients on therapy. **The positive response from the psychiatric community is a confirmation of the significant unmet medical need for patients with Non-24.** | ¶ 366 |
| Presentation at Deutsche Bank Healthcare Conference (May 9, 2018) | In the U.S., the indication is Non-24 irrespective of vision status. And this is of importance because most recently in the U.S., **we launched an initiative, HETLIOZ to psychiatry initiative, where individuals with psychiatric comorbidities, many of whom may be sighted, have also begun to benefit from HETLIOZ. And of course, it's all within our U.S.-approved label.** | ¶ 372 |
| Q2 2018 Earnings Call Transcript (Aug. 1, 2018) | I also want to remind that in June, we undertook a reorganization of the Fanapt sales force that promote HPI, and that was a very significant reorganization. And we're in the midst of hiring in full the sales force back up to a number of 115 after we changed about 35-or-so sales representatives. So we do expect that this reorganization will affect the production of new scripts during that reorganization, but we do not expect the reorganization to affect the overall performance of the third quarter or beyond. **And we believe that this will strengthen, actually, our presence in the psychiatrist office in the promotion of both Fanapt and HETLIOZ.** | ¶ 308 |

5

| STATEMENTS REGARDING THE USES AND MARKETING OF HETLIOZ® | | |
|---|---|---|
| Source | Statement | Complaint |
| Presentation at Morgan Stanley Healthcare Conference (Sept. 12, 2018) | And I'd say that this core blind business has been a great methodical growth story. But something changed last year in the fourth quarter. And what changed was a new initiative where we began targeting sighted individuals with psychiatric comorbidities who had Non-24. And what start us down this path was the work we were doing with Fanapt or atypical antipsychotic, where we're calling on 10,000 psychiatrists. **We decided after expanding our Fanapt field force last year to introduce HETLIOZ to that group, and the response has been incredible.** We saw a more than doubling of our scripts, and we shared with investors, both in the first quarter, second quarter, that we had all-time highs of both scripts and new patient starts, and it's being driven, the majority of it, by this sighted strategy. And so fairly unusual to have a product 5 years in that is continuing its core methodical growth and then add on top of it a new diversified approach to grow in the business. *** And when we developed HETLIOZ for Non-24, our focus was on totally blind individuals, these individuals who lost that light perception, along with it, lost what is considered to be the standard mechanism to reset your body clock every day. | ¶ 378 |
| Q3 2018 Earnings Call Transcript (Nov. 7, 2018) | HPI now is a year old, the program, and **what is impressive is the significant, continuous new demand, new scripts written by psychiatrists in the HPI initiative**. While Jim is correct that the PDP part of the business, which is mostly blind individuals, these are people we have opted into the database, continues to be a big driver and source. However, in new demand, and that is – the definition of demand here is new scripts written, HPI continues to significantly outstrip the demand of PDP. So with that, one would have expected to actually saw even bigger growth than the 34%, which is nonetheless impressive. So why we have not seen even bigger growth? The HPI business, as we characterized before, has created a demand 2 to 3x higher than the PDP. However, the resistance by insurers on filling out the scripts, although it is the only indication and there is no other drug available for these patients, continues to be strong. We're working with our patients, we're working with the doctors to impress upon these insurers that this drug is necessary. We're making a lot of progress. But if we were to match the demand generated with fill, of course, these numbers would have been much, much bigger. | ¶ 380 |

| STATEMENTS REGARDING RISK FACTORS | | |
|---|---|---|
| Document | Statement | Complaint |
| FY 2015 Form 10-K (Feb. 12, 2016) | **Failure to comply with government regulations regarding the sale and marketing of our products could harm our business.** | ¶ 245, 322 |
| Q1 2016 Form 10-Q (May 5, 2016) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2015.** | ¶¶ 251, 326 |
| Q2 2016 Form 10-Q (July 28, 2016) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2015.** | ¶¶ 263, 330 |
| Q3 2016 Form 10-Q (Nov. 3, 2016) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2015.** | ¶¶ 270, 334 |
| FY 2016 Form 10-K (Feb. 17, 2017) | **Failure to comply with government regulations regarding the sale and marketing of our products could harm our business.** | ¶ 276, 340 |
| Q1 2017 Form 10-Q (May 3, 2017) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2016.** | ¶¶ 284, 346 |
| Q2 2017 Form 10-Q (Aug. 3, 2017) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2016.** | ¶¶ 290, 352 |
| Q3 2017 Form 10-Q (Nov. 8, 2017) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2016.** | ¶¶ 296, 358 |
| FY 2017 Form 10-K (Feb. 15, 2018) | **Failure to comply with government regulations regarding the sale and marketing of our products could harm our business.**<br>***<br>In the U.S., the FDA regulates drugs under the Federal Food, Drug and Cosmetic Act, as amended, and implements regulations. **If we fail to comply with the applicable requirements at any time during the product development process, approval process, or after approval, we may become subject to administrative or judicial sanctions. These sanctions could include** the FDA's refusal to approve pending applications, withdrawals of approvals, **clinical holds**, warning letters, product recalls, product seizures, total or partial suspension of our operations, injunctions, fines, civil penalties or criminal prosecution. Any such sanction could have a material adverse effect on our business. | ¶¶ 300, 364, 392 |
| Q1 2018 Form 10-Q (May 2, 2018) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2017.** | ¶¶ 306, 370 |
| Q2 2018 Form 10-Q (Aug. 2, 2018) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2017.** | ¶¶ 312, 376, 393 |
| Q3 2018 Form 10-Q (Nov. 7, 2018) | **There have been no material changes in our risk factors subsequent to the filing of our annual report on Form 10-K for the fiscal year ended December 31, 2017.** | ¶¶ 316, 384, 401 |

