# Exhibit 7

# OPPENHEIMER

**EQUITY RESEARCH**

**COMPANY UPDATE**

October 3, 2018

HEALTHCARE/BIO & SPECIALTY PHARMACEUTICALS

**Stock Rating:**

## OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $29.00 |
| VNDA - NASDAQ | $22.30 |

| | |
|---|---|
| 3-5 Yr. EPS Gr. Rate | 77% |
| 52-Wk Range | $23.50-$11.90 |
| Shares Outstanding | 52.4M |
| Float | 51.1M |
| Market Capitalization | $1,168.1M |
| Avg. Daily Trading Volume | 814,718 |
| Dividend/Div Yield | NA/NM |
| Book Value | $4.80 |
| Fiscal Year Ends | Dec |
| 2018E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $251M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2017A | (0.11) | 0.03 | (0.03) | 0.03 | (0.07) | NM |
| 2018E | 0.14A | 0.14A | 0.00 | 0.01 | 0.22 | NM |
| 2019E | 0.02 | 0.10 | 0.04 | 0.07 | 0.23 | NM |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2017A | 37.0 | 42.0 | 41.3 | 44.3 | 165.1 | NM |
| 2018E | 44.0A | 47.0A | 49.5 | 51.6 | 192.0 | NM |
| 2019E | 56.2 | 58.9 | 60.7 | 62.1 | 238.0 | NM |

**Esther Rajavelu**
212-667-7248
Esther.Rajavelu@opco.com

Disseminated: October 3, 2018 06:00 EDT; Produced: October 3, 2018 05:56 EDT

# Vanda Pharmaceuticals Inc.

## Survey Implies Healthy Hetlioz Use in Sighted Psychiatric Patients

### SUMMARY

We undertook a short survey to assess Hetlioz use among sighted N24SWD patients. Recall part of our Outperform thesis is based on our view that Hetlioz uptake potential among sighted patients remains underappreciated. The goals of our survey were to assess current use of Hetlioz among sighted psychiatric patients, and likely future uptake trends within this cohort. While we acknowledge the potential shortcomings of a survey, our data indicate psychiatrists who prescribe Hetlioz treated more sighted patients than blind with the medication. While cost appears to be a concern, *all* plan to increase/maintain their Hetlioz prescriptions in the next 12 months. We are encouraged by these results and believe Hetlioz use among US sighted patients could grow meaningfully.

### KEY POINTS

The majority of psychiatrists (84%) who went through the screening process for our survey treat in settings where >25% of patients experience sleep disorders. Importantly, 46% of these psychiatrists have prescribed Hetlioz. On average, our respondents diagnosed 13% of sleep disorder patients with circadian sleep-wake disorders (including N24SWD), ~14% with parasomnias, 14% with obstructive sleep apnea, 9% with narcolepsy, and 49% with insomnia.

Approximately 52% of the patients that this group of respondents treats with Hetlioz are sighted. Our respondents indicate that 64% of their Hetlioz-treated patients are highly or modestly responsive to medication, while 15% are non-responsive. Approximately 21% of patients fall into the "too soon to tell" category.

Commentary from our survey respondents implies (in our view) that prescribers generally perceive Hetlioz (1) as non-addictive with a favorable safety/side effect profile relative to other sleep agents, and (2) may be broadly applicable to patients with sleep disturbances who are non-responsive or partially responsive to other sleep therapies.

All our respondents indicate they plan to increase or maintain their current Hetlioz prescribing. However, several indicated cost and access as major concerns among both sighted and blind patients. Interestingly, ~1/3 of our respondents have never been visited by a Hetlioz sales representative, while <1/3 were visited once, and the rest more than twice in the last 12 months.

We model 2018/19 Hetlioz revenues of $116M/$156M growing to $334M by 2022E. While we assume blind patients in the US will constitute the largest portion of Hetlioz revenues at ~70%, we model increasing contribution from sighted US patients beginning in 2019 growing to ~11% in 2022E.

### Stock Price Performance

1 Year Price History for VNDA

### Company Description

Vanda Pharmaceuticals Inc. (VNDA) is a diversified biopharmaceutical company with a portfolio of marketed products and pipeline assets in clinical development. VNDA commenced operations in 2003.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel. 800-221-5588 Fax 212-667-8229

STEINHOLT_0000860

Vanda Pharmaceuticals Inc.

