# Exhibit 8

Exhibit
D 0008
11/11/2021
Kehoe

# OPPENHEIMER

**EQUITY RESEARCH**

**COMPANY UPDATE**

October 29, 2017

HEALTHCARE/BIO & SPECIALTY PHARMACEUTICALS

## Stock Rating:

# OUTPERFORM

| | |
|---|---|
| 12-18 mo. Price Target | $26.00 |
| VNDA - NASDAQ | $14.10 |
| | |
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $18.99-$12.70 |
| Shares Outstanding | 44.9M |
| Float | 40.2M |
| Market Capitalization | $632.5M |
| Avg. Daily Trading Volume | 568,918 |
| Dividend/Div Yield | NA/NM |
| Book Value | $2.93 |
| Fiscal Year Ends | Dec |
| 2017E ROE | NA |
| LT Debt | $0.0M |
| Preferred | $0.0M |
| Common Equity | $0M |
| Convertible Available | No |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2016A | (0.17) | 0.01 | 0.11 | 0.08 | 0.03 | NM |
| 2017E | (0.11)A | 0.03A | (0.02) | (0.03) | (0.12) | NM |
| 2018E | (0.10) | 0.00 | (0.09) | (0.15) | 0.15 | NM |
| Prior (E) | -- | -- | -- | -- | 0.21 | NM |
| 2019E | -- | -- | -- | -- | 0.71 | NM |
| Prior (E) | -- | -- | -- | -- | 0.64 | NM |

| Revenue ($/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2016A | 33.0 | 36.0 | 38.0 | 38.0 | 146.0 | NM |
| 2017E | 37.0A | 42.0A | 45.0 | 48.0 | 172.0 | NM |
| 2018E | 43.0 | 48.0 | 53.0 | 56.0 | 200.0 | NM |
| Prior (E) | -- | -- | -- | -- | 194.0 | NM |
| 2019E | -- | -- | -- | -- | 234.0 | NM |
| Prior (E) | -- | -- | -- | -- | 221.0 | NM |

**Derek Archila**
617-428-5712
Derek.Archila@opco.com

Disseminated: October 29, 2017 23:00 EDT; Produced: October 29, 2017 21:18 EDT

# Vanda Pharmaceuticals Inc.

## Raising PT to $26 on Bullish View of Sighted Non-24 Opportunity for Hetlioz

### SUMMARY

We believe the recent pullback provides a nice entry point for investors as we expect base business growth to accelerate in the next 12-18 months. Based on our checks with two psychiatrists, we believe the market opportunity for Hetlioz in sighted Non-24 patients could expand its TAM three-fold. While the physicians we spoke with are ahead of the curve relative to their psychiatrist colleagues in using Hetlioz in sighted patients, we believe continued education/screening will expand usage over time. Given Hetlioz's high margin and VNDA's strategy to leverage the Fanapt sales force to detail Hetlioz for sighted patients, incremental sales will mostly drop to the bottom line. We are raising our PT to $26 (from $21) based on our more bullish Hetlioz forecasts.

### KEY POINTS

**Background:** VNDA has communicated that its entire ~115-person Fanapt sales force would also begin detailing Hetlioz in sighted Non-24 patients (which is on label) to psychiatrists by 4Q17. In this report, we seek to frame this opportunity for investors, having spoken with two psychiatrists treating sighted Non-24 across several different indications to assess Hetlioz's potential in this population.

**Sighted Non-24 opportunity could be large:** Prevalence data for sighted Non-24 is scant. But based on our due diligence, we conservatively estimate ~145,000 sighted Non-24 Hetlioz candidate patients in the six psychiatric conditions we analyze in this report. Physicians feel certain sleep disorders remain underdiagnosed in psychiatric patients, and we believe only modest penetration in this population could really accelerate sales growth.

**Physician feedback on Hetlioz in sighted Non-24:** Both specialists indicated their use for Hetlioz in sighted Non-24 started in the last six months, with one starting after being contacted by a VNDA representative. Hetlioz is being used as last-line therapy in these patients. Thus far, physicians/patients have seen good results across a variety of psychiatric conditions with sighted Non-24.

**Education will be key:** Interestingly, both physicians brought up the Vyvanse binge eating disorder (BED) launch experience, noting once they began asking the right screening questions, they found some of their patients had BED. While VNDA does not have a specific screening tool as SHPG does, sales reps are providing screening/diagnosis criteria to help identify psychiatric patients with sighted Non-24.

**Valuation:** We are raising our price target to $26 based on higher Hetlioz sales forecasts. We now estimate peak sales of Hetlioz in Non-24 of $440M vs. our prior estimate of $285M. We value VNDA's base business at $18 and assign ~$4/share, ~$3/share and ~$1/share for Hetlioz in SMS, tradipitant in gastroparesis and tradipitant in chronic pruritus in atopic dermatitis, respectively.

