# Exhibit 9

Biotechnology | Estimate Changes
February 15, 2018



# Vanda Pharmaceuticals Inc. (VNDA)

Financials and Guidance in Line with Preannouncement as Pipeline Progress Continues

**MARKET OUTPERFORM**
Price: $15.85
Price Target: $24.00

## INVESTMENT HIGHLIGHTS

**Jason N. Butler, PhD**
jbutler@jmpsecurities.com
(212) 906-3505

**Roy Buchanan**
rbuchanan@jmpsecurities.com
(212) 906-3509

- **Vanda reported 4Q17 results in line with January's preannouncement; we reiterate our Market Outperform rating and $24 price target on Vanda Pharmaceuticals.** The company reiterated 2018 guidance, including YE18 cash of ~$115MM-$125MM (Figure 1). Cash at the end of 2017 was $143.4MM. Product revenues were roughly in line with our estimate and slightly ahead of consensus, while expenses came in slightly below our expectations (Figure 2).

- **HETLIOZ sales** were $25.0MM in 4Q17, vs. our estimate of $25.0MM and consensus of $24.2MM. At the end of 2017, there were >700 patients on HETLIOZ and less than three weeks of inventory. Vanda noted that the HPI (HETLIOZ to psychiatrists initiative) has driven a more than doubling in total prescriptions vs. the experience with the patient directed program (PDP). Reimbursement rejections from sighted Non-24 patients have occurred at a higher rate than for the blind; however, the company believes insurance companies will increasingly recognize that HETLIOZ is approved for use in sighted, as well as in blind, non-24 patients.

- **Fanapt sales** were $19.3MM, ahead of our estimate of $19.0MM and below consensus of $19.8MM. Fanapt prescriptions were 28,159 in 4Q17, up 1% vs. 3Q17. As discuss in our note published January 7, this is the first recent quarter to demonstrate sequential growth for Fanapt (prior was 2Q14). Prescription trends in 1Q18 remain encouraging, in our view.

- **The pipeline is progressing in line with expectations.** As updated in January, results from the Phase 2 trial for tradipitant in gastroparesis are anticipated by YE18. A Phase 3 for tradipitant in atopic dermatitis is expected to start in this half of 2018. Management anticipates a trial of several hundred patients, as in Phase 2, with mild-to-severe AD. The company may look at patients with high-IgE levels, a marker of atopy. Two trials in jet lag for HETLIOZ (2102 and 3107) have completed enrollment and remain on track for results this quarter. We do not include jet lag in our valuation. The pivotal trial for HETLIOZ in Smith-Magenis Syndrome continues to enroll, with results still expected in 2018.

- **Earlier-stage candidates to keep the pipeline fresh.** A Phase I trial for HDAC inhibitor VTR-297 in patients with hematologic malignancies is expected to begin in 2H18. The company also indicated that "compound K," a CFTR modulator in development for dry eye was well tolerated, with limited systemic exposure in animal models. Vanda plans an IND filing by YE, with human trials to start in 2019.

- Our $24 price target is based on our sum-of-the-parts analysis of HETLIOZ in Non-24, Fanapt in schizophrenia, and tradipitant in chronic pruritus, with potential upside for each asset in additional indications.

### MARKET DATA

| | |
|---|---|
| Price | $15.85 |
| 52-Week Range: | $11.90 - $18.99 |
| Shares Out. (M): | 44.9 |
| Market Cap ($M): | $711.7 |
| Average Daily Vol. (000): | 492.0 |
| Cash (M): | $143 |
| Cash/Share: | $3.20 |
| Enterprise Value (M): | $492 |
| LT Debt (M): | $0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2016A | 2017A | 2018E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $33.3 | $37.4 | -- |
| | 2Q | $36.0 | $42.1 | -- |
| | 3Q | $38.5 | $41.3 | -- |
| | 4Q | $38.2 | $44.3 | -- |
| | FY | $146.0 | $165.1 | $193.4 |
| EPS | 1Q | ($0.29) | ($0.17) | -- |
| | 2Q | ($0.11) | ($0.03) | -- |
| | 3Q | ($0.01) | ($0.10) | -- |
| | 4Q | ($0.01) | ($0.04) | -- |
| | FY | ($0.41) | ($0.35) | ($0.23) |
| Previous FY | | NC | ($0.38) | ($0.41) |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



FOR DISCLOSURE AND FOOTNOTE INFORMATION, REFER TO JMP FACTS AND DISCLOSURES SECTION.
This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification.

