# Exhibit 10

**COMPANY NOTE**

Target | Estimate Change

USA | Healthcare | Pharmaceuticals/Specialty

August 2, 2018

# Jefferies

# Vanda Pharmaceuticals (VNDA)
## Q2: Hetlioz Does Not Disappoint; Fanapt Steady; Two Ph. II Read-outs Late 2018

**Key Takeaway**

**Hetlioz beats on the top-line with $28M in sales, building off a +ve Q1 (where TRx and new patient starts were already at all-time highs), suggesting plenty of U.S. demand/growth remains. Ph. II/III Hetlioz Smith-Magenis and Ph. II tradipitant gastroparesis data remain on track for end 2018. Continued Hetlioz execution and good Q3 sales # plus +ve SMS and/or gastro data sets VNDA up for strong potential price appreciation through 2018. We up PT to $24 from $22.**

**Hetlioz beats and growth story remains.** Hetlioz sales of $28M grew from $25.4M in Q1'18, ahead of our $26.6M estimate. Net new patient adds occurred in both blind and sighted non-24 patients. There were no unusual wholesaler or specialty pharmacy purchases, indicating growth was driven by end-user demand. Gross-to-net improved from 18% in Q1 (historically the toughest quarter due to insurance deductibles). CEO Polymeropolous noted the Hetlioz Psychiatrist Initiative continues to generate strong demand however many payers continue to have prior authorizations in place to initially limit coverage. A majority of use is still based on the blind patients, though VNDA is optimistic HPI could shift the patient mix in the future. Recall on the Q1 call CEO Polymeropolous noted Hetlioz scrips were at all time highs, as were new patient starts. Thus Q2 is very much a continuation of positive Q4'17 and Q1'18 momentum for Hetlioz.

**Financials.** VNDA reported total sales of $47.4M and GAAP and non-GAAP EPS of $0.09 and $0.15 vs. our -$0.54 and $0.02, respectively, driven by lower SG&A spend than expected. In addition, we had included the $25M milestone payment to BMY for cumulative Hetlioz sales as an R&D milestone (it was treated as a BS/CF item). VNDA re-iterated revenue guidance of $180-200M, but lowered non-GAAP Opex to $153-163M and upped year end cash to $225-235M.

**Fanapt holding steady.** Q2 TRx per IQVIA were 27,832, up sequentially +2% vs. Q1'18's 27,372. Wholesaler inventory was down slightly vs. Q1. Due to Q3 and Q4 holidays, we assume slightly lower TRx and model $74M in total sales, at the low end of 2018 guidance of $72-82M.

**Pipeline update.** <u>Tradipitant in Chronic Pruritus:</u> VNDA recently started the Ph. III study, and tentatively plans to start a 2nd study by H1'19. The Ph. II study in gastroparesis has randomized ~110, and based on patients in screening, VNDA expects to enroll 150, with data on track by the end of 2018. <u>Hetlioz:</u> While VNDA provided no details on enrollment for this Ph. II/III study (e.g., "n" enrolled), it re-iterated data by the end of 2018. VNDA plans to file the sNDA for Jet Lag Disorder by late 2018 and to request a Priority Review.

**BUY**

Price target $24.00
(from $22.00)
Price $20.65^

## Financial Summary

| | |
|---|---|
| Net Debt (MM): | ($231.0) |
| Long-Term Debt (MM): | 0.0 |
| Cash & ST Invest. (MM): | 231.0 |
| Cash (MM): | 231.0 |
| Net Cash/Share: | $4.29 |

## Market Data

| | |
|---|---|
| 52 Week Range: | $21.25 - $11.90 |
| Total Entprs. Value (MM): | $846.9 |
| Market Cap. (MM): | $1,077.9 |
| Insider Ownership: | 7.6% |
| Institutional Ownership: | 67.4% |
| Shares Out. (MM): | 52.2 |
| Float (MM): | 50.2 |
| Avg. Daily Vol.: | 457,029 |

**Matthew J. Andrews** *
Equity Analyst
(617) 342-7866 mandrews1@jefferies.com
**Roger Song** *
Equity Associate
(617) 342-7955 rsong@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E | Prev. | |
|---|---|---|---|---|---|---|---|---|
| Rev. (MM) | -- | 165.1 | *191.0* | 189.0 | *263.4* | 261.3 | -- | -- |
| Cons. Rev. | -- | 165.1 | -- | 193.4 | -- | 224.6 | -- | -- |
| **EPS** | | | | | | | | |
| Mar | -- | (0.17) | -- | 0.07A | -- | -- | -- | -- |
| Jun | -- | (0.04) | *(0.54)* | 0.09A | -- | -- | -- | -- |
| Sep | -- | (0.10) | *(0.10)* | (0.05) | -- | -- | -- | -- |
| Dec | -- | (0.04) | *(0.11)* | (0.14) | -- | -- | -- | -- |
| FY Dec | -- | (0.35) | *(0.72)* | (0.09) | *0.93* | 0.82 | -- | -- |

## Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 6 to 10 of this report.

