# Exhibit 11

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

## FORMAL DISPUTE RESOLUTION REQUEST

August 1, 2018

Ms. Melissa Sage
CDER Formal Dispute Resolution Project Manager
10903 New Hampshire Avenue
White Oak Building 22, Room 5234
Silver Spring, MD 20993-0002

> **Re: IND 131545**
> **tradipitant (VLY-686)**
> **Formal Dispute Resolution Request**

Dear Ms. Sage:

Pursuant to 21 C.F.R. § 10.75 and the Prescription Drug User Fee Act VI on major dispute resolution,[1] Vanda Pharmaceuticals ("Vanda" or "the Company") hereby requests formal resolution of a dispute with the Division of Gastroenterology and Inborn Errors Products ("the Division") regarding a requirement for a 9-month non-rodent chronic toxicology study before Vanda can proceed with Study VP-VLY-686-2301 ("Study 2301").

Study 2301 is a Phase 2 study evaluating the efficacy of tradipitant in relieving gastroparesis symptoms. Vanda would like to conduct an open label extension for a period of 52 weeks in Study 2301, but the Division has stated that Study 2301 will be placed on a clinical hold if the Company extends its clinical program past 3 months without the completion of a 9-month non-rodent chronic toxicology study. This explicit threat of a clinical hold places Vanda in an untenable situation and requires that the issue of whether the 9 month study is a prerequisite to the Phase 3 trial be addressed at this time. The Company hereby appeals the decision of the Division to the Director of the Office of Drug Evaluation III ("ODE III").

Vanda believes the Division's decision is flawed. Tradipitant has a well-established safety profile. Tradipitant's development program to date has included extensive toxicity and other nonclinical studies, including 6-month rodent and 3-month canine chronic toxicity studies, without any significant safety signals observed. Tradipitant has also been well tolerated in individuals who have received daily doses of tradipitant in clinical trials, with dosages ranging from ████████████████████████

The Division has provided no basis from the scientific review of the tradipitant program to require a 9-month non-rodent study in tradipitant other than to follow, as if it were a requirement, a recommendation in the Guidance for Industry: M3(R2) Nonclinical Safety Studies for the Conduct of Human Clinical Trials and Marketing Authorization for Pharmaceuticals

---

[1] FDA, PDUFA Reauthorization Performance Goals and Procedures Fiscal Years 2018 Through 2022, Section I.E.

FDA-08754



**PRIVILEGED AND CONFIDENTIAL**
**Attorney-Client Privileged**
**Attorney Work Product**

("M3(R2) Guidance"). FDA's decision is particularly troubling for the gastroparesis patients participating in Study 2301 who have a serious condition with no long-term treatments available in the U.S.

Moreover, requiring a 9-month non-rodent study by default raises serious ethical considerations. International principles aim to reduce the number of animals sacrificed in research, and studies suggest that a 9-month non-rodent study would not lead to new toxicity findings for tradipitant. Instead, clinical observation in non-rodents could be adequate whereas a 9-month non-rodent chronic toxicology study would result in necropsy of animal participants at the end of the study. The division's decision to require a 9-month non-rodent study would needlessly sacrifice animals and likely fail to yield additional, meaningful toxicology information about tradipitant.

Vanda requests that ODE III review this matter and determine that Vanda can pursue a 52-week open label extension to Study 2301 without needing to complete a 9-month non-rodent chronic toxicology study. In the alternative, if the study must be conducted, Vanda asks that ODE III grant Vanda the option to design and run a study whereby either non-rodents not exhibiting signs of toxicity would not require sacrificing or, if necropsy and histopathology must be conducted, that such a study be designed to significantly lower the number of dogs utilized upon consultation and determination of what specific and essential data is required by the FDA. Such study could proceed in parallel with a 6-month to 1-year open label extension to Study 2301, which could also have more frequent safety monitoring during the open label extension period.

No new information has been submitted in support of this formal dispute resolution request, and the last deciding official received and had the opportunity to review all of the materials now being relied upon for the request.

