# Exhibit 13

Query    Reports    Utilities    Help    Log Out

**1:17-cv-00464-APM** GARDNER v. VANDA PHARMACEUTICALS INC.
Amit P. Mehta, presiding
**Date filed:** 03/10/2017
**Date of last filing:** 10/06/2021

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 03/10/2017<br>*Entered:* 03/15/2017 | Complaint |
| | *Docket Text:* COMPLAINT against VANDA PHARMACEUTICALS INC. ( Filing fee $ 400, receipt number 4616083525) with Jury Demand filed by RICHARD GARDNER. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit 1) (zjf). | |
| 16 | *Filed:* 01/29/2019<br>*Entered:* 01/30/2019 | Notice (Other) |
| | *Docket Text:* NOTICE OF ELECTION TO DECLINE INTERVENTION by UNITED STATES OF AMERICA (Attachments: # (1) Text of Proposed Order)(zjf) | |
| 17 | *Filed & Entered:* 01/31/2019 | Order |
| | *Docket Text:* ORDER. The complaint shall be unsealed so that it may be served upon the Defendant by the Relator. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the Defendant, except for this Order and the [16] Notice of Election to Decline Intervention. All other matters occurring in this action after the date of this Order shall be filed publicly and are not subject to the sealing provisions of the False Claims Act. See attached order for full details. Signed by Judge Amit P. Mehta on 1/31/2019. (zjd) | |
| | *Filed & Entered:* 02/04/2019 | Case Unsealed |
| | *Docket Text:* ***Case Unsealed pursuant to [17] Order filed on 01/31/2019 (jf) | |
| 18 | *Filed & Entered:* 02/14/2019 | Notice (Other) |
| | *Docket Text:* NOTICE *of Suppplemental Notice of Declination* by UNITED STATES OF AMERICA (Truong, John) | |
| | *Filed & Entered:* 02/19/2019 | Order |
| | *Docket Text:* MINUTE ORDER amending [17] Order from January 31, 2019. The order shall include the State of Washington as an additional state that joins in the declination to intervene in this case. Signed by Judge Amit P. Mehta on 02/19/2019. (lcapm3) | |
| 19 | *Filed & Entered:* 05/06/2019<br><br>*Terminated:* 05/08/2019 | Sealed Motion for Leave to File Document Under Seal |
| | *Docket Text:* SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by RICHARD GARDNER (This document is SEALED and only available to authorized persons.) (Attachments: # (1) Exhibit Amended Complaint)(Nelson, Christopher) | |
| | *Filed & Entered:* 05/08/2019 | Order on Sealed Motion for Leave to File Document Under Seal |

| | | |
|---|---|---|
| | *Docket Text:* MINUTE ORDER granting [19] Relator's Motion to Seal. Relator's Complaint shall be kept under seal until further order of the Court. Signed by Judge Amit P. Mehta on 05/08/2019. (lcapm3) | |
| 20 | *Filed:* 05/08/2019 *Entered:* 05/13/2019 | Amended Complaint |
| | *Docket Text:* UnSealed AMENDED COMPLAINT against VANDA PHARMACEUTICALS INC. with Jury Demand filed by RICHARD GARDNER. (zjf) Modified on 6/7/2019 pursuant to Minute Order filed on 05/31/2019 (jf). | |
| | *Filed & Entered:* 05/15/2019 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Plaintiff's response to the Court's Order to Show Cause due by 5/28/2019. (hmc) | |
| 21 | *Filed & Entered:* 05/15/2019 | Order |
| | *Docket Text:* ORDER TO SHOW CAUSE why this matter should not be dismissed for failure to serve if Plaintiff does not serve on or before May 28, 2019. See attached Order for additional details. Signed by Judge Amit P. Mehta on 05/15/2019. (lcapm3) | |
| 22 | *Filed & Entered:* 05/15/2019 | Request for Summons to Issue |
| | *Docket Text:* REQUEST FOR SUMMONS TO ISSUE re [1] Complaint filed by RICHARD GARDNER. Related document: [1] Complaint filed by RICHARD GARDNER.(Nelson, Christopher) | |
| 23 | *Filed & Entered:* 05/16/2019 | Summons Issued Electronically |
| | *Docket Text:* SUMMONS (1) Issued Electronically as to VANDA PHARMACEUTICALS INC. (jf) | |
| 24 | *Filed & Entered:* 05/16/2019 | Summons Returned Executed |
| | *Docket Text:* RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VANDA PHARMACEUTICALS INC. served on 5/16/2019, answer due 6/6/2019 (Nelson, Christopher) | |
| 25 | *Filed & Entered:* 05/16/2019 | Response to Order of the Court |
| | *Docket Text:* RESPONSE TO ORDER OF THE COURT re [21] Order *Response to Order to Show Cause* filed by RICHARD GARDNER. (Nelson, Christopher) | |
| | *Filed & Entered:* 05/17/2019 | Order |
| | *Docket Text:* MINUTE ORDER. In view of [25] Plaintiff's Response to the Court, [21] the Order to Show Cause is hereby vacated. The Amended Complaint is now the operative complaint in this matter. The United States shall advise the court no later than May 28, 2019, how it intends to proceed with respect to the Amended Complaint. Signed by Judge Amit P. Mehta on 05/17/2019. (lcapm3) | |
| 26 | *Filed & Entered:* 05/17/2019 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by John C. Richter on behalf of VANDA PHARMACEUTICALS INC. (Richter, John) | |
| 27 | *Filed & Entered:* 05/17/2019 *Terminated:* 05/23/2019 | Motion to Dismiss |
| | *Docket Text:* WITHDRAWN PURSUANT TO [29] ORDER FILED 5/23/2019.....MOTION to Dismiss *and Memorandum of Law* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed | |

