# Exhibit 16

| | |
|---|---|
| **From:** | Vasquez, Richard <richard.vasquez@rothschildandco.com> |
| **Sent:** | Monday, February 11, 2019 11:55 AM |
| **To:** | Levine, Douglas <douglas.levine@rothschildandco.com>; Kehoe, Michael <michael.kehoe@rothschildandco.com> |
| **Subject:** | FW: Vanda Pharma Sinks to 8 Month Low After Aurelius Short Report |
| **Attach:** | x-rimdevice-bloomberg-news-nlrt.blp |

A little late with this one.  Sorry

**Richard Vasquez**
**Director/ Head Trader**

Rothschild & Co
Asset Management US

richard.vasquez@rothschildandco.com

+1 212 403 3671
+1 848 218 0308

1251 Avenue of the Americas, 34th floor
New York, NY 10020
United States

rothschildandco.com

*My email address has changed. Please update your records.*

> **Exhibit**
> **D 0009**
> 11/11/2021
> Kehoe

**From:** News Alert (BLOOMBERG/ 731 LEX G) [mailto:nlrt@bloomberg.net]
**Sent:** Monday, February 11, 2019 10:21 AM
**Subject:** Vanda Pharma Sinks to 8 Month Low After Aurelius Short Report

Vanda Pharma Sinks to 8 Month Low After Aurelius Short Report

(Bloomberg) -- Shares of Vanda Pharmaceuticals drop as much as 9.8% to the lowest intraday since May 29 2018, as research firm Aurelius Value says it is short on the company.

- "We believe investors fundamentally misunderstand the true nature of Vanda's activities and therefore see significant downside potential in the shares," Aurelius says in report published Feb. 11
- Vanda didn't immediately return phone call, email requesting comment
- NOTE: VNDA up more than 20% in past 12 months to Feb. 8 close

To contact the reporter on this story: Morwenna Coniam in New York at mconiam@bloomberg.net To contact the editors responsible for this story: Catherine Larkin at clarkin4@bloomberg.net Cristin Flanagan

Alert: FIRST WORD/BFWUS/LP:50005
Source: BFW (Bloomberg First Word)

**Tickers**
VNDA US (Vanda Pharmaceuticals Inc)

To de-activate this alert, click here
To modify this alert, click here

UUID: 13140260

**Confidential**

5058239 26 PMRPBB6JIJUS 2345 3 0

Confidential

ROTHSCHILD-0007763