UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on : Civil Action No. 1:19-cv-01108-FB-LB
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: Hon. Frederic Block
vs. :
: REPLY DECLARATION OF
VANDA PHARMACEUTICALS, INC., and : MICHAEL G. CAPECI IN SUPPORT
MIHAEL H. POLYMEROPOULOS, : OF LEAD PLAINTIFF'S MOTION
: FOR CLASS CERTIFICATION
Defendants. :
:

———————————————————————— x

I, MICHAEL G. CAPECI, declare as follows:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins

Geller"), counsel to Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Lead Plaintiff"

or "Teamsters") in the above-captioned action, and am admitted to practice before this Court.

2.      I respectfully submit this reply declaration in support of Lead Plaintiff's motion,

pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (g), for an Order: (i) certifying this

case as a class action; (ii) certifying Lead Plaintiff as Class Representative; and (iii) appointing

Robbins Geller as Class Counsel.  I also submit this reply declaration for the purpose of placing

before the Court exhibits referenced in the accompanying reply memorandum of law.

3.      The following is a chart of the exhibits referenced in the accompanying reply

memorandum of law that are consecutively numbered with the exhibits in my declaration dated

October 29, 2021, submitted with Lead Plaintiff's opening memorandum of law, true and correct

copies of which are attached hereto:

- 2 -

| Ex. | Description |
|---|---|
| E | Deposition Transcript of Michael Kehoe, dated November 11, 2021 |
| F | February 11, 2019 news article by *Theflyonthewall.com* entitled "10:07 EDT Vanda Pharmaceuticals named as short target by Aurelius Value" |
| G | February 11, 2019 news article by *Theflyonthewall.com* entitled "14:17 EDT Vanda Pharmaceuticals denies allegations, 'pleased' government not intervening" |
| H | June 11, 2007 news article by *The New York Times* entitled "A TheirSpace for Drug Sales Reps," bates stamped Stulz_00003037-Stulz_00003039 (introduced as Exhibit 5 during the October 22, 2021 deposition of René M. Stulz, Ph.D.) |
| I | July 23, 2021 letter from Audra J. Soloway to Michael G. Capeci |

I declare under the penalties of perjury that the foregoing is true and accurate. Dated this 7th

day of January 2022 in Melville, New York.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI

<u>CERTIFICATE OF SERVICE</u>

I, Michael G. Capeci, hereby certify that on January 7, 2022, I authorized a true and correct copy of the foregoing document to be served on counsel for Defendants via electronic mail.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI