# EXHIBIT F

## *10:07 EDT Vanda Pharmaceuticals named as short target by Aurelius Value*

Theflyonthewall.com

February 11, 2019 Monday 10:07 AM EST

Copyright 2019 Comtex News Network, Inc.
All Rights Reserved
Copyright 2019 TheFlyOnTheWall.com

This content is provided to LexisNexis by Comtex News Network, Inc.

**Length:** 75 words

## **Body**

*Aurelius* Value disclosed a short position in *Vanda* Pharmaceuticals, stating in a newly published report that a recently unsealed whistleblower complaint includes "detailed allegations that *Vanda* has engaged in a series of fraudulent schemes, some personally orchestrated by [CEO Mihael] Polymeropoulos himself, to defraud government payors." [Reference Link]:[*https://aureliusvalue.com/research/vanda-in-the-land-of-the-blind-the-one-eyed-man-is-king/*]|

**Load-Date:** February 13, 2019

---

End of Document

Michael Capeci