# EXHIBIT G

## *14:17 EDT Vanda Pharmaceuticals denies allegations, 'pleased' government not intervening*

Theflyonthewall.com

February 11, 2019 Monday 2:17 PM EST

Copyright 2019 Comtex News Network, Inc.
All Rights Reserved
Copyright 2019 TheFlyOnTheWall.com

This content is provided to LexisNexis by Comtex News Network, Inc.

**Length:** 105 words

## Body

Contacted by The Fly after *Aurelius* Value disclosed a short position in *Vanda* Pharmaceuticals, a spokesperson for the company said that, "On February 4, 2019, a qui tam lawsuit against the company was unsealed. *Vanda* denies the allegations and we are pleased that the U.S. Government has declined to intervene." In a report, *Aurelius* Value said it is short *Vanda* Pharmaceuticals, highlighting a recently unsealed whistleblower complaint that included "detailed allegations that *Vanda* has engaged in a series of fraudulent schemes, some personally orchestrated by [CEO Mihael] Polymeropoulos himself, to defraud government payors."|

**Load-Date:** February 13, 2019

---

**End of Document**

Michael Capeci