UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated, | x : : : : | Civil Action No. 1:19-cv-01108-FB-LB |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | Hon. Frederic Block |
| VANDA PHARMACEUTICALS, INC., and MIHAEL H. POLYMEROPOULOS, | : : : : | **NOTICE OF LEAD PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND OPINIONS OF RENÉ M. STULZ, PH.D** |
| Defendants. | : : | |
|  | x | |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Lead Plaintiff") will move this Court, before the Honorable Frederic Block, United States District Judge, at such date and time as the Court may designate, in the United States Courthouse, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order, pursuant to Federal Rules of Evidence 702, excluding the September 17, 2021 rebuttal report and opinions of René M. Stulz, Ph.D., for the reasons stated in the memorandum of law being filed concurrently with this Motion.  In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law and the Declaration of Michael G. Capeci dated December 1, 2021, together with exhibits annexed thereto, and a [Proposed] Order, filed concurrently herewith.

DATED:  December 1, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID A. ROSENFELD
MICHAEL G. CAPECI
AVITAL O. MALINA

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com
amalina@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Michael G. Capeci, hereby certify that on December 1, 2021, I authorized a true and correct copy of the foregoing to be served on counsel for Defendants via electronic mail.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI