UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

VANDA PHARMACEUTICALS, INC., and
MIHAEL H. POLYMEROPOULOS,

       Defendants.

———————————————————————— x

: Civil Action No. 1:19-cv-01108-FB-LB
:
: CLASS ACTION
:
: Hon. Frederic Block
:
: **DECLARATION OF MICHAEL G.**
: **CAPECI IN SUPPORT OF LEAD**
: **PLAINTIFF'S MOTION TO EXCLUDE**
: **THE REPORT AND OPINIONS OF RENÉ**
: **M. STULZ, PH.D**

I, MICHAEL G. CAPECI, declare as follows:

1.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel to Lead Plaintiff Teamsters Local Union No. 727 Pension Fund ("Lead Plaintiff" or "Teamsters") in the above-captioned action, and am admitted to practice before this Court.

2.  I respectfully submit this declaration in support of Lead Plaintiff's motion, pursuant to Federal Rules of Evidence 702, for an Order excluding the September 17, 2021 rebuttal report and opinions of René M. Stulz, Ph.D., and to place before the Court the exhibits referenced in the accompanying memorandum of law.

3.  The following is a chart of the exhibits referenced in the accompanying memorandum of law, true and correct copies of which are attached hereto:

| Ex. | Description |
|---|---|
| 1 | Rebuttal Report of René M. Stulz, Ph.D., dated September 17, 2021 |
| 2 | Transcript of Deposition of René M. Stulz, Ph.D., dated October 22, 2021 |
| 3 | Relevant Excerpts of the Amended Expert Report of René M. Stulz, Ph.D. in *In re BHP Billiton Ltd. Sec. Litig.*, No. 1:16-cv-01445-NRB, ECF No. 98-1 (S.D.N.Y. July 2, 2018) |
| 4 | Relevant Excerpts of the Expert Report of René M. Stulz, Ph.D. in *Evanston Police Pension Fund v. McKesson Corp. et. al*, No. 3:18-cv-06525-CRB, ECF No. 140-1 (N.D. Cal Feb. 1, 2021) |

| | |
|---|---|
| 5 | "Vanda: In the Land of the Blind, The One-Eyed Man is King," *Marcus Aurelius Value*, dated February 11, 2019 |
| 6 | Memorandum of Law & Order, *Plymouth Cnty. Ret. Sys. v. Patterson Cos., Inc.*, No. 18-cv-00871-MJD-HB, ECF No. 175 (D. Minn. Sept. 28, 2020) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Dated this day the 1st day of December 2021 in Melville, New York.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI

CERTIFICATE OF SERVICE

I, Michael G. Capeci, hereby certify that on December 1, 2021, I authorized a true and

correct copy of the foregoing document to be served on defense counsel via electronic mail.


_/s/ Michael G. Capeci_
MICHAEL G. CAPECI