# EXHIBIT 4

**Exhibit 1**

Case 1:19-cv-01108-DB-DCRB Document 83-6 Filed 01/28/22/01/21 Page 3 of 5 PageID #: 4082

# EXPERT REPORT OF PROFESSOR RENÉ M. STULZ

# EVERETT D. REESE CHAIR OF BANKING AND MONETARY ECONOMICS

# THE OHIO STATE UNIVERSITY, FISHER COLLEGE OF BUSINESS

independent retail pharmacies; and (3) institutional healthcare providers (including hospitals, health systems, integrated delivery networks, clinics and alternate site providers)."[7]  The market for wholesale distribution of prescription drugs in the United States has three major distributors: McKesson, AmerisourceBergen Corporation ("AmerisourceBergen") and Cardinal Health, Inc. ("Cardinal Health").[8]

## IV.  Summary of Allegations

13.     Plaintiff identifies alleged misrepresentations and corrective disclosures in the Consolidated Class Action Complaint for Violations of the Federal Securities Laws dated April 9, 2019 ("Complaint").  On October 30, 2019, the Court issued the Order Denying Motion to Dismiss (the "MTD Order").  As discussed in the MTD Order, the Complaint identified six categories of alleged misrepresentations, specifically:

> First, statements attributing McKesson's earnings to increased generic drug prices, without acknowledging that the [generic drug] price inflation was the result of collusive activity.  Some of these statements attributed increased prices to legitimate supply disruptions.  Second, statements claiming McKesson was a zealous negotiator on behalf of its purchasers.  Third, statements that the market for generic drugs was competitive.  Fourth, statements that NorthStar was a growth vehicle for McKesson.  Fifth, statements describing McKesson's financial results, without attributing its revenue to illegal activity.  Sixth, statements that McKesson's earnings had been derisked…. [Plaintiff] alleges these statements were materially misleading or false because McKesson either participated in, or was aware of, a conspiracy to fix prices for generic drugs.[9]

14.     I understand that in the MTD Order the Court dismissed Plaintiff's claims to the extent that they were based on the theory that McKesson itself entered any unlawful agreement, but did not dismiss claims to the extent they were based on the theory that "McKesson's executives were aware of price-fixing in the generic pharmaceutical industry when the challenged statements

---

[7] McKesson FY16 10-K, p. 4.

[8]  See, e.g., "Credit Rating Downgrade: McKesson," Morningstar, February 12, 2014, p. 3.

[9] Order Denying Motion to Dismiss, *Evanston Police Pension Fund v. McKesson Corporation et al.*, October 30, 2019 ("MTD Order"), pp. 8–9.

Feinstein's model is corrected to account for the rapid and consequential changes in McKesson's residual return volatility during the period immediately preceding November 3, 2016 (most strikingly, the sharp increase in volatility beginning on October 28, 2016), McKesson's residual return on November 3, 2016 is not statistically significant. That is, an event study that accounts appropriately for changes in the volatility of McKesson's residual returns provides no evidence that any information in the *Bloomberg* and *Reuters* articles impacted McKesson's stock price on November 3, 2016.

### IX.    Conclusion

92.    In sum, Professor Feinstein's claim that McKesson's stock traded in an efficient market means that its price could not have been impacted by the alleged misrepresentations subsequent to January 11, 2016 because both allegedly corrective pieces of information were publicly available by that date. Any claim that McKesson's stock price was impacted by the alleged misrepresentations subsequent to January 11, 2016 is inconsistent with Professor Feinstein's claim of market efficiency throughout the Putative Class Period. Moreover, consistent with the alleged misrepresentations having no impact on the price of McKesson stock after January 11, 2016, an event study that appropriately accounts for changes in the volatility of McKesson's residual returns similarly shows that the purported corrective disclosures made to the market on November 3, 2016 had no statistically significant impact on McKesson's stock price.

Executed this 1st day of February, 2021

_____

René M. Stulz, Ph.D.

40