UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

KENNETH GORDON, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiff,

     vs.

VANDA PHARMACEUTICALS, INC., and
MIHAEL H. POLYMEROPOULOS,

                Defendants.

———————————————————— x

: Civil Action No. 1:19-cv-01108-FB-LB
:
: CLASS ACTION
:
: Hon. Frederic Block
:
: **[PROPOSED] ORDER GRANTING LEAD**
: **PLAINTIFF'S MOTION TO EXCLUDE**
: **THE REPORT AND OPINIONS OF RENÉ**
: **M. STULZ, PH.D**
:
:
:

Having considered Lead Plaintiff Teamsters Local Union No. 727 Pension Fund's Motion to Exclude the Report and Opinions of René M. Stulz, and having considered the Memorandum of Law and Declaration of Michael G. Capeci in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1.     GRANTS the motion and excludes the expert report, opinions, and testimony of René M. Stulz from the record; and

2.     PRECLUDES René M. Stulz from testifying at trial.

*     *     *

**ORDER**

IT IS SO ORDERED.

DATED:_____      _____
                                             THE HONORABLE FREDERIC BLOCK
                                             UNITED STATES DISTRICT JUDGE