**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VANDA PHARMACEUTICALS INC. and MIHAEL H. POLYMEROPOULOS,<br><br><br><br>Defendants. | Case No. 1:19-cv-01108-FB-LB |

**DECLARATION OF AUDRA J. SOLOWAY**
**IN SUPPORT OF  DEFENDANTS' OPPOSITION TO**
**LEAD PLAINTIFF'S MOTION TO EXCLUDE**
**REPORT AND OPINIONS OF RENÉ M. STULZ, PH.D.**

AUDRA J. SOLOWAY declares the following, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, and represent defendants Vanda Pharmaceuticals Inc. and Mihael H. Polymeropoulos (collectively, "Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion to Exclude the Report and Opinions of René M. Stulz, Ph.D.

2.      Attached hereto as Exhibit A is a true and correct copy of the transcript of the November 5, 2021 deposition of Bjorn Steinholt.

3.      Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Bjorn I. Steinholt, CFA, dated July 30, 2021.

4.      Attached hereto as Exhibit C is a true and correct copy of the Expert Reply Report of Bjorn I. Steinholt, CFA, dated October 29, 2021.

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 7, 2022.

/s/ Audra J. Soloway
Audra J. Soloway

2