UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>VANDA PHARMACEUTICALS, INC., and MIHAEL H. POLYMEROPOULOS,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-01108-FB-LB<br><br><u>CLASS ACTION</u><br><br>NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Teamsters Local Union No. 727 Pension Fund will move this Court, on a date and time as may be designated by the Court, before the Honorable Lois Bloom, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for entry of an order: (i) granting preliminary approval of the proposed Settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e); (ii) certifying the proposed Class for purposes of the Settlement; (iii) approving the form and manner of notice of the proposed Settlement to the Class; and (iv) setting a date for final approval thereof, and a schedule for various deadlines relevant thereto. In support of this motion, Lead Plaintiff submits the accompanying Memorandum of Law, Declaration of Nicholas Schmidt, Stipulation and Agreement of Settlement, and a [Proposed] Order.

4864-6227-9967.v1

| | |
|---|---|
| DATED: May 19, 2022 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MICHAEL G. CAPECI |

*s/ Michael G. Capeci*
MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

- 2 -

4864-6227-9967.v1