**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>VANDA PHARMACEUTICALS, INC., and MIHAEL H. POLYMEROPOULOS,<br><br>                  Defendants. | Civil Action No. 1:19-cv-01108-FB-LB<br><br><u>CLASS ACTION</u> |

<u>**DECLARATION OF NICHOLAS SCHMIDT ON BEHALF OF THE PROPOSED CLAIMS ADMINISTRATOR, EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC.**</u>

I, Nicholas Schmidt, declare and state as follows:

1.      I am a Client Services Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the proposed Claims Administrator in connection with the Settlement[1]. At the request of the Court, I am providing this declaration to provide the Court and the parties to the Action, including members of the proposed Class, with additional information about (i) the procedures and methods that will be used to provide notice ("Notice") of the Settlement along with the Proof of Claim and Release (the "Proof of Claim") (collectively, the Notice and Proof of Claim are referred to as the "Notice Packet"), to members of the Class, and (ii) the claims process. I make this declaration based on personal knowledge and information provided to me by experienced Epiq employees under my supervision, and if called to testify I could and would do so competently.

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 5, 2022 ("Stipulation").

2.      Epiq was retained by Lead Counsel, subject to Court approval, to provide notice and claims administration services in connection with the Settlement.  Epiq has been implementing successful notification and claims administration programs since 1998.  Our experience includes many of the largest and most complex settlement administrations in both private securities litigation matters and actions brought by government securities regulators.  More information on Epiq's experience can be found on its website at www.EpiqGlobal.com.

3.      In developing the proposed notice plan for the Settlement, Epiq was asked to provide a rough estimate of the number of potential Class Members and relatedly, the number of Notice Packets to be mailed.  As in most securities class actions, a large majority of potential Class Members are beneficial purchasers whose securities are held in "street name," *i.e.*, the securities are purchased by banks, brokers, and other nominees ("Nominees") in the name of the Nominee, on behalf of the beneficial purchasers.  Because of this street name system, even corporate entities often do not know the identity of the vast majority of their shareholders.  In estimating class size for any case, Epiq uses a qualitative model, which utilizes historical settlement data from other cases Epiq has administered and the trading volume of the relevant security during the proposed class period, in order to develop an estimate of the number of potential class members that will be identified, within a very broad range.  This estimate can be adjusted for qualitative components such as corporate actions, stock splits, and other factors.  This is the kind of qualitative factor that informs our analysis.  Based on our analyses for this Settlement, we estimate that we will mail approximately 50,000 Notice Packets and receive approximately 10,000 claims.

4.      Pursuant to the proposed notice plan here, the Notice Packet will be mailed to potential Class Members at the mailing addresses set forth in the records provided by Defendants and provided by Nominees in response to the Notice.  If a potential Class Member contacts the Claims Administrator requesting that a Notice Packet be mailed to them, Epiq will mail a copy of

the Notice Packet. The Notice Packet will direct recipients to the Settlement Website, www.vandasecuritieslitigation.com, for more detailed information regarding the Settlement and the Action as well as downloadable copies of the Notice Packet. The Notice Packet will also provide the Settlement-specific toll-free telephone number and e-mail address in the event that a Class Member would like to request that a Notice Packet be sent to them by mail. The Notice Packet and Settlement Website will also, among other things, include instructions for how to submit a claim in order to be potentially eligible to receive a payment from the Net Settlement Fund, and Epiq representatives will be available to provide additional assistance by phone. In addition, the Summary Notice will be published in *The Wall Street Journal* and transmitted over the *PR Newswire* on a schedule to be approved by the Court.

5.      In our experience, the proposed notice plan, consisting of the mailed Notice Packet, the Settlement Website on which the Notice Packet will be posted along with additional information regarding the Settlement and the Action, and publication of the Summary Notice, is an effective method of providing notice of the Settlement to the Class.

6.      As noted above, the vast majority of investors hold their securities through a Nominee in "street name." In order to obtain the contact information for these investors, Epiq uses a procedure designed to get the contact information from the Nominees that actually hold the securities for the beneficial holders of the securities.

7.      To do so, Epiq will mail the Notice Packet to the names and addresses of the largest and most common Nominees, consisting of U.S. banks, brokerage firms, as well as national and regional offices of certain Nominees in the proprietary database that Epiq has developed and maintains (the "Nominee Database"). Epiq's Nominee Database is continually monitored and updated as brokerage firms change addresses, merge, go out of business and/or come into existence. At this time, the Nominee Database includes approximately 1,300 names and addresses

3

of Nominees, many of which deal in securities of all types, acting either as the executing broker or introducing broker for their customers' transactions. Epiq has developed strong working relationships for more than 20 years with these Nominees.

8.      The Notice Packet will direct those Nominees who purchased or otherwise acquired common stock of Vanda Pharmaceuticals, Inc. for the beneficial interest of a person or organization other than themselves, within ten (10) business days of receipt, to either (i) request from the Claims Administrator sufficient copies of the Notice Packet to forward to all such beneficial owners and within ten (10) business days of receipt of those Notice Packets forward them to all such beneficial owners; or (ii) provide a list of names and addresses (and e-mail addresses, if available) of all such beneficial owners to *Vanda Securities Litigation*, Claims Administrator, c/o Epiq, P.O. Box 4199, Portland, OR 97208-4199 and the Claims Administrator will send a copy of the Notice Packets to the beneficial owners. In our experience, the vast majority of Nominees respond to Notice Packets by providing Epiq with names and addresses of their clients who may be potential class members. Also in our experience, providing a quick, but reasonable, deadline ensures that the Nominees act promptly in responding to the Notice Packet so that class members have sufficient opportunity to submit a claim or exercise their additional rights (*i.e.*, objecting or excluding) in connection with a settlement. In addition, the Notice Packet that will be mailed to Nominees will provide instructions as to how to fulfill this obligation as well as inform them of their right to seek reimbursement of their reasonable expenses.

9.      Along with the Notice Packet mailed to Nominees, Epiq will include a cover letter providing instructions to the Nominees as to how to submit their request for Notice Packets as well as how to submit a list of names and addresses of beneficial owners and the deadline for doing so. A sample cover letter is attached hereto as Exhibit A.

10.      Following the mailing to Nominees, Epiq will perform a personalized calling

campaign to the largest Nominees to prompt them to respond to the Notice Packet by either identifying potential Class Members or requesting Notice Packets to forward directly to their clients. Epiq typically makes multiple attempts to reach a person at the Nominees' offices. If Epiq is unable to reach the Nominee by phone, Epiq will send the Nominee an email reminding them to provide Epiq with the names and addresses of their clients in accordance with the Notice Packet.

11.     Thereafter, on a rolling basis, Epiq will mail Notice Packets by first class mail to Nominees as requested, or will mail such Notice Packets directly to potential Class Members. Epiq continues to respond to requests after the 10-day deadline, and often honors these requests up until the claim filing deadline. Epiq follows the Nominee process described above in virtually every securities settlement that it has administered, including the $3 billion settlement in *Petrobras Securities Litigation* (S.D.N.Y.) and the $2.4 billion settlement in *Bank of America Corp. Securities, Derivative, & Employee Retirement Income Security Act (ERISA) Litigation* (S.D.N.Y.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 11, 2022 in Farmingdale, New York.

_____
Nicholas Schmidt

5