# *EXHIBIT A*

Vanda Securities Litigation
Claims Administrator
c/o Epiq
P.O. Box 4199
Portland, OR  97208-4199

Website:    www.vandasecuritieslitigation.com

Email:    info@vandasecuritieslitigation.com
Phone:    1-866-329-5443

**NOTICE TO BROKERS, BANKS, AND OTHER NOMINEES**

**TIME-SENSITIVE, COURT-ORDERED
ACTION REQUIRED ON YOUR PART**

> *Gordon v. Vanda Pharmaceuticals, Inc., et al*
> **Civil Action No. 1:19-cv-01108-FB-LB**

A proposed settlement of the above-noted federal securities class action has been reached. Enclosed is the Notice of Pendency and Proposed Settlement of Class Action, together with a Proof of Claim and Release (the "Notice Packet").

The Class consists of all persons and entities who purchased or otherwise acquired Vanda Pharmaceuticals, Inc. ("Vanda" or the "Company") common stock during the period from November 4, 2015 to February 11, 2019, inclusive (the "Class Period"), and who were allegedly damaged thereby. **The CUSIP for Vanda common stock is 921659108**.

If you are a broker, bank or other nominee that purchased or otherwise acquired Vanda common stock during the period from November 4, 2015 to February 11, 2019, inclusive, for the beneficial interest of a person or entity other than yourself, **WITHIN TEN (10) BUSINESS DAYS OF YOUR RECEIPT OF THE ENCLOSED NOTICE PACKET, you must either:**

(a) Provide the Claims Administrator, Epiq Class Action & Claims Solutions, Inc., with a list of the names and last known addresses of all such beneficial owners described above; or

(b) Request from the Claims Administrator sufficient copies of the Notice Packet for you to forward to all such beneficial owners and, within ten (10) business days of receipt of those copies, forward the Notice Packet to all such beneficial owners.

**PLEASE NOTE:**    **These documents contain deadlines that could impact your customers' rights.**

**If you are providing a list of names and addresses to the Claims Administrator:**

(a) Compile the list of names and last known addresses of the beneficial owners described above.

(b) Prepare the list in Microsoft Excel format following the "Electronic Name and Address File Layout" set forth on page 2 below. A preformatted spreadsheet can also be found on the "Nominees" page of the Settlement Website, www.vandasecuritieslitigation.com.

(c) Then you must do one of the following:

**For Questions, Please Call 1-866-329-5443**

1. Save the Microsoft Excel file(s) to a CD or DVD and mail the CD or DVD to:

> Vanda Securities Litigation
> Claims Administrator
> c/o Epiq
> P.O. Box 4199
> Portland, OR 97208-4199

2. Email the spreadsheet to info@vandasecuritieslitigation.com; or

3. Upload the spreadsheet to the "Nominees" page of the Settlement Website, www.vandasecuritieslitigation.com.

**If you are going to forward the Notice Packet to beneficial owners:** Request the required number of copies of the Notice Packet via email to info@vandasecuritieslitigation.com, or by calling the Claims Administrator at 1-866-329-5443. You must then mail the Notice Packet to the beneficial owners within ten (10) business days of your receipt of the Notice Packets.

### Expense Reimbursement

Reasonable expenses are eligible for reimbursement (including postage and costs to compile names and addresses), provided an invoice documenting the expenses is timely submitted to the Claims Administrator. Please submit your invoice within <u>one month</u> of completing the mailing or providing your file.

### Electronic Name and Address File Layout

| Column | Description | Length | Notes |
|--------|-------------|--------|-------|
| A | Account # | 15 | Unique identifier for each record |
| B | Beneficial owner's first name | 25 | |
| C | Beneficial owner's middle name | 15 | |
| D | Beneficial owner's last name | 30 | |
| E | Joint beneficial owner's first name | 25 | |
| F | Joint beneficial owner's middle name | 15 | |
| G | Joint beneficial owner's last name | 30 | |
| H | Business or record owner's name | 60 | Businesses, trusts, IRAs, and other types of accounts |
| I | Representative or contact name | 45 | |
| J | Address 1 | 35 | |
| K | Address 2 | 25 | |
| L | City | 25 | |
| M | U.S. state or Canadian province | 2 | U.S. and Canada addresses only[1] |
| N | ZIP code | 10 | |
| O | Country (other than U.S.) | 15 | |

**For further details, please refer to paragraph 64 of the enclosed Notice.**

If you have any questions, you may contact the Claims Administrator at 1-866-329-5443 or by email at info@vandasecuritieslitigation.com. Thank you for your cooperation.

---

[1] For countries other than the U.S. and Canada, place any territorial subdivision in "Address 2" field.