# EXHIBIT A-3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

KENNETH GORDON, Individually and on : Civil Action No. 1:19-cv-01108-FB-LB
Behalf of All Others Similarly Situated, :
                                        : CLASS ACTION
                            Plaintiff,  :
                                        : SUMMARY NOTICE
                                        :
        vs.                             : EXHIBIT A-3
                                        :
VANDA PHARMACEUTICALS, INC., and        :
MIHAEL H. POLYMEROPOULOS,               :
                                        :
                            Defendants. :
                                        :
———————————————————————— x

4874-7095-1192.v4

TO:   ALL PERSONS AND ENTITIES WHO PURCHASED OR ACQUIRED THE COMMON STOCK OF VANDA PHARMACEUTICALS, INC. ("VANDA") DURING THE PERIOD FROM NOVEMBER 4, 2015 TO FEBRUARY 11, 2019, INCLUSIVE

THIS NOTICE WAS AUTHORIZED BY THE COURT.   IT IS NOT A LAWYER SOLICITATION.  PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Eastern District of New York, that a hearing will be held on _____, 2022, at _____, before the Honorable Lois Bloom, United States Magistrate Judge, at the United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for the purpose of determining: (1) whether the proposed Settlement of the above-captioned Action, as set forth in the settlement agreement reached between the parties, consisting of Eleven Million Five Hundred Thousand Dollars ($11,500,000.00) in cash, should be approved as fair, reasonable, and adequate to the Members of the Class; (2) whether the release by Class Members of claims as set forth in the settlement agreement should be authorized; (3) whether the proposed plan to distribute the settlement proceeds (the "Plan of Allocation") is fair, reasonable, and adequate; (4) whether the application by Lead Plaintiff's counsel for an award of attorneys' fees and expenses and award to Lead Plaintiff should be approved; and (5) whether the Judgment, in the form attached to the settlement agreement, should be entered.

Please note that the date, time and location of the settlement hearing are subject to change without further notice.  If you plan to attend the hearing, you should check the docket or contact Lead Counsel (identified below) to be sure that no change to the date, time or location of the hearing has been made.

IF YOU PURCHASED OR ACQUIRED ANY OF THE COMMON STOCK OF VANDA DURING THE PERIOD FROM NOVEMBER 4, 2015 THROUGH FEBRUARY 11, 2019,

INCLUSIVE, YOUR RIGHTS WILL BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies by writing to *Vanda Securities Litigation*, Claims Administrator, c/o _____, **[ADDRESS]**, or on the internet at www.vandasecuritieslitigation.com.

If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail (***postmarked no later than _____, 2022***) or submitted electronically ***no later than _____, 2022***, establishing that you are entitled to recovery. Unless the deadline is extended, your failure to submit your Proof of Claim by the above deadlines will preclude you from receiving any payment from the Settlement.

If you are a Class Member and you desire to be excluded from the Class, you must submit a request for exclusion such that it is ***received no later than _____, 2022***, in the manner and form explained in the detailed Notice, referred to above. All Members of the Class who do not timely and validly request exclusion from the Class will be bound by the Settlement and any judgment and release entered in the Action pursuant to the Stipulation and Agreement of Settlement, whether or not you submit a Proof of Claim.

If you are a Class Member, you have the right to object to the Settlement, the Plan of Allocation, and/or the request by Lead Counsel for an award of attorneys' fees and expenses. Any objection to the Settlement, the Plan of Allocation, or the fee and expense application must made in the manner and form explained in the Notice and must be mailed to each of the following recipients, so that it is ***received no later than _____, 2022***:

- 2 -

4874-7095-1192.v4

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
225 Cadman Plaza East
Brooklyn, NY  11201

*Lead Counsel:*

ROBBINS GELLER RUDMAN
 & DOWD LLP
MICHAEL G. CAPECI
58 South Service Road, Suite 200
Melville, NY  11747

*Counsel for Defendants:*

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
AUDRA J. SOLOWAY
1285 Avenue of the Americas
New York, NY  10019

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE OR DEFENDANTS REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: _____          BY ORDER OF THE COURT
                                 UNITED STATES DISTRICT COURT
                                 EASTERN DISTRICT OF NEW YORK

- 3 -

4874-7095-1192.v4