UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KENNETH GORDON, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-01108-FB-LB |
|  | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
|  | : | JOINT STIPULATION AND PROPOSED |
| vs. | : | ORDER REGARDING PROPOSED |
|  | : | SCHEDULE OF AMENDED DEADLINES |
| VANDA PHARMACEUTICALS, INC., and MIHAEL H. POLYMEROPOULOS, | : | IN CONNECTION WITH SETTLEMENT APPROVAL |
|  | : | |
| Defendants. | : | |

WHEREAS, on September 15, 2022, the Court issued its Order Preliminarily Approving Settlement and Providing for Notice, which scheduled certain dates in connection with the motion by lead plaintiff Teamsters Local Union No. 727 Pension Fund ("Plaintiff") for Settlement approval, including the December 28, 2022 Settlement Hearing date;

WHEREAS, on September 20, 2022, in response to Defendants' request to adjourn and reschedule the December 28, 2022 Settlement Hearing date, the Court issued its Order rescheduling the Settlement Hearing for January 5, 2023 at 10:00 a.m. (the "September 20 Order");

WHEREAS, the January 5, 2023 Settlement Hearing date impacts the previously-scheduled dates for: (i) Plaintiff to submit opening papers in support of the Settlement, the Plan of Allocation, and the application for an award of attorneys' fees and expenses and for an award to the Lead Plaintiff; (ii) Class Members to submit requests for exclusion or to object; (iii) Plaintiff to submit replies; and (iv) Plaintiff to submit proof of notice mailing; and

WHEREAS, in connection with the September 20 Order, the Court directed the parties to file a proposed schedule with amended dates for these deadlines based on the new Settlement Hearing date of January 5, 2023 at 10:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that the following proposed amended dates will be the operative deadlines in connection with Plaintiff's motion for Settlement approval, and will be reflected in the notice sent to potential Class Members:

1. Date for filing opening papers:  December 1, 2022.

2. Date for Class Members to request exclusion or to object:  December 15, 2022.

3. Date for filing replies:  December 29, 2022.

4. Date for filing proof of notice mailing:  December 29, 2022.

DATED: September 21, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MICHAEL G. CAPECI

_/s/ Michael G. Capeci_
MICHAEL G. CAPECI

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

_Lead Counsel for Lead Plaintiff_

DATED: September 21, 2022

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
DANIEL J. KRAMER
AUDRA J. SOLOWAY
EMILY M. MILLER

_/s/ Audra J. Soloway_
AUDRA J. SOLOWAY

1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  212/373-3000
dkramer@paulweiss.com
asoloway@paulweiss.com
emiller@paulweiss.com

_Attorneys for Defendants_

IT IS SO ORDERED.

DATED: 9/22/22

_Lois Bloom_
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE

- 2 -