| STATEMENTS REGARDING TRADIPITANT GASTROPARESIS STUDY | | |
|---|---|---|
| Document | Statement | Amended Complaint |
| Q2 2018 Earnings Call Transcript (Aug. 1, 2018) | The recruitment efforts in the tradipitant gastroparesis clinical study are now working. We can now report that as of today, 110 patients have been randomized in the study. With a number of patients in screening, **we're now on target to randomize approximately 150 patients and expect to report results by year-end.** | ¶ 388 |
| Form 8-K (Aug. 1, 2018) | **A tradipitant clinical study for the treatment of gastroparesis is ongoing. Results are expected by the end of 2018.** | ¶ 386 |
| Q2 2018 Form 10-Q (Aug. 2, 2018) | **A tradipitant clinical study for the treatment of gastroparesis is ongoing. Results are expected by the end of 2018.** | ¶ 390 |
| Q3 2018 Form 10-Q (Nov. 7, 2018) | **Enrollment in the clinical study of tradipitant in gastroparesis is complete. Results are expected by the end of 2018.** | ¶ 399 |
| Q3 2018 Earnings Call Transcript (Nov. 7, 2018) | Tradipitant, the most exciting clinical milestone for Vanda, is coming up in the next few weeks. **And it will come from the top line results of our first Phase II study of tradipitant in gastroparesis.** Gastroparesis is a common and poorly treated disorder with a significant unmet medical need affecting about 6 million people in the U.S. alone. **Our Phase II study, of which we'll report the results next month, is a 150- patient, 2-arm, double-blind tradipitant versus placebo 85-milligram twice a day of tradipitant to evaluate the ability of the drug to improve symptoms of gastroparesis over a period of 4 weeks.** | ¶ 397 |
| Form 8-K (Nov. 7, 2018) | **Enrollment in the clinical study of tradipitant in gastroparesis is complete. Results are expected by the end of 2018.** | ¶ 395 |
| Form 8-K (Dec. 3, 2018) | **Vanda expects to meet with regulatory authorities in the near future to further define and confirm the path towards registration of tradipitant in the treatment of patients with gastroparesis.** | ¶ 403 |
| Special Earnings Call Transcript (Dec. 3, 2018) | Finally, we believe that if these robust efficacy results with a well-tolerated chronic treatment safety profile are further confirmed in future studies, tradipitant has the potential to become a first-line pharmacological option in the treatment of patients with gastroparesis and the first such agent in 40 years. The detailed results of the study are expected to be presented in our cabin meetings and peer-reviewed publications. **We will also be meeting with regulatory authorities in the near future to further define and confirm the path towards registration of tradipitant in the treatment of patients with gastroparesis.** *** Pete, certainly, we want to continue to evaluate the effectiveness of the drug in the broad population of gastroparetic patients. However, I would say while we have some very good ideas of potential designs and population of patients, we need to spend a little more time understanding these study results, **but also sit down with key opinion leaders, investigators, and certainly, the Food and Drug Administration to find out the fastest to market.** And the reason for that is we recognize that what tradipitant has shown in this Phase II study, can be an extremely useful therapeutic tool for patients. *** Analyst (Esther Rajavelu, Oppenheimer): "And then my last question. Are you – do you anticipate having to do a long-term safety study on -- in the gastroparesis population given the chronic nature of the condition and the treatment? Defendant Polymeropoulos: "Absolutely, I would be very appropriate to do so. **And in fact, we have a 12-month protocol, which we'll be implementing shortly.** | ¶ 405 |

8