VNDA (OUTPERFORM) - $29.00

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

### BASE CASE ASSUMPTION

Low single-digit Fanapt revenue growth, with LOE at 2027-YE and minimal value retained in terminal period

Double-digit to mid-single digit Hetlioz revenue growth, with 40% of value retained in terminal period

NOL benefits extending through 2021 and 21% tax thereafter

### UPSIDE SCENARIO

Tradipitant commercialization

Significant Hetlioz revenues from OUS markets

Strong uptake in jet lag disorder indication

## INVESTMENT THESIS

We believe Hetlioz (tasimelteon) uptake potential in the US remains underappreciated, specifically among sighted psychiatric patients with Non-24 Sleep-Wake Disorder (N24SWD). We acknowledge that the company needs to build awareness for the use of Hetlioz in sighted patients, as well as facilitate broader access. However, despite these constraints, we view the recent uptake among sighted US patients as encouraging, and note the potential for increasing scripts, especially among current prescribers.

### CATALYSTS

Tradipitant Phase 2 results in gastroparesis, 4Q18

Hetlioz Phase 2/3 results in SMS, 4Q18 or 1Q19

Hetlioz filing and regulatory action for jet lag disorder, 3Q18

3Q18 earnings and Hetlioz revenue uptake trends

2019 financial guidance in January

### DOWNSIDE SCENARIO

Hetlioz clinical failure in SMS

Hetlioz pricing pressure and/or increasing access restrictions

Higher operating expenses relative to our estimates

## PRICE TARGET CALCULATION

Our $29 price target is based on blended DCF and SOTP analyses. We model sales for each product over a ten-year period, and assume a terminal value based on the "tail" of each marketed product during our projection period. We assume a discount rate of 11.5%, which we believe approximates the company's weighted average cost of capital based on a risk-free rate of ~3%, expected market return of ~10%, and beta of 1.2 per Bloomberg. We model terminal value growth rate of 0%.

## KEY RISKS

Key downside risks to our price target include: 1) lower than expected Hetlioz revenue growth in the US; 2) Hetlioz failure in SMS indication; 3) Hetlioz pricing pressure and/or increasing access restrictions; 4) higher operating expenses than anticipated for the near term.

 
Esther Rajavelu: 212-667-7248

*347*

STEINHOLT_0000861

# Survey of US Psychiatrists

We undertook a survey to assess the use of Hetlioz (tasimelteon) among sighted non-24-hour sleep-wake disorder (N24SWD) patients in the US. Recall part of our buy thesis is based on our view that Hetlioz uptake potential in this population remains underappreciated. The goals of our survey were to assess the current use of Hetlioz among sighted psychiatric patients, and the potential for future uptake within this patient cohort.

In our view, responses from our survey support continued uptake of Hetlioz among sighted patients treated by psychiatrists. Below we discuss our survey methodology and present a summary of responses.

## Methodology

We surveyed 25 US psychiatrists who had prescribed Hetlioz at least once in the last 12 months to their patients experiencing sleep disorders. We screened for board certified psychiatrists who treat 50+ patients per month, and further included only those who in the last 12 months had

1)    treated at least 25% of their patients for a sleep disorder, and
2)    prescribed Hetlioz at least once.

**Exhibit 1. US Psychiatrist Screening**

| Total psychiatrists attempted = 70 |
| --- |
| Treating 50+ patients per month = 70 |
| Treated at least 25% of patients for sleep disorders = 59 |
| Prescribed Hetlioz = 27* |

*\* Excluded 2 Hetlioz prescribers due to potential conflicts of interest.*
*Source: Oppenheimer & Co. Inc.*

## SCREENING QUESTIONS

**1)    How many adult patients do you treat in a typical month?**



*Source: Oppenheimer & Co. Inc.*

 

*348*

STEINHOLT_0000862

Vanda Pharmaceuticals Inc.                                             VNDA (OUTPERFORM) - $29.00

2)  **What percentage of the adult patients that you are currently treating experience sleep disorders?**



*Source: Oppenheimer & Co. Inc.*

3)  **Have you prescribed Hetlioz (tasimelteon) to your adult patients with sleep disorders?**



*Source: Oppenheimer & Co. Inc.*

## SURVEY QUESTIONS

1)  **In the last 12 months, what percentage of your adult patients with sleep disorders have you diagnosed with each of the following indications?**

4   OPPENHEIMER

VNDA (OUTPERFORM) - $29.00                                                Vanda Pharmaceuticals Inc.