### Stock Price Performance

1 Year Price History for VNDA

### Company Description

Vanda Pharmaceuticals focuses on the development and commercialization of novel therapies to address high unmet medical needs and improve the lives of patients.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

STEINHOLT_0001156

Vanda Pharmaceuticals Inc.                                                                                          VNDA (OUTPERFORM) - $26.00

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

We believe Vanda Pharmaceuticals offers investors a growing base business with Hetlioz (Non-24) and Fanapt (schizophrenia) along with significant pipeline optionality. We expect VNDA to report data from what we believe are two relatively de-risked clinical studies in the next 12 months. Investors may be overlooking VNDA's clinical programs as we believe today's valuation reflects only the company's commercial assets. For its base business, we believe 2017 guidance looks achievable and think that management's re-launch strategy for Fanapt could yield modest growth for the franchise.

### BASE CASE ASSUMPTION

Hetlioz achieves peak sales of $440M by 2028 in Non-24
Fanapt achieves $160M in peak sales in 2027
Assume risk adj. (POS: 55%) value of $4/share for Hetlioz in SMS
Assume risk-adj. (POS: 45%) value of $3/share for tradipitant in gastroparesis
Assume risk-adj. (POS: 45%) value of $1/share for tradipitant in chronic pruritus

### CATALYSTS

2H17: Hetlioz Phase 3 results in jet lag syndrome
Late 2017/early 2018: Ruling in Hikma appeal
1H18: Tradipitant Phase 2 results in gastroparesis
2018: Hetlioz Phase 2/3 results in Smith-Magenis Syndrome

### UPSIDE SCENARIO

Hetlioz exceeds our peak sales estimate of $440M by 2028 in Non-24
Fanapt exceeds our $160M in peak sales estimate in 2027
Positive results in SMS Phase 2/3, POS moves to 90%, +$3/share upside
Positive results in gastroparesis Phase 2, POS moves to 75%, +$2/share upside
Tradipitant is approved for chronic pruritus, POS moves to 100%, +$2/share upside
VNDA monetizes Hetlioz jet lag syndrome indication
Company is acquired

### DOWNSIDE SCENARIO

Hetlioz does not achieve peak sales of $440M by 2028 in Non-24
Fanapt does not achieve $160M in peak sales in 2027
Phase 2/3 study in SMS fails, $4/share downside
Phase 2 in gastroparesis fails, $3/share downside
Tradipitant for chronic pruritus fails to gain approval, $1/share in downside
Fanapt ruling overturned

## PRICE TARGET CALCULATION

We value VNDA at $26/share using a discounted cash flow analysis with a 10% discount rate and no terminal value as our forecast includes the genericization of both VNDA's commercial products, Hetlioz and Fanapt. Excluding VNDA's pipeline and attributing value to only Hetlioz for Non-24 and Fanapt in schizophrenia, we estimate VNDA is worth ~$18/share. For the pipeline, we assign ~$4/share, ~$3/share and ~$1/share for Hetlioz in SMS, tradipitant in gastroparesis and tradipitant in chronic pruritus in atopic dermatitis, respectively. We currently assign no value to the company's jet lag syndrome (JLS) program.

## KEY RISKS

**Risks include:** 1) Hetlioz volume growth slows and greater than forecasted A&P spend is required to support growth; 2) Hetlioz goes generic prior to 2028 assumption; 3) the potential for pricing pressure on orphan drugs such as Hetlioz would have a negative impact on growth; 4) execution risk in that the Fanapt re-launch does not re-accelerate growth; 5) district court ruling on Fanapt's '610 patent is overturned on appeal and Fanapt goes generic in 2019; 6) VNDA's clinical programs in SMS, gastroparesis and chronic pruritus in patients with atopic dermatitis fail.



Derek Archila: 617-428-5712

# Investment Thesis

We believe Vanda Pharmaceuticals offers investors a growing base business with Hetlioz (Non-24) and Fanapt (schizophrenia) along with significant pipeline optionality. We expect VNDA to report data from what we believe are two relatively de-risked clinical studies in the next 12 months. Investors may be overlooking VNDA's clinical programs as we believe today's valuation reflects only the company's commercial assets. For its base business, we believe 2017 guidance looks achievable and think that management's re-launch strategy for Fanapt could yield modest growth for the franchise.

While the market opportunity for Non-24 patients in the totally blind is pretty well defined and understood, the sighted Non-24 sleep-wake disorder opportunity is less so. Recall, Hetlioz is approved for Non-24 broadly, so use in sighted patients is <u>on-label</u>. Based on our due diligence and recent checks with two psychiatrists using Hetlioz in sighted Non-24 patients, we believe the condition is underdiagnosed in psychiatric patients (i.e., depression, bipolar and anxiety), autism/intellectual disability and patients suffering from traumatic brain injuries (TBI). We believe the addition of Non-24 patients from these conditions alone practically triples the potential candidates for Hetlioz treatment and could be a meaningful driver of future growth. As of October, the ~115-person Fanapt sales force is now also detailing Hetlioz and educating roughly ~10,000 psychiatrists on how to screen/diagnose Non-24 in their sighted patients. This field force is much larger than the original ~20 reps detailing Hetlioz to sleep specialists and is the reason we believe Hetlioz sales will accelerate over the next 12-18 months.