STEINHOLT_0001079

Vanda Pharmaceuticals Inc. (VNDA)

JMP

### FIGURE 1. Vanda 2018 Guidance (MM$)

|  | Guidance |
|---|---|
| **Net Product sales** | **180 - 200** |
| Hetlioz | 108 - 118 |
| Fanapt | 72 - 82 |
| **Non-GAAP OpEx** | **163 - 173** |
| Amortization | 1.7 |
| SBC | 11 - 15 |
| **YE Cash** | **115 - 125** |

*Source: Company reports*

### FIGURE 2. Vanda Financial Results and Estimates

| VNDA | 4Q17 | | | 2017 | | | 2018 est | | |
|---|---|---|---|---|---|---|---|---|---|
| | JMP old | Cons | Actual | JMP old | Cons | Actual | JMP old | Cons | JMP new |
| Revenue | 44.0 | 43.5 | 44.3 | 164.8 | 164.3 | 165.1 | 194.3 | 186.9 | 193.4 |
| Hetlioz | 25.0 | 24.2 | 25.0 | 90.0 | 89.4 | 90.0 | 114.6 | 110.6 | 112.5 |
| Fanapt | 19.0 | 19.8 | 19.3 | 74.8 | 75.9 | 75.1 | 79.7 | 78.5 | 80.8 |
| Total operating expense | 42.6 | | 41.6 | 165.1 | | 164.1 | 189.5 | | 182.4 |
| R&D | 10.4 | | 10.2 | 38.8 | | 38.5 | 44.6 | | 53.3 |
| SG&A | 31.7 | | 31.0 | 124.5 | | 123.8 | 143.2 | | 127.3 |
| Net income (loss) | (3.4) | (6.9) | (1.8) | (17.1) | (16.3) | (15.6) | (18.5) | (17.7) | (10.3) |
| Shs outstanding (diluted) | 45.0 | | 44.9 | 44.8 | | 44.7 | 45.7 | | 45.3 |
| GAAP EPS (diluted) | ($0.08) | ($0.12) | ($0.04) | ($0.38) | ($0.44) | ($0.35) | ($0.41) | ($0.48) | ($0.23) |
| Non-GAAP EPS (diluted) | ($0.02) | ($0.12) | $0.03 | ($0.13) | ($0.43) | ($0.07) | ($0.11) | ($0.29) | $0.09 |

*Source: Company reports, Thomson Reuters, JMP Securities LLC*

*114*

STEINHOLT_0001080

Vanda Pharmaceuticals Inc. (VNDA)

JMP

## Company Description

Vanda is a specialty pharmaceutical company focused on the development and commercialization of novel therapies to address high unmet medical needs and improve the lives of patients.

## Investment Risks

Potential risks to our investment thesis and valuation include, but are not limited to, clinical, regulatory, commercial, and competitive factors.

Clinical risk. Vanda's product candidates may fail to demonstrate adequate efficacy, safety, and/or tolerability in one or more clinical studies.

Regulatory risk. The FDA and/or other ex-U.S. regulatory agencies could reject any of the firms', or its partners', future regulatory filings or require additional studies prior to granting approval.

Industry risk. The biopharmaceutical industry is highly competitive, with many firms developing novel therapies that may address Vanda's target diseases, or which may do so in the future. It is possible that breakthrough competitor products or therapies may render the company's products obsolete and affect its future survival.

Balance sheet risk. The company has a history of losses and consistent profitability is still likely several years in the future. Raising additional capital may be necessary to fund the business model.

*115*

STEINHOLT_0001081

Vanda Pharmaceuticals Inc. (VNDA)

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances or events that may subsequently come to my/our attention. Signed Jason N. Butler and Roy Buchanan

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the security of Vanda Pharmaceuticals Inc.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from Vanda Pharmaceuticals Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of February 15, 2018)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 273 | 61.76% | Buy | 273 | 61.76% | 77 | 28.21% |
| MARKET PERFORM | Hold | 163 | 36.88% | Hold | 163 | 36.88% | 29 | 17.79% |
| MARKET UNDERPERFORM | Sell | 6 | 1.36% | Sell | 6 | 1.36% | 0 | 0% |
| COVERAGE IN TRANSITION | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 442 | 100% | | 442 | 100% | 106 | 23.98% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.