*414*

**VNDA**

Target | Estimate Change

August 2, 2018

**Vanda Pharmaceuticals, Inc.**

## Buy: $24.00 Price Target

*THE LONG VIEW*

## Scenarios

### Base Case

* Hetlioz 2033 sales of $470M in U.S. and the EU-5.
* Fanapt 2027 sales $118M. Generic Fanapt enters the U.S. market in 2028.
* 40% probability-weighted royalty revenue contributions for tradipitant in gastroparesis.
* Price Target: $24 (based on a blended DCF and P/S).

### Upside Scenario

* Better Hetlioz pricing in the U.S. (6% annual increase) for global sales of $608M.
* No change in Fanapt estimates ($118M at peak in 2027).
* Increased probability of success for tradipitant in gastroparesis (75%).
* Price Target: $30 (DCF-based).

### Downside Scenario

* Hetlioz growth in U.S. and Europe less robust than expected (~1,100 in the U.S. on drug) with sales of $313M.
* U.S. Fanapt sales do not grow and stay at $80M annually through 2027.
* No credit given for any pipeline programs.
* Price Target: $13 (DCF-based; includes ~$4.00/share cash).

## Investment Thesis / Where We Differ

* Positive court ruling in August 2016 removed a key Fanapt headwind and provides IP runway through 2027/2028.
* We see Hetlioz for non-24 as a $470M U.S./EU market by 2033 with peak net new patient starts in 2018 and declining thereafter.
* The pipeline's value and potential to support top-line growth will become clearer through 2018 with pivotal data for Hetlioz in JLD and SMS and tradipitant in gastroparesis.

## Catalysts

* End 2018: Tradipitant Ph. II gastroparesis results.
* End 2018: Hetlioz SMS Ph. II/III results.

## Long Term Analysis

* We assume positive non-GAAP and GAAP net income in 2018 and 2019 and consistent positive operating cash flows starting in 2019.
* VNDA expects to end 2018 with $225-235M in cash, following its Q1 2018 (mid-March) secondary common stock offering.

**Matthew J. Andrews**, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

**Jefferies** *415*

STEINHOLT_0000929

**VNDA**

Target | Estimate Change

August 2, 2018

**Chart 1: VNDA Upcoming Milestones**

| Program | Timing | Event |
|---|---|---|
| Hetlioz (tasimelteon) | 2018 | Submit technology and pricing dossiers in France and Italy. |
| | H2 2018 | Results for the PK study for a liquid formulation for pediatric Non-24 patients. |
| | End of 2018 | Top-line results for the Ph. II/III placebo control (VP-VEC-162-2401) study in 48 SMS patients. |
| | End of 2018 | File the sNDA for Jet Lag Disorder (JLD). |
| | Q2 2019 | FDA advisory committee meeting for JLD (?). |
| | Q3 2019 | If FDA grants Priority Review, potential FDA decision on the sNDA in JLD. |
| | 2019 | Potential MAA filing for JLD. |
| | 2019 | Potential NDA and MAA filings in SMS. |
| | 2019 | Start a Ph. III study in pediatric Non-24 patients. |
| | 2020+ | Potential NDA and MAA filings for pediatric Non-24. |
| Fanapt (iloperidone) | 2017+ | Manufacture clinical supply of long-acting (once-monthly), injectable Fanapt ahead of a potential Ph. III study. |
| | End of 2018 | Start a PK study for the once-monthly injectable formulation. |
| Tradipitant (VLY-686) | End of 2018 | Top-line results from the Ph. II study in gastroparesis patients. |
| | Late 2018/2019 | Start the 2nd Ph. III study in chronic pruritus/atopic dermatitis. |
| | 2020+ | Potential NDA and MAA filings for gastroparesis and chronic pruritus/atopic dermatitis. |
| CFTR program | 2018 | Complete technology transfer from UCSF and start INDA-enabling studies for several CFTR indications. |
| VTR-297 (Trichostatin A) | End of 2018 | Start a Ph. I clinical program in hematologic indications. |