**Background**

Overview of tradipitant development program

Gastroparesis

Gastroparesis is a serious chronic disorder. Gastroparesis is a chronic, digestive disorder in which the normal, spontaneous movement of the muscles (motility) is either abnormal or absent.[2] Gastroparesis can be either idiopathic or associated with diabetes mellitus. Patients with gastroparesis suffer from nausea, vomiting, early satiety, postprandial fullness, and abdominal pain.[3] These symptoms negatively impact daily living and social function, leading to a decreased quality of life. According to a 2015 survey of more than 1,000 gastroparesis patients conducted by the International Foundation for Functional Gastrointestinal Disorders ("IFFGD"),

---

[2] Jean Fox and Amy Foxx-Orenstein, *Gastroparesis Basics*, AMERICAN COLLEGE OF GASTROENTEROLOGY (Dec. 2012), http://patients.gi.org/topics/gastroparesis/.
[3] *Id.*

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
**Attorney-Client Privileged**
**Attorney Work Product**

over half of respondents rated their symptoms as "severe" or "very severe" on a four-point scale.[4]  The disease can be progressive or improve over time.

There currently are no long-term medication treatment options for gastroparesis symptoms in the U.S.  Many patients use prokinetic agents to help the stomach empty more quickly and antiemetic agents to treat nausea and vomiting, but these options have serious drawbacks.  Metoclopramide products are approved for use only up to 12 weeks and carry a boxed warning about the risk of tardive dyskinesia, "a serious movement disorder that is often irreversible."[5]  Another prokinetic agent, domperidone, is currently available in the U.S. only under an investigational new drug application ("IND") and is associated with increased cardiovascular risks, including sudden cardiac death.[6]  Many patients with nausea are treated with older antiemetic agents, neuromodulators, or invasive therapies, with little evidence for their effectiveness.[7]  In a 2015 IFFGD survey of patients with gastroparesis, fewer than 5% of respondents reported that they were satisfied with available treatment options.[8]

Tradipitant

Vanda is currently studying tradipitant, a novel neurokinin-1 ("NK-1") antagonist to treat the symptoms of gastroparesis.  ██████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████ █ ████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████ █ ██████████████████████████████████ ██████

Tradipitant is not approved for any indication in the United States but has previously been investigated ████████████████████████████████████████ ██████████████████████████████.  Multiple non-clinical studies have been conducted with tradipitant, including ████████████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████ █ ██████████████████████████████████ ██████████████████████████████████████████████████

---

[4] D Yu, FV Ramsey, et al. *The Burdens, Concerns, and Quality of Life of Patients with Gastroparesis*, 62 Dig Dis. Sci. 879-893 (2017).

[5] Reglan, Highlights of Prescribing Information (Aug. 2017).

[6] FDA, How to Request Domperidone for Expanded Access Use, https://www.fda.gov/Drugs/DevelopmentApprovalProcess/HowDrugsareDevelopedandApproved/ApprovalApplicat ions/InvestigationalNewDrugINDApplication/ucm368736.htm.

[7] *See* WL Hasler, *Symptomatic Management for Gastroparesis: Antiemetics, Analgesics, and Symptom Modulators*, 44 Gastroenterol Clin North Am. 113-26 (2015).

[8] Yu, et al. at 879.

[9] Vanda, Tradipitant Investigator's Brochure (May 10, 2018) ("Investigator's Brochure"), at 16.

[10] PJ Pasricha, et al. *Aprepitant Has Mixed Effects on Nausea and Reduces Other Symptoms in Patients With Gastroparesis and Related Disorders*, 154 Gastroenterology 65-76 (2018).

[11] Investigator's Brochure, at 18.

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08756



████████████████████████████████████████████

██████████████████

Tradipitant has also been administered to patients in multiple clinical studies, including Phase 1 and Phase 2 studies of tradipitant for various conditions: ████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

### Regulatory history of the tradipitant dispute

Vanda is actively conducting a Phase 2 clinical study to evaluate tradipitant's efficacy in relieving gastroparesis symptoms (VP-VLY-686-2301) (IND 131545). ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

On April 10, 2018, Vanda proposed to extend Study 2301 to add an open label extension phase to the ongoing gastroparesis study. Vanda submitted Protocol Amendment #6 to add a 52-week, open-label extension period to Study 2301.[18] (Appendix 3). The extension was submitted in part because of requests by participating patients and investigators to continue the study due to

---

[12] *Id.* at 18-19.

[13] Vanda, Tradipitant VP-VLY-686-2301: A Multicenter, Randomized, Double-Blind Placebo-Controlled Study to Assess the Efficacy of Tradipitant in Relieving Symptoms of Gastroparesis (Aug. 17, 2016).