Order)(Richter, John) Modified on 5/24/2019 (zjd).

| 28 | *Filed & Entered:* 05/21/2019 <br><br> *Terminated:* 05/23/2019 | Motion to Withdraw |
|---|---|---|
| | *Docket Text:* MOTION to Withdraw [27] MOTION to Dismiss *and Memorandum of Law* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Richter, John) | |
| 29 | *Filed & Entered:* 05/23/2019 | Order on Motion to Dismiss |
| | *Docket Text:* ORDER granting [28] Motion to Withdraw. See attached Order for additional details. Signed by Judge Amit P. Mehta on 05/23/2019. (lcapm3) | |
| | *Filed & Entered:* 05/24/2019 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Telephone Conference set for 5/31/2019 at 1:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) | |
| 30 | *Filed & Entered:* 05/28/2019 | Sealed Document |
| | *Docket Text:* UNSEALED DOCUMENT filed by UNITED STATES OF AMERICA(This document is SEALED and only available to authorized persons.)(Truong, John) Modified on 6/7/2019 pursuant to Minute Order 05/31/2019 (jf). | |
| | *Filed & Entered:* 05/29/2019 | Order |
| | *Docket Text:* MINUTE ORDER. The United States by May 30, 2019, shall show cause why its under seal, ex parte filing of May 28, 2019, ECF No. 30, cannot be placed on the public docket. Signed by Judge Amit P. Mehta on 05/29/2019. (lcapm3) | |
| | *Filed & Entered:* 05/29/2019 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Government's Response to Show Cause due by 5/30/2019. (zjd) | |
| 31 | *Filed & Entered:* 05/30/2019 | Response to Order of the Court |
| | *Docket Text:* RESPONSE TO ORDER OF THE COURT re Order *to Show Cause* filed by UNITED STATES OF AMERICA. (Truong, John) | |
| | *Filed & Entered:* 05/31/2019 | Order |
| | *Docket Text:* MINUTE ORDER. In light of the United States' response to the Order to Show Cause, the clerk of the court shall unseal the notice docketed at ECF No. 30. The clerk of court likewise shall unseal the Second Amended Complaint docketed at ECF No. 20. The Second Amended Complaint is now the operative pleading in this matter. The time for Defendant to file a motion or responsive pleading shall run from the date on which the Second Amended Complaint is unsealed. The telephonic conference scheduled for today is hereby vacated. Signed by Judge Amit P. Mehta on 05/31/2019. (lcapm3) | |
| 32 | *Filed & Entered:* 06/07/2019 | Waiver of Service |
| | *Docket Text:* WAIVER OF SERVICE by RICHARD GARDNER. VANDA PHARMACEUTICALS INC. waiver sent on 5/31/2019, answer due 7/30/2019. (Nelson, Christopher) Modified on 6/7/2019 to correct sent/answer due date(jf). | |
| | *Filed & Entered:* 06/21/2019 | Order on Motion for Scheduling Order |
| | *Docket Text:* MINUTE ORDER. Having considered [33] the parties' Joint Motion for Scheduling Order, the | |