1. Delayed/Advanced sleep-wake phase, Irregular sleep-wake rhythm, Non-24 sleep-wake rhythm, Shift work disorder, Jet lag disorder.
2. REM sleep behavior disorder, sleep walking, night terrors.
3. Substance induced sleep disorder.

*Source: Oppenheimer & Co. Inc.*

2) **In the last 12 months, how many patients have you diagnosed with Non-24 Sleep-Wake Disorder (N24SWD)?**

Mean = 38 patients                              Min = 1 patient
Median = 20 patients                            Max = 200 Patients
n = 25

*Source: Oppenheimer & Co. Inc.*

3) **Please indicate the number of your adult patients with sleep disorders that you are currently treating with each of the following therapies.**



*Source: Oppenheimer & Co. Inc.*

*350*

STEINHOLT_0000864

Vanda Pharmaceuticals Inc.

VNDA (OUTPERFORM) - $29.00

4) **What percentage of the adult patients with sleep disorders you are currently treating with Hetlioz (tasimelteon) fall into each of the following categories?**



Blind (2) , 48%

Sighted (1) , 52%

n = 25

1.Including patients with corrective lenses who consider themselves "normal sighted".
2.Including patients with vision impairment that cannot be corrected to a "normal level".

*Source: Oppenheimer & Co. Inc.*

5) **Please indicate what percentage of your patients with sleep disorders treated with Hetlioz (tasimelteon) fit into each of these categories.**



Too soon to tell responsiveness to Hetlioz therapy, 21%

Highly responsive to Hetlioz therapy, 29%

Non-responsive to Hetlioz therapy, 15%

Modestly responsive to Hetlioz therapy, 35%

n = 25

*Source: Oppenheimer & Co. Inc.*

6) **Please indicate which of the following best describes your anticipated prescribing of Hetlioz (tasimelteon) over the next 12 months for patients with sleep disorders.**

STEINHOLT_0000865



**Explanations for response**

*Increase in blind patients only*

Based on indication.

Found it to be effective.

Great drug.

Effective with least side effects.

*Increase in sighted patients only*

More useful with this population of patients - that's what I see for the future.

Because it is a non addicting sleep medication that works on melatonin receptors.

Depending on the response, I will prescribe this medicine since most of my patients have failed other sleep agents.

Hetlioz seems more effective in my sighted patients, rather than those who are blind.

I don't have blind patients in my practice.

I don't have any current patients who are blind, but if I have a positive response with Hetlioz in my sighted patients, I will prescribe it to more patients.

*Increase in both sighted and blind patients*

Better insurance coverage, more information to patients, more information on efficacy of the medicine going forward.

With increased time gain further familiarity.

It would be a very effective non-controlled medicine.

Works for blind and I also have sighted patients with bad circadian disturbances.

This medication may be beneficial for sighted patients as well.

*Remain unchanged in both sighted and blind patients*

I primarily plan to use for its specific indication and see this in patients who are blind.

Do not have many blind patients.

Don't expect any changes, I use this drug very rarely, only in very refractory patients.

No change.

I don't see a foreseeable change. Very expensive medication. Use will be limited.

I don't have enough experience at this point to predict the future.

Depends on referral pattern.

Until further efficacy can be established rates of Rx will remain the same.

I expect it would be the same, have the same amount of patients.

*Source: Oppenheimer & Co. Inc.*



*352*

STEINHOLT_0000866

Vanda Pharmaceuticals Inc.                                                                    VNDA (OUTPERFORM) - $29.00

**7) Please select the option that best describes your experience with insurance and reimbursement of Hetlioz (tasimelteon).**



*Source: Oppenheimer & Co. Inc.*

**8) In a few sentences, please provide your overall thoughts including positive feedback and concerns you may have with prescribing Hetlioz (tasimelteon) to your blind patients.**

So far limited experience. Though has been beneficial and well tolerated.

Medication appears safe and no significant adverse effects noted. Difficult still prescribing due to expensive cost even for blind patients with the specific indication.

Overall it has been a smooth process.

Good alternative for a specific patient population.