**Based on our recent checks, we are raising our peak sales estimate for Hetlioz to $440M in 2028 (from $285M). Our price target moves to $26 (from $21).**

# Takeaways from Our Physician Checks

We spoke with two psychiatrists who are part of private group practices currently prescribing Hetlioz for patients with sighted Non-24. We would say these physicians are ahead of the curve when it comes to identifying sighted Non-24 patients and do not view this as representative of the prescribing habits of most psychiatrists. However, we are encouraged by both physicians' view that sleep disorders including Non-24 remain underdiagnosed in psychiatric patients and that physician education is going to be very important in order to drive Hetlioz usage in the sighted Non-24 population.

## Physician Thoughts on Current Hetlioz Usage

The key for one specialist's practice has been the development of a screening tool (questionnaire screening for circadian rhythm disorders) to identify Non-24 patients. The specialist noted approximately ~35-50% of his patients have a circadian rhythm disorder (CRD) but noted the high rate likely has to do with the fact his practice deals with only complex depression and anxiety patients. He believes this rate is likely lower in less severe cases but does feel sleep conditions remain underdiagnosed in the psychiatric population. The physician felt the situation is very analogous to diagnosing binge eating disorder (BED), where Shire PLC (Vyvnase is approved for BED) developed a <u>screening tool</u> for physicians. The specialist found once he started screening for BED, a good proportion of his patients actually had the condition. At the moment, VNDA has not made such a screening tool available to physicians; however, based on our discussion with management for this report, the Fanapt sales reps do have leave-behind marketing material regarding sighted Non-24 and reference certain screening questions around sleep timing, cyclicality of sleep and day-time functioning. This material and screening



STEINHOLT_0001158

questions sync up with the *DSM-5*, the *Diagnostic And Statistical Manual Of Mental Disorders*.

According to the specialist, his prescribing really started to increase six months ago since implementing the screening tool. Furthermore, he has pioneered the usage of Hetlioz at his practice. Currently, the specialist treats ~150 patients with sighted Non-24, of whom he suggests ~30 are being treated with Hetlioz. We think this may be an exaggeration, given there were only ~600 total patients on Hetlioz at the end of 2016, so we take his estimate with a grain of salt. The specialist does expect his personal usage to increase modestly in the future since he has already been prescribing Hetlioz but expects future usage among his practice colleagues to increase more significantly.

The second specialist we spoke with practices in a community mental health clinic and treats adult patients for a wide variety of psychiatric issues. She currently treats approximately 100 sighted Non-24 patients—primarily patients with autism, intellectual disabilities and TBIs. Approximately one-third of her patients with Non-24 have it as a result of a TBI. The specialist noted approximately ~90% of patients with these conditions have sleep issues, with 5-10% of them suffering from a circadian rhythm disorder. As of now, the specialist has ten patients on Hetlioz therapy and only began prescribing a few months ago after a VNDA sales representative introduced her to the product. Of her ten patients on Hetlioz, two have an autism spectrum disorder, three have an intellectual disability, three have a TBI and the rest a combination of the three or other psychiatric disorders. While she does see patients with depression and anxiety disorders, she has not yet prescribed Hetlioz for these conditions. The specialist expects her Hetlioz usage to continue to grow and noted that a screener tool similar to what SHPG developed for BED would be very helpful in identifying sighted Non-24 patients. She noted before SHPG's BED screener tool was made available, she did not treat BED, but now she treats approximately ~50 BED patients with Vyvanse.

It is clear to us that educating psychiatrists on sighted Non-24 will play a major role on whether VNDA will be able to materially penetrate this market. Based on our discussion with VNDA management, few sighted Non-24 patients are on Hetlioz therapy, meaning there is significant room for growth. Diagnosis remains key, and VNDA will need to take time to educate physicians. If the company were to provide a screening tool similar to what SHPG did for its Vyvanse launch in BED, we think it could lead to wider usage.

## Market Access Hurdles Are Surmountable

Given Hetlioz's price tag, which we estimate at net of ~$130,000/year, Hetlioz is never going to be used as first-line therapy for Non-24 patients—sighted or blind. According to the specialists, their patients are required to step through melatonin and multiple generics and branded benzodiazepines, non-benzodiazepines, Rozerem and Belsomra before being able to receive Hetlioz. According to the specialists, this process can take a while, but ultimately patients can move to Hetlioz after 6-12 months. While one physician noted the prior authorization (PA) process was not much of a hassle since a medical assistant handled the majority of the paperwork, the other physician had to dedicate her own time in order to get Hetlioz. This specialist noted if it weren't for the PA, many more of her patients would be on therapy right now.

STEINHOLT_0001159

VNDA (OUTPERFORM) - $26.00    Vanda Pharmaceuticals Inc.