*116*

STEINHOLT_0001082

Case 1:19-cv-01108-LB    Document 82-18    Filed 01/28/22    Page 6 of 7 PageID #: 3009

Vanda Pharmaceuticals Inc. (VNDA)



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2018. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

*117*

STEINHOLT_0001083

Vanda Pharmaceuticals Inc. (VNDA)



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

## RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Commercial & Specialty Finance**
| | |
|---|---|
| Christopher York | (415) 835-8965 |
| Thomas Wenk | (415) 835-8962 |

**Consumer Finance**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Financial Processing & Outsourcing**
| | |
|---|---|
| David M. Scharf | (415) 835-8942 |
| Jeff Zhang, CFA | (415) 835-8948 |

**Insurance**
| | |
|---|---|
| Matthew J. Carletti | (312) 768-1784 |
| Karol Chmiel | (312) 768-1786 |

**Investment Banks & Brokers**
| | |
|---|---|
| Devin Ryan | (212) 906-3578 |
| Brian McKenna | (212) 906-3545 |

**Mortgage Operating Companies**
**REITs: Agency, Hybrid, & Commercial Mortgage**
| | |
|---|---|
| Steven C. DeLaney | (212) 906-3517 |
| Trevor Cranston, CFA | (415) 869-4431 |
| Mikhail Goberman | (212) 906-3543 |
| Benjamin Zucker | (212) 906-3529 |

### HEALTHCARE

**Biotechnology**
| | |
|---|---|
| Liisa A. Bayko | (312) 768-1785 |
| Jonathan Wolleben | (312) 768-1788 |
| Jason N. Butler, PhD | (212) 906-3505 |
| Roy Buchanan | (212) 906-3509 |
| Michael G. King, Jr. | (212) 906-3520 |
| Konstantine Aprilakis, MD | (212) 906-3503 |
| Michael Englander | (212) 906-3540 |
| Simon Gruber | (212) 906-3538 |

**Healthcare Services & Facilities**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Brian Riley | (415) 835-8908 |

**Medical Devices & Supplies**
| | |
|---|---|
| David Turkaly | (212) 906-3563 |
| John Gillings | (212) 906-3564 |
| Daniel W. Stauder | (212) 906-3535 |

**Specialty Pharmaceuticals**
| | |
|---|---|
| Donald Ellis | (212) 906-3507 |
| Nazibur Rahman | (212) 906-3519 |

### REAL ESTATE

**Housing & Land Development**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Doug Hansen | (415) 835-8934 |

**Property Services**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**REITs: Healthcare, Residential, & Specialty**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |
| Brian Riley | (415) 835-8908 |

**REITs: Diversified, Industrial, Office, & Retail**
| | |
|---|---|
| Mitch Germain | (212) 906-3546 |
| Corey DeVito | (212) 906-3525 |

**Residential Services**
| | |
|---|---|
| Peter L. Martin, CFA | (415) 835-8904 |
| Aaron Hecht | (415) 835-3963 |

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
| | |
|---|---|
| Joseph Osha | (415) 835-8998 |
| Hilary Cauley | (415) 835-8996 |

**Cybersecurity, Data Management & Comm Infrastructure**
| | |
|---|---|
| Erik Suppiger | (415) 835-3918 |
| Michael Berg | (415) 835-3914 |

**Internet & Digital Media**
| | |
|---|---|
| Ronald V. Josey III | (212) 906-3528 |
| Shweta Khajuria | (415) 835-8916 |

**Software**
| | |
|---|---|
| Patrick Walravens | (415) 835-8943 |
| Mathew Spencer | (415) 835-8930 |
| Greg McDowell | (415) 835-3934 |

## ADDITIONAL CONTACTS

| | | |
|---|---|---|
| **Thomas R. Wright** | **Charles Sweeney** | **600 Montgomery Street, Suite 1100** |
| **Director of Equities** | **Director of Sales & Trading** | San Francisco, CA 94111 |
| (212) 906-3599 | (212) 906-3573 | www.jmpsecurities.com |

*118*

STEINHOLT_0001084