Source: Company reports and Jefferies estimates

Matthew J. Andrews, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

STEINHOLT_0000930

## Chart 2: VNDA DCF Valuation

**VNDA - Discounted Cash Flow Analysis**

| (All values in $M except per share data) | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2031E | 2032E | 2033E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WW Product Sales | $189 | $261 | $257 | $288 | $335 | $367 | $413 | $458 | $504 | $547 | $529 | $535 | $428 | $440 | $452 | $470 |
| Operating expenses | $195 | $220 | $227 | $238 | $236 | $227 | $218 | $220 | $214 | $215 | $191 | $183 | $160 | $151 | $143 | $135 |
| EBIT | ($6) | $42 | $30 | $50 | $100 | $140 | $195 | $239 | $290 | $333 | $337 | $352 | $268 | $289 | $308 | $335 |
| Taxes | $0 | $0 | $0 | $8 | $21 | $30 | $42 | $51 | $62 | $72 | $73 | $77 | $59 | $64 | $68 | $74 |
| EBIAT | ($6) | $42 | $30 | $42 | $78 | $110 | $153 | $187 | $227 | $261 | $264 | $275 | $209 | $225 | $240 | $261 |
| PV of CF | ($6) | $38 | $25 | $31 | $52 | $67 | $84 | $93 | $102 | $106 | $97 | $92 | $63 | $61 | $59 | $58 |

| Discount Rate | 10.5% |
|---|---|

| DCF Valuation | |
|---|---|
| Present value of cash flows | $1,027 |
| Cash at end 2018 | $237 |
| Debt | $0 |
| Enterprise value | $790 |
| **Equity value ($M)** | **$1,264** |
| **Equity value per diluted share** | **$24.11** |

Source: Company reports and Jefferies estimates

## Chart 3: VNDA Price to Sales and Blended Valuation

**VNDA Price-to-Sales Valuation**

| Revenues | | | | |
|---|---|---|---|---|
| Estimated 2019 Revenues to VNDA | $261 | $261 | Valuation Year | 2019 |
| **Total Revenues** | **$261** | **$261** | Valuation Date | 12/31/2019 |
| Multiple | 5.0 | 5.5 | Today's Date | 8/1/2018 |
| **Multiple*Revenues** | **$1,306** | **$1,437** | 0.4 | Years |
| Discount Rate | 11.5% | 10.5% | | |
| Periods | 0.4 | 0.4 | | |
| PV of Future Revenues | $1,248 | $1,378 | | |
| Estimated Shares Outstanding at end of 2018 | 59 | 59 | | |
| **Estimated Share Value in $** | **$21.34** | **$23.56** | | |

| | DCF | P/S |
|---|---|---|
| Valuation by Method | $24 | $22 |
| Blended Valuation | **$23.28** | |

Note: Revenues in $M.

Source: Company reports and Jefferies estimates

**Matthew J. Andrews**, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

**Jefferies** *417*

STEINHOLT_0000931

Case 1:19-cv-01108-LB    Document 82-19    Filed 01/28/22    Page 6 of 11 PageID #: 3016

**Chart 4: VNDA Income Statement**

**Vanda Pharmaceuticals, Inc.**
Statement of Operations
Fiscal Year Ends December 31
(In Millions $, except per share data)