[14] Vanda, Tradipitant Amendment No. 5 to VP-VLY-686-2301: A Multicenter, Randomized, Double-Blind Placebo-Controlled Study to Assess the Efficacy of Tradipitant in Relieving Symptoms of Gastroparesis (Dec. 15, 2017) ("Protocol Amendment #5).

[15] *Id.* at 3.

[16] *Id.*

[17] *Id.* at 5.

[18] Vanda, Tradipitant Amendment No. 6 to VP-VLY-686-2301: A Multicenter, Randomized, Double-Blind Placebo-Controlled Study to Assess the Efficacy of Tradipitant in Relieving Symptoms of Gastroparesis (Mar. 27, 2018) ("Protocol Amendment #6).

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08757

Case 1:19-cv-01081-DRB Document 66 Filed 06/28/21 Page 6 of 90

FDA CONFIDENTIAL



> **PRIVILEGED AND CONFIDENTIAL**
> **Attorney-Client Privileged**
> **Attorney Work Product**

an unmet need for effective medical treatments in gastroparesis. The submission included, among other materials, an IFFGD survey examining the burdens, concerns, and quality of life of 1,423 adults in the general community diagnosed with gastroparesis.[19] The survey contained responses about participant symptoms and severity as well as treatments and satisfaction with treatments for gastroparesis. The submission also included a letter from a patient currently enrolled in the tradipitant study voicing strong support for the open-label extension.[20] (Appendix 4). ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

On May 14, 2018, Vanda spoke to the Senior Regulatory Project Manager in the Division assigned to Study 2301, who asked about the status of Vanda's chronic toxicology studies for tradipitant. Vanda informed FDA that it had completed a 3-month canine chronic toxicology study and a 6-month rat chronic toxicology study. FDA did not ask whether Vanda had completed any other chronic toxicity studies. Vanda and FDA agreed to schedule a call on May 15, 2018 to discuss the open label extension submission to Study 2301.

During the May 15 teleconference with FDA, Vanda learned for the first time that despite the extensive toxicity and other nonclinical data collected for tradipitant, the Division would require Vanda to complete a repeated-dose non-rodent toxicity study lasting 9 months before FDA would permit Vanda to conduct human dosing on tradipitant for more than 3 months. The Associate Director and the assigned Senior Regulatory Project Manager in the Division participated during the call, among other FDA representatives. The 9-month canine study would include mandatory necropsy and pathology for all canines participating in the study. The Division cited the guidance for industry on nonclinical safety studies as the basis for this requirement. At multiple points during the call, the Associate Director stated that without the 9-month study, FDA would have to place Vanda's open label study on clinical hold. During the teleconference, FDA indicated that a shorter open label extension would be acceptable without a 9-month canine study, so long as the entire treatment duration did not exceed three months. FDA insisted that a 9-month canine study must be conducted before a 6-month or 52-week open-label protocol can be initiated. According to the Division, if the extended open-label treatment portion is initiated before the 9-month canine study is completed, then the Division will place a clinical hold on the human study.

To avoid being placed on clinical hold, Vanda sent an email to the Senior Regulatory Manager in the Division, informing FDA that the company planned to submit an amendment to the protocol to reduce the 52-week open-label portion of the study to 8 weeks. The email referenced the Division's position that "a 9 month dog toxicology study as per ICH M3/R2

---

[19] Yu *et al.*, at 879.
[20] Letter from Anonymous to FDA (July 28, 2017).
[21] *Id.*
[22] *Id.*

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08758



guidance, will be a prerequisite before a 6 month or a 1 year open label extension is initiated."[23] (Appendix 5). Vanda subsequently submitted an amended protocol on May 22, 2018 that reduced the open-label portion of the study to 8 weeks.[24] (Appendix 6).