court sets the following schedule for further proceedings in this matter: Defendant shall file its Responsive Pleading on or before August 13, 2019; Relator shall file Opposition to Motion to Dismiss, if any, on or before September 24, 2019; and Defendant shall file Reply, if any, on or before October 8, 2019. Signed by Judge Amit P. Mehta on 06/21/2019. (lcapm3)

| | | |
|---|---|---|
| | *Filed:* 06/21/2019 *Entered:* 06/25/2019 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Answer or Responsive Pleading due by 8/13/2019. Relator's Opposition due by 9/24/2019. Defendant's Reply due by 10/8/2019. (zjd) | |
| 33 | *Filed & Entered:* 06/21/2019 *Terminated:* 06/21/2019 | Motion for Scheduling Order |
| | *Docket Text:* Joint MOTION for Scheduling Order by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Richter, John) | |
| 34 | *Filed & Entered:* 06/21/2019 | LCvR 26.1 Certificate of Disclosure - Corporate Affiliations/Financial Interests |
| | *Docket Text:* LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by VANDA PHARMACEUTICALS INC. (Richter, John) | |
| 35 | *Filed & Entered:* 08/01/2019 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Paul Whitfield Hughes, III on behalf of VANDA PHARMACEUTICALS INC. (Hughes, Paul) | |
| 36 | *Filed & Entered:* 08/01/2019 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Andrew A. Lyons-Berg on behalf of VANDA PHARMACEUTICALS INC. (Lyons-Berg, Andrew) | |
| 37 | *Filed & Entered:* 08/01/2019 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Jennifer Butler Routh on behalf of VANDA PHARMACEUTICALS INC. (Routh, Jennifer) | |
| | *Filed & Entered:* 08/02/2019 | Order on Motion for Leave to Appear Pro Hac Vice |
| | *Docket Text:* MINUTE ORDER granting [38] Motion for Leave to Appear Pro Hac Vice. Attorney David S. Rosenbloom is hereby admitted pro hac vice to appear in this matter on behalf of Defendant. Signed by Judge Amit P. Mehta on 08/02/2019. (lcapm3) | |
| 38 | *Filed & Entered:* 08/02/2019 *Terminated:* 08/02/2019 | Motion for Leave to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Leave to Appear Pro Hac Vice :Attorney Name- David S. Rosenbloom, :Firm- McDermott Will & Emery LLP, :Address- drosenbloom@mwe.com. Phone No. - (312) 372-2000. Fax No. - (312) 984-7700 Filing fee $ 100, receipt number 0090-6296868. Fee Status: Fee Paid. by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Declaration, # (2) Text of Proposed Order)(Hughes, Paul) | |
| 39 | *Filed & Entered:* 08/09/2019 | Notice of Withdrawal of Appearance |
| | *Docket Text:* NOTICE OF WITHDRAWAL OF APPEARANCE as to VANDA PHARMACEUTICALS INC.. Attorney John C. Richter terminated. (Richter, John) | |
| 40 | *Filed & Entered:* 08/13/2019 *Terminated:* 05/19/2020 | Motion to Dismiss |

11/30/21, 8:38 PM      Case 1:19-cv-01108-LB     Document 82-22    Filed 01/28/22     Page 6 of 13 PageID #:
District of Columbia live database-History/Documents Query
3138