No major concerns, mostly do not like authorization hassles.

Hope is that it is a novel approach for sighted and non-sighted patients in terms of efficacy; concerns are that it is new in terms of overall data, formulary and insurance coverage issues.

I have not had any blind patients and have only prescribed it to one patient who is not blind.

It is a very expensive medication and I'm not seeing the positive results that are promised.

It is a unique medicine with mechanism of action that is logical but is insanely expensive for a medicine with marginal long term effect on quality of life. Drug reps always talk about coverage and copays and ignore the fact that prescribers care about keeping costs down for everybody involved and don't want to pour inordinate amounts of money into pharma pockets.

Works well for blind patients.

Overall it seems to be beneficial for blind patients with circadian rhythm disorder.

Insurance is major hurdle.

Prior authorization time.

Nothing. I've had good response in patients that I've given it to with sight problems.

I have patients who have cataracts and glaucoma, thus falling into 50+ age category. As people age, insomnia increases so I have found Hetlioz and other sleep agents important in regulating circadian and sleep/awake cycles in my patients.

I have only used it in one patient so I don't really have much experience so far.

I have not found it to be very effective in stabilizing sleep-wake cycles.

It is a good product to use since it is a non-addictive sleep medication with no rebound insomnia when stopped. Works on melatonin receptors.

OPPENHEIMER

| |
|---|
| No real concern. Some patients get headaches and of course the cost and insurance are major issues. |
| It is a great drug. |
| I do not currently have blind patients, but I have had some positive experiences with prescribing it off-label to sighted patients. |
| Effective. |
| I like this medicine, no major issues. |
| Good option for some patients. |
| It's an effective treatment but cost can be a significant barrier. |

*Source: Oppenheimer & Co. Inc.*

**9)   In a few sentences, please provide your overall thoughts including positive feedback and concerns you may have with prescribing Hetlioz (tasimelteon) to your sighted patients.**

| |
|---|
| I have not tried to prescribe this agent in sighted patients. |
| Overall more effective than Rozerem. |
| Does not come to mind as a treatment option for sighted patients. |
| See potential but would like more studies and colleague support. |
| Novel approach offers great hope in terms of efficacy and treatment. Concerns are data still young, as well as considerable concerns with regards to formulary and insurance coverage. |
| It has been modestly helpful. |
| It is a more expensive medication and I am not seeing the positive results that have been promised. |
| It is not an approved indication and not worth the fight to get it covered. Concerns remain the insane expense of the medication. |
| Sometimes helpful. |
| Have not yet tried in sighted patients, but it may be beneficial, however insurance may be a problem. |
| Don't have enough experience yet to decide. |
| Hard to get approval from insurance. |
| Side effects have not been a big issue when it was adjusted or stopped. |
| I feel it is positive and hopeful that Hetlioz is another option for my patients who failed more traditional and behavioral methods. |
| I have only used it in one patient so I don't really have much experience so far. |
| I do see some benefit to using it in sighted patients, in spite of prescribing recommendations to the contrary in Europe. |
| It is a non-addictive insomnia medication. |
| No real difference except efficacy. |
| It works great. |
| I have a few sighted patients who have had a positive response to it when needing to change their sleep schedules from daytime sleep to nighttime sleep. It has generally been well-tolerated, although it can be difficult to get prior authorization from insurance companies. |
| Least side effects. |
| No major issues. |
| Very good experience. |
| Its rate of efficacy is variable but side effects are minimal. |

*Source: Oppenheimer & Co. Inc.*



STEINHOLT_0000868

**10) How many times have you or your office been visited by a Hetlioz (tasimelteon) sales representative in the last 12 months?**



Source: Oppenheimer & Co. Inc.

STEINHOLT_0000869

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

---

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.



11

STEINHOLT_0000870

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

### Distribution of Ratings/IB Services Firmwide

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 366 | 65.59 | 165 | 45.08 |
| PERFORM [P] | 190 | 34.05 | 63 | 33.16 |
| UNDERPERFORM [U] | 2 | 0.36 | 1 | 50.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

A member of the household of an Oppenheimer & Co. Inc. research analyst who covers this company has a long position in VNDA.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied,

STEINHOLT_0000871

VNDA (OUTPERFORM) - $29.00                                                                Vanda Pharmaceuticals Inc.

is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2018.