**Exhibit 1. Some Treatments Used For Non-24 Ahead of Hetlioz**

| Drug Class | Select Brands | Mechanism | Used for | Controlled Substance |
|---|---|---|---|---|
| Benzodiazepines (BZD) | Klonopin | GABA Enhancer | REM Sleep Behavior Disorder | Yes |
| | Ativan | GABA Enhancer | Insomnia | Yes |
| | Restoril | GABA Enhancer | Insomnia | Yes |
| Non-BZD Hypnotics | Sonata | a1 receptor agonist | Insomnia | Yes |
| | Lunesta | a1 receptor agonist | Insomnia | Yes |
| | Ambien | a1 receptor agonist | Insomnia | Yes |
| Melatonin Receptor Agonists | Rozerem | MT1, MT2 agonist | Insomnia | No |
| | Hetlioz | MT1, MT2 agonist | Non-24 | No |
| Orexin Receptor Antagonist | Belsomra | OX1R, OX2R inhibitor | Insomnia | Yes |

Source:  Company information, FactSet and OPCO Research

According to the specialists, Hetlioz works very well in these patient populations.  They also note that Hetlioz not being controlled substance and not being habit-forming is a positive, particularly in today's environment.

## Framing the Sighted Non-24 Market Opportunity for Hetlioz

Prevalence data for patients with sighted Non-24 disorder is scant, to say the least; however, in this analysis we try to roughly approximate the number of patients for several of the conditions physicians cited during our conversations. Based on our analysis, which we walk through below, we believe with the inclusion of sighted Non-24 patients, the market potential for Hetlioz is at least triple that of Non-24 in blind patients alone.  We estimate approximately ~145,000 sighted Non-24 patients eligible for Hetlioz treatment. In order to get to this estimate, we assume the following:

- For autism, intellectual disability, depression and anxiety disorders, there is very little data regarding prevalence of CRDs and Non-24 in these populations. We assume, based on several sources in the literature (link, link, and link) and feedback from our specialists, that approximately ~90% of patients with these conditions have either a sleep disorder or general issues around sleeping due to their condition. From there, we assume ~5% have sighted Non-24 and ~10% of that population have failed previous therapies and are candidates for Hetlioz.

- For TBI, the literature suggests ~36% of TBI patients presenting with insomnia actually met the criteria for a CRD. We then assume ~5% of those patients have sighted Non-24 and ~10% have failed previous therapies and are candidates for Hetlioz.

- For bipolar disorder, we found one study looking at the prevalence of CRDs in this population. Of the total 104 patients in the study, 35 met the criteria of a CRD. Of that 35, six met the criteria for Non-24. So knowing this, we assume a ~5.8% prevalence rate for sighted Non-24 in bipolar disorder and assume 10% of patients have failed previous therapies and are candidates for Hetlioz.

- In total, this gets us to approximately ~290,000 sighted Non-24 patients across these six indications. However, knowing there is considerable overlap between the indications, we haircut our estimate by ~50% in order to be conservative. With that adjustment, we estimate there could be ~145,000 sighted Non-24 patients eligible for Hetlioz treatment within these six conditions, effectively tripling the overall potential market for Hetlioz.



STEINHOLT_0001160

Vanda Pharmaceuticals Inc.                                                                                                    VNDA (OUTPERFORM) - $26.00

**Exhibit 2. Sighted Non-24 Market Build (Estimates)**

| Conditions | US Prevalence | # of Patients in US | Non-24 prevalance | Potential # of Non-24 patients |
|---|---|---|---|---|
| Autism | 1.5% | 3,735,000 | 0.5% | 16,808 |
| Intellectual disability | 0.9% | 2,200,000 | 0.5% | 9,900 |
| Depression | 6.7% | 16,683,000 | 0.5% | 75,074 |
| Anxiety | 13.3% | 33,117,000 | 0.5% | 149,027 |
| TBI | 0.4% | 1,640,000 | 0.2% | 2,952 |
| Bi-polar | 2.6% | 6,474,000 | 0.6% | 37,350 |
| | | | Total | 291,110 |
| | | | Haircut adjustment: | 50% |
| | | | Adjusted Total | 145,555 |

Source: Company information, Factset, National Institute of Mental Health, Anxiety and Depression Associate of America, Center for Disease Control and OPCO Research

While this is our best stab at quantifying the sighted Non-24 market, we believe the takeaway here is that this population is large and underdiagnosed. This could be a meaningful growth factor for VNDA if the company can execute on educating physicians and helping them identify sighted Non-24 patients (potentially through a screening tool).

6  OPPENHEIMER

STEINHOLT_0001161

VNDA (OUTPERFORM) - $26.00                                                                                      Vanda Pharmaceuticals Inc.

We ran several different scenarios with Hetlioz penetration into the sighted Non-24 patient population relative to how much we haircut our sighted Non-24 population estimate. This is not a perfect analysis by any means as it does not take into account growth of the sighted Non-24 population (we grow it at ~1% in our market model), and we use Hetlioz pricing at our peak sales estimate in 2028 (net ~$18,000 per year) for this exercise. However, the takeaway is that very low Hetlioz penetration in the sighted Non-24 population could be a significant growth driver for the company since Hetlioz is very high-margin (~88% gross margin), and VNDA does not require much, if any, incremental spend since it is leveraging its Fanapt sales force to sell into the sighted Non-24 market.