| | 2017A | Q1 18A | Q2 18A | Q3 18E | Q4 18E | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | |
| WW Hetlioz Sales | 90.0 | 25.4 | 28.0 | 29.9 | 31.2 | 114.5 | 142.3 | 168.6 | 194.6 | 220.7 | 247.6 | 272.4 | 297.2 |
| US Hetlioz Sales | 88.6 | 25.1 | 27.5 | 29.1 | 30.4 | 112.1 | 133.3 | 157.5 | 180.6 | 204.1 | 227.9 | 249.8 | 271.7 |
| U.S. Fanapt Revenues | 75.1 | 18.2 | 19.3 | 18.5 | 18.5 | 74.5 | 79.0 | 83.7 | 87.9 | 92.3 | 96.9 | 101.8 | 106.8 |
| WW Tradipitant royalties | | | | | | | | | - | 7.1 | 17.7 | 33.7 | 49.3 |
| Collaboration Revenues (Tradipitant) | | | | | | - | 40.0 | 5.0 | 5.0 | 15.0 | 5.0 | 5.0 | 5.0 |
| **Total Revenues** | **165.1** | **43.6** | **47.4** | **48.4** | **49.7** | **189.0** | **261.3** | **257.3** | **287.5** | **335.1** | **367.2** | **412.8** | **458.4** |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| COGS | 17.8 | 4.6 | 5.2 | 5.9 | 6.0 | 22.9 | 26.5 | 27.7 | 31.2 | 34.6 | 26.8 | 16.6 | 17.7 |
| *% of sales* | *11%* | *10%* | *11%* | *12%* | *12%* | *12%* | *10%* | *11%* | *11%* | *10%* | *7%* | *4%* | *4%* |
| R&D | 38.5 | 9.4 | 9.9 | 14.0 | 18.0 | 51.3 | 56.4 | 59.2 | 59.2 | 53.3 | 48.0 | 43.2 | 38.9 |
| *% of revenues* | *23%* | *22%* | *21%* | *29%* | *36%* | *27%* | *22%* | *23%* | *21%* | *16%* | *13%* | *10%* | *8%* |
| SG&A | 123.8 | 26.8 | 28.0 | 31.0 | 33.0 | 118.8 | 135.0 | 138.4 | 141.8 | 145.4 | 149.0 | 152.7 | 156.6 |
| *% of revenues* | *75%* | *55%* | *54%* | *59%* | *61%* | *58%* | *52%* | *54%* | *49%* | *43%* | *41%* | *37%* | *34%* |
| Tradipitant milestones & royalties to Eli Lilly | | | | | | | | 0.0 | 4.0 | 0.5 | 1.3 | 3.4 | 4.9 |
| Other Operating expenses | 1.8 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| **GAAP Total Operating expenses** | **182.0** | **41.2** | **43.4** | **51.3** | **57.4** | **194.6** | **219.7** | **227.0** | **237.9** | **235.6** | **226.8** | **217.6** | **219.8** |
| **Non-GAAP Operating expenses\*** | **151.9** | **33.1** | **35.1** | **41.6** | **47.2** | **157.0** | **178.0** | **183.8** | **191.0** | **185.3** | **184.5** | **185.6** | **186.7** |
| | | | | | | | | | | | | | |
| **GAAP Net Operating Income (Expense)** | **(16.9)** | **2.4** | **4.0** | **(2.9)** | **(7.8)** | **(5.6)** | **41.6** | **30.2** | **49.6** | **99.5** | **140.4** | **195.3** | **238.6** |
| | | | | | | | | | | | | | |
| **Other Income (Expense)** | | | | | | | | | | | | | |
| Interest income | 1.5 | 0.6 | 0.8 | 0.3 | 0.3 | 1.2 | 1.4 | 1.7 | 2.0 | 2.6 | 3.4 | 4.5 | 5.8 |
| **Total Other Income (Expense)** | **1.5** | **0.6** | **0.8** | **0.3** | **0.3** | **1.2** | **1.4** | **1.7** | **2.0** | **2.6** | **3.4** | **4.5** | **5.8** |
| | | | | | | | | | | | | | |
| Income before taxes | (15.4) | 3.1 | 4.8 | (2.6) | (7.5) | (4.4) | 43.1 | 31.9 | 51.6 | 102.2 | 143.8 | 199.7 | 244.4 |
| Taxes | - | (0.0) | 0.1 | - | - | 0.1 | - | - | 7.7 | 21.5 | 30.2 | 41.9 | 51.3 |
| *Tax Rate* | *0%* | *0%* | *2%* | *0%* | *0%* | *0%* | *0%* | *0%* | *15%* | *21%* | *21%* | *21%* | *21%* |
| **GAAP Net Income (Loss)** | **(15.4)** | **3.1** | **4.7** | **(2.6)** | **(7.5)** | **(4.5)** | **43.1** | **31.9** | **43.9** | **80.7** | **113.6** | **157.8** | **193.0** |
| | | | | | | | | | | | | | |
| Basic EPS | ($0.35) | $0.07 | $0.09 | ($0.05) | ($0.14) | ($0.09) | $0.82 | $0.61 | $0.83 | $1.53 | $2.16 | $2.99 | $3.66 |
| Diluted EPS | ($0.30) | $0.06 | $0.09 | ($0.04) | ($0.13) | ($0.08) | $0.74 | $0.55 | $0.75 | $1.37 | $1.93 | $2.68 | $3.28 |
| | | | | | | | | | | | | | |
| **Non-GAAP Net Income (Loss)** | **(3.23)** | **6.57** | **7.83** | **1.19** | **(3.22)** | **10.17** | **58.18** | **47.49** | **59.69** | **96.33** | **129.12** | **173.24** | **208.45** |
| | | | | | | | | | | | | | |
| *Non-GAAP Basic EPS* | *($0.07)* | *$0.14* | *$0.15* | *$0.02* | *($0.06)* | *$0.20* | *$1.11* | *$0.90* | *$1.14* | *$1.83* | *$2.45* | *$3.29* | *$3.95* |
| *Non-GAAP Diluted EPS* | *($0.06)* | *$0.14* | *$0.15* | *$0.02* | *($0.06)* | *$0.18* | *$0.99* | *$0.81* | *$1.02* | *$1.64* | *$2.20* | *$2.95* | *$3.54* |
| | | | | | | | | | | | | | |
| Shares outstanding (Basic) | 44.7 | 46.3 | 52.2 | 52.3 | 52.4 | 50.8 | 52.5 | 52.5 | 52.6 | 52.6 | 52.7 | 52.7 | 52.8 |
| Shares outstanding (Diluted) | 50.8 | 48.2 | 53.9 | 58.4 | 58.5 | 56.9 | 58.6 | 58.6 | 58.7 | 58.7 | 58.8 | 58.8 | 58.9 |