On May 24, 2018, FDA issued a letter agreeing to Vanda's modification of the duration of the open-label extension period to 8 weeks, stating that the open-label extension was "acceptable based on the currently available nonclinical data."[25] (Appendix 7) The same letter indicated, however, that the Study 2301 could be placed on clinical hold for any clinical exposure longer than three months. A development program that entails clinical drug trial exposure for longer than 3 months "may trigger a clinical hold under 21 CFR 312.42 because you do not have adequate nonclinical safety data to support clinical trials beyond 3 months duration."[26] Referencing the May 15 telephone conference with the Associate Director, the letter advised Vanda to submit a "chronic toxicology study of 9 months duration in a non-rodent species, per ICH M3(R2), prior to conducing a clinical trial exceeding 3 months in duration."[27] Other than referencing FDA's ICH M3(R2) guidance, FDA did not specify any other rationale for why a 9-month non-rodent chronic toxicology study was necessary.

Vanda is actively conducting VP-VLY-686-2301 ███████████████████

███████████████████████████████████████████████████████████

Vanda continues to seek, however, a 6-month or 52-week open-label extension for VP-VLY-686-2301 and strongly believes that it can be conducted without the completion of a 9-month non-rodent chronic toxicity study.

<u>List of documents that Vanda deems necessary for resolution of the matter</u>

Tradipitant Investigator's Brochure (Edition 8).

VLY-686/Tradipitant Protocol Amendment #5 (Dec. 15, 2017).

VLY-686/Tradipitant Protocol Amendment #6 (Apr. 9, 2018) (Sequence 0018).

Letter from Anonymous to FDA (July 28, 2017).

Email from Gunther Birznieks (Vanda) to Maureen Dewey (the Division) regarding the protocol amendment reducing the dosing period to a total of 3 months.

---

[23] Email from Gunther Birznieks, Senior Vice President, Business Development, Vanda Pharmaceuticals, to Maureen Dewey, Senior Regulatory Project Manager, Division of Gastroenterology and Inborn Errors Products, ODE III, CDER (May 18, 2018).
[24] Vanda, Tradipitant Amendment No. 7 to VP-VLY-686-2301: A Multicenter, Randomized, Double-Blind Placebo-Controlled Study to Assess the Efficacy of Tradipitant in Relieving Symptoms of Gastroparesis (May 18, 2018) ("Protocol Amendment #7).
[25] Letter from Lisa M. Soule, Associate Director, Division of Gastroenterology and Inborn Errors Products, ODE III, CDER to Gunther Birznieks, Senior Vice President, Business Development, Vanda Pharmaceuticals (May 24, 2018).
[26] *Id.*
[27] *Id.*

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08759

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

VLY-686/Tradipitant Protocol Amendment #7 (May 22, 2018).

Letter from Lisa Soule (the Division) to Gunther Birznieks (Vanda) regarding Protocol Amendments #6 and #7 to add an open-label extension period to Study 2301.

## Argument

Vanda seeks resolution of this matter with a determination that Vanda can proceed with the 52-week open label extension without data from 9-month non-rodent chronic toxicology studies. In the alternative, if the study must be conducted, Vanda asks that ODE III grant Vanda the option to design and run a study whereby either non-rodents not exhibiting signs of toxicity would not require sacrificing or, if necropsy and histopathology must be conducted, that such a study be designed to significantly lower the number of dogs utilized upon consultation and determination of what specific and essential data is required by the FDA. Such study could proceed in parallel with a 6-month to 1-year open label extension to Study 2301, which could also have more frequent safety monitoring during the open label extension period.

<u>Tradipitant's development program to date has included extensive toxicity and other nonclinical studies, without any significant safety signals observed.</u>

Extensive nonclinical studies, including toxicity studies, have been conducted with tradipitant. ████████████████████████████████████████

**Table 1: Summary of Single-Dose Toxicity Studies with Tradipitant**



---

[28] Investigator's Brochure, at 43.

[29] Id.

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08760



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

**Table 2: Summary of Repeat-Dose Toxicity Studies with Tradipitant**

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08761

1 Page Redacted

FDA CONFIDENTIAL



**PRIVILEGED AND CONFIDENTIAL**
**Attorney-Client Privileged**
**Attorney Work Product**

| Document | | | | |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | | ▮ |
| | | | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

Tables 1 and 2 summarize the preclinical findings in mice, rats, and dogs given tradipitant with study durations of one to six months. No treatment-related mortality or marked toxicity were shown up to and including the no observed adverse effect level ("NOAEL") of



---

[30] *Id.*

[31] *Id.* at 44.

FDA-08763

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product



Moreover, tradipitant's toxicity profile in rodents and nonrodents has proven both limited and similar to each other, as evidenced through the 6-month rat and 3-month canine studies. These studies therefore sufficiently represent tradipitant's chronic oral toxicity effects.