| | | |
|---|---|---|
| | *Docket Text:* MOTION to Dismiss by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G, # (9) Exhibit H, # (10) Exhibit I, # (11) Exhibit J, # (12) Exhibit K, # (13) Exhibit L, # (14) Exhibit M, # (15) Exhibit N, # (16) Exhibit O, # (17) Exhibit P, # (18) Exhibit Q, # (19) Exhibit R, # (20) Text of Proposed Order)(Hughes, Paul) | |
| | *Filed & Entered:*    09/18/2019 | Order on Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MINUTE ORDER granting [41] Joint Motion to Extend Briefing Schedule. Relator shall file any Oppositions to Defendant's Motion to Dismiss on or before October 25, 2019. Defendant shall file any Reply on or before November 22, 2019. Signed by Judge Amit P. Mehta on 09/18/2019. (lcapm3) | |
| | *Filed:*      09/18/2019 <br> *Entered:*    09/20/2019 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Oppositions due by 10/25/2019. Reply due by 11/22/2019. (zjd) | |
| 41 | *Filed & Entered:*    09/18/2019 <br><br> *Terminated:*     09/18/2019 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MOTION for Extension of Time to File Response/Reply as to [40] MOTION to Dismiss by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Hughes, Paul) | |
| 42 | *Filed & Entered:*    10/25/2019 | Memorandum in Opposition |
| | *Docket Text:* Memorandum in opposition to re [40] MOTION to Dismiss filed by RICHARD GARDNER. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Text of Proposed Order)(Nelson, Christopher) | |
| 43 | *Filed & Entered:*    11/22/2019 | Reply to opposition to Motion |
| | *Docket Text:* REPLY to opposition to motion re [40] MOTION to Dismiss filed by VANDA PHARMACEUTICALS INC.. (Hughes, Paul) | |
| | *Filed & Entered:*    02/10/2020 | Order |
| | *Docket Text:* MINUTE ORDER. The parties shall appear for a hearing on [40] Defendant's Motion to Dismiss on March 9, 2020, at 11:00 AM in Courtroom 10. Signed by Judge Amit P. Mehta on 02/10/2020. (lcapm3) | |
| | *Filed:*      02/10/2020 <br> *Entered:*    02/11/2020 | Set/Reset Hearings |
| | *Docket Text:* Set/Reset Hearings: Motion Hearing set for 3/9/2020 at 11:00 AM in Courtroom 10 before Judge Amit P. Mehta. (zjd) | |
| 44 | *Filed & Entered:*    02/19/2020 <br><br> *Terminated:*     02/20/2020 | Motion to Continue |
| | *Docket Text:* Joint MOTION to Continue *to reschedule hearing date* by VANDA PHARMACEUTICALS INC. (Hughes, Paul) | |
| | *Filed & Entered:*    02/20/2020 | Order on Motion to Continue |
| | *Docket Text:* MINUTE ORDER granting [44] Motion to Continue Hearing Date. The hearing currently set for March 9, 2020, is hereby vacated and reset for March 20, 2020, at 2:00 PM. Signed by Judge Amit P. Mehta on 02/20/2020. (lcapm3) | |
| | *Filed & Entered:* 02/20/2020 | Set/Reset Hearings |

| | | |
|---|---|---|
| | *Docket Text:* Set/Reset Hearings: Motion Hearing set for 3/20/2020 at 2:00 PM in Courtroom 10 before Judge Amit P. Mehta. (zjd) | |
| [45] | *Filed & Entered:* 03/16/2020 | Order |
| | *Docket Text:* ORDER. Please see Standing Order No. 20-9, signed by Chief Judge Howell, In Re: Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic. See the attached Order for further details. (lcapm3) | |
| | *Filed & Entered:* 03/17/2020 | Order |
| | *Docket Text:* MINUTE ORDER. Consistent with Standing Order No. 20-9, the motions hearing set for March 20, 2020, is hereby vacated. The court will notify the parties as to a new hearing date, if one is deemed necessary. Signed by Judge Amit P. Mehta on 03/17/2020. (lcapm3) | |
| | *Filed & Entered:* 05/19/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Second Amended Complaint due by 6/9/2020. (zjd) | |
| [46] | *Filed & Entered:* 05/19/2020 | Memorandum & Opinion |
| | *Docket Text:* MEMORANDUM OPINION AND ORDER granting [40] Defendant's Motion to Dismiss. The court will, however, give Relator the requested opportunity to amend his pleading. Relator shall file his Second Amended Complaint on or before June 9, 2020. See attached Memorandum Opinion and Order for further details. Signed by Judge Amit P. Mehta on 05/19/2020. (lcapm3) | |
| [47] | *Filed & Entered:* 06/09/2020 | Amended Complaint |
| | *Docket Text:* AMENDED COMPLAINT against VANDA PHARMACEUTICALS INC. with Jury Demand filed by RICHARD GARDNER. (Attachments: # (1) Exhibit Exhibits A-K, # (2) Exhibit Exhibits L, # (3) Exhibit Exhibits M, # (4) Exhibit Exhibits N, # (5) Exhibit Exhibits O)(Magnanini, Robert) | |
| [48] | *Filed & Entered:* 06/18/2020  *Terminated:* 06/19/2020 | Motion for Extension of Time to |
| | *Docket Text:* MOTION for Extension of Time to *Respond to Second Amended Complaint* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Routh, Jennifer) | |
| | *Filed & Entered:* 06/19/2020 | Order on Motion for Extension of Time to |
| | *Docket Text:* MINUTE ORDER granting [48] Motion for Extension of Time to Respond to Second Amended Complaint. Defendant shall answer or otherwise respond to the Second Amended Complaint by July 23, 2020. Signed by Judge Amit P. Mehta on 06/19/2020. (lcapm3) | |
| | *Filed:* 06/19/2020  *Entered:* 06/23/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Answer or Responsive Pleading due by 7/23/2020. (zjd) | |
| | *Filed & Entered:* 07/21/2020 | Order on Motion for Extension of Time to |
| | *Docket Text:* MINUTE ORDER granting [49] Consent Motion for Extension of Time to Respond to Second Amended Complaint. Defendant shall answer or otherwise respond to the Second Amended Complaint by July 30, 2020. Signed by Judge Amit P. Mehta on 07/21/2020. (lcapm3) | |
| | *Filed & Entered:* 07/21/2020 | Set/Reset Deadlines |