**Exhibit 3. Sighted Non-24 Sales and Patient Estimate Scenario Analysis**

Even in the most conservative scenarios, we believe low penetration into sighted Non-24 could yield $60-$290M in sales



**Haircut adjustment to total sighted Non-24 estimate**

| % Hetlioz penetration | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% |
|---|---|---|---|---|---|---|---|---|
| 0.25% | $130 | $116 | $101 | $87 | $72 | $58 | $43 | $29 |
| 0.50% | $260 | $231 | $202 | $174 | $145 | $116 | $87 | $58 |
| 0.75% | $391 | $347 | $304 | $260 | $217 | $174 | $130 | $87 |
| 1.00% | $521 | $463 | $405 | $347 | $289 | $231 | $174 | $116 |
| 1.25% | $651 | $579 | $506 | $434 | $362 | $289 | $217 | $145 |
| 1.50% | $781 | $694 | $607 | $521 | $434 | $347 | $260 | $174 |
| 1.75% | $911 | $810 | $709 | $607 | $506 | $405 | $304 | $202 |
| 2.00% | $1,041 | $926 | $810 | $694 | $579 | $463 | $347 | $231 |

This would assume ~300-1,150 incremental patients on therapy.



**Haircut adjustment to total sighted Non-24 estimate**

| % Hetlioz penetration | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% |
|---|---|---|---|---|---|---|---|---|
| 0.25% | 655 | 582 | 509 | 437 | 364 | 291 | 218 | 146 |
| 0.50% | 1,310 | 1,164 | 1,019 | 873 | 728 | 582 | 437 | 291 |
| 0.75% | 1,965 | 1,747 | 1,528 | 1,310 | 1,092 | 873 | 655 | 437 |
| 1.00% | 2,620 | 2,329 | 2,038 | 1,747 | 1,456 | 1,164 | 873 | 582 |
| 1.25% | 3,275 | 2,911 | 2,547 | 2,183 | 1,819 | 1,456 | 1,092 | 728 |
| 1.50% | 3,930 | 3,493 | 3,057 | 2,620 | 2,183 | 1,747 | 1,310 | 873 |
| 1.75% | 4,585 | 4,076 | 3,566 | 3,057 | 2,547 | 2,038 | 1,528 | 1,019 |
| 2.00% | 5,240 | 4,658 | 4,076 | 3,493 | 2,911 | 2,329 | 1,747 | 1,164 |

We roughly estimate these scenarios would be worth $2-$11 to our price target using an NPV analysis.

**Haircut adjustment to total sighted Non-24 estimate**

| % Hetlioz penetration | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% |
|---|---|---|---|---|---|---|---|---|
| 0.25% | $5 | $5 | $4 | $3 | $3 | $2 | $2 | $1 |
| 0.50% | $10 | $9 | $8 | $7 | $6 | $5 | $3 | $2 |
| 0.75% | $15 | $14 | $12 | $10 | $9 | $7 | $5 | $3 |
| 1.00% | $20 | $18 | $16 | $14 | $11 | $9 | $7 | $5 |
| 1.25% | $26 | $23 | $20 | $17 | $14 | $11 | $9 | $6 |
| 1.50% | $31 | $27 | $24 | $20 | $17 | $14 | $10 | $7 |
| 1.75% | $36 | $32 | $28 | $24 | $20 | $16 | $12 | $8 |
| 2.00% | $41 | $36 | $32 | $27 | $23 | $18 | $14 | $9 |

Source: Company information, FactSet and OPCO Research estimates

OPPENHEIMER

7

*196*

STEINHOLT_0001162

Vanda Pharmaceuticals Inc.

VNDA (OUTPERFORM) - $26.00

# Our Hetlioz Sales Forecasts

While we don't expect to see much of an impact in 3Q17 since only one-third of the Fanapt sales representatives had been trained and went live in August, we expect 4Q17 to be more informative on VNDA's progress in the sighted Non-24 population.  In 4Q, all ~115 reps will be detailing Hetlioz. Based on our recent due diligence, we are more positive on Hetlioz's potential in sighted Non-24 and are raising our 2018-22 sales estimates by 5-25%. Our revised estimates are ~1-9% higher than consensus estimates for the same time frame. We are also raising our SG&A estimates by ~6-8% between 2018 and 2022 to reflect slightly higher marketing spend for Hetlioz as VNDA rolls out the sighted Non-24 initiative in a more meaningful way.

**Exhibit 4. Hetlioz Sales Forecasts: OPCO vs. Consensus 2017-22**



Source:  Company information, FactSet and OPCO Research estimates

8  OPPENHEIMER

STEINHOLT_0001163

VNDA (OUTPERFORM) - $26.00

Vanda Pharmaceuticals Inc.