\*=Non GAAP OPEX excludes COGS, stock based compensation, and amortization of intangibles.

Source: Company reports and Jefferies estimates

**Matthew J. Andrews**, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

**Jefferies** *418*

STEINHOLT_0000932

**VNDA**

Target | Estimate Change

August 2, 2018

## Company Description

**Vanda Pharmaceuticals**

Vanda Pharmaceuticals Inc. is a specialty pharmaceutical company with two commercial assets and a pipeline focused on CNS, dermatology, and gastroenterology markets. Hetlioz is approved in the U.S. and Europe for the treatment of Non-24-Hour Sleep-Wake Disorder in the Totally Blind. In December 2014 Vanda settled litigation with former partner Novartis and regained rights to Fanapt, an atypical anti-psychotic approved for acute and maintenance treatment of schizophrenia in the U.S. Vanda's pipeline is highlighted by life-cycle management indications for Hetlioz, and tradipitant for chronic pruritus and gastroparesis. Vanda is headquartered in Washington, D.C. and began operations in 2003.

## Company Valuation/Risks

**Vanda Pharmaceuticals**

Our $24 PT is a blend of DCF and P/S. Risks: IP, commercial, and clinical.

## Analyst Certification:

I, Matthew J. Andrews, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Roger Song, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | , 22:48 ET. August 1, 2018 |
| Recommendation Distributed | , 06:00 ET. August 2, 2018 |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Vanda Pharmaceuticals, Inc.

Within the past 12 months, Jefferies Group LLC, its affiliates or subsidiaries has received compensation from investment banking services from Vanda Pharmaceuticals, Inc..

Within the past twelve months, Vanda Pharmaceuticals, Inc. has been a client of Jefferies LLC and investment banking services are being or have been provided.

Jefferies Group LLC, its affiliates or subsidiaries has acted as a manager or co-manager in the underwriting or placement of securities for Vanda Pharmaceuticals, Inc. or one of its affiliates within the past twelve months.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Matthew J. Andrews**, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

Jefferies *419*

STEINHOLT_0000933

Case 1:19-cv-01108-LB    Document 82-19    Filed 01/28/22    Page 8 of 11 PageID #: 3018

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

• Vanda Pharmaceuticals, Inc. (VNDA: $20.65, BUY)



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

Matthew J. Andrews, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

STEINHOLT_0000934

Case 1:19-cv-01108-LB    Document 82-19    Filed 01/28/22    Page 9 of 11 PageID #: 3019

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Count | Percent | Count | Percent |
| BUY | 1129 | 53.94% | 74 | 6.55% | 11 | 0.97% |
| HOLD | 836 | 39.94% | 19 | 2.27% | 1 | 0.12% |
| UNDERPERFORM | 128 | 6.12% | 0 | 0.00% | 0 | 0.00% |

**Matthew J. Andrews**, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

**Jefferies** *421*

STEINHOLT_0000935

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

Matthew J. Andrews, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

STEINHOLT_0000936



Case 1:19-cv-01108-LB    Document 82-19    Filed 01/28/22    Page 11 of 11 PageID #: 3021

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

Matthew J. Andrews, Equity Analyst, (617) 342-7866, mandrews1@jefferies.com

Please see important disclosure information on pages 6 - 10 of this report.

STEINHOLT_0000937