These studies are consistent with other studies showing that other NK-1R antagonists are safe and well-tolerated in animals. Aprepitant, another NK-1R antagonist, has been tested in

---

[32] *Id.*
[33] *Id.* at 53-54.
[34] *Id.*
[35] *Id.*
[36] *Id.* at 55-56.
[37] *Id.*
[38] *Id.*

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08764



**PRIVILEGED AND CONFIDENTIAL**
**Attorney-Client Privileged**
**Attorney Work Product**

Simian immunodeficiency virus-infected rhesus macaques for 12 months at 125 mg/day.  The yearlong study detected no serious side effects associated with the 125 mg/day dose.[39]

Tradipitant's safety profile is further supported by clinical experience from completed and ongoing studies. ████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████

**Table 3: Number of Subjects and Exposure Duration to Tradipitant by Total Daily Dose**

| ███████ | ██████ | ████ | ███████ | ██████ | ████ |
|---|---|---|---|---|---|
| ██████ | █ | █ | █ | █ | █ |
| █████████ | █ | ██ | █ | █ | ██ |
| █████████ | █ | █ | █ | █ | █ |
| ██████ | █ | ███ | █ | █ | ███ |
| ████ ███ | ██ | ██ | █ | ██ | ██ |
| ████ ███ | ███ | ███ | ██ | ████ | ███ |

█ ██████████████████████████████████████
█ ████████████████████████████████████████████
████████████████████████████.

The clinical trials conducted to date show that tradipitant is well tolerated and does not present significant adverse events.[40] ███████████████████████████

██████████████████████████████████████ ██ ████

█████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████ █ ██████████████████████

█████████████████████████████████████

█████████████████████████████████ ██ ███

---

[39] JS Barrett, et al., *Pharmacologic Rationale for the NK1R Antagonist, Aprepitant as Adjunctive Therapy in HIV*, 14 J. TRANSL. MED. 148 (2016).
[40] Investigator's Brochure at 92.
[41] *Id.* at 95-96.
[42] *Id.* at 93.
[43] *Id.* at 95-96.

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08765

FDA CONFIDENTIAL



**PRIVILEGED AND CONFIDENTIAL**
**Attorney-Client Privileged**
**Attorney Work Product**

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████

> **The Division has provided no scientific basis for requiring a 9-month non-rodent study in tradipitant.**

The sole basis expressed by the Division to support its view that the 9-month non-rodent study must be conducted is the ICH and FDA guidance document, "M3(R2) Nonclinical Safety Studies for the Conduct of Human Clinical Trials and Marketing Authorization for Pharmaceuticals." The Division's decision and the lack of scientific rationale supporting the decision, given tradipitant's safety profile, departs from FDA formal policy.

Beyond a non-binding Guidance document, the Division has provided no specific basis for requiring a 9-month non-rodent study, given the safety profile established with numerous toxicity studies for tradipitant. No specific safety information has been identified to explain why Vanda should not proceed with the Phase 2 clinical trial. Moreover, the Division has not cited what additional information the 9-month non-rodent study is likely to provide that is not already available in the nonclinical data obtained for tradipitant. In discussions with FDA, the Division did not indicate that it had found any signal in existing preclinical studies needing exploration in a 9-month non-rodent chronic toxicology study.

Indeed, the Division's position seems to be based only on general recommendations in the M3(R2) Guidance. The use of guidance documents should be limited to providing "nonbinding recommendations,"[44] rather than dictating requirements that must be imposed on sponsors. FDA's regulations and the guidance document itself states that the document "does not create or confer any rights for or on any person and does not operate to bind FDA or the public."[45] As FDA has recognized, an "alternative approach" is acceptable if the approach "satisfies the requirements of the applicable statutes and regulations."[46] In alignment with FDA's policies on guidance documents, the Department of Justice ("DOJ") prohibits its employees from using guidance documents, whether published by the DOJ or FDA, "to coerce regulated parties into taking any action or refraining from taking any action beyond what is required by the terms of the applicable statute or lawful regulation."[47] Relying on this guidance document to impose a requirement on Vanda, without accounting for the extensive toxicity data that have already been collected for tradipitant, departs from the proper use of guidance documents.