*Docket Text:* Set/Reset Deadlines: Answer or Responsive Pleading due by 7/30/2020. (zjd)

| 49 | *Filed & Entered:* 07/21/2020<br><br>*Terminated:* 07/21/2020 | Motion for Extension of Time to |
|---|---|---|
| | *Docket Text:* Consent MOTION for Extension of Time to *Respond to Second Amended Complaint* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Routh, Jennifer) | |
| 50 | *Filed & Entered:* 07/30/2020<br><br>*Terminated:* 03/25/2021 | Motion to Dismiss |
| | *Docket Text:* MOTION to Dismiss *Second Amended Complaint* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Memorandum in Support, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Text of Proposed Order)(Hughes, Paul) | |
| 51 | *Filed & Entered:* 08/06/2020<br><br>*Terminated:* 08/07/2020 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MOTION for Extension of Time to File Response/Reply as to [50] MOTION to Dismiss *Second Amended Complaint* by RICHARD GARDNER (Attachments: # (1) Text of Proposed Order) (Magnanini, Robert) | |
| | *Filed & Entered:* 08/07/2020 | Order on Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MINUTE ORDER granting [51] Consent Motion for Extension of Time to Respond to Motion to Dismiss Second Amended Complaint. Relator shall respond to Defendant's motion to dismiss by September 28, 2020. Signed by Judge Amit P. Mehta on 08/07/2020. (lcapm3) | |
| | *Filed:* 08/07/2020<br>*Entered:* 08/09/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Response due by 9/28/2020. (zjd) | |
| 52 | *Filed & Entered:* 09/11/2020<br><br>*Terminated:* 09/13/2020 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* Consent MOTION for Extension of Time to File Response/Reply as to [50] MOTION to Dismiss *Second Amended Complaint* by RICHARD GARDNER (Attachments: # (1) Declaration Declaration of Ross M. Wolfe, # (2) Text of Proposed Order)(Magnanini, Robert) | |
| | *Filed & Entered:* 09/13/2020 | Order on Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MINUTE ORDER granting [52] Consent Motion for Extension of Time to Respond to Motion to Dismiss Second Amended Complaint. Relator shall respond to Defendant's motion to dismiss by October 5, 2020. Signed by Judge Amit P. Mehta on 09/13/2020. (lcapm3) | |
| | *Filed:* 09/13/2020<br>*Entered:* 09/14/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Response due by 10/5/2020. (zjd) | |
| 53 | *Filed & Entered:* 09/29/2020 | Notice (Other) |
| | *Docket Text:* NOTICE *State of Texas Statement of Interest in Response to Defendant's Motion to Dismiss* by Kerry Muldowney Ascher (Ascher, Kerry) | |
| 54 | *Filed & Entered:* 10/05/2020 | Memorandum in Opposition |
| | *Docket Text:* Memorandum in opposition to re [50] MOTION to Dismiss *Second Amended Complaint* filed | |