## Exhibit 5. Hetlioz Non-24 (Blind and Sighted) Market Models

| Non-24 Market Model (Blind patients) | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Blind Population (MM) | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| %yoy | | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| % of patients w/o light perception | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| % of patients with non-24 | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| # of non-24 candidates for treatment (MM) | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 |
| % penetration | | | | | | | | | | | | | | | | | | | |
| % Hetlioz (VNDA) | 0.6% | 0.7% | 0.8% | 0.9% | 0.9% | 1.0% | 1.1% | 1.2% | 1.2% | 1.3% | 1.4% | 1.4% | 1.5% | 1.4% | 0.7% | 0.5% | 0.4% | 0.3% | 0.2% |
| # of Hetlioz patients (MM) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Avg. TRx per patient | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Total Hetlioz TRx | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Weighted Avg. WAC Price | $9,566 | $12,350 | $13,337 | $13,870 | $14,425 | $15,002 | $15,602 | $16,226 | $16,876 | $17,551 | $18,253 | $18,983 | $19,742 | $20,532 | $21,353 | $22,207 | $23,095 | $24,019 | $24,980 |
| %yoy | | 29.1% | 8.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Gross-to-net discount | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |
| Weighted Avg. Net price | $8,418 | $10,868 | $11,737 | $12,206 | $12,694 | $13,202 | $13,730 | $14,279 | $14,850 | $15,445 | $16,062 | $16,705 | $17,373 | $18,068 | $18,791 | $19,542 | $20,324 | $21,137 | $21,982 |
| Net sales ($MM) | $41 | $66 | $80 | $92 | $104 | $118 | $133 | $149 | $166 | $185 | $204 | $218 | $237 | $238 | $119 | $83 | $73 | $61 | $32 |
| % yoy | | 60% | 22% | 15% | 14% | 13% | 13% | 12% | 12% | 11% | 11% | 7% | 9% | 1% | -50% | -30% | -13% | -16% | -48% |
| OUS sales % | 0% | 0% | 1% | 2% | 5% | 8% | 10% | 12% | 14% | 16% | 18% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| OUS sales | $0 | $0 | $0 | $2 | $5 | $9 | $13 | $18 | $23 | $30 | $37 | $44 | $47 | $48 | $24 | $17 | $15 | $12 | $6 |
| Total Hetlioz Sales | $41 | $66 | $80 | $93 | $110 | $127 | $146 | $167 | $189 | $214 | $241 | $261 | $284 | $286 | $143 | $100 | $88 | $73 | $38 |
| % yoy | | 60% | 22% | 16% | 17% | 16% | 15% | 14% | 14% | 13% | 13% | 8% | 9% | 1% | -50% | -30% | -13% | -16% | -48% |

| Non-24 Market Model (Sighted patients) | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US Sighted Non-24 Patients eligible for Hetlioz (MM) | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.15 | 0.16 | 0.16 | 0.16 | 0.16 | 0.16 | 0.16 | 0.16 | 0.16 | 0.17 | 0.17 | 0.17 |
| %yoy | | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| % penetration | | | | | | | | | | | | | | | | | | | |
| % Hetlioz (VNDA) | 0.0% | 0.0% | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | 0.3% | 0.4% | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% |
| # of Hetlioz patients (MM) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Avg. TRx per patient | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Total Hetlioz TRx | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Weighted Avg. WAC Price | $9,566 | $12,350 | $13,337 | $13,870 | $14,425 | $15,002 | $15,602 | $16,226 | $16,876 | $17,551 | $18,253 | $18,983 | $19,742 | $20,532 | $21,353 | $22,207 | $23,095 | $24,019 | $24,980 |
| %yoy | | 29.1% | 8.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| Gross-to-net discount | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |
| Weighted Avg. Net price | $8,418 | $10,868 | $11,737 | $12,206 | $12,694 | $13,202 | $13,730 | $14,279 | $14,850 | $15,445 | $16,062 | $16,705 | $17,373 | $18,068 | $18,791 | $19,542 | $20,324 | $21,137 | $21,982 |
| Net sales ($MM) | $3 | $6 | $11 | $20 | $31 | $43 | $57 | $71 | $87 | $104 | $123 | $143 | $150 | $158 | $74 | $52 | $45 | $38 | $20 |
| % yoy | | 82% | 87% | 75% | 57% | 40% | 31% | 26% | 22% | 20% | 18% | 16% | 5% | 5% | -53% | -30% | -13% | -16% | -48% |
| Total Hetlioz net sales (MM) | $44 | $72 | $92 | $113 | $140 | $170 | $203 | $238 | $276 | $318 | $364 | $405 | $434 | $443 | $218 | $152 | $133 | $111 | $58 |
| Total patients on therapy | 487 | 611 | 719 | 844 | 986 | 1,131 | 1,278 | 1,427 | 1,578 | 1,732 | 1,888 | 2,001 | 2,062 | 2,027 | 955 | 642 | 539 | 435 | 219 |

Source: Company information, FactSet and OPCO Research



9

*198*

STEINHOLT_0001164

Vanda Pharmaceuticals Inc.                                                          VNDA (OUTPERFORM) - $26.00