Moreover, the M3(R2) Guidance contemplates greater flexibility than the Division's requirement of the 9-month non-rodent study allows. The Guidance states, "In some circumstances, clinical trials of longer duration than 3 months can be initiated, provided that the

---

[44] FDA, Guidance for Industry: M3(R2) Nonclinical Safety Studies for the Conduct of Human Clinical Trials and Marketing Authorization for Pharmaceuticals (Jan. 2010) ("M3(R2) Guidance"), at 1.

[45] *Id.*; 21 C.F.R. § 10.115(d).

[46] *Id.*

[47] Memorandum from Rachel Brand to Heads of Civil Litigating Components United States Attorneys Re: Limiting Use of Agency Guidance Documents in Affirmative Civil Enforcement Cases (Jan. 25, 2018).

FDA-08766



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

data are available from a 3-month rodent and a 3-month nonrodent study, and that complete data from the chronic rodent and nonrodent study are made available . . . before extending dosing beyond 3 months in the clinical trial."[48]  Indeed, FDA contemplates that clinical trials of longer than 3 months can be supported "by complete chronic rodent data and in-life and necropsy data for the nonrodent study" in certain situations.[49]  Flexibility in extending trials beyond the duration of supportive repeated-dose toxicity studies is particularly appropriate "[i]n circumstances where significant therapeutic gain has been shown."[50]

Vanda's tradipitant studies, which include (among other nonclinical studies) a 6-month rat study and a 3-month canine study, have already met this standard with a preclinical and clinical profile of no findings of clinical concern to date.  Complete data from the 6-month rat study and the 3-month canine study, among other preclinical studies, have been submitted to FDA.  Requiring the completion of a 9-month canine toxicity study before a 6-month or 52-week open-label extension can be initiated establishes a needless barrier to further clinical development of tradipitant when gastroparesis patients currently have very few treatment options in the U.S.

<u>Requiring a 9-month non-rodent study under these circumstances raises serious ethical considerations.</u>

The Division's requirement of a 9-month non-rodent study, with mandatory necropsy and pathology to be performed on all of the participants, is inconsistent with international initiatives to minimize the number of animals used in scientific research.  The guiding principles in these initiatives - reduction, replacement, and refinement (the "3Rs") - aim to reduce the number of animals sacrificed in research when comparable information can be obtained from fewer animals.  These principles are recognized and promoted by the European Partnership for Alternative Approaches to Animal Testing ("EPAA"), consisting of members from industry and the European Commission,[51] and the EU FP6 Specific Support Action ("SSA") project called "RETHINK" which is co-funded by the European Commission, among other international industry welfare steering groups that discuss the current use of sentient animals in biomedical research and testing.[52]  The 3Rs are also implicitly recognized in international laws and standards, such as the Animal Welfare Act.

Consistent with the 3Rs, testing on sentient animals should not be viewed as a default but should take place "on a need-to-know basis."  For example, under ICH S9, neither long-term toxicity studies nor fertility or pre- and post-natal studies are generally required to test anti-cancer drugs for terminal patients.  These principles are not limited to canines, but extend to other sentient beings.  In 2010, for example, "RETHINK" agreed that "replacing one sentient being by another equally sentient being … should not be the final goal," but recognized that in

---

[48] M3(R2) Guidance at 8.

[49] *Id.*

[50] *Id.* at 7.

[51] Gwenole Cozigou, et al., *The European Partnership for Alternative Approaches to Animal Testing (EPAA): Promoting Alternative Methods in Europe and Beyond*, 54 J. Am. Assoc. Lab. Animal Sci. 209-213 (2015).

[52] N. Hasiwa. et al. *t⁴ Workshop Report: Critical Evaluation of the Use of Dogs in Biomedical Research and Testing in Europe,* 28 ALTEX 326, 326-333 (2011).

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08767

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

some situations, a case-by-case analysis may favor the use of mini-pigs over canines in toxicology and drug development.[53]

For tradipitant, it is not apparent what additional information could be obtained through a 9-month non-rodent study that could be beneficial to understanding the drug's safety profile.