| | | |
|---|---|---|
| | | by RICHARD GARDNER. (Attachments: # (1) Declaration of Robert A. Magnanini, # (2) Exhibit 1, # (3) Exhibit 2, # (4) Exhibit 3, # (5) Exhibit 4, # (6) Exhibit 5, # (7) Exhibit 6, # (8) Exhibit 7, # (9) Exhibit 8, # (10) Exhibit 9, # (11) Exhibit 10, # (12) Exhibit 11, # (13) Text of Proposed Order)(Magnanini, Robert) |
| 55 | *Filed & Entered:* 10/07/2020<br><br>*Terminated:* 10/08/2020 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* Consent MOTION for Extension of Time to File Response/Reply as to [50] MOTION to Dismiss *Second Amended Complaint* by VANDA PHARMACEUTICALS INC. (Attachments: # (1) Text of Proposed Order)(Hughes, Paul) | |
| | *Filed & Entered:* 10/08/2020 | Order |
| | *Docket Text:* MINUTE ORDER granting [55] Consent Motion for Extension of Time to File Reply. Defendant shall file its Reply in Support of its Motion to Dismiss on or before November 11, 2020. Signed by Judge Amit P. Mehta on 10/08/2020. (lcapm3) | |
| | *Filed:* 10/08/2020<br>*Entered:* 10/13/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Reply due by 11/11/2020. (zjd) | |
| | *Filed & Entered:* 11/06/2020 | Order on Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MINUTE ORDER granting [56] Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss Second Amended Complaint. Defendant shall file its reply on or before November 20, 2020. Signed by Judge Amit P. Mehta on 11/06/2020. (lcapm3) | |
| | *Filed:* 11/06/2020<br>*Entered:* 11/09/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Reply due by 11/20/2020. (zjd) | |
| 56 | *Filed & Entered:* 11/06/2020<br><br>*Terminated:* 11/06/2020 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* MOTION for Extension of Time to File Response/Reply by VANDA PHARMACEUTICALS INC. (Routh, Jennifer) | |
| 57 | *Filed & Entered:* 11/20/2020 | Reply to opposition to Motion |
| | *Docket Text:* REPLY to opposition to motion re [50] MOTION to Dismiss *Second Amended Complaint* filed by VANDA PHARMACEUTICALS INC.. (Hughes, Paul) | |
| 58 | *Filed & Entered:* 12/01/2020 | Notice (Other) |
| | *Docket Text:* NOTICE -- *United States' Statement of Interest Regarding Defendant's Motion to Dismiss* by UNITED STATES OF AMERICA (Truong, John) | |
| | *Filed & Entered:* 12/02/2020 | Order |
| | *Docket Text:* MINUTE ORDER. Relator or Defendant may file a response not to exceed 10 double-spaced pages to the United States' [58] Statement of Interest by December 16, 2020. Signed by Judge Amit P. Mehta on 12/02/2020. (lcapm3) | |
| | *Filed:* 12/02/2020<br>*Entered:* 12/03/2020 | Set/Reset Deadlines |
| | *Docket Text:* Set/Reset Deadlines: Response due by 12/16/2020. (zjd) | |
| 59 | *Filed & Entered:* 12/16/2020 | Response to Document |

11/30/21, 8:38 AM    Case 1:19-cv-01108-LB    Document 82-22    Filed 01/28/22    Page 10 of 13 PageID #:
District of Columbia live database-History/Documents Query
3142

|    | | |
|----|---|---|
|    | *Docket Text:* RESPONSE re [58] Notice (Other) *Response to the Government's Statement of Interest* filed by VANDA PHARMACEUTICALS INC.. (Hughes, Paul) | |
| 60 | *Filed & Entered:* 12/16/2020 | Response to Document |
|    | *Docket Text:* RESPONSE re [58] NOTICE (Other) *to Statement of Interest* filed by RICHARD GARDNER. (Nelson, Christopher) Modified to add link on 12/17/2020 (znmw). | |
|    | *Filed & Entered:* 02/16/2021 | Notice of Hearing |
|    | *Docket Text:* NOTICE of Hearing: Oral Argument set for 3/3/2021 at 1:00 PM via video conference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747.(zjd) | |
|    | *Filed & Entered:* 03/03/2021 | Motion Hearing |
|    | *Docket Text:* Minute Entry for proceedings held before Judge Amit P. Mehta: Oral Argument held on 3/3/2021 via videoconference. Arguments heard and taken under advisement. (Court Reporter: William Zaremba) (zjd) | |
| 61 | *Filed & Entered:* 03/08/2021 | Transcript |
|    | *Docket Text:* TRANSCRIPT OF ORAL ARGUMENT VIA ZOOM PROCEEDINGS before Judge Amit P. Mehta held on March 3, 2021; Page Numbers: 1-73. Date of Issuance: March 8, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/29/2021. Redacted Transcript Deadline set for 4/8/2021. Release of Transcript Restriction set for 6/6/2021.(wz) | |
| 62 | *Filed & Entered:* 03/25/2021 | Order |
|    | *Docket Text:* MEMORANDUM OPINION AND ORDER denying Defendant's [50] Motion to Dismiss. See the attached Memorandum Opinion and Order for additional details. Signed by Judge Amit P. Mehta on 03/25/2021. (lcapm3) | |
| 63 | *Filed & Entered:* 04/02/2021<br>*Terminated:* 04/03/2021 | Motion for Extension of Time to File Answer |
|    | *Docket Text:* MOTION for Extension of Time to File Answer re [47] Amended Complaint, by VANDA PHARMACEUTICALS INC.. (Attachments: # (1) Text of Proposed Order)(Routh, Jennifer) | |
|    | *Filed & Entered:* 04/03/2021 | Order on Motion for Extension of Time to Answer |