## Changes to Our Model

**Exhibit 6. EPS & Sales Forecasts (2016-2022)**

| VNDA Non-GAAP EPS Forecasts (2016-22E) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| New | 0.03 | (0.12) | 0.15 | 0.71 | 1.30 | 1.95 | 2.60 |
| Old | 0.03 | (0.12) | 0.21 | 0.64 | 1.09 | 1.53 | 1.89 |
| Change | - | - | (0.06) | 0.07 | 0.21 | 0.42 | 0.71 |

| VNDA Revenue Forecasts (2016-22E) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| New | 146 | 172 | 200 | 234 | 268 | 307 | 346 |
| Old | 146 | 172 | 194 | 221 | 247 | 273 | 296 |
| Change | - | - | 6 | 14 | 22 | 34 | 50 |

Source: Company information, FactSet and OPCO Research

10  OPPENHEIMER

STEINHOLT_0001165

Vanda Pharmaceuticals inc.

**Exhibit 7. P&L Forecasts (2016-2022)**

| Hetlioz Revenue Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 72 | 92 | 113 | 140 | 170 | 203 | 238 |
| Old | 72 | 92 | 107 | 127 | 148 | 169 | 188 |
| Change | - | - | 6 | 14 | 22 | 34 | 50 |

| Fanapt Revenue Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 74 | 80 | 87 | 94 | 98 | 104 | 108 |
| Old | 74 | 80 | 87 | 94 | 98 | 104 | 108 |
| Change | - | - | - | - | - | - | - |

| COGs Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 25 | 19 | 22 | 26 | 29 | 33 | 37 |
| Old | 25 | 19 | 21 | 24 | 26 | 29 | 32 |
| Change | - | - | 1 | 1 | 2 | 4 | 5 |

| Gross Margin Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 83.1% | 89.1% | 89.0% | 89.0% | 89.4% | 89.3% | 89.3% |
| Old | 83.1% | 89.1% | 89.0% | 89.0% | 89.4% | 89.4% | 89.4% |
| Change | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.1% |

| R&D Expense Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 27 | 39 | 43 | 46 | 48 | 50 | 52 |
| Old | 27 | 39 | 42 | 45 | 47 | 49 | 51 |
| Change | - | - | 1 | 1 | 1 | 1 | 1 |

| SG&A Expense Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 93 | 121 | 130 | 133 | 135 | 138 | 141 |
| Old | 93 | 121 | 123 | 125 | 127 | 128 | 130 |
| Change | - | - | 7 | 8 | 9 | 10 | 10 |

| Tax Rate Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Old | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Change | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

| Net Income Forecasts (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 1 | (6) | 7 | 32 | 60 | 90 | 121 |
| Old | 1 | (6) | 10 | 29 | 50 | 70 | 88 |
| Change | - | - | (3) | 3 | 10 | 19 | 33 |

| Shares Outstanding (2016-22E) | 2016 | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|
| New | 43 | 45 | 45 | 45 | 46 | 46 | 47 |
| Old | 43 | 45 | 45 | 45 | 46 | 46 | 47 |
| Change | - | - | - | - | - | - | - |

Source:  Company information, FactSet and OPCO Research



11

*200*

STEINHOLT_0001166

Vanda Pharmaceuticals Inc.

VNDA (OUTPERFORM) - $26.00

**VNDA Annual P&L Summary (Adj. Basis)**

(figures in $m, except per share data)

| | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17E | 4Q17E | 2017E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hetlioz (tasimelteon; Non-24) | 44 | 72 | 20 | 23 | 24 | 25 | 92 | 24 | 27 | 30 | 32 | 113 | 140 | 170 | 203 | 238 | 276 |
| Fanapt (iloperidone; schizophrenia) | 66 | 74 | 17 | 20 | 21 | 22 | 80 | 19 | 21 | 23 | 24 | 87 | 94 | 98 | 104 | 108 | 114 |
| **Total In-line Product Sales** | **110** | **146** | **37** | **42** | **45** | **48** | **172** | **43** | **48** | **53** | **56** | **200** | **234** | **268** | **307** | **346** | **390** |
| Hetlioz (tasimelteon; Smith-Magenis) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Hetlioz (tasimelteon; Jet Lag) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tradipitant (NK-1 antagonist; pruritis) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tradipitant (NK-1 antagonist; gastroparesis) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Pipeline Product Sales** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Fanapt royalty revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue** | **110** | **146** | **37** | **42** | **45** | **48** | **172** | **43** | **48** | **53** | **56** | **200** | **234** | **268** | **307** | **346** | **390** |
| *% y/y growth* | *466%* | *33%* | *12%* | *17%* | *17%* | *24%* | *18%* | *15%* | *14%* | *18%* | *18%* | *16%* | *17%* | *15%* | *14%* | *13%* | *13%* |
| COGs | 23 | 25 | 4 | 5 | 5 | 5 | 19 | 5 | 5 | 6 | 6 | 22 | 26 | 29 | 33 | 37 | 39.0 |
| *% of sales* | *21%* | *17%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *11%* | *10%* |
| Gross Income | 86 | 121 | 33 | 38 | 40 | 42 | 153 | 38 | 43 | 47 | 50 | 178 | 209 | 240 | 274 | 309 | 351.0 |
| *% gross margin* | *79%* | *83%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *89%* | *90%* |
| R&D expense | 27 | 27 | 10 | 7 | 10 | 11 | 39 | 11 | 11 | 11 | 11 | 43 | 46 | 48 | 50 | 52 | 53 |
| *% of sales* | *24%* | *19%* | *27%* | *18%* | *22%* | *24%* | *23%* | *26%* | *23%* | *20%* | *19%* | *21%* | *20%* | *18%* | *16%* | *15%* | *14%* |
| SG&A expense | 79 | 93 | 28 | 29 | 31 | 33 | 121 | 32 | 32 | 33 | 33 | 130 | 133 | 135 | 138 | 141 | 144 |
| *% of sales* | *72%* | *64%* | *76%* | *69%* | *69%* | *68%* | *70%* | *74%* | *67%* | *62%* | *59%* | *65%* | *57%* | *50%* | *45%* | *41%* | *37%* |
| **Operating Income** | **(19)** | **1** | **(5)** | **1** | **(1)** | **(2)** | **(7)** | **(5)** | **(0)** | **4** | **6** | **5** | **30** | **57** | **86** | **117** | **154** |
| *% operating margin* | *na* | *1%* | *na* | *3%* | *na* | *na* | *na* | *na* | *na* | *7%* | *11%* | *3%* | *13%* | *21%* | *28%* | *34%* | *40%* |
| Net Financial Expense | 0.3 | 0.7 | 0.3 | 0.4 | 0.3 | 0.3 | 1.2 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 2.2 | 2.9 | 3.6 | 4.4 | 5.2 |
| **Pre-tax income** | **(19)** | **2** | **(5)** | **2** | **(1)** | **(1)** | **(6)** | **(4)** | **0** | **4** | **7** | **7** | **32** | **60** | **90** | **121** | **160** |
| *% pre-tax income* | *na* | *na* | *na* | *4%* | *na* | *na* | *na* | *na* | *0%* | *8%* | *12%* | *3%* | *14%* | *22%* | *29%* | *35%* | *41%* |
| Tax expense (benefit) | - | - | - | (0.0) | - | - | (0.0) | - | - | - | - | - | - | - | - | - | - |
| *% tax rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| **Net income (loss)** | **(19)** | **1** | **(5)** | **2** | **(1)** | **(1)** | **(6)** | **(4)** | **0** | **4** | **7** | **7** | **32** | **60** | **90** | **121** | **160** |
| *% sales* | *na* | *1%* | *na* | *4%* | *na* | *na* | *na* | *na* | *0%* | *8%* | *12%* | *3%* | *14%* | *22%* | *29%* | *35%* | *41%* |
| **Diluted Adj. EPS** | **(0.45)** | **0.03** | **(0.11)** | **0.05** | **(0.02)** | **(0.03)** | **(0.12)** | **(0.10)** | **0.00** | **0.09** | **0.15** | **0.15** | **0.71** | **1.30** | **1.95** | **2.60** | **3.39** |
| *% y/y growth* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *na* | *83%* | *49%* | *33%* | *31%* |
| **Diluted GAAP EPS** | **(0.94)** | **(0.41)** | **(0.17)** | **(0.03)** | **(0.08)** | **(0.10)** | **(0.39)** | **(0.17)** | **(0.07)** | **0.01** | **0.07** | **(0.16)** | **0.36** | **0.93** | **1.58** | **2.23** | **3.03** |
| Weighted average diluted shares | 42.3 | 43.4 | 44.4 | 44.7 | 44.8 | 44.9 | 44.7 | 44.9 | 45.0 | 45.1 | 45.2 | 45.1 | 45.2 | 45.7 | 46.1 | 46.6 | 47.1 |
| *% y/y growth* | *21%* | *3%* | *3%* | *4%* | *3%* | *2%* | *3%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* | *1%* |

*Source: Company information and Oppenheimer & Co. Inc. estimates*

12  OPPENHEIMER

STEINHOLT_0001167

**Stock prices of other companies mentioned in this report (as of 10/27/2017):**
Shire PLC (SPHG - NASDAQ, Not Covered, $140.87)

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**



STEINHOLT_0001168

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

### Distribution of Ratings/IB Services Firmwide

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | IB Serv/Past 12 Mos. Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 306 | 58.62 | 119 | 38.89 |
| PERFORM [P] | 212 | 40.61 | 69 | 32.55 |
| UNDERPERFORM [U] | 4 | 0.77 | 3 | 75.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

## Company Specific Disclosures

A member of the household of an Oppenheimer & Co. Inc. research analyst who covers this company has a long position in VNDA.

**Additional Information Available**

**Please log on to http://www.opco.com or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report,

STEINHOLT_0001169

the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2017.



*204*

STEINHOLT_0001170