A 9-month non-rodent study, which would require sacrificing all participating animals, presents further ethical issues in light of retrospective analyses, including an Environmental Protection Agency (EPA) study, about how much added benefit long-term canine studies can provide. The EPA requires chronic toxicology studies to establish the chronic reference dose, which is defined as the dose estimate within an order of magnitude of the exposure level assumed to be without appreciable risk of adverse health effects, based on identifying NOAEL in animal studies.[54] After conducting a retrospective analysis of 13-week and 1-year studies in canines, the EPA concluded that the 1-year toxicity dog study should be eliminated as a requirement for pesticide registration.[55]

The retrospective analysis found that across the EPA database of more than 50 different chemical classes, not a single chemical would have had a significantly different chronic reference dose if a dog study of longer than 13-weeks had not been conducted.[56] For most chemicals, significant effects were seen within 3 months, and where additional toxicities were identified after 3 months, similar responses were seen in the rodent studies. Although in the two out of the 110 cases studied, an additional toxic effect was observed in the 1-year study that was not seen in the 13-week dog study or in rodent studies, the adverse effect for the two pesticides occurred at higher doses and did not change the chronic reference dose that would have been determined from the rat and the 13-week dog study.[57] Other retrospective analyses have confirmed EPA's findings.[58]

FDA has not performed or published a similar analysis comparing 3-month with 9-month studies in non-rodents, but studies evaluating the nonclinical safety assessment of pharmaceutical compounds have also found limited additional benefit for long-term toxicity studies in the dog. A study analyzing 117 compounds found that in the large majority of cases analyzed, long-term toxicity studies in the dog provided little qualitatively new toxicological information not already

---

[53] *Id.* at 333.

[54] V.L. Dellarco et al., *A Retrospective Analysis of Toxicity Studies in Dogs and Impact on the Chronic Reference Dose for Conventional Pesticide Chemicals,* 40 Critical Rev. Toxicology 16, 17 (2010).

[55] *Id.* at 22.

[56] *Id.*

[57] *Id.*

[58] *See e.g.,* W. Kobel, et al., *A 1-Year Toxicity Study in Dogs is No Longer a Scientifically Justifiable Core Data Requirement for the Safety Assessment of Pesticides* 40 Critical Rev. Toxicology, 1-15 (2010).

FDA-08768

FDA CONFIDENTIAL



PRIVILEGED AND CONFIDENTIAL
Attorney-Client Privileged
Attorney Work Product

gained from a short-term study in the dog in conjunction with short- and long-term studies in the rat.[59] Only 13 out of 117 compounds analyzed presented new toxicity findings for the first time in dogs after 3 months.[60] Based on these results, the authors questioned "the scientific basis of the *routine* requirement for chronic toxicity studies" in canines.[61] Although chronic toxicology studies in non-rodents may be helpful on in certain cases, they are not necessary here where 12-month non-human primate studies show that NK-1 antagonists are well-tolerated with no SAEs.

**Requested Outcome**

For the foregoing reasons, Vanda requests that the ODE III review this matter and conclude that Vanda can pursue a 52-week open label extension to Study 2301 without needing to complete a 9-month non-rodent chronic toxicology study. In the alternative, if the study must be conducted, Vanda asks that ODE III grant Vanda the option to design and run a study whereby either non-rodents not exhibiting signs of toxicity would not require sacrificing or, if necropsy and histopathology must be conducted, that such a study be designed to significantly lower the number of dogs utilized upon consultation and determination of what specific and essential data is required by the FDA. Such study could proceed in parallel with a 6-month to 1-year open label extension to Study 2301, which could also have more frequent safety monitoring during the open label extension period.

At this time, Vanda is not requesting advisory committee review.

\* \* \*

Vanda appreciates your consideration of this request and welcomes the opportunity to answer any questions you may have. If there are any questions regarding this submission, please feel free to contact me at ▮▮▮▮▮▮▮▮▮▮▮

Sincerely,



Vanda Pharmaceuticals, Inc.

---

[59] *See* C. Parkinson et al., *The Value of Information Generated by Long-Term Toxicity Studies in the Dog for the Nonclinical Safety Assessment of Pharmaceutical Compounds*, 25 FUNDAMENTAL AND APPLIED TOXICOLOGY 115 (1995).
[60] *Id.*
[61] *Id.* at 122.

Vanda Pharmaceuticals Inc. • 2200 Pennsylvania Ave, NW • Suite 300E • Washington, DC 20037 USA • p 202.734.3400 • f 202.296.1450
www.vandapharma.com

FDA-08769