| | | |
|---|---|---|
| | *Docket Text:* ORDER granting [63] Motion for Extension of Time to Answer. Defendant shall file its Answer on or before April 29, 2021. Signed by Judge Amit P. Mehta on 4/3/2021. | |
| 64 | *Filed & Entered:* 04/14/2021 | Notice of Withdrawal of Appearance |
| | *Docket Text:* NOTICE OF WITHDRAWAL OF APPEARANCE as to RICHARD GARDNER. Attorney Bradford W Muller terminated. (Magnanini, Robert) | |
| 65 | *Filed & Entered:* 04/29/2021 | Answer to Amended Complaint |
| | *Docket Text:* ANSWER to [47] Amended Complaint, by VANDA PHARMACEUTICALS INC..(Hughes, Paul) | |
| 66 | *Filed & Entered:* 04/30/2021 | Order |
| | *Docket Text:* ORDER setting an Initial Scheduling Conference for June 7, 2021, at 9:30 a.m. in Courtroom 10. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 4/30/2021. (lcapm3) | |
| 67 | *Filed & Entered:* 05/28/2021 | Meet and Confer Statement |
| | *Docket Text:* MEET AND CONFER STATEMENT. (Attachments: # (1) Proposed Protective Order) (Magnanini, Robert) | |
| | *Filed & Entered:* 06/04/2021 | Notice of Hearing |
| | *Docket Text:* NOTICE of Hearing: The Initial Scheduling Conference set for 6/7/2021 at 9:30 AM before Judge Amit P. Mehta will proceed telephonically. The courtroom deputy has circulated dial-in information to counsel. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747.(zjd) | |
| | *Filed & Entered:* 06/07/2021 | Scheduling Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Amit P. Mehta: Initial Scheduling Conference held via teleconference on 6/7/2021. Case Management Schedule due by 6/21/2021. Joint Status Report due by 8/30/2021. Status Conference set for 9/2/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (Court Reporter: William Zaremba) (zjd) Modified deadlines on 6/7/2021 (zjd). | |
| 68 | *Filed & Entered:* 06/07/2021 | Order |
| | *Docket Text:* ORDER entering Qualified Protective Order Regarding Confidentiality of Discovery Materials. See attached Order for details. Signed by Judge Amit P. Mehta on 6/7/2021. (lcapm3) | |
| 69 | *Filed & Entered:* 06/08/2021 | Transcript |
| | *Docket Text:* TRANSCRIPT OF INITIAL SCHEDULING CONFERENCE VIA TELECONFERENCE PROCEEDINGS before Judge Amit P. Mehta held on June 7, 2021; Page Numbers: 1-31. Date of Issuance: June 8, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter. | |

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 6/29/2021. Redacted Transcript Deadline set for 7/9/2021. Release of Transcript Restriction set for 9/6/2021.(wz)

| 70 | *Filed & Entered:* 06/17/2021 | Motion for Extension of Time to |
|---|---|---|
| | *Terminated:* 06/18/2021 | |
| | *Docket Text:* Joint MOTION for Extension of Time to *File Case Management Schedule* by VANDA PHARMACEUTICALS INC.. (Routh, Jennifer) | |
| | *Filed & Entered:* 06/18/2021 | Order on Motion for Extension of Time to |
| | *Docket Text:* ORDER granting [70] Motion for Extension of Time to File Case Management Schedule. The parties shall file a case management schedule by July 1, 2021. Signed by Judge Amit P. Mehta on 6/18/2021. (lcapm3) | |
| 71 | *Filed & Entered:* 07/01/2021 | Status Report |
| | *Docket Text:* Joint STATUS REPORT *regarding discovery coordination and case management order* by VANDA PHARMACEUTICALS INC.. (Attachments: # (1) Exhibit)(Routh, Jennifer) | |
| | *Filed & Entered:* 07/12/2021 | Notice of Hearing |
| | *Docket Text:* NOTICE of Hearing: Status Conference set for 7/14/2021 at 2:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll-free public access line: (877) 848-7030, access code 321-8747. (zjd) | |
| | *Filed & Entered:* 07/14/2021 | Status Conference |
| | *Docket Text:* Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference held on 7/14/2021, Proposed Briefing Schedule due by 7/30/2021. Court Reporter William Zaremba. (zjch, ) | |
| 72 | *Filed & Entered:* 07/14/2021 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Shamis N. Beckley on behalf of VANDA PHARMACEUTICALS INC. (Beckley, Shamis) | |
| 73 | *Filed & Entered:* 07/14/2021 | Motion for Leave to Appear Pro Hac Vice |
| | *Terminated:* 07/18/2021 | |
| | *Docket Text:* MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Edward B. Diskant, Filing fee $ 100, receipt number ADCDC-8600073. Fee Status: Fee Paid. by VANDA PHARMACEUTICALS INC.. (Attachments: # (1) Declaration, # (2) Text of Proposed Order)(Hughes, Paul) | |
| | *Filed & Entered:* 07/18/2021 | Order on Motion for Leave to Appear Pro Hac Vice |
| | *Docket Text:* MINUTE ORDER granting [73] Motion for Leave to Appear Pro Hac Vice. Attorney Edward B. Diskant is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions.** Signed by Judge Amit P. Mehta on 7/18/2021. (lcapm3) | |
| | | |

| 74 | *Filed & Entered:* 07/20/2021 | Notice of Appearance |
|---|---|---|
| | *Docket Text:* NOTICE of Appearance by Edward Diskant on behalf of VANDA PHARMACEUTICALS INC. (Diskant, Edward) | |
| 75 | *Filed & Entered:* 07/30/2021 | Proposed Briefing Schedule |
| | *Docket Text:* MEET AND CONFER STATEMENT *and Case Management Order Pursuant to Rule 26(f) and L.R. 16.3* by RICHARD GARDNER. (Wolfe, Ross) Modified event title on 8/5/2021 (znmw). | |
| 76 | *Filed & Entered:* 08/04/2021 | Order |
| | *Docket Text:* ORDER. The following schedule shall govern further proceedings in this matter: (1) the parties shall propound initial discovery on or before August 3, 2021; (2) the parties shall respond to interrogatories and notices to produce on or before September 29, 2021; (3) the deadline for joinder of parties and amendment of pleadings is August 1, 2022; (4) the parties shall submit a Joint Status Report regarding the status of discovery on or before September 1, 2022; (5) fact discovery shall conclude on September 30, 2022; (6) the parties shall make any proponent expert disclosures, consistent with Rule 26(a)(2), on or before October 31, 2022; (7) the parties shall make any rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), on or before November 30, 2022; (8) the parties shall submit another Joint Status Report regarding the status of discovery on or before December 15, 2022; (9) expert discovery shall conclude on January 16, 2023; and (10) a Post-Discovery Status Conference is set for January 20, 2023, at 10:00 a.m. in Courtroom 10. See attached Order for further details. Signed by Judge Amit P. Mehta on 8/4/2021. (lcapm3) | |
| 77 | *Filed & Entered:* 10/06/2021 | Notice of Withdrawal of Appearance |
| | *Docket Text:* NOTICE OF WITHDRAWAL OF APPEARANCE as to VANDA PHARMACEUTICALS INC.. Attorney Shamis N. Beckley terminated. (Beckley, Shamis) | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/30/2021 20:38:35 | | | |
| **PACER Login:** | pw0001MAO | **Client Code:** | 020840-00014-07711 |
| **Description:** | History/Documents | **Search Criteria:** | 1:17-cv-00464-APM |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |